IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CYTEK BIOSCIENCES, INC.,<br><br>Defendant. | C.A. No. 24-0945-CFC<br><br>**DEMAND FOR JURY TRIAL** |

## UNOPPOSED MOTION TO EXTEND TIME

Plaintiff Beckman Coulter, Inc., through its undersigned counsel, hereby moves for an extension of the deadline for Defendant Cytek Biosciences, Inc. to respond to the Complaint to October 7, 2024.

OF COUNSEL:

Omar A. Khan
Jeffrey Dennhardt
Lauren E. Matlock-Colangelo
WILMER CUTLER PICKERING HALE
   AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800

Asher S. McGuffin
WILMER CUTLER PICKERING HALE
   AND DORR LLP

/s/ Christine D. Haynes
Frederick L. Cottrell III (#2555)
Kelly E. Farnan (#4395)
Christine D. Haynes (#4697)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com
farnan@rlf.com

*Attorneys for Plaintiff*

60 State Street  
Boston, MA 02109  
(617) 526-6000

Dated: September 4, 2024

    IT IS SO ORDERED this ___ day of September, 2024

                                              _____  
                                              The Honorable Colm F. Connolly

RLF1 31447151v.1