IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-945 (CFC) (EGT) |
| | ) |
| CYTEK BIOSCIENCES, INC., | ) |
| | ) |
| Defendant. | ) |

**UNOPPOSED MOTION AND [PROPOSED] ORDER TO EXTEND TIME**

WHEREAS, the parties have conferred regarding modifying the remaining claim construction briefing deadlines in view of upcoming depositions for claim construction experts;

Plaintiff Beckman Coulter, Inc. respectfully requests, and Defendant Cytek Biosciences, Inc. does not oppose, that the deadlines listed below be extended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Plaintiff Serves Reply Claim Construction Brief | July 10, 2025 | July 11, 2025 |
| Defendant Serves Sur-Reply Claim Construction Brief | July 24, 2025 | July 25, 2025 |
| File Joint Claim Construction Brief | July 25, 2025 | July 27, 2025 |
| Meet and Confer Regarding Claim Construction and File Amended Claim Construction Chart | July 30, 2025 | No Change |
| Claim Construction Hearing | August 21, 2025 | No Change |

RLF1 33238996v.1

Plaintiff Beckman Coulter, Inc. does not request the adjustment of any other deadlines at this time.

      /s/ Kelly E. Farnan
Frederick L. Cottrell III (#2555)
Kelly E. Farnan (#4395)
Christine D. Haynes (#4697)
RICHARDS, LAYTON & FINGER P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
farnan@rlf.com
haynes@rlf.com

*Attorneys for Plaintiff
Beckman Coulter, Inc.*

July 3, 2025

SO ORDERED this _____ day of _____, 2025.

_____
CHIEF UNITED STATES DISTRICT JUDGE