IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> CYTEK BIOSCIENCES, INC., <br><br> Defendant. | C.A. No. 24-0945-CFC |

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME**

IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the Court, that the deadline for the parties to file an amended joint claim construction chart is extended through and including August 1, 2025.

| | |
|---|---|
| */s/ Christine D. Haynes* | */s/ Jeremy A. Tigan* |
| Frederick L. Cottrell III (#2555) | Karen Jacobs (#2881) |
| Kelly E. Farnan (#4395) | Jeremy A. Tigan (#5239) |
| Christine D. Haynes (#4697) | Cameron P. Clark (#6647) |
| RICHARDS, LAYTON & FINGER, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| One Rodney Square | 1201 North Market Street |
| 920 North King Street | P.O. Box 1347 |
| Wilmington, Delaware 19801 | Wilmington, DE 19899 |
| (302) 651-7700 | (302) 658-9200 |
| cottrell@rlf.com | kjacobs@morrisnichols.com |
| farnan@rlf.com | jtigan@morrisnichols.com |
| haynes@rlf.com | cclark@morrisnichols.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

IT IS SO ORDERED this ___ day of July, 2025

_____
The Honorable Colm F. Connolly