IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-945 (CFC) (EGT) |
| | ) |
| CYTEK BIOSCIENCES, INC., | ) |
| | ) |
| Defendant. | ) |

## **NOTICE OF SERVICE**

The undersigned hereby certifies that copies of *Defendant Cytek Biosciences, Inc.'s Fourth Set of Requests for Production to Plaintiff Beckman Coulter, Inc. (Nos. 78-100)* were caused to be served on July 31, 2025, upon the following in the manner indicated:

Frederick L. Cottrell III                                                                                   *VIA ELECTRONIC MAIL*
Kelly E. Farnan
Christine D. Haynes
RICHARDS, LAYTON & FINGER P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
*Attorneys for Plaintiff*

| | |
|---|---|
| Omar A. Khan | *VIA ELECTRONIC MAIL* |
| Jeffrey A. Dennhardt | |
| Lauren E. Matlock-Colangelo | |
| WILMER CUTLER PICKERING HALE | |
|   AND DORR LLP | |
| 7 World Trade Center | |
| 250 Greenwich Street | |
| New York, NY 10007 | |
| *Attorneys for Plaintiff* | |

Asher S. McGuffin                        *VIA ELECTRONIC MAIL*
WILMER CUTLER PICKERING HALE
  AND DORR LLP
60 State Street
Boston, MA 02109
*Attorneys for Plaintiff*

|  |  |
|---|---|
| OF COUNSEL:<br><br>Reuben H. Chen<br>Alissa Wood<br>HanByul Chang<br>COOLEY LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304<br>(650) 843-5000<br><br>Elizabeth M. Flanagan<br>COOLEY LLP<br>30 S. 9th Street, 7th Floor<br>Minneapolis, MN 55402<br><br>Adam Pivovar<br>Dustin M. Knight<br>Rosalynd D. Upton<br>David Yun<br>COOLEY LLP<br>1299 Pennsylvania Avenue NW, Suite 700<br>Washington, DC 20004<br>(202) 842-7800<br><br>August 1, 2025 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Jeremy A. Tigan*<br><br>Karen Jacobs (#2881)<br>Jeremy A. Tigan (#5239)<br>Cameron P. Clark (#6647)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>kjacobs@morrisnichols.com<br>jtigan@morrisnichols.com<br>cclark@morrisnichols.com<br><br>*Attorneys for Defendant*<br>*Cytek Biosciences, Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 1, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell III<br>Kelly E. Farnan<br>Christine D. Haynes<br>RICHARDS, LAYTON & FINGER P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Omar A. Khan<br>Jeffrey A. Dennhardt<br>Lauren E. Matlock-Colangelo<br>WILMER CUTLER PICKERING HALE<br>  AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Asher S. McGuffin<br>WILMER CUTLER PICKERING HALE<br>  AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

/s/ *Jeremy A. Tigan*
_____
Jeremy A. Tigan (#5239)