# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-945-CFC-EGT |
| | ) |
| CYTEK BIOSCIENCES, INC., | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF CLAIM CONSTRUCTION

OF COUNSEL:

Omar A. Khan
Jeffrey A. Dennhardt
Lauren E. Matlock-Colangelo
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800

Asher S. McGuffin
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Dated: August 7, 2025

Frederick L. Cottrell III (#2555)
Kelly E. Farnan (#4395)
Christine D. Haynes (#4697)
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
farnan@rlf.com
haynes@rlf.com

*Attorneys for Plaintiff*
*Beckman Coulter, Inc.*

Pursuant to District of Delaware Local Rule 7.1.2(b), Plaintiff Beckman Coulter, Inc. respectfully asks the Court to consider supplemental authority in support of claim construction proceedings, including the upcoming *Markman* hearing on August 21, 2025. See D.I. 114 (Joint Claim Construction Brief), 131 (Joint Claim Construction Chart). The supplemental authority comprises Cytek Biosciences Inc.'s ("Cytek") Petition in IPR2025-01319 ("'319 Petition"), which challenges the claims of an Asserted Patent in this case: U.S. Patent No. 11,703,443. The '319 Petition is attached as Exhibit A. Cytek has not filed any other IPRs or PGRs.

Cytek filed the '319 Petition on July 17, 2025, which was after the July 11, 2025 service date of Beckman Coulter's reply claim construction brief. Given the '319 Petition did not exist at the time Beckman Coulter served its reply brief, Beckman Coulter requested that citations to the '319 Petition be included in the parties' Joint Claim Construction Chart, filed on August 1, 2025. D.I. 131. Cytek refused to permit Beckman Coulter to include any such citations in the joint chart.

Beckman Coulter therefore submits the '319 Petition as supplemental authority in support of claim construction proceedings, including the upcoming *Markman* hearing on August 21, 2025. More specifically, Exhibit B identifies the relevant citations to the '319 Petition that Beckman Coulter sought to include in

the parties' Joint Claim Construction Chart. Given that briefing is closed and pursuant to Local Rule 7.1.2(b), Beckman Coulter does not make any arguments in this notice relating to those citations and instead reserves any such argument for the August 21, 2025 *Markman* hearing.

OF COUNSEL:

Omar A. Khan
Jeffrey A. Dennhardt
Lauren E. Matlock-Colangelo
WILMER CUTLER PICKERING HALE
AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800

Asher S. McGuffin
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Dated: August 7, 2025

/s/ Frederick L. Cottrell III
Frederick L. Cottrell III (#2555)
Kelly E. Farnan (#4395)
Christine D. Haynes (#4697)
RICHARDS, LAYTON & FINGER P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com
farnan@rlf.com

*Attorneys for Plaintiff*