# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., | ) <br> ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) C.A. No. 24-0945-CFC-EGT <br> ) |
| CYTEK BIOSCIENCES, INC. | ) <br> ) |
| Defendant. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 13, 2025, true and correct copies of Plaintiff's Second Set of Interrogatories to Defendant Cytek Biosciences, Inc. (Nos. 16-21) were caused to be served on the following counsel in the manner indicated:

**BY E-MAIL**

Karen Jacobs
Jeremy A. Tigan
Cameron P. Clark
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19801

**BY EMAIL**

Reuben H. Chen
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304

Elizabeth M. Flanagan
Cooley LLP
30 S. 9th Street, 7th Floor
Minneapolis, MN 55402

**<u>BY EMAIL</u>**

Adam Pivovar
Dustin M. Knight
Rosalynd D. Upton
David Yun
Cooley LLP
1299 Pennsylvania Avenue NW
Suite 700
Washington, DC 20004

| OF COUNSEL: | /s/ Christine D. Haynes |
|---|---|
| | Frederick L. Cottrell III (#2555) |
| | Kelly E. Farnan (#4395) |
| Omar A. Khan | Christine D. Haynes (#4697) |
| Jeffrey A. Dennhardt | RICHARDS, LAYTON & FINGER P.A. |
| Lauren E. Matlock-Colangelo | One Rodney Square |
| WILMER CUTLER PICKERING HALE AND DORR LLP | 920 North King Street |
| | Wilmington, Delaware 19801 |
| 7 World Trade Center | (302) 651-7700 |
| 250 Greewich Street | cottrell@rlf.com |
| New York, NY 10007 | farnan@rlf.com |
| (212) 230-8800 | haynes@rlf.com |
| | |
| Asher S. McGuffin | *Attorneys for Plaintiff* |
| WILMER CUTLER PICKERING HALE AND DORR LLP | |
| 60 State Street | |
| Boston, MA 02109 | |
| (617) 526-6000 | |

Dated:  August 13, 2025

2