IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> CYTEK BIOSCIENCES, INC. <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 24-0945-CFC-EGT <br> ) <br> ) <br> ) <br> ) |

[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES

The Court, having considered Plaintiff's Motion for Exemption of Persons from the District of Delaware's May 17, 2024 Standing Order on Personal Devices (the "Motion"),

IT IS SO ORDERED this 20th day of August, 2025 that:

1. The Motion is GRANTED, IN PART

2. For purposes of the *Markman Hearing* on August 21, 2025 in the above-captioned matter, the following persons are exempt from the District of Delaware's May 17, 2024 Standing Order and shall be permitted to retain and use their electronic devices:

- Omar Khan, WilmerHale (Counsel for Plaintiff)

- Jeffrey Dennhardt, WilmerHale (Counsel for Plaintiff)

- Lauren Matlock-Colangelo, WilmerHale (Counsel for Plaintiff)
- Asher McGuffin, WilmerHale (Counsel for Plaintiff)
- ~~Mary Britton (Client Representative)~~
- ~~Mony Ghose (Client Representative)~~
- ~~Michael Levy (Client Representative)~~

3. The persons listed in Paragraph 2 above shall present this Order, along with a valid photographic identification, to the United States Marshals upon entry to the J. Caleb Boggs Federal Building and United States Courthouse.

_____
Chief United States District Judge