# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> CYTEK BIOSCIENCES, INC., <br><br> Defendant. | C.A. No. 24-0945-CFC-EGT |

## PLAINTIFF'S NOTICE OF DEPOSITION TO MELIK ULUSU

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure and the applicable Local Rules of the United States District Court for the District of Delaware, Beckman Coulter, Inc. ("Beckman Coulter") will take the deposition upon oral examination of Melik Ulusu. The deposition will take place on September 24, 2025, beginning at 9:00 am, at the offices of WilmerHale, 2600 El Camino Real, Suite 400, Palo Alto, CA 94306, before a court reporter, notary public, or other person duly authorized by law to administer oaths. This deposition will be recorded by stenographic and audiovisual means, conducted under the Federal Rules of Civil Procedure for the purposes of discovery, used as evidence at trial, and for any other purposes allowed by law.

RLF1 33591636v.1

| | |
|---|---|
| OF COUNSEL: | */s/ Kelly E. Farnan*<br>Frederick L. Cottrell III (#2555)<br>Kelly E. Farnan (#4395) |
| Omar A. Khan<br>Jeffrey A. Dennhardt<br>Lauren E. Matlock-Colangelo<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>(212) 230-8800 | Christine D. Haynes (#4697)<br>RICHARDS, LAYTON & FINGER P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>cottrell@rlf.com<br>farnan@rlf.com<br>haynes@rlf.com |
| Asher S. McGuffin<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000 | *Attorneys for Plaintiff* |

Dated: August 21, 2025

RLF1 33591636v.1