# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> CYTEK BIOSCIENCES, INC., <br><br> Defendant. | C.A. No. 24-0945-CFC-EGT |

## PLAINTIFF'S NOTICE OF DEPOSITION
## TO LAURENT GINESTET ARAKI

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure and the applicable Local Rules of the United States District Court for the District of Delaware, Beckman Coulter, Inc. ("Beckman Coulter") will take the deposition upon oral examination of Laurent Ginestet Araki.  The deposition will take place on September 26, 2025, beginning at 9:00 am, at the offices of WilmerHale, 2600 El Camino Real, Suite 400, Palo Alto, CA 94306, before a court reporter, notary public, or other person duly authorized by law to administer oaths. This deposition will be recorded by stenographic and audiovisual means, conducted under the Federal Rules of Civil Procedure for the purposes of discovery, used as evidence at trial, and for any other purposes allowed by law.

RLF1 33591754v.1

| | |
|---|---|
| | /s/ Kelly E. Farnan |
| OF COUNSEL: | Frederick L. Cottrell III (#2555) |
| | Kelly E. Farnan (#4395) |
| Omar A. Khan | Christine D. Haynes (#4697) |
| Jeffrey A. Dennhardt | RICHARDS, LAYTON & FINGER P.A. |
| Lauren E. Matlock-Colangelo | One Rodney Square |
| WILMER CUTLER PICKERING HALE AND DORR LLP | 920 North King Street |
| | Wilmington, DE 19801 |
| 7 World Trade Center | (302) 651-7700 |
| 250 Greenwich Street | cottrell@rlf.com |
| New York, NY 10007 | farnan@rlf.com |
| (212) 230-8800 | haynes@rlf.com |
| | |
| Asher S. McGuffin | *Attorneys for Plaintiff* |
| WILMER CUTLER PICKERING HALE AND DORR LLP | |
| 60 State Street | |
| Boston, MA 02109 | |
| (617) 526-6000 | |

Dated: August 21, 2025