# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CYTEK BIOSCIENCES, INC.,<br><br>Defendant. | C.A. No. 24-0945-CFC-EGT |

## PLAINTIFF'S NOTICE OF DEPOSITION
## TO PATRIK JEANMONOD

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure and the applicable Local Rules of the United States District Court for the District of Delaware, Beckman Coulter, Inc. ("Beckman Coulter") will take the remote deposition upon oral examination of Patrik Jeanmonod  The deposition will take place on September 29, 2025, beginning at 9:00 am, at the San Francisco Office of WilmerHale, 50 California Street, Suite 3600, San Francisco, CA 94111, before a court reporter, notary public, or other person duly authorized by law to administer oaths.  This deposition will be recorded by stenographic and audiovisual means, conducted under the Federal Rules of Civil Procedure for the purposes of discovery, used as evidence at trial, and for any other purposes allowed by law.

RLF1 33591803v.1

| | |
|---|---|
| OF COUNSEL: | /s/ Kelly E. Farnan |
| | Frederick L. Cottrell III (#2555) |
| Omar A. Khan | Kelly E. Farnan (#4395) |
| Jeffrey A. Dennhardt | Christine D. Haynes (#4697) |
| Lauren E. Matlock-Colangelo | RICHARDS, LAYTON & FINGER P.A. |
| WILMER CUTLER PICKERING HALE AND DORR LLP | One Rodney Square |
| | 920 North King Street |
| 7 World Trade Center | Wilmington, DE 19801 |
| 250 Greenwich Street | (302) 651-7700 |
| New York, NY 10007 | cottrell@rlf.com |
| (212) 230-8800 | farnan@rlf.com |
| | haynes@rlf.com |
| Asher S. McGuffin | |
| WILMER CUTLER PICKERING HALE AND DORR LLP | *Attorneys for Plaintiff* |
| 60 State Street | |
| Boston, MA 02109 | |
| (617) 526-6000 | |

Dated: August 21, 2025

RLF1 33591803v.1