# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> CYTEK BIOSCIENCES, INC., <br><br> Defendant. | C.A. No. 24-0945-CFC-EGT |

## PLAINTIFF'S NOTICE OF DEPOSITION
## TO DAVID KENNEDY

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure and the applicable Local Rules of the United States District Court for the District of Delaware, Beckman Coulter, Inc. ("Beckman Coulter") will take the deposition upon oral examination of David Kennedy. The deposition will take place on September 30, 2025, beginning at 9:00 am, at the Delaware offices of Richards, Layton & Finger, One Rodney Square, 920 North King Street, Wilmington, DE 19801, before a court reporter, notary public, or other person duly authorized by law to administer oaths. This deposition will be recorded by stenographic and audiovisual means, conducted under the Federal Rules of Civil Procedure for the purposes of discovery, used as evidence at trial, and for any other purposes allowed by law.

| | |
|---|---|
| OF COUNSEL: | /s/ Kelly E. Farnan |
| | Frederick L. Cottrell III (#2555) |
| | Kelly E. Farnan (#4395) |
| Omar A. Khan | Christine D. Haynes (#4697) |
| Jeffrey A. Dennhardt | RICHARDS, LAYTON & FINGER P.A. |
| Lauren E. Matlock-Colangelo | One Rodney Square |
| WILMER CUTLER PICKERING HALE AND DORR LLP | 920 North King Street |
| | Wilmington, DE 19801 |
| 7 World Trade Center | (302) 651-7700 |
| 250 Greenwich Street | cottrell@rlf.com |
| New York, NY 10007 | farnan@rlf.com |
| (212) 230-8800 | haynes@rlf.com |
| | |
| Asher S. McGuffin | *Attorneys for Plaintiff* |
| WILMER CUTLER PICKERING HALE AND DORR LLP | |
| 60 State Street | |
| Boston, MA 02109 | |
| (617) 526-6000 | |

Dated: August 21, 2025

RLF1 33591767v.1