# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> CYTEK BIOSCIENCES, INC., <br> Defendant. | C.A. No. 24-0945-CFC-EGT |

## PLAINTIFF'S NOTICE OF DEPOSITION
## TO AL HERNANDEZ

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure and the applicable Local Rules of the United States District Court for the District of Delaware, Beckman Coulter, Inc. ("Beckman Coulter") will take the deposition upon oral examination of Al Hernandez.  The deposition will take place on October 6, 2025, beginning at 9:00 am, at the San Francisco Office of WilmerHale, 50 California Street, Suite 3600, San Francisco, CA 94111, before a court reporter, notary public, or other person duly authorized by law to administer oaths.  This deposition will be recorded by stenographic and audiovisual means, conducted under the Federal Rules of Civil Procedure for the purposes of discovery, used as evidence at trial, and for any other purposes allowed by law.

|  |  |
|---|---|
| OF COUNSEL: | /s/ Christine D. Haynes |
|  | Frederick L. Cottrell III (#2555) |
| Omar A. Khan | Kelly E. Farnan (#4395) |
| Jeffrey A. Dennhardt | Christine D. Haynes (#4697) |
| Lauren E. Matlock-Colangelo | RICHARDS, LAYTON & FINGER P.A. |
| WILMER CUTLER PICKERING HALE AND DORR LLP | One Rodney Square |
| 7 World Trade Center | 920 North King Street |
| 250 Greenwich Street | Wilmington, Delaware 19801 |
| New York, NY 10007 | (302) 651-7700 |
| (212) 230-8800 | cottrell@rlf.com |
|  | farnan@rlf.com |
|  | haynes@rlf.com |
| Asher S. McGuffin | *Attorneys for Plaintiff* |
| WILMER CUTLER PICKERING HALE AND DORR LLP |  |
| 60 State Street |  |
| Boston, MA 02109 |  |
| (617) 526-6000 |  |

Dated: September 9, 2025