## **CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that the foregoing Plaintiff Beckman Coulter, Inc.'s Supplemental Claim Construction Brief complies with the type-volume requirements of the Court's November 6, 2019 Standing Order Regarding Briefing in All Cases and the Scheduling Order. The text of the brief, including footnotes, was prepared in Times New Roman 14-point font and contains 7,714 words.

*/s/ Christine D. Haynes*
Christine D. Haynes (#4697)
haynes@rlf.com

Dated: September 10, 2025