# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., | ) <br> ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) C.A. No. 24-0945-CFC-EGT <br> ) |
| CYTEK BIOSCIENCES, INC. | ) <br> ) |
| Defendant. | ) |

## MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 17, 2024 <u>STANDING ORDER ON PERSONAL DEVICES</u>

Plaintiff Beckman Coulter, Inc. ("Plaintiff") hereby moves for an order to exempt certain persons from the District of Delaware's May 17, 2024 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 17, 2024 Standing Order"). In support of this Motion, Plaintiff states as follows:

1. The District of Delaware's May 17, 2024 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require *inter alia*, for visitors to place personal electronic devices in a locked pouch

provided by U.S. Marshalls. Paragraph 4 of the May 17, 2024 Standing Order provides for certain exemptions to the Standing Order.

2. A *Markman* hearing is currently scheduled in this case on September 17, 2025 at 9:00 a.m. in Courtroom 4B.

3. Certain outside counsel who intend to appear at the September 17 *Markman* hearing on behalf of the parties do not meet the exemptions listed in Paragraph 4 of the May 17, 2024 Standing Order. These counsel are in good standing, with at least one State bar admission in the United States and have been admitted *pro hac vice* in the above-captioned action; however, they do not possess a physical, hard-copy Bar ID card. These persons include:

- Omar Khan, WilmerHale (Counsel for Plaintiff)
- Jeffrey Dennhardt, WilmerHale (Counsel for Plaintiff)
- Asher McGuffin, WilmerHale (Counsel for Plaintiff)

WHEREFORE, Plaintiff respectfully requests that the Court issue an order, in the form attached hereto, to exempt certain persons from the District of Delaware's May 17, 2024 Standing Order.

| | |
|---|---|
| OF COUNSEL:<br><br>Omar A. Khan<br>Jeffrey A. Dennhardt<br>Lauren E. Matlock-Colangelo<br>WILMER CUTLER PICKERING HALE<br>　AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>(212) 230-8800<br><br>Asher S. McGuffin<br>WILMER CUTLER PICKERING HALE<br>　AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000 | /s/ Christine D. Haynes<br>Frederick L. Cottrell III (#2555)<br>Kelly E. Farnan (#4395)<br>Christine D. Haynes (#4697)<br>RICHARDS, LAYTON & FINGER P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>(302) 651-7700<br>cottrell@rlf.com<br>farnan@rlf.com<br>haynes@rlf.com<br><br>*Attorneys for Plaintiff* |

Dated:  September 16, 2025

3