# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| BECKMAN COULTER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 24-0945-CFC-EGT |
| v. | ) | |
| | ) | |
| CYTEK BIOSCIENCES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 22, 2025, true and correct copies of (1) Plaintiff's First Set of Requests for Admission to Defendant Cytek Biosciences, Inc. (Nos. 1-35); (2) Plaintiff's Third Set of Interrogatories to Defendant Cytek Biosciences, Inc. (Nos. 22-25); (3) Plaintiff's Third Set of Requests for Production of Documents and Things to Defendant Cytek Biosciences, Inc. (Nos. 277-307); and (4) Plaintiff's Second Set of Requests for Admission to Defendant Cytek Biosciences, Inc. (Nos. 36-1,835) were caused to be served on the following counsel in the manner indicated:

**BY E-MAIL**

Karen Jacobs
Jeremy A. Tigan
Cameron P. Clark
Morris, Nichols, Arsht & Tunnell LLP

**BY EMAIL**

Reuben H. Chen
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304

| | |
|---|---|
| 1201 N. Market Street<br>P. O. Box 1347<br>Wilmington, DE 19801 | Elizabeth M. Flanagan<br>Cooley LLP<br>30 S. 9th Street, 7th Floor<br>Minneapolis, MN 55402 |

**BY EMAIL**

Adam Pivovar
Dustin M. Knight
Rosalynd D. Upton
David Yun
Cooley LLP
1299 Pennsylvania Avenue NW
Suite 700
Washington, DC 20004

OF COUNSEL:

Omar A. Khan
Jeffrey A. Dennhardt
Lauren E. Matlock-Colangelo
WILMER CUTLER PICKERING HALE
  AND DORR LLP
7 World Trade Center
250 Greewich Street
New York, NY 10007
(212) 230-8800

Asher S. McGuffin
WILMER CUTLER PICKERING HALE
  AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

/s/ Christine D. Haynes
Frederick L. Cottrell III (#2555)
Kelly E. Farnan (#4395)
Christine D. Haynes (#4697)
RICHARDS, LAYTON & FINGER P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com
farnan@rlf.com
haynes@rlf.com

*Attorneys for Plaintiff*

Dated: September 22, 2025

2