# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., | ) </br> ) </br> ) </br> ) |
| Plaintiff, | ) </br> ) |
| v. | ) C.A. No. 24-0945-CFC-EGT </br> ) |
| CYTEK BIOSCIENCES, INC. | ) </br> ) </br> ) |
| Defendant. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 26, 2025, true and correct copies of (1) Plaintiff's Sixth Supplemental Objections & Responses to Defendant's First Set of Interrogatories (Nos. 1-12) and (2) Plaintiff's First Supplemental Objections & Responses to Defendant's Third Set of Interrogatories (Nos. 20-21) were caused to be served on the following counsel in the manner indicated:

**BY E-MAIL**

Karen Jacobs
Jeremy A. Tigan
Cameron P. Clark
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19801

**BY EMAIL**

Reuben H. Chen
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304

Elizabeth M. Flanagan
Cooley LLP
30 S. 9th Street, 7th Floor
Minneapolis, MN 55402

**BY EMAIL**

Adam Pivovar
Dustin M. Knight
Rosalynd D. Upton
David Yun
Cooley LLP
1299 Pennsylvania Avenue NW
Suite 700
Washington, DC 20004

| | |
|---|---|
| OF COUNSEL: | /s/ Christine D. Haynes<br>Frederick L. Cottrell III (#2555)<br>Kelly E. Farnan (#4395) |
| Omar A. Khan<br>Jeffrey A. Dennhardt<br>Lauren E. Matlock-Colangelo<br>WILMER CUTLER PICKERING HALE<br>  AND DORR LLP<br>7 World Trade Center<br>250 Greewich Street<br>New York, NY 10007<br>(212) 230-8800 | Christine D. Haynes (#4697)<br>RICHARDS, LAYTON & FINGER P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>(302) 651-7700<br>cottrell@rlf.com<br>farnan@rlf.com<br>haynes@rlf.com |
| Asher S. McGuffin<br>WILMER CUTLER PICKERING HALE<br>  AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000 | *Attorneys for Plaintiff* |

Dated:  September 26, 2025