IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 24-945 (CFC) (EGT) |
| ) | |
| CYTEK BIOSCIENCES, INC., ) | |
| ) | |
| Defendant. ) | |

**STIPULATION AND [~~PROPOSED~~] ORDER**
**AMENDING SCHEDULING ORDER**

WHEREAS, Plaintiff Beckman Coulter, Inc. and Defendant Cytek Biosciences, Inc. have conferred regarding amendments to the Scheduling Order (D.I. 25, as amended by D.I. 49 and D.I. 55);

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the Scheduling Order is amended as follows:

| Deadline | Current Date | Amended Date |
|---|---|---|
| Parties Shall Serve Privilege Logs | September 22, 2025 | October 6, 2022 |
| Close of Fact Discovery | October 8, 2025 | October 22, 2025[1] |
| Plaintiff Shall Narrow the Number of Asserted Claims | After *Markman* Proceedings | October 1, 2025<br><br>Per the Court's instruction at the September 17, 2025 *Markman* Hearing, |

---

[1] Upon mutual agreement on a per deposition basis, the parties shall be permitted to take fact depositions through November 5, 2025.

| Deadline | Current Date | Amended Date |
|---|---|---|
| | | Plaintiff to narrow to 16 Asserted Claims |
| Defendant Shall Narrow the Number of Prior Art Invalidity Grounds to Five per Claim | Within 30-days of Plaintiff's Narrowing | October 22, 2025 |
| Opening Expert Reports | November 5, 2025 | November 19, 2025 |
| Rebuttal Expert Reports | December 10, 2025 | December 17, 2025 |
| Reply Expert Reports | January 9, 2026 | January 16, 2026 |
| Expert Discovery Cut-off | February 6, 2026 | February 13, 2026 |
| Dispositive and *Daubert* Motions | March 6, 2026 | No Change |
| Oppositions to Dispositive and *Daubert* Motions | April 8, 2026 | No Change |
| Replies in support of Dispositive and Daubert Motions | April 29, 2026 | No Change |
| Proposed Pre-Trial Order | July 17, 2026 | No Change |
| Motions *in Limine* | July 17, 2026 | No Change |
| Jury Instructions, Voir Dire, & Verdict Form | July 17, 2026 | No Change |
| Pre-Trial Conference | August 7, 2026 | No Change |
| Trial | August 17, 2026 | No Change |

| RICHARDS, LAYTON & FINGER P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ *Christine D. Haynes* | /s/ *Cameron P. Clark* |
| Frederick L. Cottrell III (#2555)<br>Kelly E. Farnan (#4395)<br>Christine D. Haynes (#4697)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>cottrell@rlf.com<br>farnan@rlf.com<br>haynes@rlf.com | Karen Jacobs (#2881)<br>Jeremy A. Tigan (#5239)<br>Cameron P. Clark (#6647)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>kjacobs@morrisnichols.com<br>jtigan@morrisnichols.com<br>cclark@morrisnichols.com |
| *Attorneys for Plaintiff*<br>*Beckman Coulter, Inc.* | *Attorneys for Defendant*<br>*Cytek Biosciences, Inc.* |

September 29, 2025

SO ORDERED this 29th day of September, 2025.

_____
Chief, United States District Judge