UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-945 (CFC) (EGT) |
| | ) |
| CYTEK BIOSCIENCES, INC., | ) **DEMAND FOR JURY TRIAL** |
| | ) |
| Defendant. | ) |

**DEFENDANT'S NOTICE OF SUBPOENA TO STANFORD UNIVERSITY**

PLEASE TAKE NOTICE that Defendant Cytek Biosciences, Inc. ("Cytek") will promptly serve the attached subpoena for the production of documents/information or to permit inspection on Stanford University.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Reuben H. Chen<br>Alissa Wood<br>HanByul Chang<br>Juan Pablo González<br>COOLEY LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304<br><br>Elizabeth M. Flanagan<br>COOLEY LLP<br>30 South 9th Street, 7th Floor<br>Minneapolis, MN 55402<br><br>Adam Pivovar<br>Dustin M. Knight<br>Rosalynd D. Upton<br>David Yun<br>COOLEY LLP<br>1299 Pennsylvania Avenue NW<br>Suite 700<br>Washington, DC 20004<br><br>September 30, 2025 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>/s/ *Cameron P. Clark*<br>_____<br>Karen Jacobs (#2881)<br>Jeremy A. Tigan (#5239)<br>Cameron P. Clark (#6647)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>kjacobs@morrisnichols.com<br>jtigan@morrisnichols.com<br>cclark@morrisnichols.com<br><br>*Attorneys for Defendant*<br>*Cytek Biosciences, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 30, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell III<br>Kelly E. Farnan<br>Christine D. Haynes<br>RICHARDS, LAYTON & FINGER P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Omar A. Khan<br>Jeffrey A. Dennhardt<br>Lauren E. Matlock-Colangelo<br>WILMER CUTLER PICKERING HALE<br>  AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Asher S. McGuffin<br>WILMER CUTLER PICKERING HALE<br>  AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

/s/ Cameron P. Clark
Cameron P. Clark (#6647)