IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-945 (CFC) (EGT) |
| | ) |
| CYTEK BIOSCIENCES, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Defendant Cytek Biosciences, Inc.'s Third Amended Rule 26(A)(1) Initial Disclosures* were caused to be served on October 3, 2025 upon the following in the manner indicated:

Frederick L. Cottrell III  *VIA ELECTRONIC MAIL*
Kelly E. Farnan
Christine D. Haynes
RICHARDS, LAYTON & FINGER P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
*Attorneys for Plaintiff*

Omar A. Khan  *VIA ELECTRONIC MAIL*
Jeffrey A. Dennhardt
Lauren E. Matlock-Colangelo
WILMER CUTLER PICKERING HALE
  AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
*Attorneys for Plaintiff*

Asher S. McGuffin  
WILMER CUTLER PICKERING HALE  
  AND DORR LLP  
60 State Street  
Boston, MA  02109  
*Attorneys for Plaintiff*

*VIA ELECTRONIC MAIL*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs*

---

OF COUNSEL:

Reuben H. Chen  
Alissa Wood  
HanByul Chang  
Juan Pablo González  
COOLEY LLP  
3175 Hanover Street  
Palo Alto, CA  94304

Elizabeth M. Flanagan  
COOLEY LLP  
30 South 9th Street, 7th Floor  
Minneapolis, MN  55402

Adam Pivovar  
Dustin M. Knight  
Rosalynd D. Upton  
David Yun  
COOLEY LLP  
1299 Pennsylvania Avenue NW  
Suite 700  
Washington, DC  20004

Karen Jacobs (#2881)  
Jeremy A. Tigan (#5239)  
Cameron P. Clark (#6647)  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE  19899  
(302) 658-9200  
kjacobs@morrisnichols.com  
jtigan@morrisnichols.com  
cclark@morrisnichols.com

*Attorneys for Defendant*  
*Cytek Biosciences, Inc.*

October 3, 2025

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 3, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell III<br>Kelly E. Farnan<br>Christine D. Haynes<br>RICHARDS, LAYTON & FINGER P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Omar A. Khan<br>Jeffrey A. Dennhardt<br>Lauren E. Matlock-Colangelo<br>WILMER CUTLER PICKERING HALE<br>  AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY  10007<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Asher S. McGuffin<br>WILMER CUTLER PICKERING HALE<br>  AND DORR LLP<br>60 State Street<br>Boston, MA  02109<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Karen Jacobs*
_____
Karen Jacobs (#2881)