IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-945 (CFC) (EGT) |
| | ) |
| CYTEK BIOSCIENCES, INC., | ) ▮▮▮▮▮▮▮▮▮▮ |
| | ) |
| Defendant. | ) REDACTED - PUBLIC VERSION |

## NOTICE OF SUBPOENAS

PLEASE TAKE NOTICE that the subpoena attached hereto as Exhibit 1 will be served on Lisa Nichols and the subpoenas attached hereto as Exhibits 2-3 will be served on Danaher Corporation.

Original Filing Date: September 30, 2025
Redacted Filing Date: October 7, 2025

OF COUNSEL:

Reuben H. Chen
Alissa Wood
HanByul Chang
Juan Pablo González
COOLEY LLP
3175 Hanover Street
Palo Alto, CA  94304

Elizabeth M. Flanagan
COOLEY LLP
30 South 9th Street, 7th Floor
Minneapolis, MN  55402

Adam Pivovar
Dustin M. Knight
Rosalynd D. Upton
David Yun
COOLEY LLP
1299 Pennsylvania Avenue NW
Suite 700
Washington, DC  20004

September 30, 2025

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Cameron P. Clark*
_____
Karen Jacobs (#2881)
Jeremy A. Tigan (#5239)
P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
kjacobs@morrisnichols.com
jtigan@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Defendant
Cytek Biosciences, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 30, 2025, upon the following in the manner indicated:

Frederick L. Cottrell III                                                                          *VIA ELECTRONIC MAIL*
Kelly E. Farnan
Christine D. Haynes
RICHARDS, LAYTON & FINGER P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Attorneys for Plaintiff*

Omar A. Khan                                                                                       *VIA ELECTRONIC MAIL*
Jeffrey A. Dennhardt
Lauren E. Matlock-Colangelo
WILMER CUTLER PICKERING HALE
  AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY  10007
*Attorneys for Plaintiff*

Asher S. McGuffin                                                                                  *VIA ELECTRONIC MAIL*
WILMER CUTLER PICKERING HALE
  AND DORR LLP
60 State Street
Boston, MA  02109
*Attorneys for Plaintiff*

/s/ *Cameron P. Clark*
_____
Cameron P. Clark (#6647)