IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CYTEK BIOSCIENCES, INC. <br><br> Defendant. | C.A. No. 24-945-CFC <br><br> **JURY TRIAL DEMANDED** |

## MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admissions *pro hac vice* of Kelly A. Todd, Laura Macro, Akkad Y. Moussa, and Maggie Sawin of Wilmer Cutler Pickering Hale and Dorr LLP to represent Plaintiff Beckman Coulter, Inc. in this matter.

/s/ Christine D. Haynes
Frederick L. Cottrell III (#2555)
Kelly E. Farnan (#4395)
Christine D. Haynes (#4697)
RICHARDS, LAYTON & FINGER P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com
farnan@rlf.com
haynes@rlf.com

*Attorneys for Plaintiff*

RLF1 33903038v.1

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's Motion for admissions *pro hac vice* is GRANTED.

Dated: _____, 2025.

_____
The Honorable Colm F. Connolly

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order regarding Attorney Registration and Pro Hac Vice fees effective January 1, 2024, I further certify that the fee of $50 has been paid to the Clerk of Court upon the filing of this motion.

    ___Kelly A. Todd_____
Kelly A. Todd
Wilmer Cutler Pickering Hale & Dorr LLP
7 World Trade Center
250 Greenwich Street
Dated:  __10/15/2025_____     New York, NY 10007
Kelly.todd@wilmerhale.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the State of New Jersey, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order regarding Attorney Registration and Pro Hac Vice fees effective January 1, 2024, I further certify that the fee of $50 has been paid to the Clerk of Court upon the filing of this motion.

Dated: _10/15/2025_____

_/Laura Macro/_____
Laura Macro
Wilmer Cutler Pickering Hale & Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Laura.macro@wilmerhale.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York, and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order regarding Attorney Registration and Pro Hac Vice fees effective January 1, 2024, I further certify that the fee of $50 has been paid to the Clerk of Court upon the filing of this motion.

Dated:   2025-10-15

/Akkad Y. Moussa/
Akkad Y. Moussa
Wilmer Cutler Pickering Hale & Dorr LLP
2100 Pennsylvania Avenue NW
Washington DC 20037
Akkad.Moussa@wilmerhale.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order regarding Attorney Registration and Pro Hac Vice fees effective January 1, 2024, I further certify that the fee of $50 has been paid to the Clerk of Court upon the filing of this motion.

Dated:  10/15/2025

/s/Maggie Sawin  
Maggie Sawin  
Wilmer Cutler Pickering Hale & Dorr LLP  
7 World Trade Center  
250 Greenwich Street  
New York, NY 10007  
Maggie.Sawin@wilmerhale.com