# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) C.A. No. 24-0945-CFC-EGT <br> ) |
| CYTEK BIOSCIENCES, INC. | ) <br> ) |
| Defendant. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 16, 2025, true and correct copies of (1) Plaintiff's Objections & Responses to Defendant's Fourth Set of Interrogatories (Nos. 22-23) and (2) Plaintiff's Objections & Responses to Defendant's Fifth Set of Requests for Production (Nos. 101-111) were caused to be served on the following counsel in the manner indicated:

| **BY E-MAIL** | **BY EMAIL** |
|---|---|
| Karen Jacobs <br> Jeremy A. Tigan <br> Cameron P. Clark <br> Morris, Nichols, Arsht & Tunnell LLP <br> 1201 N. Market Street <br> P. O. Box 1347 <br> Wilmington, DE 19801 | Reuben H. Chen <br> Cooley LLP <br> 3175 Hanover Street <br> Palo Alto, CA 94304 <br> <br> Elizabeth M. Flanagan <br> Cooley LLP <br> 30 S. 9th Street, 7th Floor <br> Minneapolis, MN 55402 |

<u>**BY EMAIL**</u>

Adam Pivovar
Dustin M. Knight
Rosalynd D. Upton
David Yun
Cooley LLP
1299 Pennsylvania Avenue NW
Suite 700
Washington, DC 20004

|  |  |
|---|---|
| OF COUNSEL: | */s/ Christine D. Haynes*<br>Frederick L. Cottrell III (#2555)<br>Kelly E. Farnan (#4395) |
| Omar A. Khan<br>Jeffrey A. Dennhardt<br>Lauren E. Matlock-Colangelo<br>WILMER CUTLER PICKERING HALE<br>   AND DORR LLP<br>7 World Trade Center<br>250 Greewich Street<br>New York, NY 10007<br>(212) 230-8800 | Christine D. Haynes (#4697)<br>RICHARDS, LAYTON & FINGER P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>(302) 651-7700<br>cottrell@rlf.com<br>farnan@rlf.com<br>haynes@rlf.com |
| Asher S. McGuffin<br>WILMER CUTLER PICKERING HALE<br>   AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000 | *Attorneys for Plaintiff* |

Dated:  October 16, 2025