IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 24-945 (CFC) (EGT) |
| ) | |
| CYTEK BIOSCIENCES, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Cytek's Responses and Objections to Plaintiff's Third Set of Requests for Production of Documents and Things (Nos. 277-307)* were caused to be served on October 23, 2025 upon the following in the manner indicated:

Frederick L. Cottrell III                                        *VIA ELECTRONIC MAIL*
Kelly E. Farnan
Christine D. Haynes
RICHARDS, LAYTON & FINGER P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Attorneys for Plaintiff*

| | |
|---|---|
| Omar A. Khan<br>Jeffrey A. Dennhardt<br>Lauren E. Matlock-Colangelo<br>Kelly A. Todd<br>Laura Macro<br>Maggie Sawin<br>WILMER CUTLER PICKERING HALE<br>  AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY  10007<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Asher S. McGuffin<br>WILMER CUTLER PICKERING HALE<br>  AND DORR LLP<br>60 State Street<br>Boston, MA  02109<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Akkad Y. Moussa<br>WILMER CUTLER PICKERING HALE<br>  AND DORR LLP<br>2100 Pennsylvania Avenue NW<br>Washington DC 20037<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

<table>
<tr><td>

OF COUNSEL:

Reuben H. Chen
Alissa Wood
HanByul Chang
Juan Pablo González
COOLEY LLP
3175 Hanover Street
Palo Alto, CA  94304

Elizabeth M. Flanagan
COOLEY LLP
30 South 9th Street, 7th Floor
Minneapolis, MN  55402

Adam Pivovar
Dustin M. Knight
Rosalynd D. Upton
David Yun
COOLEY LLP
1299 Pennsylvania Avenue NW
Suite 700
Washington, DC  20004

October 24, 2025

</td><td>

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

_____
Karen Jacobs (#2881)
Jeremy A. Tigan (#5239)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
kjacobs@morrisnichols.com
jtigan@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Defendant
Cytek Biosciences, Inc.*

</td></tr>
</table>

3

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 24, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell III<br>Kelly E. Farnan<br>Christine D. Haynes<br>RICHARDS, LAYTON & FINGER P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Omar A. Khan<br>Jeffrey A. Dennhardt<br>Lauren E. Matlock-Colangelo<br>Kelly A. Todd<br>Laura Macro<br>Maggie Sawin<br>WILMER CUTLER PICKERING HALE<br>  AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Asher S. McGuffin<br>WILMER CUTLER PICKERING HALE<br>  AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

Akkad Y. Moussa  
WILMER CUTLER PICKERING HALE  
  AND DORR LLP  
2100 Pennsylvania Avenue NW  
Washington DC 20037  
*Attorneys for Plaintiff*

*VIA ELECTRONIC MAIL*

*/s/ Jeremy A. Tigan*

---

Jeremy A. Tigan (#5239)