# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., | ) <br> ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) C.A. No. 24-0945-CFC-EGT <br> ) |
| CYTEK BIOSCIENCES, INC. | ) <br> ) |
| Defendant. | ) <br> ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 22, 2025, true and correct copies of (1) Plaintiff's Second Amended Disclosures Under Paragraph 3 of the Delaware Default Standard for Discovery and Rule 26(a)(1) of the Federal Rules of Civil Procedure; (2) Plaintiff's First Supplemental Objections and Responses to Defendant's Second Set of Interrogatories (Nos. 13-19); (3) Plaintiff's First Supplemental Objections and Responses to Defendant's Fourth Set of Interrogatories (Nos. 22-23); (4) Plaintiff's Second Supplemental Objections and Responses to Defendant's Third Set of Interrogatories (Nos. 20-21); and (5) Plaintiff's Seventh Supplemental Objections and Responses to Defendant's First Set of Interrogatories (Nos. 1-12) were caused to be served on the following counsel in the manner indicated:

**BY E-MAIL**

Karen Jacobs
Jeremy A. Tigan
Cameron P. Clark
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19801

**BY EMAIL**

Reuben H. Chen
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304

Elizabeth M. Flanagan
Cooley LLP
30 S. 9th Street, 7th Floor
Minneapolis, MN 55402

**BY EMAIL**

Adam Pivovar
Dustin M. Knight
Rosalynd D. Upton
David Yun
Cooley LLP
1299 Pennsylvania Avenue NW
Suite 700
Washington, DC 20004

|  |  |
|---|---|
| OF COUNSEL: | /s/ Frederick L. Cottrell III |
|  | Frederick L. Cottrell III (#2555) |
| Omar A. Khan | Kelly E. Farnan (#4395) |
| Jeffrey A. Dennhardt | Christine D. Haynes (#4697) |
| Lauren E. Matlock-Colangelo | RICHARDS, LAYTON & FINGER P.A. |
| WILMER CUTLER PICKERING HALE AND DORR LLP | One Rodney Square |
| 7 World Trade Center | 920 North King Street |
| 250 Greewich Street | Wilmington, Delaware 19801 |
| New York, NY 10007 | (302) 651-7700 |
| (212) 230-8800 | cottrell@rlf.com |
|  | farnan@rlf.com |
|  | haynes@rlf.com |
| Asher S. McGuffin | *Attorneys for Plaintiff* |
| WILMER CUTLER PICKERING HALE AND DORR LLP |  |
| 60 State Street |  |
| Boston, MA 02109 |  |
| (617) 526-6000 |  |

Dated:  October 24, 2025