# EXHIBIT A

| | |
|---|---|
| **From:** | Knight, Dustin M <dknight@cooley.com> |
| **Sent:** | Wednesday, October 15, 2025 11:24 AM |
| **To:** | WH BEC-Cytek Service; Khan, Omar; Dennhardt, Jeffrey; McGuffin, Asher S.; Todd, Kelly; Matlock-Colangelo, Lauren E.; Haynes, Christine D.; Cottrell, Fred; Farnan, Kelly E. |
| **Cc:** | z/Cytek-BCLitigation; Jacobs, Karen; Clark, Cameron; Tigan, Jeremy A. |
| **Subject:** | [EXT] BC v. Cytek \| Request for Status Conference |

Counsel,

In view of Beckman Coulter's 2nd Election of Claims retaining claims from the '582 patent reciting "collimating optical element," Cytek intends to request a status conference with the Court to discuss a proposal for resolving the parties' claim construction dispute for this term. Please let us know by COB tomorrow if Beckman Coulter joins us in this request. We are also available to meet and confer tomorrow on this matter.

Regards,
Dustin

**Dustin Knight**
Cooley LLP
1299 Pennsylvania Avenue, NW, Suite 700
(enter from 12th and E Streets)
Washington, DC  20004-2400
+1 202 776 2066 office
+1 202 842 7899 fax
+1 571 643 5164 mobile
dknight@cooley.com
Pronouns: he, him, his

www.cooley.com/dustinknight

Cooley is committed to racial justice

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.