IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-945 (CFC) (EGT) |
| | ) |
| CYTEK BIOSCIENCES, INC., | ) |
| | ) |
| Defendant. | ) |

**<u>NOTICE OF WITHDRAWAL OF COUNSEL</u>**

PLEASE TAKE NOTICE that the appearance of Alissa Wood of COOLEY LLP as counsel for Defendant Cytek Biosciences, Inc. is hereby withdrawn. Cytek will continue to be represented by MORRIS, NICHOLS, ARSHT & TUNNELL LLP and COOLEY LLP.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Reuben H. Chen<br>HanByul Chang<br>Juan Pablo González<br>COOLEY LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304<br><br>Elizabeth M. Flanagan<br>COOLEY LLP<br>30 South 9th Street, 7th Floor<br>Minneapolis, MN 55402<br><br>Adam Pivovar<br>Dustin M. Knight<br>Rosalynd D. Upton<br>David Yun<br>COOLEY LLP<br>1299 Pennsylvania Avenue NW<br>Suite 700<br>Washington, DC 20004<br><br>October 27, 2025 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Jeremy A. Tigan*<br><br>Karen Jacobs (#2881)<br>Jeremy A. Tigan (#5239)<br>Cameron P. Clark (#6647)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>kjacobs@morrisnichols.com<br>jtigan@morrisnichols.com<br>cclark@morrisnichols.com<br><br>*Attorneys for Defendant*<br>*Cytek Biosciences, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 27, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell III<br>Kelly E. Farnan<br>Christine D. Haynes<br>RICHARDS, LAYTON & FINGER P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Omar A. Khan<br>Jeffrey A. Dennhardt<br>Lauren E. Matlock-Colangelo<br>Kelly A. Todd<br>Laura Macro<br>Maggie Sawin<br>WILMER CUTLER PICKERING HALE<br>  AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY  10007<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

Asher S. McGuffin  *VIA ELECTRONIC MAIL*
WILMER CUTLER PICKERING HALE
 AND DORR LLP
60 State Street
Boston, MA  02109
*Attorneys for Plaintiff*

Akkad Y. Moussa  *VIA ELECTRONIC MAIL*
WILMER CUTLER PICKERING HALE
 AND DORR LLP
2100 Pennsylvania Avenue NW
Washington DC 20037
*Attorneys for Plaintiff*

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)