IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-945-CFC-EGT |
| | ) |
| CYTEK BIOSCIENCES, INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND [PROPOSED] ORDER**
**AMENDING SCHEDULING ORDER**

WHEREAS, Plaintiff Beckman Coulter, Inc. and Defendant Cytek Biosciences, Inc. have conferred regarding amendments to the Scheduling Order (D.I. 25, as amended by D.I. 49, 55, and 178); and

WHEREAS, the parties are in the process of completing certain fact depositions taking place by agreement after the fact discovery deadline;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the Scheduling Order is amended as follows:

| Deadline | Current Date | Amended Date |
|---|---|---|
| Opening Expert Reports | November 19, 2025 | December 17, 2025 |
| Rebuttal Expert Reports | December 17, 2025 | January 13, 2026 |
| Reply Expert Reports | January 16, 2026 | February 3, 2026 |
| Expert Discovery Cut-off | February 13, 2026 | February 24, 2026 |
| Dispositive and *Daubert* Motions | March 6, 2026 | March 13, 2026 |

| Deadline | Current Date | Amended Date |
|---|---|---|
| Oppositions to Dispositive and *Daubert* Motions | April 8, 2026 | April 13, 2026 |
| Replies in support of Dispositive and Daubert Motions | April 29, 2026 | No Change |
| Proposed Pre-Trial Order | July 17, 2026 | No Change |
| Motions *in Limine* | July 17, 2026 | No Change |
| Jury Instructions, Voir Dire, & Verdict Form | July 17, 2026 | No Change |
| Pre-Trial Conference | August 7, 2026 | No Change |
| Trial | August 17, 2026 | No Change |

RICHARDS, LAYTON & FINGER P.A.

/s/ *Christine D. Haynes*

Frederick L. Cottrell III (#2555)
Kelly E. Farnan (#4395)
Christine D. Haynes (#4697)
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
farnan@rlf.com
haynes@rlf.com

*Attorneys for Plaintiff
Beckman Coulter, Inc.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Jeremy A. Tigan*

Karen Jacobs (#2881)
Jeremy A. Tigan (#5239)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
kjacobs@morrisnichols.com
jtigan@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Defendant
Cytek Biosciences, Inc.*

November 5, 2025

SO ORDERED this \_\_5th\_\_ day of November, 2025.

_____*/s/ Colm F. Connolly*_____
Chief, United States District Judge