# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> CYTEK BIOSCIENCES, INC. <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 24-0945-CFC-EGT ) ) ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 5, 2025, true and correct copies of (1) Plaintiff's Eighth Supplemental Objections and Responses to Defendant's Frist Set of Interrogatories (Nos. 1-12); (2) Plaintiff's Second Supplemental Objections and Responses to Defendant's Second Set of Interrogatories (Nos. 13-19); and (3) Plaintiff's Second Supplemental Objections and Responses to Defendant's Fourth Set of Interrogatories (Nos. 22-23) were caused to be served on the following counsel in the manner indicated:

| **BY E-MAIL** | **BY EMAIL** |
|---|---|
| Karen Jacobs <br> Jeremy A. Tigan <br> Cameron P. Clark <br> Morris, Nichols, Arsht & Tunnell LLP <br> 1201 N. Market Street <br> P. O. Box 1347 <br> Wilmington, DE  19801 | Reuben H. Chen <br> Cooley LLP <br> 3175 Hanover Street <br> Palo Alto, CA 94304 <br><br> Elizabeth M. Flanagan <br> Cooley LLP |

30 S. 9th Street, 7th Floor
Minneapolis, MN 55402

**BY EMAIL**

Adam Pivovar
Dustin M. Knight
Rosalynd D. Upton
David Yun
Cooley LLP
1299 Pennsylvania Avenue NW
Suite 700
Washington, DC 20004

| | |
|---|---|
| OF COUNSEL: | */s/ Christine D. Haynes* |
| | Frederick L. Cottrell III (#2555) |
| | Kelly E. Farnan (#4395) |
| Omar A. Khan | Christine D. Haynes (#4697) |
| Jeffrey A. Dennhardt | RICHARDS, LAYTON & FINGER P.A. |
| Lauren E. Matlock-Colangelo | One Rodney Square |
| WILMER CUTLER PICKERING HALE AND DORR LLP | 920 North King Street |
| | Wilmington, Delaware 19801 |
| 7 World Trade Center | (302) 651-7700 |
| 250 Greewich Street | cottrell@rlf.com |
| New York, NY 10007 | farnan@rlf.com |
| (212) 230-8800 | haynes@rlf.com |
| | |
| Asher S. McGuffin | *Attorneys for Plaintiff* |
| WILMER CUTLER PICKERING HALE AND DORR LLP | |
| 60 State Street | |
| Boston, MA 02109 | |
| (617) 526-6000 | |

Dated: November 6, 2025