IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BECKMAN COULTER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 24-945 (CFC) (EGT) |
| | ) | |
| CYTEK BIOSCIENCES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR CONFERENCE TO RESOLVE DISCOVERY DISPUTES**

Plaintiff Beckman Coulter, Inc. and Defendant Cytek Biosciences, Inc. (collectively, the "Parties") respectfully move this Court to schedule a conference to address the following outstanding disputes:

1. Cytek's objection to disclosure of Cytek's confidential information to Beckman Coulter's proposed expert, J. Paul Robinson, under the Protective Order.

2. The scope of Beckman Coulter's amended infringement contentions.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (by telephone) on the following date:

- October 30, 2025 – approximately 30 minutes

<u>Plaintiff's Counsel</u>:

Delaware Counsel:    Christine D. Haynes

Lead Counsel:        Omar A. Khan, Jeffrey A. Dennhardt, and Asher McGuffin

<u>Defendant's Counsel</u>:

Delaware Counsel:    Jeremy Tigan

Lead Counsel:        Reuben Chen; Betsy Flanagan; and HanByul Chang

The parties are available on the following dates:

November 20, 2025

November 21, 2025

November 24, 2025

This dispute is the third time that a discovery or protective order dispute has been brought before the Court.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jeremy A. Tigan

OF COUNSEL:

Reuben H. Chen
HanByul Chang
Juan Pablo González
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
(650) 843-5000

Elizabeth M. Flanagan
COOLEY LLP
30 S. 9th Street, 7th Floor
Minneapolis, MN 55402

Adam Pivovar
Dustin M. Knight
Rosalynd D. Upton
David Yun
COOLEY LLP
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004
(202) 842-7800

Karen Jacobs (#2881)
Jeremy A. Tigan (#5239)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
kjacobs@morrisnichols.com
jtigan@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Defendant*
*Cytek Biosciences, Inc.*

2

RICHARDS, LAYTON & FINGER P.A.

OF COUNSEL:

Omar A. Khan
Jeffrey A. Dennhardt
Lauren E. Matlock-Colangelo
WILMER CUTLER PICKERING HALE AND
    DORR LLP
7 World Trade Center
250 Greewich Street
New York, NY 10007
(212) 230-8800

Asher S. McGuffin
WILMER CUTLER PICKERING HALE AND
    DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Dated:  November 12, 2025

/s/ Christine D. Haynes
Frederick L. Cottrell III (#2555)
Kelly E. Farnan (#4395)
Christine D. Haynes (#4697)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com
farnan@rlf.com
haynes@rlf.com

*Attorneys for Plaintiff*

3