IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BECKMAN COULTER, INC.,

Plaintiff,

v.

CYTEK BIOSCIENCES, INC.,

Defendant.

C.A. No. 24-0945-CFC-EGT

**DEMAND FOR JURY TRIAL**

**STIPULATION AND [PROPOSED] ORDER
AMENDING SCHEDULING ORDER**

WHEREAS Plaintiff's counsel represented that due to a corrupted expert report file and the expert's travel schedule, it was requesting two additional days for opening expert reports; and,

WHEREAS Defendant's counsel agreed to schedule extensions, provided there are also extensions for rebuttal and reply reports;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, subject the approval of the Court, that the deadlines for expert reports are amended as follows:

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Opening Expert Reports | December 17, 2025 | December 19, 2025 |
| Rebuttal Expert Reports | January 13, 2026 | January 16, 2026 |

| Reply Expert Reports | February 3, 2026 | February 4, 2026 |
| Expert Discovery Cut-Off | February 24, 2026 | No change |

No other dates in the Scheduling Order (D.I. 25, as amended at D.I. 47, 53, 178, and 198) are modified by this stipulation and order.

/s/ Christine D. Haynes
Frederick L. Cottrell III (#2555)
Kelly E. Farnan (#4395)
Christine D. Haynes (#4697)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com
farnan@rlf.com
haynes@rlf.com

OF COUNSEL:

Omar A. Khan
Jeffrey Dennhardt
Lauren E. Matlock-Colangelo
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800

/s/ Jeremy A. Tigan
Karen Jacobs (#2881)
Jeremy A. Tigan (#5239)
Cameron P. Clark (#6647)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
kjacobs@morrisnichols.com
jtigan@morrisnichols.com
cclark@morrisnichols.com

OF COUNSEL:
Reuben H. Chen
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
(650) 843-5000

Elizabeth M. Flanagan
COOLEY LLP
2049 Century Park East, Suite 3700
30 S. 9th Street, 7th Floor
Minneapolis, MN 55402

Asher S. McGuffin
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

*Attorneys for Plaintiff*

Adam Pivovar
Dustin M. Knight
Rosalynd D. Upton
COOLEY LLP
1299 Pennsylvania Avenue NW,
Suite 700
Washington, DC 20004
(202) 842-7800

*Attorneys for Defendant*

Dated:  December 17, 2025

IT IS SO ORDERED this ___ day of December, 2025

_____

The Honorable Colm F. Connolly