# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., | ) <br> ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) C.A. No. 24-0945-CFC-EGT <br> ) |
| CYTEK BIOSCIENCES, INC. | ) <br> ) <br> ) |
| Defendant. | ) |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that pursuant to Local Rule 83.7, Asher S. McGuffin of Wilmer Cutler Pickering Hale and Dorr LLP, hereby withdraws his appearance as counsel of record for Plaintiff Beckman Coulter, Inc. in the above-captioned action. Plaintiff continues to be represented in this matter by the law firms of Wilmer Cutler Pickering Hale and Dorr LLP and Richards, Layton & Finger, P.A.

/s/ Christine D. Haynes
Frederick L. Cottrell III (#2555)
Kelly E. Farnan (#4395)
Christine D. Haynes (#4697)
RICHARDS, LAYTON & FINGER P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com
farnan@rlf.com
haynes@rlf.com

*Attorneys for Plaintiff*

Dated: December 31, 2025