IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-945 (CFC) (EGT) |
| | ) |
| CYTEK BIOSCIENCES, INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND [PROPOSED] ORDER**
**<u>EXTENDING EXPERT DEADLINES</u>**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadlines for rebuttal and reply expert reports are amended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Rebuttal Expert Reports | January 16, 2026 | January 20, 2026 |
| Reply Expert Reports | February 4, 2026 | February 9, 2026 |

No other dates in the Scheduling Order (D.I. 25, as amended at D.I. 47, 53, 178, 198, and 210) are modified by this stipulation.

| | |
|---|---|
| RICHARDS, LAYTON & FINGER P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ *Christine D. Haynes* | /s/ *Cameron P. Clark* |
| Frederick L. Cottrell III (#2555)<br>Kelly E. Farnan (#4395)<br>Christine D. Haynes (#4697)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>cottrell@rlf.com<br>farnan@rlf.com<br>haynes@rlf.com | Karen Jacobs (#2881)<br>Jeremy A. Tigan (#5239)<br>Cameron P. Clark (#6647)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>kjacobs@morrisnichols.com<br>jtigan@morrisnichols.com<br>cclark@morrisnichols.com |
| *Attorneys for Plaintiff*<br>*Beckman Coulter, Inc.* | *Attorneys for Defendant*<br>*Cytek Biosciences, Inc.* |

January 14, 2026

SO ORDERED this _____ day of _____, 2026.

_____
CHIEF, UNITED STATES DISTRICT JUDGE