# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CYTEK BIOSCIENCES, INC. ) <br> ) <br> Defendant. ) | C.A. No. 24-0945-CFC-EGT |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 20, 2026, true and correct copies of (1) Rebuttal Expert Report of Dr. David Schaafsma, PhD Regarding Validity of U.S. Patent Nos. 10,330,582, 11.703,443, and 12,174,107; (2) Rebuttal Expert Report of Dr. Jessica Houston, PhD Regarding Validity of U.S. Patent Nos. 10,330,582, 11,703,443, and 12,174,107; (3) Rebuttal Expert Report of Dr. Michael S. Arnold; and (4) Rebuttal Expert Report of Joseph Paul Robinson Regarding Validity of U.S. Patent Nos. 10,330,582, 11,703,443, and 12,174,107 were caused to be served on the following counsel in the manner indicated:

| | |
|---|---|
| **BY E-MAIL** | **BY EMAIL** |
| Karen Jacobs | Reuben H. Chen |
| Jeremy A. Tigan | Cooley LLP |
| Cameron P. Clark | 3175 Hanover Street |
| Morris, Nichols, Arsht & Tunnell LLP | Palo Alto, CA 94304 |
| 1201 N. Market Street | |
| P. O. Box 1347 | Elizabeth M. Flanagan |
| Wilmington, DE 19801 | Cooley LLP |
| | 30 S. 9th Street, 7th Floor |
| | Minneapolis, MN 55402 |

**BY EMAIL**

Adam Pivovar
Dustin M. Knight
Rosalynd D. Upton
David Yun
Cooley LLP
1299 Pennsylvania Avenue NW
Suite 700
Washington, DC 20004

| | |
|---|---|
| OF COUNSEL: | */s/ Christine D. Haynes* |
| | Frederick L. Cottrell III (#2555) |
| | Kelly E. Farnan (#4395) |
| Omar A. Khan | Christine D. Haynes (#4697) |
| Jeffrey A. Dennhardt | RICHARDS, LAYTON & FINGER P.A. |
| Lauren E. Matlock-Colangelo | One Rodney Square |
| WILMER CUTLER PICKERING HALE AND DORR LLP | 920 North King Street |
| | Wilmington, Delaware 19801 |
| 7 World Trade Center | (302) 651-7700 |
| 250 Greewich Street | cottrell@rlf.com |
| New York, NY 10007 | farnan@rlf.com |
| (212) 230-8800 | haynes@rlf.com |
| Dated: January 21, 2026 | *Attorneys for Plaintiff* |

2