# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CYTEK BIOSCIENCES, INC. )<br>)<br>Defendant. ) | C.A. No. 24-0945-CFC-EGT |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 9, 2026, true and correct copies of (1) Reply Expert Report of Dr. David Schaafsma, PhD Regarding Infringement of U.S. Patent Nos. 10,330,582, 11.703,443, and 12,174,107; (2) Reply Expert Report of Dr. Jessica Houston, PhD Regarding Infringement of U.S. Patent Nos. 10,330,582, 11,703,443, and 12,174,107; (3) Reply Expert Report of Michele M. Riley; and (4) Reply Expert Report of Joseph Paul Robinson were caused to be served on the following counsel in the manner indicated:

**BY E-MAIL**

Karen Jacobs
Jeremy A. Tigan
Cameron P. Clark
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19801

**BY EMAIL**

Reuben H. Chen
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304

Elizabeth M. Flanagan
Cooley LLP
30 S. 9th Street, 7th Floor
Minneapolis, MN 55402

**BY EMAIL**

Adam Pivovar
Dustin M. Knight
Rosalynd D. Upton
David Yun
Cooley LLP
1299 Pennsylvania Avenue NW
Suite 700
Washington, DC 20004

OF COUNSEL:

Omar A. Khan
Jeffrey A. Dennhardt
Lauren E. Matlock-Colangelo
WILMER CUTLER PICKERING HALE
   AND DORR LLP
7 World Trade Center
250 Greewich Street
New York, NY 10007
(212) 230-8800

Dated:  February 10, 2026

*/s/ Christine D. Haynes*
Frederick L. Cottrell III (#2555)
Kelly E. Farnan (#4395)
Christine D. Haynes (#4697)
RICHARDS, LAYTON & FINGER P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com
farnan@rlf.com
haynes@rlf.com

*Attorneys for Plaintiff*

2