# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CYTEK BIOSCIENCES, INC. <br><br> Defendant. | C.A. No. 24-945-CFC <br><br> **JURY TRIAL DEMANDED** |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Jennifer Graber of Wilmer Cutler Pickering Hale and Dorr LLP to represent Plaintiff Beckman Coulter, Inc. in this matter.

/s/ *Christine D. Haynes*
Frederick L. Cottrell III (#2555)
Kelly E. Farnan (#4395)
Christine D. Haynes (#4697)
RICHARDS, LAYTON & FINGER P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com
farnan@rlf.com
haynes@rlf.com

*Attorneys for Plaintiff*

Dated: February 17, 2026

RLF1 35320337v.1

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for admission *pro hac vice* is GRANTED.

Dated: _____, 2026.

_____
The Honorable Colm F. Connolly

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order regarding Attorney Registration and Pro Hac Vice fees effective January 1, 2024, I further certify that the fee of $50 has been paid to the Clerk of Court upon the filing of this motion.

Dated: 2/16/2026

/s/ Jennifer Graber
Jennifer Graber
Wilmer Cutler Pickering Hale & Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
jennifer.graber@wilmerhale.com