IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 24-945 (CFC) (EGT) |
| CYTEK BIOSCIENCES, INC., | ) ) ) |
| Defendant. | ) |

## **MOTION FOR HEARING TO RESOLVE DISCOVERY DISPUTES**

Defendant Cytek Biosciences, Inc. respectfully moves this Court to schedule a hearing to address outstanding disputes regarding the following discovery matters:

- Cytek's objection to Beckman Coulter's clawback and privilege designations of certain documents and testimony;
- Cytek's request for Beckman Coulter to collect and search inventor Yong Qin Chen's MIT email; and
- Cytek's request for Beckman Coulter to produce all internal, non-privileged document retention policies.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in verbal meet-and-confers (by telephone) on the following dates:

- December 3, 2025 – approximately 30 minutes
- January 2, 2026 – approximately 1 hour
- January 13, 2026 – approximately 25 minutes
- January 29, 2026 – approximately 25 minutes

Plaintiff's Counsel:

    Delaware Counsel:    Christine D. Haynes

    Lead Counsel:    Jeffrey A. Dennhardt, Asher McGuffin, and Kelly Todd

Defendant's Counsel:

    Delaware Counsel:    Jeremy Tigan

    Lead Counsel:    Reuben Chen, Betsy Flanagan, and Allie Leeper

The parties have further exchanged written correspondence regarding at least one of the foregoing issues on the following dates: 11/28, 12/1, 12/3, 12/4, 12/8, 12/9, 12/10, 12/11, 12/17, 12/23, 12/30, 12/31, 1/2, 1/5, 1/7, 1/27, 2/11, and 2/13.

Cytek regrettably makes this filing unilaterally because, despite Cytek raising these issues on multiple occasions, Beckman Coulter in some instances went weeks without replying or would not respond at all (Cytek's 12/10 and 12/11 emails regarding Yong Chen's ESI were left unanswered by Beckman Coulter until 12/30. Similarly, Cytek's 12/17 and 12/23 emails regarding Beckman Coulter's clawbacks went unanswered until 12/30. Cytek's 1/7 email addressing these issues went unanswered. It was not until 2/13 after Cytek re-raised these issues on 2/11 that Beckman Coulter provided any response). Beckman Coulter also repeatedly refused Cytek's requests to jointly bring these disputes to the Court, despite Beckman Coulter's positions being substantively unchanged. And notwithstanding the parties' numerous written exchanges and discussions on these issues, including on Friday, February 13, 2026, when Cytek made clear it would go to the Court unilaterally if necessary, Beckman Coulter again refused Cytek's request to jointly submit the disputes to the Court.

Cytek recognizes the Court's previous requirement for in-person hearings on discovery disputes (D.I. 101), but respectfully requests that the Court hold a teleconference to resolve these disputes because expert depositions are currently set to take place through March 3. Cytek is available for a telephonic hearing on the following dates: February 26 and 27, 2026

This dispute is the third time that a discovery or protective order dispute has been brought before the Court.

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Karen Jacobs* |
| OF COUNSEL: | _____ |
|  | Karen Jacobs (#2881) |
| Reuben H. Chen | Jeremy A. Tigan (#5239) |
| HanByul Chang | Cameron P. Clark (#6647) |
| Juan Pablo González | 1201 North Market Street |
| Alexandra Leeper | P.O. Box 1347 |
| COOLEY LLP | Wilmington, DE 19899 |
| 3175 Hanover Street | (302) 658-9200 |
| Palo Alto, CA 94304 | kjacobs@morrisnichols.com |
|  | jtigan@morrisnichols.com |
| Elizabeth M. Flanagan | cclark@morrisnichols.com |
| COOLEY LLP |  |
| 30 South 9th Street, 7th Floor | *Attorneys for Defendant* |
| Minneapolis, MN 55402 | *Cytek Biosciences, Inc.* |
| Adam Pivovar |  |
| Dustin M. Knight |  |
| Rosalynd D. Upton |  |
| David Yun |  |
| COOLEY LLP |  |
| 1299 Pennsylvania Avenue NW |  |
| Suite 700 |  |
| Washington, DC 20004 |  |
| February 17, 2026 |  |

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 17, 2026, upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell III<br>Kelly E. Farnan<br>Christine D. Haynes<br>RICHARDS, LAYTON & FINGER P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Omar A. Khan<br>Jeffrey A. Dennhardt<br>Lauren E. Matlock-Colangelo<br>Kelly A. Todd<br>Laura Macro<br>Maggie Sawin<br>WILMER CUTLER PICKERING HALE<br>  AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY  10007<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Akkad Y. Moussa<br>WILMER CUTLER PICKERING HALE<br>  AND DORR LLP<br>2100 Pennsylvania Avenue NW<br>Washington DC 20037<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

/s/ *Karen Jacobs*
_____
Karen Jacobs (#2881)