**RICHARDS LAYTON & FINGER**

Frederick L. Cottrell
Director
302-651-7509
Cottrell@rlf.com

February 26, 2026

**VIA CM-ECF**
The Honorable Eleanor G. Tennyson
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street, Unit 38
Room 4104
Wilmington, DE 19801-3555

Re:   *Beckman Coulter, Inc. v. Cytek Biosciences, Inc.*
      C.A. 24-945-CFC-EGT

Dear Judge Tennyson:

I write on behalf of Beckman Coulter, Inc. ("BEC"). BEC respectfully requests leave to file a one-page, non-argumentative letter limited to setting forth the timeline of the claw back referenced in Cytek's Motion for Hearing to Resolve Discovery Disputes (the "Motion") (D.I. 224). BEC's proposed filing is attached here as Exhibit 1.

BEC seeks leave to file this letter to provide the Court with a complete record of the timeline regarding BEC's claw back and the parties' discussions relating thereto. Pursuant to Your Honor's form Motion for Teleconference to Resolve Discovery Dispute and procedures, BEC's letter responding to Cytek's improper motion for a discovery hearing (D.I. 225) was limited to setting forth the minimum facts necessary to respond to Cytek's contentions and did not set forth the complete factual context of the parties' dispute.

BEC believes its proposed filing is necessary to provide the Court with a complete record in view of the incomplete and inaccurate timeline Cytek filed today (D.I. 228). BEC has not included the exhibits cited in Exhibit 1 because it wanted to avoid burdening the Court with additional paper and because Cytek was not ordered to provide exhibits. BEC, however, is willing to provide the cited exhibits at the Court's request.

Counsel are available at the Court's convenience should Your Honor have any questions or concerns.

                                                 Respectfully,

                                                 */s/ Frederick L. Cottrell*

                                               Frederick L. Cottrell, III (#2555)

Cc: All Counsel of Record (via CM-ECF)