| Weeks After Clawback | Two Privilege Log Entries Related to "NextSteps" Reports (Log ID Nos. 1069 and 1070) | Other Privilege Log Entries |
|---|---|---|
| Week 0 | **11/21:** BEC issues the Notice of Clawback and provides a privilege log for clawed back documents, *see* Ex. A. | |
| Week 1 | **11/28:** Cytek asserts that the Notice "lack[ed] a privilege log for the testimony." Ex. B at 22.<br>**12/1:** BEC provides a privilege log for the testimony. *Id.* at 21-22.<br>**12/2:** Cytek raises "[q]uestions related to" privilege log; BEC agrees to respond. *Id.* at 18.<br>**12/3:** The parties meet and confer about unrelated disputes, and BEC confirms its intent to investigate Cytek's questions regarding BEC's privilege log. Ex. C at 7. | |
| Week 2 | **12/9:** BEC responds to Cytek's questions regarding BEC's privilege log. *Id.* at 4-5. | |
| Week 3 | **12/17:** Cytek requests case law supporting BEC's privilege assertions "with respect to the NextSteps reports." *Id.* at 2. | *No activity* |
| Week 4 | **12/23:** Cytek disputes "Log ID Nos. 1069 and 1070 regarding the NextSteps reports" and cites case law. *Id.* at 1-2. | *No activity* |
| Week 5 | **12/30:** BEC explains privilege claim over the two NextSteps reports and provides case law. Ex. B at 9. Cytek's email response indicates BEC's "position is not persuasive," and it intends to raise "the issue" with the Court. *Id.*<br>**1/2:** The parties meet and confer *only* on the two NextSteps reports as reflected in both parties' summaries on 1/5 and 1/7. *Id.* at 4-5. | *No activity*[*] |
| Week 6 | **1/7:** In Cytek's response to BEC's summary of 1/2 meet and confer, Cytek states that "the parties are at an impasse on this issue" and contends that "BEC has not established that NextSteps" reports are covered by privilege. *Id.* at 5. | *No activity*[*] |
| Week 7 | *No activity* | |
| Week 8 | *No activity* | |
| Week 9 | **1/27:** Cytek sends a draft motion for discovery conference on "[w]hether *certain* documents and testimony" BEC clawed back are privileged which BEC understood to refer to the two NextSteps reports because of the use of the word "certain." Ex. D. | *No activity* |
| Week 9 | **1/29:** The parties confer on unrelated disputes, and Cytek clarifies that it was intending to raise additional privilege disputes beyond the two NextSteps reports. BEC points out that, after BEC's 12/9 responses to Cytek's questions on privilege log entries, Cytek did not identify, explain the bases for challenging, or meet and confer on any other specific entries. | |
| Week 10 | *No activity* | |
| Week 11 | **2/11:** Cytek updates draft motion to remove disputes that BEC had resolved, while maintaining reference to disputes over "certain documents and testimony" without indicating which "certain" documents (besides the two NextSteps reports) are at issue. Ex. E at 4-5.<br>**2/13:** Parties exchange correspondence, where BEC again notes that Cytek has not identified, and Cytek again declines to identify, which "certain" documents (besides the two NextSteps reports) are at issue or otherwise explain the basis for any challenge. *Id.* at 1-3. | |
| Week 12 | **2/17:** Cytek files unilaterally without responding to BEC's requests and without engaging in a substantive discussion over privilege log entries other than the two NextSteps reports. | |

---

[*] Cytek's 12/30 and 1/7 emails only generically state, without identifying any other specific entries or explaining the bases for any challenge, that it will seek "review of all documents and testimony clawed back Nov. 21-26," despite that the substance of all prior emails and meet and confers were limited to the two NextSteps reports.