IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-945 (CFC) (EGT) |
| | ) |
| CYTEK BIOSCIENCES, INC., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S *DAUBERT* MOTION 1: TO EXCLUDE TESTIMONY OF PLAINTIFF'S EXPERT JESSICA HOUSTON, PH.D. REGARDING WILLFUL INFRINGEMENT**

Under Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993) and its progeny, Defendant Cytek Biosciences, Inc. ("Defendant" or "Cytek") respectfully moves this Court for an order excluding the testimony and opinions of Plaintiff Beckman Coulter, Inc.'s ("Plaintiff's" or "BEC's") expert Jessica Houston, Ph.D. regarding willful infringement. The grounds for Cytek's Motion are fully set forth in the concurrently filed Opening Brief in support of this Motion and the supporting papers submitted therewith.

OF COUNSEL:

Reuben H. Chen
HanByul Chang
Juan Pablo González
Alexandra Leeper
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304

Elizabeth M. Flanagan
COOLEY LLP
30 South 9th Street, 7th Floor
Minneapolis, MN 55402

Adam Pivovar
Dustin M. Knight
Rosalynd D. Upton
David Yun
COOLEY LLP
1299 Pennsylvania Avenue NW
Suite 700
Washington, DC 20004

March 13, 2026

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

_____
Karen Jacobs (#2881)
Jeremy A. Tigan (#5239)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
kjacobs@morrisnichols.com
jtigan@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Defendant
Cytek Biosciences, Inc.*

2

## LOCAL RULE 7.1.1 CERTIFICATION

Pursuant to D. Del. Local Rule 7.1.1, the undersigned hereby certifies that on March 11, 2026, lead and Delaware counsel for Cytek and counsel for BEC met and conferred by teleconference regarding the subject of the foregoing motion, but did not reach agreement.

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 24-945 (CFC) (EGT) |
| CYTEK BIOSCIENCES, INC., | ) ) ) |
| Defendant. | ) |

**[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION 1: TO EXCLUDE TESTIMONY OF PLAINTIFF'S EXPERT
JESSICA HOUSTON, PH.D. REGARDING WILLFUL INFRINGEMENT**

At Wilmington this ____ day of _____, 2026, having considered Defendant Cytek Biosciences, Inc.'s ("Cytek's") Motion to Exclude Testimony of Plaintiff's Expert Dr. Jessica Houston, Ph.D. Regarding Willful Infringement ("Motion"), and the supporting papers submitted therewith,

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED;

2. Dr. Houston may not testify regarding the alleged willful infringement of claims 1, 3, 6, 23, and 26 of U.S. Patent No. 10,330,582; claims 4, 6, 10, 11, and 15 of U.S. Patent No. 11,703,443; and claims 5, 16, 18, 26, 27, and 29 of U.S. Patent No. 12,174,107; including at least Sections XII-XIII from Dr. Houston's Opening Report dated December 19, 2025, and Section XII.I from Dr. Houston's Reply Report dated

2

February 9, 2026, as identified in Exhibits 1 and 2, respectively, attached to Cytek's Opening Brief.

_____
HONORABLE COLM F. CONNOLLY
CHIEF, UNITED STATES DISTRICT JUDGE

Case 1:24-cv-00945-CFC-EGT    Document 231    Filed 03/13/26    Page 5 of 7 PageID #: 13644

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 13, 2026, upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell III<br>Kelly E. Farnan<br>Christine D. Haynes<br>RICHARDS, LAYTON & FINGER P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Omar A. Khan<br>Jeffrey A. Dennhardt<br>Lauren E. Matlock-Colangelo<br>Kelly A. Todd<br>Laura Macro<br>Maggie Sawin<br>WILMER CUTLER PICKERING HALE<br>  AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

2

Akkad Y. Moussa  
WILMER CUTLER PICKERING HALE  
 AND DORR LLP  
2100 Pennsylvania Avenue NW  
Washington DC 20037  
*Attorneys for Plaintiff*

*VIA ELECTRONIC MAIL*

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)