IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-945 (CFC) (EGT) |
| | ) |
| CYTEK BIOSCIENCES, INC., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S *DAUBERT* MOTION 2: TO EXCLUDE TESTIMONY OF PLAINTIFF'S EXPERT MICHAEL ARNOLD, PH.D. REGARDING VALIDITY**

Under Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993) and its progeny, Defendant Cytek Biosciences, Inc. ("Defendant" or "Cytek") respectfully moves this Court for an order excluding the testimony and opinions of Plaintiff Beckman Coulter, Inc.'s ("Plaintiff's" or "BEC's") expert Michael Arnold, Ph.D. regarding validity. The grounds for Cytek's Motion are set forth in the concurrently filed Opening Brief in support of this Motion and the supporting papers submitted therewith.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Reuben H. Chen<br>HanByul Chang<br>Juan Pablo González<br>Alexandra Leeper<br>COOLEY LLP<br>3175 Hanover Street<br>Palo Alto, CA  94304<br><br>Elizabeth M. Flanagan<br>COOLEY LLP<br>30 South 9th Street, 7th Floor<br>Minneapolis, MN  55402<br><br>Adam Pivovar<br>Dustin M. Knight<br>Rosalynd D. Upton<br>David Yun<br>COOLEY LLP<br>1299 Pennsylvania Avenue NW<br>Suite 700<br>Washington, DC  20004<br><br>March 13, 2026 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>/s/ *Jeremy A. Tigan*<br><br>_____<br>Karen Jacobs (#2881)<br>Jeremy A. Tigan (#5239)<br>Cameron P. Clark (#6647)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>kjacobs@morrisnichols.com<br>jtigan@morrisnichols.com<br>cclark@morrisnichols.com<br><br>*Attorneys for Defendant*<br>*Cytek Biosciences, Inc.* |

## **LOCAL RULE 7.1.1 CERTIFICATION**

Pursuant to D. Del. Local Rule 7.1.1, the undersigned hereby certifies that on March 11, 2026, lead and Delaware counsel for Cytek and counsel for BEC met and conferred by teleconference regarding the subject of the foregoing motion, but did not reach agreement.

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-945 (CFC) (EGT) |
| | ) |
| CYTEK BIOSCIENCES, INC., | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION 2: TO EXCLUDE TESTIMONY OF PLAINTIFF'S
EXPERT DR. MICHAEL ARNOLD, PH.D. REGARDING VALIDITY**

At Wilmington this ____ day of _____, 2026, having considered Defendant Cytek Biosciences, Inc.'s ("Cytek's") Motion to Exclude Testimony of Plaintiff's Expert Michael Arnold, Ph.D. Regarding Validity ("Motion"), and the supporting papers submitted therewith,

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED;

2. Dr. Arnold may not testify regarding the alleged validity of claims 1, 3, 6, 23, and 26 of U.S. Patent No. 10,330,582; claims 4, 6, 10, 11, and 15 of U.S. Patent No. 11,703,443; and claims 5, 16, 18, 26, 27, and 29 of U.S. Patent No. 12,174,107; including at least the highlighted portions of the following paragraphs from Dr. Arnold's Rebuttal Report dated January 20, 2026, as identified in Exhibit 4 attached to Cytek's Opening

Brief: ¶¶ 5, 18, 31, 35, 37, 42, 49, 57-58, 63-65, 67-68, 72-74, and Subheadings VII.A and VII.C.

_____
HONORABLE COLM F. CONNOLLY
CHIEF, UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 13, 2026, upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell III<br>Kelly E. Farnan<br>Christine D. Haynes<br>RICHARDS, LAYTON & FINGER P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Omar A. Khan<br>Jeffrey A. Dennhardt<br>Lauren E. Matlock-Colangelo<br>Kelly A. Todd<br>Laura Macro<br>Maggie Sawin<br>WILMER CUTLER PICKERING HALE<br>  AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

2

Akkad Y. Moussa  
WILMER CUTLER PICKERING HALE  
 AND DORR LLP  
2100 Pennsylvania Avenue NW  
Washington DC 20037  
*Attorneys for Plaintiff*

*VIA ELECTRONIC MAIL*

/s/ *Jeremy A. Tigan*
_____
Jeremy A. Tigan (#5239)