# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> CYTEK BIOSCIENCES, INC., <br><br> Defendant. | C.A. No. 24-0945-CFC-EGT |

### PLAINTIFF BECKMAN COULTER, INC.'S MOTION FOR SUMMARY JUDGMENT #1 AGAINST CYTEK'S "REVERSE DOCTRINE OF EQUIVALENTS" DEFENSE

Plaintiff Beckman Coulter, Inc. ("Plaintiff") respectfully requests that the Court grant summary judgment against Defendant Cytek Biosciences, Inc.'s reverse doctrine of equivalents defense. The grounds for this motion are set forth in the opening brief filed contemporaneously herewith.

1

| | |
|---|---|
| OF COUNSEL:<br><br>Omar A. Khan<br>Jeffrey A. Dennhardt<br>Laura Macro<br>Lauren Matlock-Colangelo<br>Jennifer L. Graber<br>Kelly A. Todd<br>Maggie Sawin<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>(212) 230-8800<br><br>Akkad Y. Moussa<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>2100 Pennsylvania Ave. NW<br>Washington, DC 20037<br>(202) 663-6000<br><br>Dated:  March 13, 2026 | */s/ Frederick L. Cottrell III*<br>Frederick L. Cottrell III (#2555)<br>Kelly E. Farnan (#4395)<br>Christine D. Haynes (#4697)<br>RICHARDS, LAYTON & FINGER P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>(302) 651-7700<br>cottrell@rlf.com<br>farnan@rlf.com<br>haynes@rlf.com<br><br>*Attorneys for Plaintiff* |