# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., | ) <br> ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) C.A. No. 24-0945-CFC-EGT <br> ) |
| CYTEK BIOSCIENCES, INC. | ) <br> ) |
| Defendant. | ) |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT # 1 AGAINST CYTEK'S "REVERSE DOCTRINE OF EQUIVALENTS" DEFENSE**

The Court, having considered Plaintiff's Motion for Summary Judgment # 1 Against Cytek's "Reverse Doctrine of Equivalents" Defense (the "Motion"),

IT IS SO ORDERED this ___ day of _____, 2026 that:

1. The Motion is GRANTED.

2. Summary Judgment is GRANTED in favor of Plaintiff Beckman Coulter, Inc. as to Defendant Cytek Biosciences Inc.'s "Reverse Doctrine of Equivalents" defense.

_____
Chief United States District Judge

RLF1 35516442v.1