# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., | ) <br> ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) C.A. No. 24-0945-CFC-EGT <br> ) |
| CYTEK BIOSCIENCES, INC. | ) <br> ) |
| Defendant. | ) |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT # 2 AGAINST CYTEK'S <u>FAILURE TO MARK DEFENSE</u>

The Court, having considered Plaintiff's Motion for Summary Judgment # 2 Against Defendant Cytek Biosciences Inc.'s Failure to Mark Defense (the "Motion"),

IT IS SO ORDERED this ___ day of _____, 2026 that:

1. The Motion is GRANTED.

2. Summary Judgment is GRANTED in favor of Plaintiff Beckman Coulter, Inc. as to Defendant Cytek Biosciences Inc.'s failure to mark defense.

<br>

                                                                _____
                                                                Chief United States District Judge

RLF1 35516522v.1