# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> CYTEK BIOSCIENCES, INC., <br><br> Defendant. | C.A. No. 24-0945-CFC-EGT |

**PLAINTIFF BECKMAN COULTER, INC.'S MOTION FOR SUMMARY JUDGMENT #3 THAT DXP CANNOT ANTICIPATE CLAIMS 11 AND 15 OF THE '443 PATENT**

Plaintiff Beckman Coulter, Inc. ("Plaintiff") respectfully requests that the Court grant its motion for summary judgment that DxP does not anticipate claims 11 and 15 of the '443 patent. The grounds for this motion are set forth in the opening brief filed contemporaneously herewith.

| | |
|---|---|
| OF COUNSEL:<br><br>Omar A. Khan<br>Jeffrey A. Dennhardt<br>Laura Macro<br>Lauren Matlock-Colangelo<br>Jennifer L. Graber<br>Kelly A. Todd<br>Maggie Sawin<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>(212) 230-8800<br><br>Akkad Y. Moussa<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>2100 Pennsylvania Ave.<br>NW Washington, DC 20037<br>(202) 663-6000<br><br>Dated: March 13, 2026 | */s/ Frederick L. Cottrell III*<br>Frederick L. Cottrell III (#2555)<br>Kelly E. Farnan (#4395)<br>Christine D. Haynes (#4697)<br>RICHARDS, LAYTON & FINGER P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>(302) 651-7700<br>cottrell@rlf.com<br>farnan@rlf.com<br>haynes@rlf.com<br><br>*Attorneys for Plaintiff* |