IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> CYTEK BIOSCIENCES, INC. <br><br> Defendant. | ) ) ) ) ) ) ) ) C.A. No. 24-0945-CFC-EGT ) ) ) ) ) |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT # 3 THAT DXP CANNOT ANTICIPATE CLAIMS 11 AND 15 OF THE '443 PATENT**

The Court, having considered Plaintiff's Motion for Summary Judgment # 3 that DxP Cannot Anticipate Claims 11 and 15 of the '443 Patent (the "Motion"),

IT IS SO ORDERED this ___ day of _____, 2026 that:

1. The Motion is GRANTED.

2. Summary Judgment is GRANTED in favor of Plaintiff Beckman Coulter, Inc. as to Defendant Cytek Biosciences Inc.'s defense that DxP anticipates claims 11 and 15 of the '443 patent.

<br>

                                                        _____
                                                        Chief United States District Judge