# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CYTEK BIOSCIENCES, INC.,<br><br>Defendant. | C.A. No. 24-0945-CFC-EGT |

**PLAINTIFF BECKMAN COULTER, INC.'S MOTION #1 TO EXCLUDE DRS. ILKOV'S AND LEARY'S OPINIONS THAT IMPROPERLY READ LIMITATIONS INTO CLAIMS SHOULD BE EXCLUDED**

Plaintiff Beckman Coulter, Inc. ("Plaintiff") respectfully requests that the Court exclude the opinion of Fedor A. Ilkov, Ph.D. at paragraphs 12, 43, 48, 50-51, 66, 86-97, 208-214, 238-241, 249-252, 254-258, 260-268, 270-271, 273-279, and 299-305 of his Rebuttal Report, and the opinion of James F. Leary, Ph.D., at paragraphs 152, 155, 208-211, 212-215, 217, 248, 291, 294, 412, 557 of his Rebuttal Report. The grounds for this motion are set forth in the opening brief filed contemporaneously herewith.

OF COUNSEL:

Omar A. Khan
Jeffrey A. Dennhardt
Laura Macro
Lauren Matlock-Colangelo
Jennifer L. Graber
Kelly A. Todd
Maggie Sawin
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800

Akkad Y. Moussa
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Ave.
NW Washington, DC 20037
(202) 663-6000

Dated: March 13, 2026

*/s/ Frederick L. Cottrell III*
Frederick L. Cottrell III (#2555)
Kelly E. Farnan (#4395)
Christine D. Haynes (#4697)
RICHARDS, LAYTON & FINGER P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com
farnan@rlf.com
haynes@rlf.com

*Attorneys for Plaintiff*

2