# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., | ) <br> ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) C.A. No. 24-0945-CFC-EGT <br> ) |
| CYTEK BIOSCIENCES, INC. | ) <br> ) |
| Defendant. | ) |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION #1 TO EXCLUDE DRS. ILKOV'S AND LEARY'S OPINIONS THAT IMPROPERLY READ LIMITATIONS INTO CLAIMS SHOULD BE <u>EXCLUDED</u>**

The Court, having considered Plaintiff's Motion #1 To Exclude Drs. Ilkov's and Leary's Opinions That Improperly Read Limitations into Claims Should Be Excluded (the "Motion"),

IT IS SO ORDERED this ___ day of _____, 2026 that:

1. The Motion is GRANTED.

2. The opinions of Fedor A. Ilkov, Ph.D. at paragraphs 12, 43, 48, 50-51, 66, 86-97, 208-214, 238-241, 249-252, 254-258, 260-268, 270-271, 273-279, and 299-305 of his Rebuttal Report are excluded, and Dr. Ilkov may not testify to these opinions at trial.

RLF1 35516631v.1

3. The opinions of James F. Leary, Ph.D., at paragraphs 152, 155, 208-211, 212-215, 217, 248, 291, 294, 412, 557 of his Rebuttal Report are excluded, and Dr. Leary may not testify to these opinions at trial.

                                                                             _____
                                                                             Chief United States District Judge