# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COUNTER, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CYTEK BIOSCIENCES, INC.,<br><br>Defendant. | C.A. No. 24-000945-CFC |

### PLAINTIFF BECKMAN COULTER, INC.'S PLAINTIFF BECKMAN COULTER, INC.'S MOTION #2 TO EXCLUDE DRS. ILKOV'S AND LEARY'S OPINIONS THAT CONTRADICT THE COURT'S CLAIM CONSTRUCTIONS

Plaintiff Beckman Coulter, Inc. ("Plaintiff") respectfully requests that the Court exclude the opinion of Fedor A. Ilkov, Ph.D. at paragraphs 174, 288, 897, 902-907, 925, 1054-1067, 1104, and 1110 of his Opening Report, paragraphs 29-33, 35-36, 106, 126, 137, 139, 141, 148-149, 161-162, 173, 175, and 194 of his Rebuttal Report, and paragraphs 44-48, 50-51, 164 & n.18, 399-402, and 430-435 of his Reply Report, and the opinion of James F. Leary, Ph.D., at paragraphs 41-47, 52-53, 319, 346, 348-352, 356, 364-366, 373, 399-401, 404, 421-425, 430, 465, 468, 597-598, and 608 of his Rebuttal Report. The grounds for this motion are set forth in the opening brief filed contemporaneously herewith.

| | |
|---|---|
| OF COUNSEL:<br><br>Omar A. Khan<br>Jeffrey A. Dennhardt<br>Laura Macro<br>Lauren Matlock-Colangelo<br>Jennifer L. Graber<br>Kelly A. Todd<br>Maggie Sawin<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>(212) 230-8800<br><br>Akkad Y. Moussa<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>2100 Pennsylvania Ave. NW<br>Washington, DC 20037<br>(202) 663-6000<br><br>Dated: March 13, 2026 | */s/ Frederick L. Cottrell, III*<br>Frederick L. Cottrell III (#2555)<br>Kelly E. Farnan (#4395)<br>Christine D. Haynes (#4697)<br>RICHARDS, LAYTON & FINGER P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>(302) 651-7700<br>cottrell@rlf.com<br>farnan@rlf.com<br>haynes@rlf.com<br><br>*Attorneys for Plaintiff* |

2