# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-0945-CFC-EGT |
| | ) |
| CYTEK BIOSCIENCES, INC. | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S PLAINTIFF BECKMAN COULTER, INC.'S MOTION #2 TO EXCLUDE DRS. ILKOV'S AND LEARY'S OPINIONS THAT CONTRADICT THE COURT'S CLAIM CONSTRUCTIONS**

The Court, having considered Plaintiff's Plaintiff Beckman Coulter, Inc.'S Motion #2 To Exclude Drs. Ilkov's and Leary's Opinions That Contradict The Court's Claim Constructions (the "Motion"),

IT IS SO ORDERED this ___ day of _____, 2026 that:

1. The Motion is GRANTED.

2. The opinions of Fedor A. Ilkov, Ph.D. at paragraphs 174, 288, 897, 902-907, 925, 1054-1067, 1104, and 1110 of his Opening Report, paragraphs 29-33, 35-36, 106, 126, 137, 139, 141, 148-149, 161-162, 173, 175, and 194 of his Rebuttal Report, and paragraphs 44-48, 50-51, 164 & n.18, 399-402, and 430-435 of his Reply Report are excluded, and Dr. Ilkov may not testify to these opinions at trial.

RLF1 35516640v.1

3. The opinions of James F. Leary, Ph.D., at paragraphs 41-47, 52-53, 319, 346, 348-352, 356, 364-366, 373, 399-401, 404, 421-425, 430, 465, 468, 597-598, and 608 of his Rebuttal Report are excluded, and Dr. Leary may not testify to these opinions at trial.

 

_____
Chief United States District Judge