# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., | ) <br> ) <br> ) <br> ) |
| Plaintiff, | ) C.A. No. 24-0945-CFC-EGT <br> ) |
| v. | ) <br> ) |
| CYTEK BIOSCIENCES, INC. | ) <br> ) |
| Defendant. | ) |

## D. DEL. L.R. 7.1.1 CERTIFICATION

The undersigned hereby certifies, pursuant to Delaware Local Rule 7.1.1, that counsel for Plaintiff and Defendant met and conferred on the foregoing motion. Defendant opposes the relief sought in the motion.

| | |
|---|---|
| | /s/ Frederick L. Cottrell III |
| OF COUNSEL: | Frederick L. Cottrell III (#2555) |
| | Kelly E. Farnan (#4395) |
| Omar A. Khan | Christine D. Haynes (#4697) |
| Jeffrey A. Dennhardt | RICHARDS, LAYTON & FINGER, |
| Laura Macro | P.A. |
| Lauren Matlock-Colangelo | One Rodney Square |
| Jennifer L. Graber | 920 North King Street |
| Maggie Sawin | Wilmington, Delaware 19801 |
| Kelly A. Todd | (302) 651-7700 |
| WILMER CUTLER PICKERING | cottrell@rlf.com |
| HALE and DORR LLP | farnan@rlf.com |
| 7 World Trade Center | haynes@rlf.com |
| 250 Greenwich Street | |
| New York, NY 10007 | *Attorneys for Plaintiff* |

RLF1 35516780v.1

(212) 230-8800

Akkad Y. Moussa
WILMER CUTLER PICKERING
HALE and DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037

Dated:  March 13, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2026, true and correct copies of the foregoing document were served upon the following counsel of record in the manner indicated:

<u>**BY E-MAIL**</u>

Karen Jacobs
Jeremy A. Tigan
Cameron P. Clark
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19801

<u>**BY EMAIL**</u>

Reuben H. Chen
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304

Elizabeth M. Flanagan
Cooley LLP
30 S. 9th Street, 7th Floor
Minneapolis, MN 55402

Adam Pivovar
Dustin M. Knight
Rosalynd D. Upton
David Yun
Cooley LLP
1299 Pennsylvania Avenue NW
Suite 700
Washington, DC 20004

  */s/ Christine D. Haynes*
Christine D. Haynes (#4697)
haynes@rlf.com

RLF1 35516780v.1