# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., </br></br> Plaintiff, </br></br> v. </br></br> CYTEK BIOSCIENCES, INC. </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) C.A. No. 24-0945-CFC-EGT </br> ) </br> ) </br> ) </br> ) |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION #3 TO EXCLUDE DRS. ILKOV'S AND LEARY'S OPINIONS ON NON-INFRINGEMENT BASED ON A LACK OF ENABLEMENT AND <u>WRITTEN DESCRIPTION</u>**

The Court, having considered Plaintiff's Motion #3 To Exclude Drs. Ilkov's and Leary's Opinions on Non-Infringement Based on A Lack of Enablement and Written Description (the "Motion"),

IT IS SO ORDERED this ___ day of _____, 2026 that:

1. The Motion is GRANTED.

2. The opinions of Fedor A. Ilkov, Ph.D. at paragraphs 12, 47-48, 50-51, 208-214, 231, 255-258, 264-269, and 273-274, 276-279 of his Rebuttal Report are excluded, and Dr. Ilkov may not testify to these opinions at trial.

RLF1 35516778v.1

3.     The opinions James F. Leary, Ph.D., at paragraphs 138, 152, 155, 208-211, 216, 248, 291, 294, 412, and 557 of his Rebuttal Report are excluded, and Dr. Leary may not testify to these opinions at trial.

 

_____
Chief United States District Judge