# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC.,<br><br>                      Plaintiff,<br><br>        v.<br><br>CYTEK BIOSCIENCES, INC.,<br><br>                      Defendant. | C.A. No. 24-000945-CFC |

### PLAINTIFF BECKMAN COULTER, INC.'S MOTION #4 TO EXCLUDE DRS. ILKOV'S AND WEIGL'S IMPROPER CLAIM CONSTRUCTION OF "SUBSTANTIALLY FULL SPECTRUM OF VISIBLE LIGHT"

Plaintiff Beckman Coulter, Inc. ("Plaintiff") respectfully requests that the Court exclude the opinion of Fedor A. Ilkov, Ph.D. at paragraphs 933-949, 955 of his Opening Report, and the opinion of Bernhard H. Weigl, Ph.D., at paragraphs 64-111 of his Opening Report. The grounds for this motion are set forth in the opening brief filed contemporaneously herewith.

OF COUNSEL:

Omar A. Khan
Jeffrey A. Dennhardt
Laura Macro
Lauren Matlock-Colangelo
Jennifer L. Graber
Kelly A. Todd
Maggie Sawin
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800

Akkad Y. Moussa
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Ave.
NW Washington, DC 20037
(202) 663-6000

Dated: March 13, 2026

*/s/ Frederick L. Cottrell III*
Frederick L. Cottrell III (#2555)
Kelly E. Farnan (#4395)
Christine D. Haynes (#4697)
RICHARDS, LAYTON & FINGER P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com
farnan@rlf.com
haynes@rlf.com

*Attorneys for Plaintiff*