# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-0945-CFC-EGT |
| | ) |
| CYTEK BIOSCIENCES, INC. | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION #4 TO EXCLUDE DRS. ILKOV'S AND WEIGL'S IMPROPER CLAIM CONSTRUCTION OF "SUBSTANTIALLY FULL SPECTRUM OF VISIBLE LIGHT"**

The Court, having considered Plaintiff's Motion #4 to Drs. Ilkov's And Weigl's Improper Claim Construction of "Substantially Full Spectrum of Visible Light" (the "Motion"),

IT IS SO ORDERED this ___ day of _____, 2026 that:

1. The Motion is GRANTED.

2. The opinions of Fedor A. Ilkov, Ph.D. at paragraphs 933-949, 955 of his Opening Report are excluded, and Dr. Ilkov may not testify to these opinions at trial.

RLF1 35516571v.1

3. The opinions of Bernhard H. Weigl, Ph.D., at paragraphs 64-111 of his Opening Report are excluded, and Dr. Weigl may not testify to these opinions at trial.

_____
Chief United States District Judge
