# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 24-0945-CFC-EGT |
| v. | ) |
| | ) |
| CYTEK BIOSCIENCES, INC. | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION #5 TO EXCLUDE JUNICHIRO KONO'S EXPERT OPINIONS AND DR. FEDOR ILKOV's DERIVATIVE OPINIONS RELYING ON DR. KONO**

The Court, having considered Plaintiff's Motion #5 To Exclude Junichiro Kono's Expert Opinions and Dr. Fedor Ilkov's Derivative Opinions Relying on Dr. Kono (the "Motion"),

IT IS SO ORDERED this ___ day of _____, 2026 that:

1. The Motion is GRANTED.

2. The opinions of Fedor A. Ilkov, Ph.D. at paragraphs 987-994, 999-1001, and 1005-1008 of his Opening Report and paragraphs 329-334, 336-339, 343, 345-346, 350-352, and 354-356 of his Reply Report are excluded, and Dr. Ilkov may not testify to these opinions at trial.

3. The opinions of Junichiro Kono, Ph.D, in his Opening and Reply Reports are excluded, and Dr. Kono may not testify to these opinions at trial.

RLF1 35517195v.1

 

_____
Chief United States District Judge

RLF1 35517195v.1