# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> CYTEK BIOSCIENCES, INC., <br><br> Defendant. | C.A. No. 24-0945-CFC-EGT |

**PLAINTIFF BECKMAN COULTER, INC.'S MOTION #6 TO EXCLUDE MR. HANSEN'S ADJUSTED REASONABLE ROYALTY RATE AS BASED ON UNRELIABLE METHODOLOGY**

Plaintiff Beckman Coulter, Inc. ("Plaintiff") respectfully requests that the Court exclude the opinions of John L. Hansen at paragraphs 180-190, 213, 246-249, 286-291, and 294-296 of his Rebuttal Report. The grounds for this motion are set forth in the opening brief filed contemporaneously herewith.

1

OF COUNSEL:

Omar A. Khan
Jeffrey A. Dennhardt
Laura Macro
Lauren Matlock-Colangelo
Jennifer L. Graber
Kelly A. Todd
Maggie Sawin
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800

Akkad Y. Moussa
WILMER CUTLER PICKERING HALE AND DORR LLP
2100 Pennsylvania Ave. NW
Washington, DC 20037
(202) 663-6000

Dated: March 13, 2026

/s/ Frederick L. Cottrell III
Frederick L. Cottrell III (#2555)
Kelly E. Farnan (#4395)
Christine D. Haynes (#4697)
RICHARDS, LAYTON & FINGER P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com
farnan@rlf.com
haynes@rlf.com

*Attorneys for Plaintiff*

2