# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CYTEK BIOSCIENCES, INC. )<br>)<br>Defendant. ) | C.A. No. 24-0945-CFC-EGT |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION #6 TO EXCLUDE MR. HANSEN'S ADJUSTED REASONABLE ROYALTY RATE AS BASED ON UNRELIABLE METHODOLOGY**

The Court, having considered Plaintiff's Motion #6 to Exclude Mr. Hansen's Adjusted Reasonable Royalty Rate as Based on Unreliable Methodology (the "Motion"),

IT IS SO ORDERED this ___ day of _____, 2026 that:

1. The Motion is GRANTED.

2. The opinions of John L. Hansen at paragraphs 180-190, 213, 246-249, 286-291, and 294-296 of his Rebuttal Report are excluded, and Mr. Hansen may not testify to these opinions at trial.

_____
Chief United States District Judge

RLF1 35516383v.1

RLF1 35516383v.1