# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> CYTEK BIOSCIENCES, INC., <br><br> Defendant. | C.A. No. 24-0945-CFC-EGT |

**PLAINTIFF BECKMAN COULTER, INC.'S MOTION #7 TO EXCLUDE MR. HANSEN'S OPINIONS THAT CYTEK HAD A NON-INFRINGING ALTERNATIVE FOR "NON-U.S. SALES"**

Plaintiff Beckman Coulter, Inc. ("Plaintiff") respectfully requests that the Court exclude the opinions of John L. Hansen at paragraphs 114-119, and 161 of his Rebuttal Report. The grounds for this motion are set forth in the opening brief filed contemporaneously herewith.

| | |
|---|---|
| OF COUNSEL:<br><br>Omar A. Khan<br>Jeffrey A. Dennhardt<br>Laura Macro<br>Lauren Matlock-Colangelo<br>Jennifer L. Graber<br>Kelly A. Todd<br>Maggie Sawin<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>(212) 230-8800<br><br>Akkad Y. Moussa<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>2100 Pennsylvania Ave.<br>NW Washington, DC 20037<br>(202) 663-6000<br><br>Dated: March 13, 2026 | */s/ Frederick L. Cottrell III*<br>Frederick L. Cottrell III (#2555)<br>Kelly E. Farnan (#4395)<br>Christine D. Haynes (#4697)<br>RICHARDS, LAYTON & FINGER P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>(302) 651-7700<br>cottrell@rlf.com<br>farnan@rlf.com<br>haynes@rlf.com<br><br>*Attorneys for Plaintiff* |