# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CYTEK BIOSCIENCES, INC. ) <br> ) <br> Defendant. ) | C.A. No. 24-0945-CFC-EGT |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION #7 TO EXCLUDE MR. HANSEN'S ADJUSTED REASONABLE ROYALTY RATE AS BASED ON UNRELIABLE METHODOLOGY

The Court, having considered Plaintiff's Motion #7 to Exclude Mr. Hansen's Opinions that Cytek Had a Non-Infringing Alternative for "Non-U.S. Sales" (the "Motion"),

IT IS SO ORDERED this ___ day of _____, 2026 that:

1. The Motion is GRANTED.

2. The opinions of John L. Hansen at paragraphs 114-119, and 161 of his Rebuttal Report are excluded, and Mr. Hansen may not testify to these opinions at trial.

 

_____
Chief United States District Judge