IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 24-945 (CFC) (EGT) ) |
| CYTEK BIOSCIENCES, INC., | ) ) |
| Defendant. | ) ) |

**DEFENDANT CYTEK BIOSCIENCES, INC.'S MOTION AND PROPOSED ORDER IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF ASSERTED CLAIMS 23 AND 26 OF THE '582 PATENT AND ALTERNATIVE MOTION FOR SUMMARY JUDGMENT THAT THE ASSERTED CLAIMS OF THE '582 PATENT ARE INVALID AS INDEFINITE**
**(MSJ NO. 1)**

Pursuant to Federal Rule of Civil Procedure 56, Defendant Cytek Biosciences, Inc. ("Defendant" or "Cytek") respectfully moves for summary judgment of non-infringement of asserted claims 23 and 26 of U.S. Patent No. 10,330,582 (the "'582 patent") because BEC has not met and cannot meet its burden to prove the Accused Products meet claim limitation 20(d), which recites "wherein the size of the first image is substantially the same size as the size of the second image." Alternatively (or additionally), Cytek respectfully asks the Court to enter summary judgment that the claim term "image" as used in the '582 patent's claims is indefinite.

The grounds for Cytek's Motion are fully set forth in the accompanying Brief and Statement of Material Facts in Support of Cytek's Motion for Summary

Judgement No. 1, associated exhibits, and other submissions filed in support of this Motion.

WHEREFORE, Cytek respectfully requests that this Court grant this Motion and enter an order substantially in the form attached hereto, and for such other relief as the Court deems just and proper.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-945 (CFC) (EGT) |
| | ) |
| CYTEK BIOSCIENCES, INC., | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER GRANTING DEFENDANT CYTEK BIOSCIENCES, INC.'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF ASSERTED CLAIMS 23 AND 26 OF THE '582 PATENT AND ALTERNATIVE MOTION FOR SUMMARY JUDGMENT THAT THE ASSERTED CLAIMS OF THE '582 PATENT ARE INVALID AS INDEFINITE (MSJ NO. 1)**

The Court having considered Defendant's Motion for Summary Judgment and any responses thereto,

IT IS HEREBY ORDERED this _____ day of _____, 2026, that Defendant's Motion for Summary Judgment of Non-Infringement of claims 23 and 26 of U.S. Patent No. 10,330,582 is GRANTED.

Defendants Motion for Summary Judgment that claims 1, 3, 6, 23, and 26 of U.S. Patent No. 10,330,582 are invalid for indefiniteness is GRANTED

_____
HONORABLE COLM F. CONNOLLY
CHIEF, UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 13, 2026, upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell III<br>Kelly E. Farnan<br>Christine D. Haynes<br>RICHARDS, LAYTON & FINGER P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Omar A. Khan<br>Jeffrey A. Dennhardt<br>Lauren E. Matlock-Colangelo<br>Kelly A. Todd<br>Laura Macro<br>Maggie Sawin<br>WILMER CUTLER PICKERING HALE<br>  AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY  10007<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

2

Akkad Y. Moussa  
WILMER CUTLER PICKERING HALE  
  AND DORR LLP  
2100 Pennsylvania Avenue NW  
Washington DC 20037  
*Attorneys for Plaintiff*

                                                      *VIA ELECTRONIC MAIL*

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)