IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 24-945 (CFC) (EGT) |
| CYTEK BIOSCIENCES, INC., | ) ) ) |
| Defendant. | ) ) |

**DEFENDANT CYTEK BIOSCIENCES, INC.'S
MOTION AND PROPOSED ORDER IN SUPPORT OF ITS MOTION FOR
SUMMARY JUDGMENT OF NON-INFRINGEMENT OF ASSERTED
CLAIMS 1, 3 AND 6 OF THE '582 PATENT AND ALTERNATIVE
MOTION THAT THE ASSERTED CLAIMS ARE INDEFINITE
(MSJ NO. 2)**

Pursuant to Federal Rule of Civil Procedure 56, Defendant Cytek Biosciences, Inc.'s ("Defendant" or "Cytek") respectfully moves for summary judgment of non-infringement of asserted claims 1, 3, and 6 of U.S. Patent Nos. 10,330,582 (the "'582 patent") because BEC has not met and cannot meet its burden to prove the Accused Products meet any claim limitation of claim 1, and more specifically limitations 1(b) and 1(c), because the Accused Products do not propagate a collimated beam, either literally or under the doctrine of equivalents. Alternatively (or additionally), Cytek respectfully asks the Court to enter summary judgment that the claim term "collimated beam" as used in the '582 patent's claims is indefinite.

The grounds for Cytek's Motion are fully set forth in the accompanying Brief and Statement of Material Facts in Support of Cytek's Motion for Summary Judgment No. 2, associated exhibits, and other submissions filed in support of this Motion.

WHEREFORE, Cytek respectfully requests that this Court grant this Motion and enter an order substantially in the form attached hereto, and for such other relief as the Court deems just and proper.

|  |  |
|---|---|
| OF COUNSEL: | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Jeremy A. Tigan* |
| Reuben H. Chen | |
| HanByul Chang | Karen Jacobs (#2881) |
| Juan Pablo González | Jeremy A. Tigan (#5239) |
| Alexandra Leeper | Cameron P. Clark (#6647) |
| COOLEY LLP | 1201 North Market Street |
| 3175 Hanover Street | P.O. Box 1347 |
| Palo Alto, CA  94304 | Wilmington, DE  19899 |
|  | (302) 658-9200 |
|  | kjacobs@morrisnichols.com |
| Elizabeth M. Flanagan | jtigan@morrisnichols.com |
| COOLEY LLP | cclark@morrisnichols.com |
| 30 South 9th Street, 7th Floor | |
| Minneapolis, MN  55402 | *Attorneys for Defendant* |
|  | *Cytek Biosciences, Inc.* |

Adam Pivovar
Dustin M. Knight
Rosalynd D. Upton
David Yun
COOLEY LLP
1299 Pennsylvania Avenue NW
Suite 700
Washington, DC  20004

March 13, 2026

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-945 (CFC) (EGT) |
| | ) |
| CYTEK BIOSCIENCES, INC., | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER GRANTING DEFENDANT CYTEK BIOSCIENCES, INC.'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT OF ASSERTED CLAIMS 1, 3, AND 6 OF THE '582 PATENT AND ALTERNATIVE MOTION THAT THE ASSERTED CLAIMS ARE INDEFINITE (MSJ NO. 2)**

The Court having considered Defendant's Motion for Summary Judgment and any responses thereto,

IT IS HEREBY ORDERED this _____ day of _____, 2026, that:

Defendant's Motion for Summary Judgment of Non-Infringement of claims 1, 3, and 6 of U.S. Patent No. 10,330,582 is GRANTED.

Defendant's Motion for Summary Judgment that claims 1, 3 and 6 of U.S. Patent No. 10,330,582 are invalid for indefiniteness is GRANTED.

_____
HONORABLE COLM F. CONNOLLY
CHIEF, UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 13, 2026, upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell III<br>Kelly E. Farnan<br>Christine D. Haynes<br>RICHARDS, LAYTON & FINGER P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Omar A. Khan<br>Jeffrey A. Dennhardt<br>Lauren E. Matlock-Colangelo<br>Kelly A. Todd<br>Laura Macro<br>Maggie Sawin<br>WILMER CUTLER PICKERING HALE<br>  AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY  10007<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

Akkad Y. Moussa  
WILMER CUTLER PICKERING HALE  
  AND DORR LLP  
2100 Pennsylvania Avenue NW  
Washington DC 20037  
*Attorneys for Plaintiff*

                                                *VIA ELECTRONIC MAIL*

/s/ *Jeremy A. Tigan*
_____
Jeremy A. Tigan (#5239)