IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 24-945 (CFC) (EGT) |
| ) | |
| CYTEK BIOSCIENCES, INC., ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT CYTEK BIOSCIENCES, INC.'S
MOTION AND PROPOSED ORDER IN SUPPORT OF ITS MOTION FOR
SUMMARY JUDGMENT OF INVALIDITY OF THE ASSERTED CLAIMS
OF THE '443 AND '107 PATENTS (MSJ NO. 3)**

Pursuant to Federal Rule of Civil Procedure 56, Defendant Cytek Biosciences, Inc.'s ("Defendant" or "Cytek") respectfully moves for summary judgment that asserted claims 4, 6, 10, 11, and 15 of U.S. Patent No. 11,703,443 (the "'443 patent"), and asserted claims 5, 16, 18, 26, 27 and 29 of U.S. Patent No. 12,174,107 (the "'107 patent") are invalid for lack of written description support under 35 U.S.C. § 112.

The grounds for Cytek's Motion are fully set forth in the accompanying Brief Statement of Material Facts in Support of Cytek's Motion for Summary Judgment No. 3, associated exhibits, and other submissions filed in support of this Motion.

WHEREFORE, Cytek respectfully requests that this Court grant this Motion and enter an order substantially in the form attached hereto, and for such other relief

as the Court deems just and proper.

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Jeremy A. Tigan* |
| OF COUNSEL: | _____ |
| | Karen Jacobs (#2881) |
| Reuben H. Chen | Jeremy A. Tigan (#5239) |
| HanByul Chang | Cameron P. Clark (#6647) |
| Juan Pablo González | 1201 North Market Street |
| Alexandra Leeper | P.O. Box 1347 |
| COOLEY LLP | Wilmington, DE  19899 |
| 3175 Hanover Street | (302) 658-9200 |
| Palo Alto, CA  94304 | kjacobs@morrisnichols.com |
| | jtigan@morrisnichols.com |
| Elizabeth M. Flanagan | cclark@morrisnichols.com |
| COOLEY LLP | |
| 30 South 9th Street, 7th Floor | *Attorneys for Defendant* |
| Minneapolis, MN  55402 | *Cytek Biosciences, Inc.* |

Adam Pivovar
Dustin M. Knight
Rosalynd D. Upton
David Yun
COOLEY LLP
1299 Pennsylvania Avenue NW
Suite 700
Washington, DC  20004

March 13, 2026

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-945 (CFC) (EGT) |
| | ) |
| CYTEK BIOSCIENCES, INC., | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER GRANTING DEFENDANT CYTEK BIOSCIENCES, INC.'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF THE ASSERTED CLAIMS OF THE '443 AND '107 PATENTS (MSJ NO. 3)**

The Court having considered Defendant's Motion for Summary Judgment and any responses thereto,

IT IS HEREBY ORDERED this _____ day of _____, 2026, that Defendant's Motion for Summary Judgment of Invalidity of claims 4, 6, 10, 11, and 15 of U.S. Patent No. 11,703,443 and claims 5, 16, 18, 26, 27 and 29 of U.S. Patent No. 12,174,107 due to lack of written description under 35 U.S.C. § 112 is GRANTED.

_____
HONORABLE COLM F. CONNOLLY
CHIEF, UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 13, 2026, upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell III<br>Kelly E. Farnan<br>Christine D. Haynes<br>RICHARDS, LAYTON & FINGER P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Omar A. Khan<br>Jeffrey A. Dennhardt<br>Lauren E. Matlock-Colangelo<br>Kelly A. Todd<br>Laura Macro<br>Maggie Sawin<br>WILMER CUTLER PICKERING HALE<br>  AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY  10007<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

2

Akkad Y. Moussa  
WILMER CUTLER PICKERING HALE  
  AND DORR LLP  
2100 Pennsylvania Avenue NW  
Washington DC 20037  
*Attorneys for Plaintiff*

*VIA ELECTRONIC MAIL*

/s/ *Jeremy A. Tigan*
_____
Jeremy A. Tigan (#5239)