# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> CYTEK BIOSCIENCES, INC., <br><br> Defendant. | C.A. No. 24-0945-CFC-EGT <br><br> **DEMAND FOR JURY TRIAL** |

## STIPULATION OF DISMISSAL OF DEFENDANT CYTEK BIOSCIENCES, INC.'S FIRST COUNTERCLAIM WITHOUT PREJUDICE

The parties, Plaintiff Beckman Coulter, Inc. and Defendant Cytek Biosciences, Inc. hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that the First Counterclaim (styled "FIRST CLAIM FOR RELIEF FALSE MARKING UNDER 35 U.S.C. § 292") in Defendant Cytek Biosciences, Inc.'s Answer, Defenses, and Counterclaims (D.I. 48) is dismissed without prejudice. The dismissal is not intended to affect any party's other claims, counterclaims, or defenses in this case.

| | |
|---|---|
| /s/ Kelly E. Farnan | /s/ Karen Jacobs |
| Frederick L. Cottrell III (#2555) | Karen Jacobs (#2881) |
| Kelly E. Farnan (#4395) | Jeremy A. Tigan (#5239) |
| Christine D. Haynes (#4697) | Cameron P. Clark (#6647) |
| RICHARDS, LAYTON & FINGER, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| One Rodney Square | 1201 North Market Street |
| 920 North King Street | P.O. Box 1347 |
| Wilmington, Delaware 19801 | Wilmington, DE 19899 |
| (302) 651-7700 | (302) 658-9200 |
| cottrell@rlf.com | kjacobs@morrisnichols.com |
| farnan@rlf.com | jtigan@morrisnichols.com |
| haynes@rlf.com | cclark@morrisnichols.com |

OF COUNSEL:

Omar A. Khan
Jeffrey A. Dennhardt
Laura Macro
Lauren Matlock-Colangelo
Jennifer L. Graber
Maggie Sawin
Kelly A. Todd
WILMER CUTLER PICKERING HALE and DORR LLP
7 World Trade Center
250 Greenwich Street New York, NY 10007

*Attorneys for Plaintiff*

OF COUNSEL:
Reuben H. Chen
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
(650) 843-5000

Elizabeth M. Flanagan
COOLEY LLP
2049 Century Park East, Suite 3700
30 S. 9th Street, 7th Floor
Minneapolis, MN 55402

Adam Pivovar
Dustin M. Knight
Rosalynd D. Upton
COOLEY LLP
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004
(202) 842-7800

*Attorneys for Defendant*

Dated:  March 16, 2026

IT IS SO ORDERED this ___ day of March, 2026

_____

The Honorable Colm F. Connolly