IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BECKMAN COULTER, INC.,                    )
                                          )
            Plaintiff,                    )
                                          )
     v.                                   )    C.A. No. 24-945 (CFC) (EGT)
                                          )
CYTEK BIOSCIENCES, INC.,                  )
                                          )
            Defendant.                    )

## JOINT MOTION FOR HEARING TO RESOLVE DISCOVERY DISPUTES

Plaintiff Beckman Coulter, Inc., and Defendant Cytek Biosciences, Inc. respectfully move this Court to schedule a hearing to address outstanding disputes regarding the following discovery matters:

## Cytek's Issues[1]

- Whether certain of Dr. Schaafsma's opinions regarding images should be stricken as untimely (*see, e.g.,* Schaafsma Opening Rpt. ¶¶ 130, 131, 219, 222, 221, 223, 227, 232; Schaafsma Reply Rpt. ¶¶ 268-271);
- Whether certain of Dr. Schaafsma's opinion regarding bandpass filters should be stricken as untimely (*see, e.g.*, Schaafsma Opening Rpt. ¶ 150);
- Whether certain of Dr. Schaafsma's reply opinions regarding the mapping of Beckman Coulter's CytoFLEX to the Asserted Claims should be stricken as untimely (*see, e.g.*, Schaafsma Reply Rpt. ¶¶ 335-337);

---

[1] Cytek notes, in response to Beckman Coulter's footnote below, that Beckman Coulter never raised timeliness issues on any of the parties' meet-and-confers and in fact raised its own issues on the same timelines. Nevertheless, these motions to strike are timely, and the timing of the motion arises largely from Cytek's cooperation with Beckman Coulter to meet-and-confer on these motions together, including Cytek repeatedly accommodating Beckman Coulter's scheduling requests and scheduling changes. Reply reports were served on February 9, 2026. Expert depositions occurred from February 12, 2026 to March 9, 2026. The parties exchanged numerous emails identifying and responding to the issues in motions to strike. As noted below, the parties met-and-conferred on March 4, 9, and 11, 2026. Cytek offered multiple dates to meet-and-confer before March 4, but Beckman Coulter asserted they were unavailable earlier.

- Whether Dr. Houston's opinions relying on Dr. Schaafsma's above-listed opinions should be stricken to the extent they rely on untimely opinions (*see, e.g.*, Houston Opening Rpt. ¶¶ 465, 468, 469, 474, 475, 480);
- Whether Mrs. Riley's *Mor-Flo* market-share lost profits analysis should be stricken as untimely (*see, e.g.*, Riley Opening Rpt., ¶¶ 239-374, Exhibit 11.7, Exhibit 11.8);

**<u>Beckman Coulter's Issues</u>**[2]

- Whether certain of Cytek's experts' invalidity opinions should be stricken for exceeding the number of permissible invalidity grounds per claim or including new grounds (*see, e.g.*, Ilkov Opening Report ¶¶ 109-110, 117, 181-185, 252, 300-307, 368, 398, 405-410, 582-587, 691-613, 718-724, 732, 783-788, 795, and 848);
- Whether certain of Cytek's experts' invalidity opinions relating to certain alleged product prior art, *i.e.*, DxP and Luminex, and the item offered, date, and person/entity for alleged sales, offers for sale, or public use should be stricken as previously undisclosed and untimely (*see, e.g.*, Ilkov Opening Report ¶¶ 109-110, 117-119, 121, 252, 300, 368, 398, 732, 795, and 848 and Exhibit 5; Ilkov Reply Report ¶¶ 138-154);
- Whether the new salesforce data that were improperly withheld during fact discovery and then produced as part of expert discovery, and Mr. Hansen's opinions relying thereon should be stricken as untimely (*see, e.g.*, Hansen Rebuttal Report Attachments 4, 4.1, 5, 8.A, 8.B., 8.C, 9, 9.1.A, 9.1.B, 9.1.C, 9.1.D, 10, 10.1, 10.2, 14, 14.1, and 16, and ¶¶ 55, 57, 98-101, 124, 128-129, 131, 136-137, 154-155, 157-158, 160-161, 296 (Tables 30-32));
- Whether certain of Cytek's experts' non-infringement opinions should be stricken as untimely (*see, e.g.*, Ilkov Rebuttal Report ¶¶ 201-207, 253, 269-271, 272; Leary Rebuttal Report ¶¶ 157-170, 212-217, 250).

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in verbal meet-and-confers (by telephone) on the following dates:

- March 4, 2026 – approximately 40 minutes
- March 9, 2026 – approximately 1 hour
- March 11, 2026 – approximately 5 minutes

---

[2] Beckman Coulter's motions are contingent on the Court finding that Cytek's motions are timely raised; if the Court were to find that Cytek's motions are not timely raised, Beckman Coulter would withdraw its motions (which were raised on the same timeline). Per the Court's rules, Beckman Coulter will not engage in responding to (but reserves the right to respond in its letter brief to) Cytek's arguments on untimeliness except to note that it does not agree with Cytek's arguments, purported timeline, and suggestion that the parties did not previously discuss the timing of Cytek's motions.

Plaintiff's Counsel:

|  |  |
|---|---|
| Delaware Counsel: | Christine D. Haynes, Kelly Farnan |
| Lead Counsel: | Jeffrey A. Dennhardt, Jennifer Graber |

Defendant's Counsel:

|  |  |
|---|---|
| Delaware Counsel: | Jeremy Tigan |
| Lead Counsel: | Reuben Chen, Allie Leeper, Betsy Flanagan |

The parties are available for an in-person conference on the following dates: April 15-17.

Cytek is available for a conference March 30-April 2 as well.

This dispute is the fifth time that a discovery or protective order dispute has been brought before the Court.

RICHARDS, LAYTON & FINGER, P.A.

/s/ Frederick L. Cottrell III
Frederick L. Cottrell III (#2555)
Kelly E. Farnan (#4395)
Christine D. Haynes (#4697)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com
farnan@rlf.com
haynes@rlf.com

OF COUNSEL:

Omar A. Khan
Jeffrey Dennhardt
Lauren E. Matlock-Colangelo
Jennifer Graber
WILMER CUTLER PICKERING HALE
  AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800

*Attorneys for Plaintiff*
*Beckman Coulter, Inc.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jeremy A. Tigan
Karen Jacobs (#2881)
Jeremy A. Tigan (#5239)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
kjacobs@morrisnichols.com
jtigan@morrisnichols.com
cclark@morrisnichols.com

OF COUNSEL:

Reuben Chen
HanByul Chang
Juan Pablo Gonzalez
Alexandra Leeper
COOLEY LLP
3175 Hanover Street
Pal Alto, CA 94304
(650) 843-5000

3

Elizabeth M. Flanagan (#5891)
COOLEY LLP
30 S. 9th Street, 7th Floor
Minneapolis, MN 55402
(312) 881-6500

Adam Pivovar
Dustin M. Knight
Rosalynd D. Upton
David Yun
COOLEY LLP
1299 Pennsylvania Avenue NW,
Suite 700
Washington, DC 20004
(202) 842-7800

*Attorneys for Defendant
Cytek Biosciences, Inc.*

4