**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BECKMAN COULTER, INC., | ) | C.A. No. 24-0945-CFC-EGT |
| Plaintiff, | ) | [redacted] |
| v. | ) | |
| CYTEK BIOSCIENCES, INC. | ) | [redacted] |
| Defendant. | ) | |

**VOLUME 1 of 2 TO THE DECLARATION OF JENNIFER GRABER IN SUPPORT OF PLAINTIFF BECKMAN COULTER, INC.'S DISPOSITIVE MOTIONS AND MOTIONS TO EXCLUDE**

I, Jennifer L. Graber, declare as follows:

1. I am licensed to practice law in the State of New York and have been admitted to this Court *pro hac vice* by Order dated February 17, 2026. D.I. 222 (so ordered).

2. I am an attorney with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, located at 7 World Trade Center, 250 Greenwich Street, New York, New York 10007, counsel for Plaintiff Beckman Coulter, Inc. ("Beckman Coulter").

3. I have personal knowledge of the facts set forth herein and with the proceedings in this case, and if called to testify, I would competently testify thereto.

4. I submit this Declaration in support of the following motions by Beckman Coulter:

   a. Motion to Exclude Opinions of Defendant's Damages Expert, John L. Hansen;

   b. Motion To Exclude Opinions of Defendant's Technical Experts: Fedor A. Ilkov, Ph.D., Bernhard H. Weigl, Ph.D., James F. Leary, Ph.D., and Junichiro Kono, Ph.D.; and

   c. Motions For Summary Judgment.

5. A true and correct copy of excerpts from the Rebuttal Expert Report of John L. Hansen, dated January 20, 2026, are attached hereto as **Exhibit 1**.

6. A true and correct copy of excerpts from the Opening Expert Report of Michele Riley, dated December 19, 2025, are attached hereto as **Exhibit 2**.

7. A true and correct copy of excerpts from the deposition transcript of John Hansen, dated March 3, 2026, are attached hereto as **Exhibit 3**.

8. A true and correct copy of excerpts from the deposition transcript of Melik Ulusu, dated October 16, 2025, are attached hereto as **Exhibit 4**.

9. A true and correct copy of excerpts from the deposition transcript of David Kennedy, dated October 2, 2025, are attached hereto as **Exhibit 5**.

10. A true and correct copy from Defendant Cytek Bioscience, Inc.'s Answer to First Amended Complaint and Counterclaims, dated February 6, 2025, are attached hereto as **Exhibit 6**.

11. A true and correct copy of excerpts from the deposition transcript of James Leary, dated February 20, 2026, are attached hereto as **Exhibit 7**.

12. A true and correct copy of Defendant Cytek Biosciences, Inc.'s Proposed Claim Constructions, dated May 14, 2025, are attached hereto as **Exhibit 8**.

13. A true and correct copy of excerpts from the deposition transcript of Junchiro Kono, dated March 9, 2026 are attached hereto as **Exhibit 9**.

14. A true and correct copy of excerpts from the deposition transcript of Fedor Ilkov, dated February 24, 2026, are attached hereto as **Exhibit 10**.

15. A true and correct copy of excerpts from Defendant Cytek Biosciences, Inc.'s Tenth Supplemental Responses and Objections to Plaintiff's First Set of Interrogatories, dated December 12, 2025, is attached hereto as **Exhibit 11**.

16. A true and correct copy of excerpts from the Opening Expert Report of Fedor Ilkov, dated December 19, 2025, are attached hereto as **Exhibit 12**.

17. A true and correct copy of excerpts from the Rebuttal Expert Report of Fedor Ilkov, dated February 9, 2026, are attached hereto as **Exhibit 13**.

18. A true and correct copy of excerpts from the Reply Expert Report of Fedor Ilkov, dated January 20, 2026, are attached hereto as **Exhibit 14**.

19. A true and correct copy of a photograph, produced by Cytek with the Bates number CYTEK_0000011561, is attached hereto as **Exhibit 15**.

20. A true and correct copy of the Claim Construction Order, dated February 24, 2026, is attached hereto as **Exhibit 16.**

21. A true and correct copy of excerpts from the Rebuttal Expert Report of James Leary, dated January 20, 2026, are attached hereto as **Exhibit 17**.

22. A true and correct copy of excerpts from the transcript of the Markman hearing held September 21, 2025 are attached hereto as **Exhibit 18.**

23. A true and correct copy of excerpts from the Opening Expert Report of Bernhard Weigl, dated December 19, 2025, are attached hereto as **Exhibit 19**.

24. A true and correct copy of excerpts from the Opening Expert Report of Junchiro Kono, dated December 15, 2025, are attached hereto as **Exhibit 20**.

25. A true and correct copy of excerpts from the Reply Expert Report of Junchiro Kono, dated February 6, 2026, are attached hereto as **Exhibit 21**.

26. A true and correct copy of excerpts from the deposition transcript of Bernhard Weigl, dated February 13, 2026, are attached hereto as **Exhibit 22**.

27. A true and correct copy of Patent Number 12,174,107 issued December 24, 2024, attached hereto as **Exhibit 23**.

28. A true and correct copy of excerpts from Plaintiff Beckman Coulter, Inc.'s Eighth Supplemental Objections and Responses to Defendant's First Set of Interrogatories, are attached hereto as **Exhibit 24.**

29. A true and correct copy of Patent Number 10,330,582 issued June 25, 2019, attached hereto as **Exhibit 25**.

30. A true and correct copy of Patent Number 11,703,443 issued July 18, 2023, attached hereto as **Exhibit 26**.

31. I declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 13th day of March, 2026.

*/s/Jennifer L. Graber*

Jennifer L. Graber