IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BECKMAN COULTER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 24-945 (CFC) (EGT) |
| | ) | |
| CYTEK BIOSCIENCES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### CYTEK'S MOTION TO STRIKE IMPROPER EXPERT DISCLOSURES

Defendant Cytek Biosciences, Inc. ("Defendant" or "Cytek") hereby moves to strike Plaintiff Beckman Coulter, Inc.'s ("Plaintiff" or "Beckman Coulter") untimely market-share lost profits analysis and associated opinions as set forth in the expert reports of Ms. Riley. The grounds for this motion are set forth in Defendant's opening letter brief and supporting papers submitted herewith.

1

OF COUNSEL:

COOLEY LLP
Reuben H. Chen
Allie Leeper
Juan Pablo González
HanByul Chang
3175 Hanover Street
Palo Alto, CA 94304
(650) 843-5000

Elizabeth M. Flanagan
30 S. 9th Street, 7th Floor
Minneapolis, MN 55402

Adam Pivovar
Dustin M. Knight
Rosalynd D. Upton
David Yun
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004
(202) 842-7800

March 26, 2026

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Karen Jacobs (#2881)
Jeremy A. Tigan (#5239)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
kjacobs@morrisnichols.com
jtigan@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Defendant*
*Cytek Biosciences, Inc.*

## <u>LOCAL RULE 7.1.1 CERTIFICATION</u>

Pursuant to District of Delaware Local Rule 7.1.1, counsel for Defendant hereby certify that a reasonable effort was made to reach agreement with Plaintiff on the matters set forth in the motion, including oral communication involving Delaware counsel for all parties, but no agreement was reached.

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BECKMAN COULTER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 24-945 (CFC) (EGT) |
| | ) | |
| CYTEK BIOSCIENCES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## [PROPOSED] ORDER

The Court, having considered the parties' submissions and the record herein concerning Defendant Cytek Biosciences, Inc.'s Motion to Strike Improper Expert Disclosures, GRANTS Defendant's motion.

The Court finds that Plaintiff failed to disclose its market-share lost profits theory and its underlying factual bases—including the identity of relevant third-party competitors and market data sources—during fact discovery, causing substantial prejudice to Cytek that cannot be cured at this stage of the litigation.

Accordingly, IT IS HEREBY ORDERED that Defendant's Motion to Strike is GRANTED, and the market-share lost profits analysis and associated opinions as set forth in the expert reports of Ms. Riley (Riley Opening ¶¶239–374, 693, Exhibits 11-11.8; Riley Reply ¶¶8-10, 69-81, 119-155, 167-225) are STRICKEN. Plaintiff is precluded from presenting testimony, argument, or evidence at trial based on or derived from Ms. Riley's market-share lost profits analysis.

SO ORDERED this _____ day of _____, 2026.

_____
The Honorable Colm F. Connolly
Chief, United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 26, 2026, upon the following in the manner indicated:

Frederick L. Cottrell III                                    *VIA ELECTRONIC MAIL*
Kelly E. Farnan
Christine D. Haynes
RICHARDS, LAYTON & FINGER P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Attorneys for Plaintiff*

Omar A. Khan                                                *VIA ELECTRONIC MAIL*
Jeffrey A. Dennhardt
Lauren E. Matlock-Colangelo
Kelly A. Todd
Laura Macro
Maggie Sawin
WILMER CUTLER PICKERING HALE
  AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY  10007
*Attorneys for Plaintiff*

2

Akkad Y. Moussa
WILMER CUTLER PICKERING HALE
  AND DORR LLP
2100 Pennsylvania Avenue NW
Washington DC 20037
*Attorneys for Plaintiff*

*VIA ELECTRONIC MAIL*

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)

2