## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., <br><br>      Plaintiff, <br><br>    v. <br><br> CYTEK BIOSCIENCES, INC., <br><br>      Defendant. | C.A. No. 24-0945-CFC |

### PLAINTIFF BECKMAN COULTER, INC.'S MOTION TO STRIKE

Plaintiff Beckman Coulter, Inc. ("Beckman") respectfully requests that the Court strike Defendant Cytek Biosciences, Inc. ("Cytek")'s expert's invalidity opinions for exceeding the number of permissible invalidity grounds per claim or including new grounds. Specifically, Beckman seeks to strike the following paragraphs of Dr. Ilkov's Opening Report: 405-410, 587, 691-713, 718-724. Beckman also respectfully requests that the Court strike Cytek's experts' new non-infringement theories as untimely. Specifically, Beckman seeks to strike the following paragraphs of Drs. Ilkov's and Leary's Rebuttal Reports: Ilkov's Rebuttal Report ¶¶ 201-207, 253, 269-271, 272; Dr. Leary's Rebuttal Report ¶¶ 157-170, 212-216, 217, 250.[1] The grounds for this motion are set forth in the opening letter brief filed contemporaneously herewith.

---

[1] Beckman hereby withdraws the remainder of its requests for relief in the Joint Motion for Hearing to Resolve Discovery Disputes (D.I. 265).

OF COUNSEL:

Omar A. Khan
Jeffrey A. Dennhardt
Laura Macro
Lauren Matlock-Colangelo
Jennifer L. Graber
Kelly A. Todd
Maggie Sawin
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800

Akkad Y. Moussa
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Ave.
NW Washington, DC 20037
(202) 663-6000


Dated:  March 26, 2026

*/s/ Frederick L. Cottrell III*
Frederick L. Cottrell III (#2555)
Kelly E. Farnan (#4395)
Christine D. Haynes (#4697)
RICHARDS, LAYTON & FINGER P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com
farnan@rlf.com
haynes@rlf.com

*Attorneys for Plaintiff*

2