# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| BECKMAN COULTER, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CYTEK BIOSCIENCES, INC.,<br><br>Defendant. | C.A. No. 24-0945-CFC |

## [PROPOSED] ORDER

This _____ day of _____ 2026, the Court having considered the parties' letter briefs and arguments in connection with Plaintiff Beckman Coulter, Inc.'s Motion to Strike certain opinions provided by Defendant Cytek Biosciences, Inc.'s experts Dr. Fedor Ilkov and Dr. James Leary (the "Motion");

IT IS ORDERED that:

1.    Plaintiff's Motion is GRANTED;

2.    The following portions of Dr. Ilkov's Opening Report are hereby stricken and the opinions therein precluded:  ¶¶ 405-410, 587, 691-713, 718-724;

3.    The following portions of Dr. Ilkov's Rebuttal Report are hereby stricken and the opinions therein precluded:  ¶¶ 201-207, 253, 269-271, 272;

4.    The following portions of Dr. Leary's Rebuttal Report are hereby stricken and the opinions therein precluded:  ¶¶ 157-170, 212-216, 217, 250.

_____

The Honorable Colm F. Connolly
Chief, United States District Judge