# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| BECKMAN COULTER, INC., | ) ) ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 24-0945-CFC |
| v. | ) | |
| CYTEK BIOSCIENCES, INC. | ) ) ) | |
| Defendant. | ) | |

## D. DEL. L.R. 7.1.1 CERTIFICATION

The undersigned hereby certifies, pursuant to District of Delaware Local Rule 7.1.1, that counsel for Plaintiff and Defendant met and conferred on the foregoing motion.   Defendant opposes the relief sought in the motion.

|  |  |
|---|---|
| | /s/ Frederick L. Cottrell III |
| OF COUNSEL: | Frederick L. Cottrell III (#2555) |
| | Kelly E. Farnan (#4395) |
| Omar A. Khan | Christine D. Haynes (#4697) |
| Jeffrey A. Dennhardt | RICHARDS, LAYTON & FINGER, P.A. |
| Laura Macro | |
| Lauren Matlock-Colangelo | One Rodney Square |
| Jennifer L. Graber | 920 North King Street |
| Maggie Sawin | Wilmington, Delaware 19801 |
| Kelly A. Todd | (302) 651-7700 |
| WILMER CUTLER PICKERING | cottrell@rlf.com |
| HALE and DORR LLP | farnan@rlf.com |
| 7 World Trade Center | haynes@rlf.com |
| 250 Greenwich Street | |
| New York, NY 10007 | *Attorneys for Plaintiff* |

(212) 230-8800

Akkad Y. Moussa
WILMER CUTLER PICKERING
HALE and DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037

Dated:  March 26, 2026