

Frederick L. Cottrell, III
Director
302-651-7509
cottrell@rlf.com

April 8, 2026

**<u>VIA CM-ECF</u>**

The Honorable Colm F. Connolly
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street, Unit 38
Room 4104
Wilmington, DE 19801-3555

> **Re:** ***Beckman Coulter, Inc. v. Cytek Biosciences, Inc.***
> **C.A. 24-945-CFC-EGT**

Dear Judge Connolly:

I am pleased to report to the Court the resolution of all issues raised in Plaintiff Beckman Coulter Inc.'s ("Beckman") letter motion to strike certain expert testimony advanced by Defendant Cytek Biosciences, Inc. ("Cytek"). D.I. 283, 285. Following the filing of Beckman's letter, Cytek agreed with Beckman that four of the five opinions challenged in Beckman's motions should be withdrawn. *See* Dkt. 288 at 1 n.1 (withdrawing opinions relating to DxP single reference obviousness, two newly disclosed prior art combinations for claims of the '107 patent, and new non-infringement opinions relating to the claimed "multimode optical fiber"); *see also*. D.I. 285 at 1-4. While Beckman strongly believes in the merits of its arguments with respect to the last category of challenged opinions regarding new non-infringement positions relating to the claimed "WDM," in view of Cytek's agreement to withdraw most of the challenged opinions and in order to avoid burdening the Court on that sole remaining issue, Beckman will withdraw the only remaining dispute in its motion to strike. As a result, all issues raised in Beckman's letter motion to strike, D.I. 283, 285, are resolved.

■ ■ ■

One Rodney Square ■ 920 North King Street ■ Wilmington, DE 19801 ■ Phone: 302-651-7700 ■ Fax: 302-651-7701
RLF1 35642954v.1

www.rlf.com

The Honorable Colm F. Connolly
April 8, 2026
Page 2

Respectfully,

*/s/ Frederick L. Cottrell, III*

Frederick L. Cottrell (#2555)

Enclosures
cc:  All Counsel of Record (via CM/ECF)

RLF1 35642954v.1