IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> CYTEK BIOSCIENCES, INC., <br><br> Defendant. | C.A. No. 24-0945-CFC <br><br> **DEMAND FOR JURY TRIAL** |

## STIPULATION AND [PROPOSED] ORDER EXTENDING TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, subject to the approval of the Court, that the deadline for the parties to file redacted versions of D.I. 293-311 is extended through and including May 4, 2026.

| | |
|---|---|
| */s/ Christine D. Haynes* | */s/ Jeremy A. Tigan* |
| Frederick L. Cottrell III (#2555) | Karen Jacobs (#2881) |
| Kelly E. Farnan (#4395) | Jeremy A. Tigan (#5239) |
| Christine D. Haynes (#4697) | Cameron P. Clark (#6647) |
| RICHARDS, LAYTON & FINGER, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| One Rodney Square | 1201 North Market Street |
| 920 North King Street | P.O. Box 1347 |
| Wilmington, Delaware 19801 | Wilmington, DE 19899 |
| (302) 651-7700 | (302) 658-9200 |
| cottrell@rlf.com | kjacobs@morrisnichols.com |
| farnan@rlf.com | jtigan@morrisnichols.com |
| haynes@rlf.com | cclark@morrisnichols.com |

OF COUNSEL:

Omar A. Khan
Jeffrey A. Dennhardt
Laura Macro
Lauren Matlock-Colangelo
Jennifer L. Graber
Maggie Sawin
Kelly A. Todd
WILMER CUTLER PICKERING
HALE and DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800

Akkad Y. Moussa
WILMER CUTLER PICKERING
HALE and DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037


*Attorneys for Plaintiff*

OF COUNSEL:

Reuben H. Chen
Alexandra D. Leeper
Juan Pablo Gonzalez
HanByul Chang
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
(650) 843-5000

Elizabeth M. Flanagan
COOLEY LLP
2049 Century Park East, Suite 3700
30 S. 9th Street, 7th Floor
Minneapolis, MN 55402

Adam Pivovar
Dustin M. Knight
Rosalynd D. Upton
David Y. Yun
COOLEY LLP
1299 Pennsylvania Avenue NW,
Suite 700
Washington, DC 20004
(202) 842-7800

*Attorneys for Defendant*


Dated:  April 15, 2026



IT IS SO ORDERED this ___ day of April, 2026




_____
The Honorable Colm F. Connolly

2