IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BECKMAN COULTER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 24-945 (CFC) (EGT) |
| v. | ) | |
| | ) | ███████████████ |
| CYTEK BIOSCIENCES, INC., | ) | |
| | ) | **REDACTED - PUBLIC VERSION** |
| Defendant. | ) | |

**DECLARATION OF ELIZABETH M. FLANAGAN IN SUPPORT OF DEFENDANT CYTEK'S OPPOSITION TO PLAINTIFF BEC'S MOTION TO EXCLUDE CERTAIN OPINIONS OF DEFENDANT'S TECHNICAL EXPERTS: FEDOR A. ILKOV, PH.D., BERNHARD H. WEIGL, PH.D., JAMES F. LEARY, PH.D., AND JUNICHIRO KONO, PH.D. (DAUBERT MOTIONS #1-5)**

OF COUNSEL:

Reuben H. Chen
HanByul Chang
Juan Pablo González
Alexandra Leeper
COOLEY LLP
3175 Hanover Street
Palo Alto, CA  94304

Elizabeth M. Flanagan
COOLEY LLP
30 South 9th Street, 7th Floor
Minneapolis, MN  55402

Adam Pivovar
Dustin M. Knight
Rosalynd D. Upton
David Yun
COOLEY LLP
1299 Pennsylvania Avenue NW
Suite 700
Washington, DC  20004

Original Filing Date:  April 13, 2026
Redacted Filing Date: May 4, 2026

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Karen Jacobs (#2881)
Jeremy A. Tigan (#5239)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
kjacobs@morrisnichols.com
jtigan@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Defendant*
*Cytek Biosciences, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BECKMAN COULTER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 24-945 (CFC) (EGT) |
| v. | ) | |
| | ) | ███████████████ |
| CYTEK BIOSCIENCES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF ELIZABETH M. FLANAGAN IN SUPPORT OF
DEFENDANT CYTEK'S OPPOSITION TO PLAINTIFF BEC'S MOTION
TO EXCLUDE CERTAIN OPINIONS OF DEFENDANT'S TECHNICAL
EXPERTS: FEDOR A. ILKOV, PH.D., BERNHARD H. WEIGL, PH.D.,
JAMES F. LEARY, PH.D., AND JUNICHIRO KONO, PH.D.
(DAUBERT MOTIONS #1-5)**

I, Elizabeth M. Flanagan, hereby declare:

**1.** I am an attorney with the law firm Cooley LLP and counsel for Defendant Cytek Biosciences, Inc. ("Cytek"). I have personal knowledge of the facts contained in the declaration and, if called upon to do so, I could and would testify competently to the matters herein.

**2.** I submit this Declaration in support of Cytek's Opposition to Plaintiff Beckman Coulter, Inc.'s ("BEC's") Motion to Exclude Certain Opinions of Defendant's Technical Experts: Fedor A. Ilkov, Ph.D., Bernhard H. Weigl, Ph.D., James F. Leary, Ph.D., and Junichiro Kono, Ph.D. (Daubert Motions #1-5).

**3.** Attached hereto as **Exhibit A** is a true and correct copy of excerpts from

the Rebuttal Expert Report of Fedor A. Ilkov, Ph.D. Regarding Non-Infringement of U.S. Patent Nos. 10,330,582; 11,703,443; and 12,174,107, dated January 20, 2026.

4.      Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the Rebuttal Expert Report of James F. Leary, Ph.D. Regarding Non-Infringement of U.S. Patent Nos. 10,330,582; 11,703,443; and 12,174,107, dated January 20, 2026.

5.      Attached hereto as **Exhibit C** is a true and correct copy of an Email from Christine D. Haynes, dated April 29, 2025.

6.      Attached hereto as **Exhibit D** is a true and correct copy of excerpts of Exhibit A to Joint Claim Construction Chart (D.I. 89-1), dated May 28, 2025.

7.      Attached hereto as **Exhibit E** is a true and correct copy of excerpts from the Opening Invalidity Expert Report of Fedor A. Ilkov, Ph.D., dated December 19, 2025.

8.      Attached hereto as **Exhibit F** is a true and correct copy of the Claim Construction Order (D.I. 226), dated February 24, 2026.

9.      Attached hereto as **Exhibit G** is a true and correct copy of excerpts from the Reply Invalidity Expert Report of Fedor A. Ilkov, Ph.D., dated February 9, 2026.

10.      Attached hereto as **Exhibit H** is a true and correct copy of excerpts of Rebuttal Expert Report of Dr. David Schaafsma, Ph.D. Regarding Validity of U.S.

Patent Nos. 10,330,582, 11,703,443, and 12,174,107, dated January 20, 2026.

11. Attached hereto as **Exhibit I** is a true and correct copy of excerpts from the Opening Expert Report of Dr. David Schaafsma, Ph.D. Regarding Infringement of U.S. Patent Nos. 10,330,582, 11,703,443, and 12,174,107, dated December 19, 2025.

12. Attached hereto as **Exhibit J** is a true and correct copy of excerpts from United States Patent No. 10,330,582 ("the '582 patent").

13. Attached hereto as **Exhibit K** is a true and correct copy of excerpts from Defendant Cytek Biosciences, Inc.'s Opening Brief In Support of its Motions for Summary Judgment of Non-Infringement and Invalidity (MSJ No. 1-3), dated March 13, 2026.

14. Attached hereto as **Exhibit L** is a true and correct copy of excerpts from the Claim Construction Hearing transcript, dated September 17, 2025.

15. Attached hereto as **Exhibit M** is a true and correct copy of excerpts from the Claim Construction Hearing transcript, dated August 21, 2025.

16. Attached hereto as **Exhibit N** is a true and correct copy of excerpts of Exhibit 1 to Beckman Coulter's Second Amended Infringement Contentions regarding U.S. Patent No. 10,330,582, dated November 19, 2025.

17. Attached hereto as **Exhibit O** is a true and correct copy of excerpts from the deposition transcript of David Schaafsma, Ph.D., dated February 27, 2026.

3

18.    Attached hereto as **Exhibit P** is a true and correct copy of excerpts from the Reply Expert Report of Dr. David Schaafsma, Ph.D. Regarding Infringement of U.S. Patent Nos. 10,330,582, 11,703,443, and 12,174,107, dated February 9, 2026.

19.    Attached hereto as **Exhibit Q** is a true and correct copy of excerpts from the Opening Expert Report of Bernhard H. Weigl, Ph.D., dated December 19, 2025.

20.    Attached hereto as **Exhibit R** is a true and correct copy of excerpts from the Rebuttal Expert Report of Joseph Paul Robinson Regarding Validity of U.S. Patent Nos. 10,330,582, 11,703,443, and 12,174,107, dated January 20, 2026.

21.    Attached hereto as **Exhibit S** is a true and correct copy of the Opening Expert Report of Junichiro Kono, Ph.D., dated December 15, 2025.

22.    Attached hereto as **Exhibit T** is a true and correct copy of excerpts from the Reply Expert Report of Junichiro Kono, Ph.D., dated February 6, 2026.

23.    Attached hereto as **Exhibit U** is a true and correct copy of excerpts from the deposition transcript of Junichiro Kono, Ph.D., dated March 9, 2026.

24.    Attached hereto as **Exhibit V** is a true and correct copy of Junichiro Kono, Ph.D.'s Biography and List of Publications, which was attached as Appendix A to his December 15, 2025 Opening Expert Report.

25.    Attached hereto as **Exhibit W** is a true and correct copy of Junichiro Kono, Ph.D.'s List of Materials Considered, which was attached as Appendix B to

4

his December 15, 2025 Opening Expert Report.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of April, 2026, in Minneapolis, MN.


Dated: April 13, 2026

By: */s/ Elizabeth M. Flanagan*
Elizabeth M. Flanagan

Attorney for Defendant
**CYTEK BIOSCIENCES, INC.**

5

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 4, 2026, upon the following in the manner indicated:

Frederick L. Cottrell III                                    *VIA ELECTRONIC MAIL*
Kelly E. Farnan
Christine D. Haynes
RICHARDS, LAYTON & FINGER P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Attorneys for Plaintiff*

Omar A. Khan                                              *VIA ELECTRONIC MAIL*
Jeffrey A. Dennhardt
Lauren E. Matlock-Colangelo
Kelly A. Todd
Laura Macro
Maggie Sawin
WILMER CUTLER PICKERING HALE
  AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY  10007
*Attorneys for Plaintiff*

2

Akkad Y. Moussa
WILMER CUTLER PICKERING HALE
  AND DORR LLP
2100 Pennsylvania Avenue NW
Washington DC 20037
*Attorneys for Plaintiff*

*VIA ELECTRONIC MAIL*

*/s/ Cameron P. Clark*

Cameron P. Clark (#6647)

2