# EXHIBIT C



| | |
|---|---|
| **From:** | Haynes, Christine D. <haynes@rlf.com> |
| **Sent:** | Tuesday, April 29, 2025 1:46 PM |
| **To:** | kjacobs@morrisnichols.com; jtigan@morrisnichols.com; cclark@morrisnichols.com; Chen, Reuben; Flanagan, Betsy; Pivovar, Adam; Knight, Dustin M; Upton, Rozzi D; Yun, David Y; Feliciano, Loly |
| **Cc:** | Cottrell, Fred; Farnan, Kelly E.; Khan, Omar; Dennhardt, Jeffrey; Matlock-Colangelo, Lauren E.; McGuffin, Asher S. |
| **Subject:** | Beckman Coulter v. Cytek Biosciences, C.A. No. 24-945-CFC-EGT |

**[External]**

Counsel,

Pursuant to Paragraph 15 of the Scheduling Order (D.I. 25, 55), Plaintiff Beckman Coulter, Inc. hereby states that no claim terms of U.S. Patent Nos. 10,330,582, 11,703,443, 12,174,106, and 12,174,107 require construction. This is based on Beckman Coulter's current knowledge at this stage of the litigation. Beckman Coulter reserves the right to amend, supplement, or modify this identification as appropriate and to oppose any motion or suggestion by Cytek in this case that any term is indefinite. Beckman Coulter reserves the right to amend, supplement, or modify its response to identify claim terms for construction or otherwise propose responsive or alternative constructions in light of terms or constructions proposed by Cytek.

Regards,
Christine



**Christine D. Haynes**
**Richards, Layton & Finger, P.A.**
haynes@rlf.com

920 N. King Street | Wilmington, DE 19801
**O:** 302-651-7508 | **F:** 302-498-7701
vCard, bio, www.rlf.com,

The information contained in this electronic communication is intended only for the use of the individual or entity named above and may be privileged and/or confidential. If the reader of this message is not the intended recipient, you are hereby notified that any unauthorized dissemination, distribution or copying of this communication is strictly prohibited by law. If you have received this communication in error, please immediately notify us by return e-mail or telephone (302-651-7700) and destroy the original message. Thank you.