# EXHIBIT H



**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BECKMAN COULTER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 24-0945-CFC-EGT |
| | ) | |
| CYTEK BIOSCIENCES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**REBUTTAL EXPERT REPORT OF DR. DAVID SCHAAFSMA, PHD**

**REGARDING VALIDITY OF U.S. PATENT NOS. 10,330,582, 11,703,443, AND**

**12,174,107**

January 20, 2026

Dr. David Schaafsma

i

Dr. David Schaafsma Rebuttal Validity Report

## TABLE OF CONTENTS

I.     Introduction…………………………………………………………………………..1

II.    Background and Qualifications………………………………………………………1

III.   Materials Considered…………………………………………………………....2

IV.   Legal Principles……………………………………………………………….. 2

V.    Claim Construction……………………………………………………………… 14

VI.   Person of Ordinary Skill in the Art…………………………………………………16

VII.  Conception, Reduction to Practice, and Priority Date………………………………... 16

VIII. Technology Background and State of the Art…………………………………………17

    A.   Imaging Systems ..................................................................................... 17

    B.   Flow Cytometers ..................................................................................... 18

    C.   Wavelength Division Multiplexers and APDs........................................... 21

    D.   Minimum Detectable Power .................................................................... 21

    E.   Flow Cytometry Fluorescence Detection and Optical Communications Signal Detection Require Different Optical Fibers ..................................................... 27

IX.   Asserted Patents………………………………………………………………………32

X.    Overview of the Prior Art………………………………………………………… 33

    A.   BD FACSArray System ........................................................................... 33

    B.   BD LSR-II System .................................................................................. 36

    C.   Lemoff.................................................................................................... 36

    D.   DxP System............................................................................................ 40

    E.   Luminex FlexMap 3D System .................................................................. 53

    F.   Oostman ................................................................................................ 57

    G.   Frazier ................................................................................................... 60

    H.   Assorted References to APDs in Flow Cytometry ...................................... 62

XI.   There Is No Motivation To Combine The Prior Art As Proposed by Dr. Ilkov………… 63

    A.   A POSA Would Have Had No Motivation to Combine Lemoff With Any Flow Cytometry System or Particle Analyzer with a Reasonable Expectation of Success ............... 65

        1.   A POSA Would Not Have Looked to a Reference From Optical Communications to Solve Problems in Flow Cytometry ..................................................................... 65

        2.   Dr. Ilkov Does Not Address Why a POSA Would Overlook the Differences Between Flow Cytometry and Optical Communications ................................................. 73

        3.   Lemoff is not Analogous Art to the Claimed Inventions........................................... 78

        4.   Dr. Ilkov misinterprets the teachings of Lemoff........................................................ 82

        5.   Dr. Ilkov Misunderstands Other Optical Concepts Such as Multimode Fibers.......... 83

Dr. David Schaafsma Rebuttal Validity Report

6.   Dr. Ilkov Fails to Adequately Explain Why Lemoff Would Reduce the Size of Any System ................................................................................................... 86

7.   Dr. Ilkov fails to explain how Lemoff would improve any prior art system specifically. ...................................................................................................... 95

8.   Dr. Ilkov Fails to Demonstrate a Reasonable Expectation of Success ....................... 106

B.   A POSA Would Have Had No Motivation to Combine Lemoff with Oostman Alone or with Oostman and Frazier/BD FACSArray with a Reasonable Expectation of Success ....... 110

1.   Lemoff with Oostman ('443 cls 4, 6, 10, 11, 15 – Ground 5) .................................... 110

2.   Oostman, Lemoff, and Frazier ('582 Patent at cls. 1, 3, 6 – Ground 3; '107 cls. 5, 16, 18, 26, 27, 29 – Ground 3) ............................................................................... 115

3.   BD FACSArray, Oostman, and Lemoff ('107 cls. 5, 16, 18, 26, 27, 29 – Ground 3a)....
...................................................................................................................... 116

C.   A POSA Would Have Had No Motivation to Combine the DxP System with the BD FACSArray System or the Luminex FlexMap 3D System With a Reasonable Expectation of Success ................................................................................................................ 117

1.   DxP System and the BD FACSArray System ('582 Patent at cls. 1, 3, 6 – Ground 4; '107 cls. 5, 16, 18, 26, 27, 29 – Ground 4) or the Luminex Flex Map 3D System ('582 Patent at cls. 1, 3, 6, 23, 26 – Ground 5; '107 cls. 5, 16, 18, 26, 27, 29 – Ground 5)......... 117

2.   A POSA Would Not Be Motived to Exchange the PMTs in the DxP System for APDs. ...................................................................................................................... 123

XII.   Defendant's Alleged Prior Art Does Not Render the '582 Patent Claims Obvious...... 128

A.   Ground 1: Claims 1, 3, 6 of the '582 Patent Are Not Obvious Over the BD FACSArray System and Lemoff ................................................................................................... 128

1.   A POSA Would Have Had No Motivation to Combine Lemoff With the BD FACSArray System With a Reasonable Expectation of Success ..................................... 128

2.   '582 Independent Claim 1: "An optical subsystem for a flow cytometer, the optical subsystem comprising: a collimating optical element arranged to receive light from a light source, the collimating optical element configured to project a collimated beam; an optical relay element arranged to receive at least a portion of the collimated beam from the collimated optical element, the optical relay element comprising a curved mirror configured to reflect the portion of the collimated beam received from the collimating optical element to produce a first image, a first focusing optical element arranged to receive at least a portion of the collimated beam reflected by the optical relay element; and a first semiconductor detector, wherein the first focusing optical element is configured to focus the portion of the collimated beam received from the optical relay element onto the first semiconductor detector." ................................................................................ 128

3.   '582 Dependent Claim 2: "The optical subsystem of claim 1, further comprising the light source, wherein the light source comprises light passing through a pinhole or light emitted from a facet of a multimode optical fiber.".......................................................... 132

Dr. David Schaafsma Rebuttal Validity Report

4.    '582 Dependent Claim 3: "The optical subsystem of claim 2, wherein the first focusing optical element is configured to focus the portion of the collimated beam received from the optical relay element to a size smaller than 1 millimeter in diameter.".............................. 133

5.    '582 Dependent Claim 6: "The optical subsystem of claim 1, further comprising a first optical filter disposed along an optical path between the collimating optical element and the optical relay element, the first optical filter configured to separate the collimated beam into a first branch and a second branch." ................................................................................... 134

B.    Ground 2: Claims 1, 3, 6 of the '582 Patent Are Not Obvious Over the Luminex FlexMap 3D System and Lemoff.................................................................................................. 135

1.    A POSA Would Have Had No Motivation to Combine Lemoff With the Luminex FlexMap 3D System With a Reasonable Expectation of Success ..................................... 135

2.    '582 Independent Claim 1: "An optical subsystem for a flow cytometer, the optical subsystem comprising: a collimating optical element arranged to receive light from a light source, the collimating optical element configured to project a collimated beam; an optical relay element arranged to receive at least a portion of the collimated beam from the collimated optical element, the optical relay element comprising a curved mirror configured to reflect the portion of the collimated beam received from the collimating optical element to produce a first image, a first focusing optical element arranged to receive at least a portion of the collimated beam reflected by the optical relay element; and a first semiconductor detector, wherein the first focusing optical element is configured to focus the portion of the collimated beam received from the optical relay element onto the first semiconductor detector." ................................................................................................... 135

3.    '582 Dependent Claim 2: "The optical subsystem of claim 1, further comprising the light source, wherein the light source comprises light passing through a pinhole or light emitted from a facet of a multimode optical fiber.".......................................................... 139

4.    '582 Dependent Claim 3: "The optical subsystem of claim 2, wherein the first focusing optical element is configured to focus the portion of the collimated beam received from the optical relay element to a size smaller than 1 millimeter in diameter.".............................. 140

5.    '582 Dependent Claim 6: "The optical subsystem of claim 1, further comprising a first optical filter disposed along an optical path between the collimating optical element and the optical relay element, the first optical filter configured to separate the collimated beam into a first branch and a second branch." ................................................................................... 141

C.    Ground 3: Claims 1, 3, 6 of the '582 Patent Are Not Obvious Over Oostman, Lemoff, and Frazier ...................................................................................................................................... 143

1.    A POSA Would Have Had No Motivation to Combine Lemoff With Oostman, or Lemoff and Oostman With Frazier With a Reasonable Expectation of Success................ 143

2.    '582 Independent Claim 1: "An optical subsystem for a flow cytometer, the optical subsystem comprising: a collimating optical element arranged to receive light from a light source, the collimating optical element configured to project a collimated beam; an optical relay element arranged to receive at least a portion of the collimated beam from the collimated optical element, the optical relay element comprising a curved mirror configured to reflect the portion of the collimated beam received from the collimating optical element to produce a first image, a first focusing optical element arranged to receive at least a

Dr. David Schaafsma Rebuttal Validity Report

portion of the collimated beam reflected by the optical relay element; and a first semiconductor detector, wherein the first focusing optical element is configured to focus the portion of the collimated beam received from the optical relay element onto the first semiconductor detector." ................................................................................................ 143

3.    '582 Dependent Claim 2: "The optical subsystem of claim 1, further comprising the light source, wherein the light source comprises light passing through a pinhole or light emitted from a facet of a multimode optical fiber.".......................................................... 145

4.    '582 Dependent Claim 3: "The optical subsystem of claim 2, wherein the first focusing optical element is configured to focus the portion of the collimated beam received from the optical relay element to a size smaller than 1 millimeter in diameter.".............................. 146

5.    '582 Dependent Claim 6: "The optical subsystem of claim 1, further comprising a first optical filter disposed along an optical path between the collimating optical element and the optical relay element, the first optical filter configured to separate the collimated beam into a first branch and a second branch." ................................................................................... 147

D.    Ground 4: Claims 1, 3, 6, 23, 26 of the '582 Patent Are Not Obvious Over the DxP and BD FACSArray System................................................................................................... 147

1.    A POSA Would Have Had No Motivation to Combine the DxP and BD FACSArray System With a Reasonable Expectation of Success ........................................................... 148

2.    '582 Independent Claim 1: "An optical subsystem for a flow cytometer, the optical subsystem comprising: a collimating optical element arranged to receive light from a light source, the collimating optical element configured to project a collimated beam; an optical relay element arranged to receive at least a portion of the collimated beam from the collimated optical element, the optical relay element comprising a curved mirror configured to reflect the portion of the collimated beam received from the collimating optical element to produce a first image, a first focusing optical element arranged to receive at least a portion of the collimated beam reflected by the optical relay element; and a first semiconductor detector, wherein the first focusing optical element is configured to focus the portion of the collimated beam received from the optical relay element onto the first semiconductor detector." ................................................................................................ 148

3.    '582 Dependent Claim 2: "The optical subsystem of claim 1, further comprising the light source, wherein the light source comprises light passing through a pinhole or light emitted from a facet of a multimode optical fiber.".......................................................... 150

4.    '582 Dependent Claim 3: "The optical subsystem of claim 2, wherein the first focusing optical element is configured to focus the portion of the collimated beam received from the optical relay element to a size smaller than 1 millimeter in diameter.".............................. 151

5.    '582 Dependent Claim 6: "The optical subsystem of claim 1, further comprising a first optical filter disposed along an optical path between the collimating optical element and the optical relay element, the first optical filter configured to separate the collimated beam into a first branch and a second branch." ................................................................................... 154

6.    '582 Independent Claim 20: "An optical subsystem for a flow cytometer, the optical subsystem comprising: a collimating optical element arranged to receive light from a light source, the collimating optical element configured to project a first image; and an optical relay element arranged near the first image, the optical relay element configured to receive

Dr. David Schaafsma Rebuttal Validity Report

light from the collimating optical element and to project a second image; wherein the size of the first image is substantially the same as the size of the second image, and wherein the optical relay element comprises a curved mirror or a concave-shaped dichroic filter."..... 155

7.    '582 Dependent Claim 22: "The optical subsystem of claim 20, further comprising the light source, wherein the light source comprises an extended light source that forms an object, wherein the first image is a magnified image of the object."................................. 155

8.    '582 Dependent Claim 23: "The optical subsystem of claim 22, wherein the light source comprises light passing through a pinhole or light emitted from a facet of a multimode optical fiber." ................................................................. 156

9.    '582 Dependent Claim 26: "The optical subsystem of claim 22 further comprising a first focusing optical element arranged near the second image, the first focusing optical element configured to focus the light from the optical relay element to a size smaller than the object of the light source to a first semiconductor detector." ....................................... 157

E.    Ground 5: Claims 1, 3, 6, 23, 26 of the '582 Patent Are Not Obvious Over DxP and the Luminex FlexMap 3D System.................................................................................. 158

1.    A POSA Would Have Had No Motivation to Combine the DxP and the Luminex FlexMap 3D System With a Reasonable Expectation of Success ..................................... 158

2.    '582 Independent Claim 1: "An optical subsystem for a flow cytometer, the optical subsystem comprising: a collimating optical element arranged to receive light from a light source, the collimating optical element configured to project a collimated beam; an optical relay element arranged to receive at least a portion of the collimated beam from the collimated optical element, the optical relay element comprising a curved mirror configured to reflect the portion of the collimated beam received from the collimating optical element to produce a first image, a first focusing optical element arranged to receive at least a portion of the collimated beam reflected by the optical relay element; and a first semiconductor detector, wherein the first focusing optical element is configured to focus the portion of the collimated beam received from the optical relay element onto the first semiconductor detector." ................................................................. 159

3.    '582 Dependent Claim 2: "The optical subsystem of claim 1, further comprising the light source, wherein the light source comprises light passing through a pinhole or light emitted from a facet of a multimode optical fiber."........................................................... 160

4.    '582 Dependent Claim 3: "The optical subsystem of claim 2, wherein the first focusing optical element is configured to focus the portion of the collimated beam received from the optical relay element to a size smaller than 1 millimeter in diameter."............................... 160

5.    '582 Dependent Claim 6: "The optical subsystem of claim 1, further comprising a first optical filter disposed along an optical path between the collimating optical element and the optical relay element, the first optical filter configured to separate the collimated beam into a first branch and a second branch." ................................................................. 162

6.    '582 Independent Claim 20: "An optical subsystem for a flow cytometer, the optical subsystem comprising: a collimating optical element arranged to receive light from a light source, the collimating optical element configured to project a first image; and an optical relay element arranged near the first image, the optical relay element configured to receive light from the collimating optical element and to project a second image; wherein the size of

Dr. David Schaafsma Rebuttal Validity Report

the first image is substantially the same as the size of the second image, and wherein the optical relay element comprises a curved mirror or a concave-shaped dichroic filter."..... 162

7.   '582 Dependent Claim 22: "The optical subsystem of claim 20, further comprising the light source, wherein the light source comprises an extended light source that forms an object, wherein the first image is a magnified image of the object."................................. 163

8.   '582 Dependent Claim 23: "The optical subsystem of claim 22, wherein the light source comprises light passing through a pinhole or light emitted from a facet of a multimode optical fiber."................................................................................................. 164

9.   '582 Dependent Claim 26: "The optical subsystem of claim 22 further comprising a first focusing optical element arranged near the second image, the first focusing optical element configured to focus the light from the optical relay element to a size smaller than the object of the light source to a first semiconductor detector." ....................................... 164

XIII.   Defendant's Alleged Prior Art Does Not Render the '443 Patent Claims Anticipated or Obvious…………………………………………………………………………………… 166

    A.   Ground 1: Claim 6, 10, 11, 15 of the '443 Patent Are Not Anticipated by the DxP ...... 166

    1.   '443 Independent Claim 1: "A wavelength division multiplexer (WDM) for a flow cytometer comprising: a set of filters, each filter of the set of filters configured to pass a corresponding portion of multiple portions of light; a set of filters, each filter of the set of filters configured to pass a corresponding portion of multiple portions of light; at least one mirror including at least one curved mirror, the at least one mirror configured to: receive one or more portions of the light from the set of filters; and reflect the one or more portions of the light to the set of filters; and a set of detectors, each detector of the set of detectors corresponding to a filter of the set of filters and configured to receive a portion of the light at the detector that passed through the filter corresponding to the detector."..................... 166

    2.   '443 Dependent Claim 6: "The WDM of claim 1, wherein: the set of filters include at least one dichroic filter, and the at least one curved mirror is a concave mirror." ............. 169

    3.   '443 Dependent Claim 10: "The WDM of claim 9, wherein: the first filter is an initial filter of the set of filters configured to receive the light, the second filter is configured to receive a first collimated beam of the light from the first mirror, and the fourth filter is configured to receive a second collimated beam of the light from the third mirror." ........ 169

    4.   '443 Patent, Dependent Claim 11: "A flow cytometer comprising the WDM of claim 1." ....................................................................................................................... 170

    5.   '443 Dependent Claim 13: "The flow cytometer of claim 11, further comprising: a flow cell including a flow channel configured to enable passage of a particle; and an optical element configured to detect scattered light emitted by the particle in the flow channel and illuminated by a light source." ............................................................................... 172

    6.   '443 Dependent Claim 15: "The flow cytometer of claim 13, further comprising: a plurality of lasers including a first laser configured to illuminate the particle in the flow channel at a first location; and a second laser configured to illuminate the particle at a second location in the flow channel; a second laser configured to illuminate the particle at a second location in the flow channel." ............................................................................... 174

    B.   Ground 2: Claims 4 and 10 of the '443 Patent are Not Obvious Over the DxP ............ 175

Dr. David Schaafsma Rebuttal Validity Report

1.    '443 Independent Claim 1: "A wavelength division multiplexer (WDM) for a flow cytometer comprising: a set of filters, each filter of the set of filters configured to pass a corresponding portion of multiple portions of light; a set of filters, each filter of the set of filters configured to pass a corresponding portion of multiple portions of light; at least one mirror including at least one curved mirror, the at least one mirror configured to: receive one or more portions of the light from the set of filters; and reflect the one or more portions of the light to the set of filters; and a set of detectors, each detector of the set of detectors corresponding to a filter of the set of filters and configured to receive a portion of the light at the detector that passed through the filter corresponding to the detector."..................... 176

2.    '443 Dependent Claim 4: "The WDM of claim 1, further comprising: a block positioned between the at least one mirror and the set of filters, the block configured to enable transmission of the light; and a set of elements, each element of the set of elements positioned in an optical path between a different pair of a filter of the set of filters and a detector of the set of detectors, wherein each element of the set of elements includes a bandpass filter, a lens, or a combination thereof."............................................ 177

3.    '443 Dependent Claim 9: "The WDM of claim 1, wherein the optical path of the light includes a first filter of the set of filters, followed by a first mirror of the at least one mirror, followed by a second filter of the set of filters, followed by a second mirror of the at least one mirror, followed by a third filter of the set of filters, followed by a third mirror of the at least one mirror, and followed by a fourth filter of the set of filters.".............................. 179

4.    '443 Dependent Claim 10: "The WDM of claim 9, wherein: the first filter is an initial filter of the set of filters configured to receive the light, the second filter is configured to receive a first collimated beam of the light from the first mirror, and the fourth filter is configured to receive a second collimated beam of the light from the third mirror." ........ 181

C.    Ground 2a: Claim 4 of the '443 Patent is Not Obvious Over the DxP and Lemoff ....... 183

1.    A POSA Would Have Had No Motivation to Combine the DxP and BD FACSArray System With a Reasonable Expectation of Success ........................................................ 183

2.    '443 Dependent Claim 4: "The WDM of claim 1, further comprising: a block positioned between the at least one mirror and the set of filters, the block configured to enable transmission of the light; and a set of elements, each element of the set of elements positioned in an optical path between a different pair of a filter of the set of filters and a detector of the set of detectors, wherein each element of the set of elements includes a bandpass filter, a lens, or a combination thereof."............................................ 184

D.    Ground 3: Claims 4, 6, 10, 11, 15 of the '443 Patent Are Not Obvious Over the BD LSR-II System and Lemoff .......................................................................................................... 185

1.    No Motivation to Combine and No Reasonable Expectation of Success.................. 185

2.    '443 Independent Claim 1: "A wavelength division multiplexer (WDM) for a flow cytometer comprising: a set of filters, each filter of the set of filters configured to pass a corresponding portion of multiple portions of light; a set of filters, each filter of the set of filters configured to pass a corresponding portion of multiple portions of light; at least one mirror including at least one curved mirror, the at least one mirror configured to: receive one or more portions of the light from the set of filters; and reflect the one or more portions of the light to the set of filters; and a set of detectors, each detector of the set of detectors

Dr. David Schaafsma Rebuttal Validity Report

corresponding to a filter of the set of filters and configured to receive a portion of the light at the detector that passed through the filter corresponding to the detector."..................... 185

3.   '443 Dependent Claim 4: "The WDM of claim 1, further comprising: a block positioned between the at least one mirror and the set of filters, the block configured to enable transmission of the light; and a set of elements, each element of the set of elements positioned in an optical path between a different pair of a filter of the set of filters and a detector of the set of detectors, wherein each element of the set of elements includes a bandpass filter, a lens, or a combination thereof."............................................................... 186

4.   '443 Dependent Claim 6: "The WDM of claim 1, wherein: the set of filters include at least one dichroic filter, and the at least one curved mirror is a concave mirror." ............. 187

5.   '443 Dependent Claim 9: "The WDM of claim 1, wherein the optical path of the light includes a first filter of the set of filters, followed by a first mirror of the at least one mirror, followed by a second filter of the set of filters, followed by a second mirror of the at least one mirror, followed by a third filter of the set of filters, followed by a third mirror of the at least one mirror, and followed by a fourth filter of the set of filters."................................. 187

6.   '443 Dependent Claim 10: "The WDM of claim 9, wherein: the first filter is an initial filter of the set of filters configured to receive the light, the second filter is configured to receive a first collimated beam of the light from the first mirror, and the fourth filter is configured to receive a second collimated beam of the light from the third mirror." ........ 188

7.   '443 Dependent Claim 11: "A flow cytometer comprising the WDM of claim 1."... 189

8.   '443 Dependent Claim 13: "The flow cytometer of claim 11, further comprising: a flow cell including a flow channel configured to enable passage of a particle; and an optical element configured to detect scattered light emitted by the particle in the flow channel and illuminated by a light source."............................................................................. 189

9.   '443 Dependent Claim 15: "The flow cytometer of claim 13, further comprising: a plurality of lasers including a first laser configured to illuminate the particle in the flow channel at a first location; and a second laser configured to illuminate the particle at a second location in the flow channel; a second laser configured to illuminate the particle at a second location in the flow channel."................................................................. 189

E.   Ground 4: Claims 4, 6, 10, 11, 15 of the '443 Patent Are Not Obvious Based On the Luminex FlexMap 3D System and Lemoff ............................................................................. 190

1.   A POSA Would Have Had No Motivation to Combine Lemoff With the Luminex FlexMap 3D System With a Reasonable Expectation of Success ...................................... 190

2.   '443 Independent Claim 1: A wavelength division multiplexer (WDM) for a flow cytometer comprising: a set of filters, each filter of the set of filters configured to pass a corresponding portion of multiple portions of light; at least one mirror including at least one curved mirror, the at least one mirror configured to: receive one or more portions of the light from the set of filters; and reflect the one or more portions of the light to the set of filters; and a set of detectors, each detector of the set of detectors corresponding to a filter of the set of filters and configured to receive a portion of the light at the detector that passed through the filter corresponding to the detector.............................................................. 190

Dr. David Schaafsma Rebuttal Validity Report

3.    '443 Dependent Claim 4: "The WDM of claim 1, further comprising: a block positioned between the at least one mirror and the set of filters, the block configured to enable transmission of the light; and a set of elements, each element of the set of elements positioned in an optical path between a different pair of a filter of the set of filters and a detector of the set of detectors, wherein each element of the set of elements includes a bandpass filter, a lens, or a combination thereof.".............................................................. 191

4.    '443 Dependent Claim 6: "The WDM of claim 1, wherein: the set of filters include at least one dichroic filter, and the at least one curved mirror is a concave mirror." ............. 192

5.    '443 Dependent Claim 9: "The WDM of claim 1, wherein the optical path of the light includes a first filter of the set of filters, followed by a first mirror of the at least one mirror, followed by a second filter of the set of filters, followed by a second mirror of the at least one mirror, followed by a third filter of the set of filters, followed by a third mirror of the at least one mirror, and followed by a fourth filter of the set of filters.".............................. 192

6.    '443 Dependent Claim 10: "The WDM of claim 9, wherein: the first filter is an initial filter of the set of filters configured to receive the light, the second filter is configured to receive a first collimated beam of the light from the first mirror, and the fourth filter is configured to receive a second collimated beam of the light from the third mirror" ......... 193

7.    '443 Dependent Claim 11: "A flow cytometer comprising the WDM of claim 1.".... 194

8.    '443 Dependent Claim 13: "The flow cytometer of claim 11, further comprising: a flow cell including a flow channel configured to enable passage of a particle; and an optical element configured to detect scattered light emitted by the particle in the flow channel and illuminated by a light source.".......................................................................................... 194

9.    Dependent Claim 15: "The flow cytometer of claim 13, further comprising: a plurality of lasers including a first laser configured to illuminate the particle in the flow channel at a first location; and a second laser configured to illuminate the particle at a second location in the flow channel." ...................................................................................................... 195

F.    Ground 5: Claims 4, 6, 10, 11, 15 of the '443 Patent are Not Obvious Over Lemoff and Oostman ........................................................................................................................ 196

1.    No Motivation to Combine and No Reasonable Expectation of Success.................. 196

2.    '443 Independent Claim 1: "A wavelength division multiplexer (WDM) for a flow cytometer comprising: a set of filters, each filter of the set of filters configured to pass a corresponding portion of multiple portions of light; a set of filters, each filter of the set of filters configured to pass a corresponding portion of multiple portions of light; at least one mirror including at least one curved mirror, the at least one mirror configured to: receive one or more portions of the light from the set of filters; and reflect the one or more portions of the light to the set of filters; and a set of detectors, each detector of the set of detectors corresponding to a filter of the set of filters and configured to receive a portion of the light at the detector that passed through the filter corresponding to the detector.".................... 196

3.    Independent Claim 1: "A wavelength division multiplexer (WDM) for a flow cytometer comprising: a set of filters, each filter of the set of filters configured to pass a corresponding portion of multiple portions of light; a set of filters, each filter of the set of filters configured to pass a corresponding portion of multiple portions of light; at least one mirror including at least one curved mirror, the at least one mirror configured to: receive

Dr. David Schaafsma Rebuttal Validity Report

one or more portions of the light from the set of filters; and reflect the one or more portions of the light to the set of filters; and a set of detectors, each detector of the set of detectors corresponding to a filter of the set of filters and configured to receive a portion of the light at the detector that passed through the filter corresponding to the detector.".................... 197

4.    '443 Dependent Claim 4: "The WDM of claim 1, further comprising: a block positioned between the at least one mirror and the set of filters, the block configured to enable transmission of the light; and a set of elements, each element of the set of elements positioned in an optical path between a different pair of a filter of the set of filters and a detector of the set of detectors, wherein each element of the set of elements includes a bandpass filter, a lens, or a combination thereof.".............................................................. 198

5.    '443 Dependent Claim 6: "The WDM of claim 1, wherein: the set of filters include at least one dichroic filter, and the at least one curved mirror is a concave mirror." ............. 198

6.    '443 Dependent Claim 9: "The WDM of claim 1, wherein the optical path of the light includes a first filter of the set of filters, followed by a first mirror of the at least one mirror, followed by a second filter of the set of filters, followed by a second mirror of the at least one mirror, followed by a third filter of the set of filters, followed by a third mirror of the at least one mirror, and followed by a fourth filter of the set of filters.".............................. 199

7.    '443 Dependent Claim 10: "The WDM of claim 9, wherein: the first filter is an initial filter of the set of filters configured to receive the light, the second filter is configured to receive a first collimated beam of the light from the first mirror, and the fourth filter is configured to receive a second collimated beam of the light from the third mirror." ........ 199

8.    '443 Dependent Claim 11: "A flow cytometer comprising the WDM of claim 1."... 200

9.    '443 Dependent Claim 13: "The flow cytometer of claim 11, further comprising: a flow cell including a flow channel configured to enable passage of a particle; and an optical element configured to detect scattered light emitted by the particle in the flow channel and illuminated by a light source." ............................................................................................. 200

10.    '443 Dependent Claim 15: "The flow cytometer of claim 13, further comprising: a plurality of lasers including a first laser configured to illuminate the particle in the flow channel at a first location; and a second laser configured to illuminate the particle at a second location in the flow channel." ................................................................................. 201

XIV.    Defendant's Alleged Prior Art Does Not Render the '107 Patent Claims Obvious……. 201

A.    Ground 1: Claims 5, 16, 18, 26, 27, 29 of the '107 Patent are Not Obvious Over the BD FACSArray System and Lemoff........................................................................................... 201

1.    '107 Independent Claim 1: "A flow cytometer comprising: an optical fiber; and a wavelength division multiplexer (WDM) configured to receive light from the optical fiber, wherein the WDM comprises: an array of mirrors; an array of filters; and an array of avalanche photodiodes (APDs) configured to receive light that passed through one or more filters in the array of filters; wherein each of the filters in the array of filters is configured to receive light such that: a portion of the light passes through the filter; and another portion of the light is reflected; and wherein each of the mirrors in the array of mirrors is configured to: receive light reflected by a filter in the array of filters; and reflect light to another filter in the array of filters." ..................................................................................................... 201

Dr. David Schaafsma Rebuttal Validity Report

2.   '107 Dependent Claim 2: "The flow cytometer of claim 1, wherein: the array of mirrors is substantially linear; the array of filters is substantially linear; and the array of APDs is substantially linear." .................................................................................... 202

3.   '107 Dependent Claim 3: "The flow cytometer of claim 2, wherein at least one of the mirrors in the array of mirrors is a concave mirror.".......................................................... 203

4.   '107 Dependent Claim 5: "The flow cytometer of claim 3, wherein the WDM is configured such that a portion of an optical path between the array of mirrors and the array of filters forms a zig-zag pattern." ................................................................................. 203

5.   '107 Independent Claim 16: "A flow cytometer comprising: a flow cell configured to permit liquid to flow through the flow cell; a laser configured to project light into the flow cell; a multimode optical fiber configured to receive light from the flow cell; and a wavelength division multiplexer (WDM) configured to receive light from the multimode optical fiber, wherein the WDM comprises: a plurality of mirrors, wherein at least one of the mirrors is a concave mirror; a plurality of filters; and a plurality of avalanche photodiodes (APDs) configured to receive light that passed through one or more filters of the plurality of filters; wherein each of the plurality of filters is configured to receive light such that: a portion of light passes through the filter; and another portion of light is reflected; and wherein each of the plurality of mirrors is configured to: receive light reflected by a filter of the plurality of filters; and reflect light to another filter of the plurality of filters.".............................................................................................................. 203

6.   '107 Dependent Claim 17: "The flow cytometer of claim 16, wherein the WDM further comprises: a plurality of focusing lenses, wherein each of the plurality of focusing lenses is configured to focus light that passed through a filter of the plurality of filters to a spot on an APD of the plurality of APDs, wherein the spot has a diameter that is smaller than a diameter of a core of the multimode optical fiber.".......................................................... 206

7.   '107 Dependent Claim 18: "The flow cytometer of claim 17, wherein for each of the plurality of focusing lenses, the diameter of the spot is less than 1 mm.".......................... 207

8.   '107 Dependent Claim 20: "The flow cytometer of claim 16, wherein the plurality of mirrors includes more than one concave mirror." ............................................................. 208

9.   '107 Dependent Claim 21: "The flow cytometer of claim 20, wherein the WDM is configured such that a portion of an optical path between the plurality of mirrors and the plurality of filters forms a zig-zag pattern.".......................................................................... 208

10.   '107 Dependent Claim 22: "The flow cytometer of claim 21, wherein the laser is configured to emit blue light, yellow-green light, violet light, or ultraviolet light." .......... 208

11.   '107 Dependent Claim 26: "The flow cytometer of claim 22, wherein: the WDM further comprises a block comprising a first surface; and each of the plurality of filters is coupled to the first surface of the block." ........................................................................... 209

12.   '107 Dependent Claim 27: "The flow cytometer of claim 26, wherein the flow cytometer is a benchtop flow cytometer." ........................................................................... 209

13.   '107 Dependent Claim 28: "The flow cytometer of claim 26, wherein the flow cytometer is compact.".............................................................................................................. 209

Dr. David Schaafsma Rebuttal Validity Report

14.    '107 Dependent Claim 29: "The flow cytometer of claim 28, wherein the WDM is capable of detecting a substantially full spectrum of visible light." ................................... 210

B.    Ground 2: Claims 5, 16, 18, 26, 27, 29 of the '107 Patent Are Not Obvious Over the Luminex FlexMap 3D System and Lemoff ........................................................................... 210

1.    A POSA Would Have Had No Motivation to Combine Lemoff With the Luminex FlexMap 3D System With a Reasonable Expectation of Success ..................................... 210

2.    '107 Independent Claim 1: "A flow cytometer comprising: an optical fiber; and a wavelength division multiplexer (WDM) configured to receive light from the optical fiber, wherein the WDM comprises: an array of mirrors; an array of filters; and an array of avalanche photodiodes (APDs) configured to receive light that passed through one or more filters in the array of filters; wherein each of the filters in the array of filters is configured to receive light such that: a portion of the light passes through the filter; and another portion of the light is reflected; and wherein each of the mirrors in the array of mirrors is configured to: receive light reflected by a filter in the array of filters; and reflect light to another filter in the array of filters." ........................................................................................................... 210

3.    '107 Dependent Claim 2: "The flow cytometer of claim 1, wherein the array of mirrors is substantially linear; the array of filters is substantially linear; and the array of APDs is substantially linear." ........................................................................................................... 212

4.    '107 Dependent Claim 3: "The flow cytometer of claim 2, wherein at least one of the mirrors in the array of mirrors is a concave mirror." ......................................................... 212

5.    '107 Dependent Claim 5: "The flow cytometer of claim 3, wherein the WDM is configured such that a portion of an optical path between the array of mirrors and the array of filters forms a zig-zag pattern." ........................................................................................ 212

6.    '107 Independent Claim 16: "A flow cytometer comprising: a flow cell configured to permit liquid to flow through the flow cell; a laser configured to project light into the flow cell; a multimode optical fiber configured to receive light from the flow cell; and a wavelength division multiplexer (WDM) configured to receive light from the multimode optical fiber, wherein the WDM comprises: a plurality of mirrors, wherein at least one of the mirrors is a concave mirror; a plurality of filters; and a plurality of avalanche photodiodes (APDs) configured to receive light that passed through one or more filters of the plurality of filters; wherein each of the plurality of filters is configured to receive light such that: a portion of light passes through the filter; and another portion of light is reflected; and wherein each of the plurality of mirrors is configured to: receive light reflected by a filter of the plurality of filters; and reflect light to another filter of the plurality of filters." ........................................................................................................... 212

7.    '107 Dependent Claim 17: "The flow cytometer of claim 16, wherein the WDM further comprises: a plurality of focusing lenses, wherein each of the plurality of focusing lenses is configured to focus light that passed through a filter of the plurality of filters to a spot on an APD of the plurality of APDs, wherein the spot has a diameter that is smaller than a diameter of a core of the multimode optical fiber." ........................................................... 214

8.    '107 Dependent Claim 18: "The flow cytometer of claim 17, wherein for each of the plurality of focusing lenses, the diameter of the spot is less than 1 mm." .......................... 215

Dr. David Schaafsma Rebuttal Validity Report

9. '107 Dependent Claim 20: "The flow cytometer of claim 16, wherein the plurality of mirrors includes more than one concave mirror." ........................................................... 216

10. '107 Dependent Claim 21: "The flow cytometer of claim 20, wherein the WDM is configured such that a portion of an optical path between the plurality of mirrors and the plurality of filters forms a zig-zag pattern."....................................................................... 216

11. '107 Dependent Claim 22: "The flow cytometer of claim 21, wherein the laser is configured to emit blue light, yellow-green light, violet light, or ultraviolet light." .......... 217

12. '107 Dependent Claim 26: "The flow cytometer of claim 22, wherein: the WDM further comprises a block comprising a first surface; and each of the plurality of filters is coupled to the first surface of the block." ........................................................................ 217

13. '107 Dependent Claim 27: "The flow cytometer of claim 26, wherein the flow cytometer is a benchtop flow cytometer." ...................................................................... 217

14. '107 Dependent Claim 28: "The flow cytometer of claim 26, wherein the flow cytometer is compact.".................................................................................................. 217

15. '107 Dependent Claim 29: "The flow cytometer of claim 28, wherein the WDM is capable of detecting a substantially full spectrum of visible light."................................... 218

C. Ground 3: Claims 5, 16, 18, 26, 27, 29 of the '107 Patent Are Not Obvious Over Oostman, Lemoff, and Frazier.................................................................................... 218

1. A POSA Would Have Had No Motivation to Combine Lemoff With Oostman, or Lemoff and Oostman With Frazier With a Reasonable Expectation of Success................ 218

2. '107 Independent Claim 1: "A flow cytometer comprising: an optical fiber; and a wavelength division multiplexer (WDM) configured to receive light from the optical fiber, wherein the WDM comprises: an array of mirrors; an array of filters; and an array of avalanche photodiodes (APDs) configured to receive light that passed through one or more filters in the array of filters; wherein each of the filters in the array of filters is configured to receive light such that: a portion of the light passes through the filter; and another portion of the light is reflected; and wherein each of the mirrors in the array of mirrors is configured to: receive light reflected by a filter in the array of filters; and reflect light to another filter in the array of filters." ...................................................................................................... 218

3. '107 Dependent Claim 2: "The flow cytometer of claim 1, wherein: the array of mirrors is substantially linear; the array of filters is substantially linear; and the array of APDs is substantially linear." .............................................................................. 219

4. '107 Dependent Claim 3: "The flow cytometer of claim 2, wherein at least one of the mirrors in the array of mirrors is a concave mirror.".......................................... 219

5. '107 Dependent Claim 5: "The flow cytometer of claim 3, wherein the WDM is configured such that a portion of an optical path between the array of mirrors and the array of filters forms a zig-zag pattern." ................................................................... 220

6. '107 Independent Claim 16: "A flow cytometer comprising: a flow cell configured to permit liquid to flow through the flow cell; a laser configured to project light into the flow cell; a multimode optical fiber configured to receive light from the flow cell; and a wavelength division multiplexer (WDM) configured to receive light from the multimode optical fiber, wherein the WDM comprises: a plurality of mirrors, wherein at least one of

Dr. David Schaafsma Rebuttal Validity Report

the mirrors is a concave mirror; a plurality of filters; and a plurality of avalanche photodiodes (APDs) configured to receive light that passed through one or more filters of the plurality of filters; wherein each of the plurality of filters is configured to receive light such that: a portion of light passes through the filter; and another portion of light is reflected; and wherein each of the plurality of mirrors is configured to: receive light reflected by a filter of the plurality of filters; and reflect light to another filter of the plurality of filters.".................................................................................................... 220

7.   '107 Dependent Claim 17: "The flow cytometer of claim 16, wherein the WDM further comprises: a plurality of focusing lenses, wherein each of the plurality of focusing lenses is configured to focus light that passed through a filter of the plurality of filters to a spot on an APD of the plurality of APDs, wherein the spot has a diameter that is smaller than a diameter of a core of the multimode optical fiber.".............................................................. 221

8.   '107 Dependent Claim 18: "The flow cytometer of claim 17, wherein for each of the plurality of focusing lenses, the diameter of the spot is less than 1 mm.".......................... 222

9.   '107 Dependent Claim 20: "The flow cytometer of claim 16, wherein the plurality of mirrors includes more than one concave mirror." ............................................................. 222

10.   '107 Dependent Claim 21: "The flow cytometer of claim 20, wherein the WDM is configured such that a portion of an optical path between the plurality of mirrors and the plurality of filters forms a zig-zag pattern.".................................................................... 223

11.   '107 Dependent Claim 22: "The flow cytometer of claim 21, wherein the laser is configured to emit blue light, yellow-green light, violet light, or ultraviolet light." .......... 223

12.   '107 Dependent Claim 26: "The flow cytometer of claim 22, wherein: the WDM further comprises a block comprising a first surface; and each of the plurality of filters is coupled to the first surface of the block.".......................................................................... 223

13.   '107 Dependent Claim 27: "The flow cytometer of claim 26, wherein the flow cytometer is a benchtop flow cytometer." .......................................................................... 224

14.   '107 Dependent Claim 28: "The flow cytometer of claim 26, wherein the flow cytometer is compact."................................................................................................ 224

15.   '107 Dependent Claim 29: "The flow cytometer of claim 28, wherein the WDM is capable of detecting a substantially full spectrum of visible light."................................... 224

D.   Ground 3a: Claims 5, 16, 18, 26, 27, 29 of the '107 Patent Are Not Obvious Over the BD FACSArray System, Oostman, and Lemoff ........................................................................ 225

1.   No Motivation to Combine and No Reasonable Expectation of Success .................. 225

2.   Independent Claim 1: "A flow cytometer comprising: an optical fiber; and a wavelength division multiplexer (WDM) configured to receive light from the optical fiber, wherein the WDM comprises: an array of mirrors; an array of filters; and an array of avalanche photodiodes (APDs) configured to receive light that passed through one or more filters in the array of filters; wherein each of the filters in the array of filters is configured to receive light such that: a portion of the light passes through the filter; and another portion of the light is reflected; and wherein each of the mirrors in the array of mirrors is configured to: receive light reflected by a filter in the array of filters; and reflect light to another filter in the array of filters.".................................................................................................... 225

Dr. David Schaafsma Rebuttal Validity Report

3.    '107 Dependent Claim 2: "The flow cytometer of claim 1, wherein: the array of mirrors is substantially linear; the array of filters is substantially linear; and the array of APDs is substantially linear." ...................................................................................... 226

4.    '107 Dependent Claim 3: "The flow cytometer of claim 2, wherein at least one of the mirrors in the array of mirrors is a concave mirror." ........................................................ 226

5.    '107 Dependent Claim 5: "The flow cytometer of claim 3, wherein the WDM is configured such that a portion of an optical path between the array of mirrors and the array of filters forms a zig-zag pattern." .................................................................................. 226

6.    '107 Independent Claim 16: "A flow cytometer comprising: a flow cell configured to permit liquid to flow through the flow cell; a laser configured to project light into the flow cell; a multimode optical fiber configured to receive light from the flow cell; and a wavelength division multiplexer (WDM) configured to receive light from the multimode optical fiber, wherein the WDM comprises: a plurality of mirrors, wherein at least one of the mirrors is a concave mirror; a plurality of filters; and a plurality of avalanche photodiodes (APDs) configured to receive light that passed through one or more filters of the plurality of filters; wherein each of the plurality of filters is configured to receive light such that: a portion of light passes through the filter; and another portion of light is reflected; and wherein each of the plurality of mirrors is configured to: receive light reflected by a filter of the plurality of filters; and reflect light to another filter of the plurality of filters." ................................................................................................... 226

7.    '107 Dependent Claim 17: "The flow cytometer of claim 16, wherein the WDM further comprises: a plurality of focusing lenses, wherein each of the plurality of focusing lenses is configured to focus light that passed through a filter of the plurality of filters to a spot on an APD of the plurality of APDs, wherein the spot has a diameter that is smaller than a diameter of a core of the multimode optical fiber." ........................................................ 227

8.    '107 Dependent Claim 18: "The flow cytometer of claim 17, wherein for each of the plurality of focusing lenses, the diameter of the spot is less than 1 mm." .......................... 228

9.    '107 Dependent Claim 20: "The flow cytometer of claim 16, wherein the plurality of mirrors includes more than one concave mirror." ............................................................. 229

10.    '107 Dependent Claim 21: "The flow cytometer of claim 20, wherein the WDM is configured such that a portion of an optical path between the plurality of mirrors and the plurality of filters forms a zig-zag pattern." ..................................................................... 229

11.    '107 Dependent Claim 22: "The flow cytometer of claim 21, wherein the laser is configured to emit blue light, yellow-green light, violet light, or ultraviolet light." .......... 230

12.    '107 Dependent Claim 26: "The flow cytometer of claim 22, wherein: the WDM further comprises a block comprising a first surface; and each of the plurality of filters is coupled to the first surface of the block." .......................................................................... 230

13.    '107 Dependent Claim 27: "The flow cytometer of claim 26, wherein the flow cytometer is a benchtop flow cytometer." ........................................................................ 230

14.    '107 Dependent Claim 28: "The flow cytometer of claim 26, wherein the flow cytometer is compact." ................................................................................................... 231

Dr. David Schaafsma Rebuttal Validity Report

15.     '107 Dependent Claim 29: "The flow cytometer of claim 28, wherein the WDM is capable of detecting a substantially full spectrum of visible light." ................................... 231

E.    Ground 4: Claims 5, 16, 18, 26, 27, 29 of the '107 Patent Are Not Obvious Over the DXP and the BD FACSArray System ................................................................................................. 231

1.    A POSA Would Have Had No Motivation to Combine the DxP and BD FACSArray System With a Reasonable Expectation of Success ......................................................... 231

2.    '107 Independent Claim 1: "A flow cytometer comprising: an optical fiber; and a wavelength division multiplexer (WDM) configured to receive light from the optical fiber, wherein the WDM comprises: an array of mirrors; an array of filters; and an array of avalanche photodiodes (APDs) configured to receive light that passed through one or more filters in the array of filters; wherein each of the filters in the array of filters is configured to receive light such that: a portion of the light passes through the filter; and another portion of the light is reflected; and wherein each of the mirrors in the array of mirrors is configured to: receive light reflected by a filter in the array of filters; and reflect light to another filter in the array of filters." ............................................................................................................... 232

3.    '107 Dependent Claim 2: "The flow cytometer of claim 1, wherein: the array of mirrors is substantially linear; the array of filters is substantially linear; and the array of APDs is substantially linear." ........................................................................................... 234

4.    '107 Dependent Claim 3: "The flow cytometer of claim 2, wherein at least one of the mirrors in the array of mirrors is a concave mirror." ........................................................... 234

5.    '107 Dependent Claim 5: "The flow cytometer of claim 3, wherein the WDM is configured such that a portion of an optical path between the array of mirrors and the array of filters forms a zig-zag pattern." ............................................................................. 235

6.    '107 Independent Claim 16: "A flow cytometer comprising: a flow cell configured to permit liquid to flow through the flow cell; a laser configured to project light into the flow cell; a multimode optical fiber configured to receive light from the flow cell; and a wavelength division multiplexer (WDM) configured to receive light from the multimode optical fiber, wherein the WDM comprises: a plurality of mirrors, wherein at least one of the mirrors is a concave mirror; a plurality of filters; and a plurality of avalanche photodiodes (APDs) configured to receive light that passed through one or more filters of the plurality of filters; wherein each of the plurality of filters is configured to receive light such that: a portion of light passes through the filter; and another portion of light is reflected; and wherein each of the plurality of mirrors is configured to: receive light reflected by a filter of the plurality of filters; and reflect light to another filter of the plurality of filters." ................................................................................................. 235

7.    '107 Dependent Claim 17: "The flow cytometer of claim 16, wherein the WDM further comprises: a plurality of focusing lenses, wherein each of the plurality of focusing lenses is configured to focus light that passed through a filter of the plurality of filters to a spot on an APD of the plurality of APDs, wherein the spot has a diameter that is smaller than a diameter of a core of the multimode optical fiber." ........................................................... 238

8.    '107 Dependent Claim 18: "The flow cytometer of claim 17, wherein for each of the plurality of focusing lenses, the diameter of the spot is less than 1 mm." .......................... 241

Dr. David Schaafsma Rebuttal Validity Report

9.    '107 Dependent Claim 20: "The flow cytometer of claim 16, wherein the plurality of mirrors includes more than one concave mirror." ........................................................... 242

10.    '107 Dependent Claim 21: "The flow cytometer of claim 20, wherein the WDM is configured such that a portion of an optical path between the plurality of mirrors and the plurality of filters forms a zig-zag pattern."....................................................................... 243

11.    '107 Dependent Claim 22: "The flow cytometer of claim 21, wherein the laser is configured to emit blue light, yellow-green light, violet light, or ultraviolet light." .......... 243

12.    '107 Dependent Claim 26: "The flow cytometer of claim 22, wherein: the WDM further comprises a block comprising a first surface; and each of the plurality of filters is coupled to the first surface of the block." ........................................................................ 244

13.    '107 Dependent Claim 27: "The flow cytometer of claim 26, wherein the flow cytometer is a benchtop flow cytometer." ...................................................................... 246

14.    '107 Dependent Claim 28: "The flow cytometer of claim 26, wherein the flow cytometer is compact.".................................................................................................... 247

15.    '107 Dependent Claim 29: "The flow cytometer of claim 28, wherein the WDM is capable of detecting a substantially full spectrum of visible light." ................................... 248

F.    Ground 5: Claims 5, 16, 18, 26, 27, 29 of the '107 Patent Are Not Obvious Over the DxP and the Luminex FlexMap 3D System ..................................................................................... 249

1.    A POSA Would Have Had No Motivation to Combine the DxP and the Luminex FlexMap 3D System With a Reasonable Expectation of Success ....................................... 249

2.    '107 Independent Claim 1: "A flow cytometer comprising: an optical fiber; and a wavelength division multiplexer (WDM) configured to receive light from the optical fiber, wherein the WDM comprises: an array of mirrors; an array of filters; and an array of avalanche photodiodes (APDs) configured to receive light that passed through one or more filters in the array of filters; wherein each of the filters in the array of filters is configured to receive light such that: a portion of the light passes through the filter; and another portion of the light is reflected; and wherein each of the mirrors in the array of mirrors is configured to: receive light reflected by a filter in the array of filters; and reflect light to another filter in the array of filters." ............................................................................................... 249

3.    '107 Dependent Claim 2: "The flow cytometer of claim 1, wherein: the array of mirrors is substantially linear; the array of filters is substantially linear; and the array of APDs is substantially linear." ............................................................................................. 251

4.    '107 Dependent Claim 3: "The flow cytometer of claim 2, wherein at least one of the mirrors in the array of mirrors is a concave mirror.".................................................... 252

5.    '107 Dependent Claim 5: "The flow cytometer of claim 3, wherein the WDM is configured such that a portion of an optical path between the array of mirrors and the array of filters forms a zig-zag pattern." ................................................................................... 252

6.    '107 Independent Claim 16: "A flow cytometer comprising: a flow cell configured to permit liquid to flow through the flow cell; a laser configured to project light into the flow cell; a multimode optical fiber configured to receive light from the flow cell; and a wavelength division multiplexer (WDM) configured to receive light from the multimode optical fiber, wherein the WDM comprises: a plurality of mirrors, wherein at least one of

Dr. David Schaafsma Rebuttal Validity Report

the mirrors is a concave mirror; a plurality of filters; and a plurality of avalanche photodiodes (APDs) configured to receive light that passed through one or more filters of the plurality of filters; wherein each of the plurality of filters is configured to receive light such that: a portion of light passes through the filter; and another portion of light is reflected; and wherein each of the plurality of mirrors is configured to: receive light reflected by a filter of the plurality of filters; and reflect light to another filter of the plurality of filters.".................................................................................................... 253

7. '107 Dependent Claim 17: "The flow cytometer of claim 16, wherein the WDM further comprises: a plurality of focusing lenses, wherein each of the plurality of focusing lenses is configured to focus light that passed through a filter of the plurality of filters to a spot on an APD of the plurality of APDs, wherein the spot has a diameter that is smaller than a diameter of a core of the multimode optical fiber.".............................................................. 255

8. '107 Dependent Claim 18: "The flow cytometer of claim 17, wherein for each of the plurality of focusing lenses, the diameter of the spot is less than 1 mm.".......................... 257

9. '107 Dependent Claim 20: "The flow cytometer of claim 16, wherein the plurality of mirrors includes more than one concave mirror." ............................................................... 258

10. '107 Dependent Claim 21: "The flow cytometer of claim 20, wherein the WDM is configured such that a portion of an optical path between the plurality of mirrors and the plurality of filters forms a zig-zag pattern.".................................................................... 258

11. '107 Dependent Claim 22: "The flow cytometer of claim 21, wherein the laser is configured to emit blue light, yellow-green light, violet light, or ultraviolet light." .......... 259

12. '107 Dependent Claim 26: "The flow cytometer of claim 22, wherein: the WDM further comprises a block comprising a first surface; and each of the plurality of filters is coupled to the first surface of the block.".............................................................................. 260

13. '107 Dependent Claim 27: "The flow cytometer of claim 26, wherein the flow cytometer is a benchtop flow cytometer." ......................................................................... 261

14. '107 Dependent Claim 28: "The flow cytometer of claim 26, wherein the flow cytometer is compact.".................................................................................................... 262

15. '107 Dependent Claim 29: "The flow cytometer of claim 28, wherein the WDM is capable of detecting a substantially full spectrum of visible light.".................................... 263

XV.    Objective Indicia of Non-Obviousness................................................................264

A.    Long Felt But Unsolved Need ......................................................................... 265

B.    Failure of Others ............................................................................................. 271

C.    Skepticism....................................................................................................... 274

D.    Unexpected Results.......................................................................................... 275

E.    Industry Praise ................................................................................................ 278

F.    Teaching Away ................................................................................................ 280

G.    Copying........................................................................................................... 282

H.    Commercial Success ........................................................................................ 289

I.    Nexus .............................................................................................................. 295

Dr. David Schaafsma Rebuttal Validity Report

XVI.    § 112 Invalidity…………………………………………………………………………297

  A.    The Asserted Patent Claims Are Not Invalid Due To "Collimation Related" Terms .... 297

    1.    The Asserted Patent Claims Are Not Limited To A WDM That Uses A Collimated Beam "Throughout"................................................................................................ 297

    2.    The Asserted Patent Claims Are Not Invalid............................................................ 300

  B.    The Asserted Claims Are Not Invalid Due to "Optical Fiber/Light Source" Related Terms .................................................................................................................... 345

    1.    "Optical fiber" has full scope written description support ('107, cls. 1, 2, 3, 5) ........ 345

    2.    "Optical fiber" is fully enabled ('107, cls. 1, 2, 3, 5).................................................. 348

    3.    "Light Source" is fully enabled and has full written description support ('582, cls. 1 and 20) ...................................................................................................................... 348

  C.    The Asserted Claims Are Not Invalid Due to "Detector-Related" Terms...................... 353

    1.    "Semiconductor detector" has full scope written description support ('582, cls. 1, 2, 3, 6, 26) ...................................................................................................................... 353

    2.    "Semiconductor detector" is fully enabled ('582, cls. 1, 2, 3, 6, 26).......................... 355

    3.    "Detector" has full scope written description support ('443, cls. 1, 4, 9, 10, 11, 13, 15). ...................................................................................................................... 359

    4.    "Detector" is fully enabled ('443, cls. 1, 4, 9, 10, 11, 13, 15) .................................... 360

    5.    "[Array/plurality] of avalanche photodiodes (APDs)" has full scope written description support ('107, cls. 1, 2, 3, 5, 16, 17, 18, 20, 21, 22, 26, 27, 28, 29) .................................. 361

    6.    "[Array/plurality] of avalanche photodiodes (APDs)" is fully enabled ('107, cls. 1, 2, 3, 5, 16, 17, 18, 20, 21, 22, 26, 27, 28, 29) ........................................................................ 362

  D.    The Asserted Claims Are Not Invalid Due to "Mirror" Terms ...................................... 364

    1.    "Curved mirror" has written description support ('443, cls. 1, 4, 9, 10, 11, 13, 15; '582, cls. 1, 2, 3, 6, 20, 22, 23, 26 ....................................................................................... 364

    2.    "Mirror" has full scope written description support ('107, cls. 1, 2, 3, 5, 16, 17, 18, 20, 21, 22, 26, 27, 28, 29) ............................................................................................... 374

    3.    "Concave mirror" has full scope written description support ('107, cls. 3, 5, 16, 18, 26, 27, 29; '443, cl. 6)...................................................................................................... 376

  E.    The Asserted Claims Are Not Invalid Due to "Image-Related" Terms........................... 378

    1.    "Image" is not indefinite ('582, cls. 1, 20) .............................................................. 378

    2.    "Optical relay element configured to reflect a portion of the collimated beam to produce a first image" ('582, cl. 1), and "collimating optical element configured to project a first image" and "optical relay element configured to receive light from the collimating optical element and to project a second image" ('582, cl. 20) have full scope written description support................................................................................................... 382

    3.    "Optical relay element configured to reflect a portion of the collimated beam to produce a first image" ('582, cl. 1), and "collimating optical element configured to project a

Dr. David Schaafsma Rebuttal Validity Report

first image" and "optical relay element configured to receive light from the collimating optical element and to project a second image" ('582, cl. 20) are fully enabled................ 384

    4.   "Arranged near" in "an optical relay element arranged near the first image" has full scope written description, is fully enabled, and is not indefinite ('582, cl. 20).................. 387

F.   The Asserted Claims Are Not Invalid Due to "Substantially"-Related Terms............... 388

    1.   "Substantially linear" is not indefinite ('107, cl. 2)..................................................... 388

    2.   "Substantially the same … size" is not indefinite ('582, cl. 20)................................ 390

G.   "A first semiconductor detector, wherein the first focusing optical element is configured to focus the portion of the collimated beam received from the optical relay element onto the first semiconductor detector" has full scope written description support ('582, cl. 1)........... 391

H.   The Asserted Claims Are Not Invalid Due to "Flow Cell" Terms ................................. 392

    1.   "Flow cell" is fully enabled and has full scope written description support ('443, cls. 11, 13, 15; '107, cls. 16, 18, 26, 27, 29) ............................................................. 392

    2.   "Flow cytometer" is fully enabled and has full scope written description support ('107, cls. 1, 2, 3, 5)................................................................................................. 395

    3.   "Multimode optical fiber configured to receive light from the flow cell" is fully enabled and has written description support ('107, cls. 16, 18, 26, 27, 29) ....................... 396

I.   The Asserted Claims Are Not Invalid Due to "Spectral" Flow Cytometry.................... 397

    1.   Spectral Flow Cytometry Does Not Fundamentally Differ From "Conventional" Flow Cytometry"................................................................................................................... 397

    2.   The Asserted Patents Are Not "Directed To" or "Only Disclose" a Conventional Flow Cytometer........................................................................................................... 398

    3.   Validity Opinions........................................................................................................ 398

J.   "Compact" is not indefinite ('107, cls. 28, 29).............................................................. 399

K.   All asserted claims of the '443 and '107 patents are not invalid because the claimed "filter" lacks written description support and full scope enablement ('443, cls. 1, 4, 6, 9, 10, 11, 13, 15; '107, cls. 1, 2, 3, 5, 16, 17, 18, 20, 21, 22, 26, 27, 28, 29) ................................... 399

L.   Claim 6 of the '582 patent reciting "optical filter" has full scope written description support and is fully enabled. ......................................................................................................... 402

XVII.  Supplementation of Opinions………………………………………………………….. 403

Dr. David Schaafsma Rebuttal Validity Report

§ 112 Invalidity

The Asserted Patents describe that the technique depicted in Fig. 26 is "extensively used in conventional multicolor fluorescence instruments" and explains that the problem the invention solves is that the beam of light rapidly diverges so all the filters for multicolor separation are confined to the length of the beam before this rapid divergence. *Id.* at 46:51-59. The inventions described in the Asserted Patents relate to the WDM and the relay architecture within, which is what the '107 and '443 Patents claim in the context of a flow cytometer, but I understand it is not necessary to claim every component of the flow cytometer itself, e.g. where components are well-known to a POSA, as is the case for collimating optical elements positioned to direct a beam into the detection subsystem.

803.    The specification also describes a way of coupling output light from the extended light source to the WDM using a collimating optical element, but this aspect is not recited in the claims of the '107 and '443 Patents, and so it would be improper to import these disclosures from the specification into the claims. The specification acknowledges that the stated design goal of "extend[ing] the collimated optical path length without large beam expansion," ('107 Patent, 4:64-65) can be met by a number of variants. *See, e.g.,* '582 Patent, 44:35-45:43, 45:44-54, 45:55-60, 45:60-46:5, 46:30-35, 47:21-25, 56:57-58:47. A POSA reading the claims of the '107 Patent and '443 Patent and their recitation of a wavelength division multiplexer for a flow cytometer would understand that light has to propagate through the system and that beam cannot be completely uncontrolled (*see* Section XVI.A.2.ii.), and would thus understand that the WDM receiving light from an extended light source would be receiving the light after the beam has been controlled by an optical element—e.g., a collimating lens is the well-established standard in the state of the art for flow cytometers with optical fibers (Oostman, [0031]; Frazier, Abstract — between the extended light source and the WDM, even if it is not recited in the independent

301

Dr. David Schaafsma Rebuttal Validity Report

§ 112 Invalidity

claims (just as a POSA would understand a flow cytometer includes a flow cell, even if the claims do not recite it).[30]  Contrary to Dr. Ilkov's false dichotomy, a collimating optical element between the extended light source and filter is not the only way for the WDM to work so long as the beam is controlled in some manner.  '582 Patent, 4:61-65, 56:63-64, 57:47.  For example, the '107 and '443 Patents also describe exemplary embodiments where an optical element between the optical fiber and filter does not necessarily produce a collimated beam, though a POSA would understand that an "imaging optical arrangement" results in a beam that is still being controlled.  *See* '107 Patent, 57:10-59:2 (discussing an "imaging optical arrangement 902" and only discussing in one section a "hypothetical case" where the "optical element produces a collimated beam").  Indeed, Dr. Ilkov himself states that "a similar optical element" to a collimating optical element can capture light from an extended light source.  Ilkov Rpt. ¶¶895-896; *see* Section XVI.A.2.ii.

804.    Regarding the projection of a collimated beam "throughout" the WDM, the WDM is described in one embodiment as using a "concave mirror" in a "cascaded unit-magnification image relay architecture," ('107 Patent, 4:62-63, 5:6-10; '5819, [0007], [0016]) which clearly identifies to a POSA that the light in the WDM can be focused: image relays typically involve repeatedly converging and diverging light at each link of the relay, forming intermediate real images throughout, as shown in an exemplary system below:

---

[30] Indeed, claim 8 of the '443 Patent adds a collimating optical element component to the system which is used to output a collimated beam upstream of the set of filters in the light path, further demonstrating that Dr. Ilkov is simply attempting to read limitations into the claims.  Although this may be the most likely way a beam from the extended light source is captured and controlled for input into the imaging relay of the WDM, it is not the only way.

302

Dr. David Schaafsma Rebuttal Validity Report

§ 112 Invalidity

Construction Decl. ¶¶55, 67-71[40]; Schaafsma Suppl. Claim Construction Decl. ¶¶32-38[41]. I also

address Dr. Ilkov's specific arguments regarding corresponding structure for "collimating optical

element" below.

> a. **"collimating optical element" as recited in claim 1 of the '582 patent is not indefinite for lack of sufficient corresponding structure**

842.    Dr. Ilkov states that he "understand[s] that both parties agree at least that the claimed function of the 'collimating optical element' in claim 1 of the '582 patent is to '(1) receive light from a light source; and (2) project a 'collimated beam.'" Ilkov Rep. ¶1061. This is also my understanding to the extent that the Court construes the term as means-plus-function.[42] I disagree with Dr. Ilkov that the specification lacks sufficient structure.

843.    As stated above in Section IV, I understand that a 'mean-plus-function' claim term is a claim term that recites a particular function but does not recite sufficient structure for performing that function. I discuss my understanding of the means-plus-function analysis in Section IV above, and it is the same analysis I used in my claim construction declarations. Dr. Ilkov's primary argument is that the specification must also disclose the "structure" of the location of the lens relative to the light source. *Id.* I disagree with Dr. Ilkov that the location of the lens in space is part of its structure or that a POSA would need such additional structural

---

[40] Citing '582 Patent at cls. 1, 14; *id.* at 4:36-47, 9:51-65, 20:19-33, 21:41-47, 44:58-66; J. Berger et al., *MEMS-tunable 10 GB/s APD Receiver for Broadcast and Select CATV Networks*, Optical Fiber Communication Conference, at 1388 (2004); Thorlabs, *Optical Elements*, https://www.thorlabs.com/navigation.cfm?guide_id=7; L. Goldring et al., 25 *Anomalies in Extinction Coefficient Measurements*, Analytical Chemistry 869, 871 (June 1953).
[41] Citing '582 Patent at cls. 1, 14, 20; *id.* at 4:34-62, 6:49-50, 44:58-61.
[42] It is my opinion that the term "collimating optical element," would have been understood by POSA as having its plain and ordinary meanings, which connote structural components known to a POSA. It is my opinion that the plain and ordinary meaning of "collimating optical element" is "an optical element, such as a lens, mirror, or grating, to render rays of light more nearly parallel; a collimator." *See* Opening Claims Construction Declaration, ¶¶42-62

Dr. David Schaafsma Rebuttal Validity Report

§ 112 Invalidity

details to use a lens to perform the function of receiving light and projecting a collimated beam. As I explained in my Supplemental Claim Construction Declaration at paragraph 38, which I incorporate by reference here, a POSA would understand that a lens operating as a "collimating optical element" would collimate light and perform the claimed functions. Schaafsma Suppl. Claim Construction Decl. ¶38. It is well within the capabilities of a POSA to implement a lens to perform the function of collimating light, and a POSA reading the specification and claims would understand how to use a lens to perform the claimed functions. I note that changing the location of a lens in the system does not change its physical structure.

844. As I explained in my Opening Report and above, POSAs frequently determine collimation by projecting a beam onto a surface at some relevant distance away, and then adjusting the collimating optical element until a consistent spot size is seen. Schaafsma Opening Report ¶¶57-58. And as I have noted above and in my Opening Report, this is how Cytek engineers use a collimating lens to collimate a beam of light from an optical fiber. In practice, this process results in the collimation lens being placed at or around its focal length relative to the optical fiber to project a collimated beam. A POSA would thus understand from the specification that the lens, such as an achromatic doublet lens described in the specification, is the structure that performs the function of projecting a collimated beam, and a POSA would understand from the specification and the knowledge of a POSA how to perform standard collimation procedures that result in the lens being placed so that its focal length is at or around the distance from the multimode optical fiber.[43] For example, ███████████████

---

[43] Dr. Ilkov states elsewhere that certain configurations may provide "non-diverging light where the light source is *not* at the focal length of the collimating optical element (and thus, the collimating optical element with not project a collimated beam)." Ilkov Rep. ¶983. Dr. Ilkov's statements indicate that he is well aware of how to use a collimating optical element to produce a collimated beam of light, and therefore also what a collimated beam is, as would any POSA.

Dr. David Schaafsma Rebuttal Validity Report

§ 112 Invalidity

Qing Shao Tr. 122:16-123:6:

Dr. David Schaafsma Rebuttal Validity Report

§ 112 Invalidity



845.    Dr. Ilkov has separately taken issue with my statement in my reply declaration from claim construction, in which I stated that "[i]t is well-understood in the field that an optical element can comprise subcomponents.  I note that the Optical Elements section of the ThorLabs website, on the Optical Lenses page, shows singlet and doublet lenses as well as objectives (multiple subcomponents)."  D.I.117-11 (Decl. of Dr. David Schaafsma, Ph.D. in Support of Beckman Coulter's Reply Claim Construction Brief) ("Schaafsma Reply Decl."), ¶69.  Dr. Ilkov very selectively quotes my statement by arguing that I contended "that a 'collimating optical element' need not be limited to a single 'optical element,' but can include any number of distinct 'optical elements' so long as the light emitted therefrom is 'collimated.'"  Ilkov Rep. ¶1057 (quoting Schaafsma Reply Decl., ¶¶68-69).  According to Dr. Ilkov, this purportedly "demonstrates that 'collimating optical element' does not connote a sufficiently definite class of structures and that Dr. Schaafsma was relying on function—not any definite structure known to a POSA."  Id.  I disagree, and Dr. Ilkov misrepresents my argument.  For clarity, I reproduce my full discussion below:

> 67.    For the reasons explained in by [sic] opening declaration, I disagree that "collimating optical element" does not have a "generally understood structural meaning" or "connote a class of structures." Ilkov Decl. ¶¶ 106, 109-111. I further disagree that the plain meaning of "collimating optical element"—an optical element, such as a lens, mirror, or grating, to render rays of light more nearly

329

Dr. David Schaafsma Rebuttal Validity Report

§ 112 Invalidity

Patent, APDs and carbon nanotube detectors are separate categories under "semiconductor detector" that are independent of each other.  I will take each of the relevant disclosure of the specification in turn:

898.    "The semiconductor detector may be a semiconductor photodetector. The semiconductor detector may be an avalanche photodiode *or* a carbon nanotube detector." ('582 Patent at 8:12-33 (emphasis omitted)).  Here, the specification clearly describes APDs and CNT detectors as alternative examples of semiconductor detectors.

899.    "The photodetector can be, but is not limited to, a semiconductor detector, an avalanche photodetector (APD), and a carbon nanotube detector." (*Id.* at 46:6-29).  "The photodetector can be, but not limited to, a semiconductor photodetector, a multi-pixel photon counter, and a carbon nanotube detector."  (*Id.* at 52:23-29).  Here, the specification describes types of photodetectors, in the first list including semiconductor photodetectors, APD, and CNT detectors, each as alternatives, and in the second list semiconductor photodetectors, multi-pixel photon counters, and CNT detectors, each as alternatives.  It is clear these options are offered as alternative examples, and inclusion of CNT detectors in a list with APDs does not make a CNT an APD—instead, a POSA reviewing the specification would reach the opposite conclusion, i.e., that an APD is distinct from a CNT.  Under Dr. Ilkov's logic, a CNT would also be considered a multi-pixel photon counter, which a POSA would clearly understand is not correct.  Instead, the specification clearly lists alternative options of photodetectors. This is explicitly stated later in the specification: "At least one of the semiconductor photo detectors is an avalanche photo diode detector. As an *alternative* or *in addition*, at least one of the semiconductor photo detectors is a carbon nanotube detector." (*Id.* at 58:44-47 (emphasis added)).  Here, the specification clearly identifies the CNT detector as an alternative to an APD detector, with the "in addition" referring

356

Dr. David Schaafsma Rebuttal Validity Report

§ 112 Invalidity

to an additional semiconductor photodetector of the WDM, not the same APD detector in the prior sentence.

900.    In view of the above, it is clearly demonstrated by the '582 Patent, that APDs and carbon nanotube detectors are separate categories under "semiconductor detector" that are independent of each other.

901.    **Wands Factor No. 2 – Field or Nature of the Invention**: The field of the invention of the Asserted Patents are flow cytometers, and particularly, an optical subsystem for color separation and fluorescence detection in flow cytometry. *See supra* Section XVI.A.2.ii.

902.    **Wands Factors Nos. 3 and 4 – State of the Prior Art at the Time of the Invention and Level of a POSA**: Dr. Ilkov's analysis is factually flawed.  I have consulted with Dr. Arnold, who is an expert in the field of carbon nanotubes detectors.  He explained to me that at the time of the invention, a POSA could have made and used carbon nanotube photodetectors in a flow cytometer without undue experimentation, and at least could have obtained carbon nanotube photodetectors from research labs and made and use a flow cytometer in accordance with the claimed inventions.  I agree with Dr. Arnold's assessment.

903.    Notably, Dr. Ilkov admits that carbon nanotube photodetectos were available within research labs and appears to only take issue with them because they are not commercially available.  I understand commercial availability is not the standard and therefore Dr. Ilkov does not dispute that they could be made without undue experimentation or that a flow cytometrist could have one made and used if they desired.  (Ilkov Report, ¶¶ 990-993).

904.    **Wands Factors Nos. 6 and 7 – Guidance from the Specification and Working Examples**: The specification of the '582 patent demonstrates working examples for APDs, a semiconductor species, and also discusses how the inventions can be used for semiconductor

357

Dr. David Schaafsma Rebuttal Validity Report

§ 112 Invalidity

detectors more broadly.  Specifically, the specification instructs how to maintain beam diameter through a flow cytometer WDM to be able to focus light to a small spot size.  *See, e.g.,* '582 Patent at 2:26-29, 4:55-60, 6:47-48, 9:51-65, 12:40-49, 20:18-33, 20:40-49, 20:62-21:27, 44:35-45:7, 45:8-43, 45:44-44, 47:13-21, 56:57-57:31, 57:31-36, 57:36-19, 58:20-47.  Thus, the specification explains how its invention works with semiconductor detectors that are improved by small spot sizes, which include carbon nanotube detectors.  In my opinion, this guidance and working examples in the specification, including specific work examples using APDs, would allow a POSA to practice the invention using other semiconductor detectors, including carbon nanotube detectors.  I have also spoken to Dr. Arnold regarding this analysis, and Dr. Arnold similarly agrees that the guidance from the specification and working examples provide POSAs with the necessary information to practice the full scope of semiconductor detector without undue experimentation.    I agree with Dr. Arnold's assessment.

905.    I further note that Dr. Ilkov's opinions are premised on the semiconductor detector having certain requirements.  (Ilkov Report ¶989).  However, while some flow cytometers operate at 1000 cells per second, that is not required by the claims and some run at slower rates (e.g., CytoFLEX nano) so it is not necessarily the case that a certain response rate is required.  Regardless, Dr. Arnold explained to me that carbon nanotube photodetectors could operate within the requirements of a detector for flow cytometry.

906.    **Wands Factors Nos. 5 and 8 – Predictability & Amount of Experimentation**: Dr. Ilkov's analysis is factually flawed.  I have consulted with Dr. Arnold.  He explained to me that at the time of the invention, a POSA could have made and used carbon nanotube photodetectors in a flow cytometer without undue experimentation, and at least could have

358