# EXHIBIT I



**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BECKMAN COULTER, INC., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 24-0945-CFC-EGT |
| CYTEK BIOSCIENCES, INC., | ) |
| Defendant. | ) |

**OPENING EXPERT REPORT OF DR. DAVID SCHAAFSMA, PHD
REGARDING INFRINGEMENT OF U.S. PATENT NOS. 10,330,582, 11,703,443, AND
12,174,107**

December 19, 2025

Dr. David Schaafsma

Schaafsma Opening Infringement Report

## TABLE OF CONTENTS

I.     Introduction ................................................................................................................ 2

II.    Background and Qualifications .................................................................................. 2

III.   Materials Considered ................................................................................................. 4

IV.    Legal Principles ......................................................................................................... 4

   A.   Claim Construction ................................................................................................. 4

   B.   Infringement ............................................................................................................ 5

      1.   Literal Infringement ........................................................................................ 5

      2.   Infringement Under the Doctrine of Equivalents ........................................... 5

      3.   Direct Infringement ......................................................................................... 6

      4.   Indirect Infringement ...................................................................................... 6

      5.   Contributory Infringement .............................................................................. 7

      6.   Infringement by Supply of All or a Substantial Portion of the Components of a Patented Invention to Another Country ......................................................... 7

      7.   Infringement by Supply of Components Especially Made or Adapted for Use in the Patented Invention into Another Country ................................................ 8

   C.   State of the Art ........................................................................................................ 9

   V.   Summary of Opinions ............................................................................................. 9

VI.    Person of Ordinary Skill in the Art ......................................................................... 10

VII.   Technology Background ........................................................................................... 11

   A.   Imaging Systems ................................................................................................... 11

      1.   Optical Relays ................................................................................................ 14

      2.   Afocal Systems .............................................................................................. 15

      3.   Telecentric Lenses ......................................................................................... 17

      4.   Collimation .................................................................................................... 18

      5.   Scatter and Fluorescence ............................................................................... 20

      6.   Optical Communications Technology ........................................................... 24

      7.   Different Detectors ........................................................................................ 24

VIII.  Overview of the Asserted Patents ........................................................................... 28

   A.   File History ........................................................................................................... 33

   B.   Asserted Claims .................................................................................................... 33

      1.   '582 Patent .................................................................................................... 34

      2.   '443 Patent .................................................................................................... 35

      3.   '107 Patent .................................................................................................... 37

Schaafsma Opening Infringement Report

C.   The '412 Patent ................................................................................................ 39

D.   The '106 Patent ................................................................................................ 40

IX.    Claim Construction ................................................................................................ 40

A.   Collimating Optical Element ........................................................................... 42

B.   Focusing Lenses ............................................................................................... 47

X.   Infringement Under The Doctrine Of Equivalents ................................................. 48

A.   The "collimation lens" and curved mirror in the Accused Products are each equivalent to a "collimating optical element arranged to receive light from a light source, the collimating optical element configured to project a collimated beam/project a first image" and other relevant limitations .................................................................................................. 48

XI.    Overview of Cytek's Flow Cytometers .................................................................. 51

A.   General Description .......................................................................................... 52

B.   Optical Subsystem ........................................................................................... 54

C.   Multimode Fiber .............................................................................................. 55

D.   Optical Path Through The WDM ..................................................................... 57

E.   The Curved Mirrors ......................................................................................... 63

F.   Detector Channel Architecture ........................................................................ 66

G.   Filters ............................................................................................................... 68

H.   Focusing Lenses ............................................................................................... 71

I.   Spot Size on the APD ...................................................................................... 74

J.   Collimating the Beam ...................................................................................... 78

K.   Linear Arrays ................................................................................................... 82

L.   Cytek's Patent .................................................................................................. 83

M.   Cytek's Non-Infringement Analysis ................................................................ 88

XII.    Cytek's Aurora and Northern Lights Systems Infringe the Asserted Patents .................. 89

A.   '582 Patent ....................................................................................................... 89

1.   Claim 1 ................................................................................................. 90

2.   Claim 3 ................................................................................................. 93

3.   Claim 6 ................................................................................................. 94

4.   Claim 23 ............................................................................................... 94

5.   Claim 26 ............................................................................................... 98

B.   '443 Patent ....................................................................................................... 99

1.   Claim 4 ................................................................................................. 99

2.   Claim 6 ............................................................................................... 103

3.   Claim 10 ............................................................................................. 104

Schaafsma Opening Infringement Report

    4.    Claim 11 ........................................................................................................ 105

    5.    Claim 15 ........................................................................................................ 106

  C.  '107 Patent ........................................................................................................ 107

    1.    Claim 5 .......................................................................................................... 108

    2.    Claim 16 ........................................................................................................ 113

    3.    Claim 18 ........................................................................................................ 116

    4.    Claim 26 ........................................................................................................ 118

    5.    Claim 27 ........................................................................................................ 121

    6.    Claim 29 ........................................................................................................ 122

XIII.   Beckman Coulter and Beckman Coulter's Flow Cytometers ......................................... 124

  A.  CytoFLEX ......................................................................................................... 124

  B.  CytoFLEX S ....................................................................................................... 125

  C.  CytoFLEX LX .................................................................................................... 125

  D.  CytoFLEX nano .................................................................................................. 125

  E.  CytoFLEX SRT .................................................................................................. 125

  F.  CytoFLEX Mosaic .............................................................................................. 125

  G.  DxFLEX ............................................................................................................. 125

  H.  The WDM of the CytoFLEX Platform ................................................................ 127

  I.   '582 Patent ........................................................................................................ 137

    1.    Claim 1 .......................................................................................................... 137

    2.    Claim 3 .......................................................................................................... 138

    3.    Claim 6 .......................................................................................................... 139

    4.    Claim 23 ........................................................................................................ 140

    5.    Claim 26 ........................................................................................................ 142

  J.   '443 Patent ........................................................................................................ 142

    1.    Claim 4 .......................................................................................................... 142

    2.    Element 1(d): "receive one or more portions of the light from the set of filters; and" 143

    3.    Claim 6 .......................................................................................................... 144

    4.    Claim 10 ........................................................................................................ 145

    5.    Claim 11 ........................................................................................................ 146

    6.    Claim 15 ........................................................................................................ 146

  K.  '107 Patent ........................................................................................................ 147

    1.    Claim 5 .......................................................................................................... 147

    2.    Claim 16 ........................................................................................................ 150

Schaafsma Opening Infringement Report

3.    Claim 18 .......................................................................................... 151

4.    Claim 26 .......................................................................................... 153

5.    Claim 27 .......................................................................................... 154

6.    Claim 29 .......................................................................................... 155

XIV.    Supplementation of Opinions ................................................................. 156

Schaafsma Opening Infringement Report
Introduction

## **TABLE OF APPENDICES**

- Appendix A: David Schaafsma Curriculum Vitae

- Appendix B: Accused Products

- Appendix C: List of Materials Considered

Schaafsma Opening Infringement Report
Claim Construction

adjusting the distance from the extended light source to the collimating optical element until the size of the beam far away is minimized.

104.    Moreover, a POSA would not understand the term "collimating optical element" to require "…a 'portion of the collimated beam' is projected onto a first focusing optical element." A POSA would understand that collimating optical elements are used in many systems and are not limited to projecting a portion of the collimated beam onto any particular optical element. Cytek's proposed additional language has no basis in the claim term or specification, and a POSA would not understand this to be a requirement of collimating optical elements.

105.    Further, a POSA would understand that collimating optical elements are a widely used and understood category of optical components including collimating lenses, mirrors, and gratings, and are a component with a positive optical power capable of making light from an extended light source more nearly parallel. A POSA would know from basic optics which lenses, mirrors, and gratings are collimating optical elements and would also call this category of optical components "collimators."

106.    Nevertheless, to the extent the Court adopts one of Cytek's proposed constructions, in my opinion the Accused Products still meet this limitation under either proposed construction. If the Court construes "collimating optical element" as "an optical component at a focal distance from a light source that projects a 'collimated beam' centered on the optical axis such that a 'portion of the collimated beam' is projected onto a first focusing optical element," as shown below in Sections XI and XII, the Accused Products include a collimation lens whose focal length is at or around the distance from the multimode optical fiber and which projects a collimated beam, a portion of which is directed towards a focusing optical

Schaafsma Opening Infringement Report
Claim Construction

element, as discussed in more detail below. For example, ████████████████████

████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████ See, e.g.,

CYTEK_0000000089 ████████████████ at CYTEK_0000000090,

CYTEK_0000000096-97; CYTEK_0000001392 ████████████████ at

CYTEK_0000001393, CYTEK_0000001399-1400; HSIEH_0000000008 ████████

████████████████ ; CYTEK_0000002507 at CYTEK_0000002626-2627;

CYTEK_0000003882 at CYTEK_0000004001; CYTEK_0000011058. Therefore, the Accused

Products include "an optical component at a focal distance from a light source that projects a

'collimated beam' centered on the optical axis such that a 'portion of the collimated beam' is

projected onto a first focusing optical element," as required by Cytek's proposed construction.

107.    If the Court construes "collimating optical element" as means-plus-function, the

Asserted Patents disclose structures corresponding to the function identified by Beckman Coulter

and/or Cytek. In particular, the Asserted Patents disclose that the collimating optical element

may be (among other options) an achromatic doublet lens. *See, e.g.*, '582 Patent, Abstract; 2:26-

29; 2:59-61; 4:34-5:22; 6:26-56; 8:56-9:10; 9:51-65; 10:20-23; 12:62-13:26; 13:41-44; 13:45-

14:11; 14:35-40; 20:18-33; 20:62-21:11; 21:40-48; 22:24-46; 26:7-9; 27:9-21; 28:15-35; 28:49-

65; 28:66-29:25; 29:26-52; 29:53-30:4; 35:14-35:35; 36:16-32; 43:30-42; 44:1-34; 44:35-57;

44:58-45:7; 45:8-15; 45:16-43; 45:44-54; 45:55-46:5; 46:6-29; 46:51-59; 46:60-47:7; 49:16-46;

56:5-31; 57:47-55; FIGs. 25, 26, 27, 28. As explained below in Sections X and XI, the

"collimation lens" included in the Accused Products is an achromatic doublet lens with positive

optical power. *See, e.g.*, CYTEK_0000000089 at CYTEK_0000000090; CYTEK_0000001392