# EXHIBIT J



Case 1:24-cv-00945-CFC     Document 345-10     Filed 05/04/26     Page 1 of 4 PageID #: 30321

US010330582B2

## (12) United States Patent
### Chen

(10) **Patent No.:** **US 10,330,582 B2**
(45) **Date of Patent:** **Jun. 25, 2019**

(54) **FLOW CYTOMETER**

(71) Applicant: **IRIS INTERNATIONAL, INC.,** Chatsworth, CA (US)

(72) Inventor: **Yong Qin Chen**, San Jose, CA (US)

(73) Assignee: **IRIS INTERNATIONAL, INC.,** Chatsworth, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **15/638,461**

(22) Filed: **Jun. 30, 2017**

(65) **Prior Publication Data**

US 2017/0307506 A1      Oct. 26, 2017

### Related U.S. Application Data

(63) Continuation of application No. 14/555,102, filed on Nov. 26, 2014, now Pat. No. 9,746,412, which is a
(Continued)

(51) **Int. Cl.**
*G02B 6/26* (2006.01)
*G01N 15/14* (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC ..... *G01N 15/1436* (2013.01); *G01N 15/1434* (2013.01); *G01N 15/1459* (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC .......... G01N 15/1436; G01N 15/1459; G01N 15/1434; G01N 2015/1006;
(Continued)

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 315,667 A | 4/1885 | Serdinko | 417/475 |
| 2,385,495 A | 9/1945 | Brian | 250/487.1 |

(Continued)

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 102087198 | 6/2011 |
| CN | 201917509 U | 8/2011 |

(Continued)

#### OTHER PUBLICATIONS

Office Action issued in Chinese Patent Application No. 201380039184.6, dated Feb. 12, 2018.
(Continued)

*Primary Examiner* — David P Porta
(74) *Attorney, Agent, or Firm* — Norton Rose Fulbright US LLP

(57)      **ABSTRACT**

The disclosed flow cytometer includes a wavelength division multiplexer (WDM). The WDM includes an extended light source providing light that forms an object, a collimating optical element that captures light from the extended light source and projects a magnified image of the object as a first light beam, and a first focusing optical element configured to focus the first light beam to a size smaller than the object of the extended light source to a first semiconductor detector. The disclosed flow cytometer further includes a composite microscope objective to direct light emitted by a particle in a flow channel in a viewing zone of the composite microscope to the extended light source, a fluidic system and a peristaltic pump configured to supply liquid sheath and liquid sample to the flow channel, and a laser diode system to illuminate the particle in the flow channel.

**26 Claims, 35 Drawing Sheets**



US 10,330,582 B2

59

without departing from the principles and concepts of the disclosure as set forth in the claims.

Although the present disclosure describes certain exemplary embodiments, it is to be understood that such disclosure is purely illustrative and is not to be interpreted as limiting. Consequently, without departing from the spirit and scope of the disclosure, various alterations, modifications, and/or alternative applications of the disclosure will, no doubt, be suggested to those skilled in the art after having read the preceding disclosure. Accordingly, it is intended that the following claims be interpreted as encompassing all alterations, modifications, or alternative applications as fall within the true spirit and scope of the disclosure.

What is claimed is:

1. An optical subsystem for a flow cytometer, the optical subsystem comprising:

a collimating optical element arranged to receive light from a light source, the collimating optical element configured to project a collimated beam;

an optical relay element arranged to receive at least a portion of the collimated beam from the collimating optical element, the optical relay element comprising a curved mirror configured to reflect the portion of the collimated beam received from the collimating optical element to produce a first image;

a first focusing optical element arranged to receive at least a portion of the collimated beam reflected by the optical relay element; and

a first semiconductor detector,

wherein the first focusing optical element is configured to focus the portion of the collimated beam received from the optical relay element onto the first semiconductor detector.

2. The optical subsystem of claim 1, further comprising the light source, wherein the light source comprises light passing through a pinhole or light emitted from a facet of a multimode optical fiber.

3. The optical subsystem of claim 2, wherein the first focusing optical element is configured to focus the portion of the collimated beam received from the optical relay element to a size smaller than 1 millimeter in diameter.

4. The optical subsystem of claim 2, wherein the light source forms an object, wherein the collimating optical element is configured to project a magnified image of the object, wherein the optical relay element comprises a concave mirror having a radius of curvature approximately equal to the distance between the collimating optical element and the magnified image projected thereby.

5. The optical subsystem of claim 1, wherein the collimating optical element comprises an achromatic doublet lens.

6. The optical subsystem of claim 1, further comprising a first optical filter disposed along an optical path between the collimating optical element and the optical relay element, the first optical filter configured to separate the collimated beam into a first branch and a second branch.

7. The optical subsystem of claim 6, wherein the collimated beam comprises light of a plurality of wavelengths, wherein the first optical filter is configured to reflect light of a first range of wavelengths of the plurality of wavelengths to form the first branch of the collimated beam, wherein the first optical filter is configured to pass light of a second range of wavelengths of the plurality of wavelengths to form the second branch of the collimated beam, wherein the first branch includes the portion of the collimated beam projected from the collimating optical element and received by the optical relay element.

60

8. The optical subsystem of claim 7, further comprising a second focusing optical element and a second semiconductor detector, the second focusing optical element arranged to receive the second branch of the collimated beam and configured to focus the second branch of the collimated beam onto the second semiconductor detector.

9. The optical subsystem of claim 8, wherein the diameter of the portion of the collimated beam reflected by the optical relay element and received by the first focusing optical element is substantially the same as the diameter of the second branch of the collimated beam.

10. The optical subsystem of claim 8, further comprising a second optical filter, the second optical filter arranged along an optical path between the optical relay element and the first focusing optical element, the second optical filter configured to pass light of a third range of wavelengths in the first branch of the collimated beam to the first focusing optical element, wherein the third range of wavelengths is a subset of the first range of wavelengths.

11. The optical subsystem of claim 10, further comprising successive combinations of optical relay element, optical filter, and focusing optical element cascaded to produce focused spots having a diameter of less than 1 millimeter for multiple ranges of wavelengths of light of the collimated beam.

12. The optical subsystem of claim 1, wherein the collimating optical element is further configured to produce a second image, wherein the first image is a reimage of the second image.

13. The optical subsystem of claim 1, wherein the first image is an image of the collimating optical element.

14. An optical subsystem for a flow cytometer, the optical subsystem comprising:

a collimating optical element arranged to receive light from a light source, the collimating optical element configured to project a collimated beam including a first image, wherein the collimated beam has a collimated distance; and

an optical relay element arranged to receive the collimated beam, the optical relay element configured to extend the collimated distance of the collimated beam, wherein the optical relay element comprises a curved mirror or a concave-shaped dichroic filter configured to produce a second image.

15. The optical subsystem of claim 14, wherein the second image and the first image are substantially the same size.

16. The optical subsystem of claim 14, wherein the collimated beam from the collimating optical element to the first image has substantially the same diameter as the collimated beam from the optical relay element to the second image.

17. The optical subsystem of claim 14, further comprising a first focusing optical element arranged to receive the collimated beam from the optical relay element at the extended collimated distance, the first focusing optical element configured to focus the collimated beam onto a first semiconductor detector.

18. The optical subsystem of claim 17, further comprising:

an optical filter arranged along an optical path between the collimating optical element and the optical relay element, the optical filter configured to separate the collimated beam into a first branch and a second branch, wherein the first branch and the second branch comprise light of different colors, wherein the optical relay element is arranged to receive the first branch; and

US 10,330,582 B2

61                                                    62

a second focusing optical element arranged to receive the second branch, the second focusing optical element configured to focus the second branch to a second semiconductor detector.

19. The optical subsystem of claim 17, wherein the length of an optical path of the collimated beam from the collimating optical element to the optical relay element is substantially the same as the length of an optical path of the collimated beam from the optical relay element to the first focusing optical element.

20. An optical subsystem for a flow cytometer, the optical subsystem comprising:

a collimating optical element arranged to receive light from a light source, the collimating optical element configured to project a first image; and

an optical relay element arranged near the first image, the optical relay element configured to receive light from the collimating optical element and to project a second image;

wherein the size of the first image is substantially the same as the size of the second image, and

wherein the optical relay element comprises a curved mirror or a concave-shaped dichroic filter.

21. The optical subsystem of claim 20, wherein the optical distance from the collimating optical element to the first

image is substantially the same as the optical distance from the optical relay element to the second image.

22. The optical subsystem of claim 20, further comprising the light source, wherein the light source comprises an extended light source that forms an object, wherein the first image is a magnified image of the object.

23. The optical subsystem of claim 22, wherein the light source comprises light passing through a pinhole or light emitted from a facet of a multimode optical fiber.

24. The optical subsystem of claim 22, wherein the collimating optical element has an effective size defined by its cross section in a plane parallel to the first image, wherein the size of the first image is substantially the same as the effective size of the collimating optical element.

25. The optical subsystem of claim 22, wherein the first image is less than approximately 10 times the size of the object.

26. The optical subsystem of claim 22 further comprising a first focusing optical element arranged near the second image, the first focusing optical element configured to focus the light from the optical relay element to a size smaller than the object of the light source to a first semiconductor detector.

*    *    *    *    *