# EXHIBIT O



Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

-------------------------------x

BECKMAN COULTER, INC.,              :

                                    : Civil Action No.

            Plaintiff,              :

    vs.                             : 1:24-cv-00945-

                                    :    CFC-EGT

CYTEK BIOSCIENCES, INC.,            :

                                    :

            Defendant.              :

-------------------------------x

                    Washington, D.C.

                    Friday, February 27, 2026

    VIDEOTAPED Deposition of:

            DAVID SCHAAFSMA, Ph.D.,

    the witness, was called for examination by

    counsel for the Defendant, pursuant to notice,

    commencing at 9:39 a.m., at the law offices of

    WilmerHale, 2100 Pennsylvania Avenue, NW,

    Washington, D.C. 20037, before Dawn A. Jaques,

    CSR, CLR, and Notary Public in and for the

    District of Columbia.

            Magna Legal Services

                866-624-6221

            www.MagnaLS.com



Page 2

APPEARANCES:

On behalf of the Plaintiff:

WILMERHALE

By: Laura Macro, Ph.D., Esq.

7 World Trade Center

250 Greenwich Street

New York, New York 10007

(212) 295-6446

laura.macro@wilmerhale.com


WILMERHALE

By:  Patrick Nyman, Ph.D., Esq.

1200 Pennsylvania Avenue, NW

Washington, D.C.  20037

(202) 663-6126

patrick.nyman@wilmerhale.com



Page 8

P R O C E E D I N G S

THE VIDEOGRAPHER:  We are now on the record.  This begins Videotape No. 1 in the deposition of Dr. David Schaafsma, in the matter of Beckman Coulter Incorporated v. Cytek Biosciences Incorporated, in the United States District Court for the District of Delaware, Case No. 1:24-cv-00945-CFC-EGT.

Today's date is February 27, 2026.  The time on the video monitor is 9:39 a.m. Eastern Time.

This deposition is being taken at WilmerHale, located at 2100 Pennsylvania Avenue, Northwest, Washington, D.C., at the request of Cooley LLP.

The videographer is Jason Aqui of Magna Legal Services, and the court reporter is Dawn Jaques, also of Magna Legal Services.

Will counsel and all parties present state their appearances and whom they



Page 9

represent?

MR. PIVOVAR:  Adam Pivovar of Cooley LLP on behalf of Cytek Biosciences, and here with me today is my colleague, Joe Van Tassel.

MS. MACRO:  Laura Macro on behalf of Plaintiff, Beckman Coulter, from WilmerHale, and I'm joined by my colleague, Patrick Nyman, also from WilmerHale.

THE VIDEOGRAPHER:  Will the court reporter please swear in the witness?

THE REPORTER:  If you'll raise your right hand, sir.

(The witness was administered the oath.)

Whereupon,

DAVID SCHAAFSMA, Ph.D., was called as a witness, after having been first duly sworn by the Notary Public, was examined and testified as follows:


MAGNA
LEGAL SERVICES

Page 213

produced by the collimating optical element.

BY MR. PIVOVAR:

Q    Okay. ███████████████████████ ███████████████████████████████ collimated?

MS. MACRO:  Objection, asked and answered.

THE WITNESS:  I've told you that ██ ████████████████████████████████ ██ ██████████████████

BY MR. PIVOVAR:

Q    ██████████████████████ --
I'm sorry.

A    ██████████████  I shouldn't use the term "portion," I'm sorry.

Q    Yeah.  Well, I just want to make sure.  The collimated beam is nearly parallel rays, right?

MS. MACRO:  Objection, asked and answered.

THE WITNESS:  That is the construction.



Page 214

BY MR. PIVOVAR:

Q    And "collimated" means nearly parallel rays, right?

MS. MACRO:    Objection, asked and answered.

THE WITNESS:    Yes.  I mean, that's also the construction, I believe.

BY MR. PIVOVAR:

Q    So is it your opinion that ██████

████████████████████████

█  ████████████████████

████████████████████████████

███████  ██████████████

██████████████████████████

██████

That is a description that is not -- does not take into account the articles in the claim language.

Q    Okay.  Is the diverging beam -- let's go back to your -- strike that.

Let's go back to your paragraph 131 in your Opening Report, and you can keep



Page 215

Exhibit 16 nearby if it's easier to see that one than the smaller image on paragraph 130.

So it says, ███████████████

████████████████████████████████

████████████████████████████████

██████████████████████████

That's what you write in paragraph 131, right?

A    That's a correct reading.

Q    Okay.    ████████████████████████

████████████████████████████████

████████    is that a collimated beam?

A    This is --    ████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

██████████████████████████████████

Q    Okay.  Is the -- and I --    ████████

████████████████████████████████

██████████████

MS. MACRO:  Objection, asked and answered.



MAGNA
LEGAL SERVICES

Page 308

CERTIFICATE OF NOTARY PUBLIC

I, DAWN A. JAQUES, a Notary Public in and for the District of Columbia, before whom the foregoing deposition was taken, do hereby certify that witness whose testimony appears in the foregoing pages was duly sworn by me; that the testimony of said witness was taken by me in shorthand at the time and place mentioned in the caption hereof and thereafter reduced to typewriting under my supervision; that said deposition is a true record of the testimony given by said witness; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition is taken; and, further, that I am not a relative or employee of any attorney or counsel employed by the parties thereto, nor financially or otherwise interested in the outcome of the actions.

_Dawn A. Jaques_

Dawn A. Jaques, CSR, CLR

Notary Public in and for

the District of Columbia

My commission expires:

February 28, 2030

