# EXHIBIT P



**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BECKMAN COULTER, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CYTEK BIOSCIENCES, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 24-0945-CFC-EGT<br>)<br>)<br>)<br>)<br>) |

**REPLY EXPERT REPORT OF DR. DAVID SCHAAFSMA, PH.D.
REGARDING INFRINGEMENT OF U.S. PATENT NOS. 10,330,582, 11,703,443, AND
12,174,107**

February 9, 2026

Respectfully submitted,

_____
Dr. David Schaafsma

Schaafsma Reply Report
INTRODUCTION

## TABLE OF CONTENTS

I.  INTRODUCTION ............................................................................................................. 5

II. BACKGROUND AND QUALIFICATIONS ................................................................. 6

III. MATERIALS CONSIDERED FOR THIS REPORT ..................................................... 6

IV. LEGAL FRAMEWORK ................................................................................................. 6

    A.  Reverse Doctrine of Equivalents .............................................................................. 6

    B.  Doctrine of Equivalents Prosecution History Estoppel ........................................... 7

    C.  Doctrine of Equivalents Ensnarement ...................................................................... 8

V.  SUMMARY OF OPINIONS .......................................................................................... 8

VI. A PERSON OF ORDINARY SKILL IN THE ART ("POSA") .................................... 9

VII. TECHNOLOGY BACKGROUND ................................................................................ 9

VIII. THE ASSERTED PATENTS ......................................................................................... 9

    A.  The Asserted Patents Provided Significant Improvements and Advantages to the Existing Field of Flow Cytometry ...................................................................................... 10

        1.  APDs in Flow Cytometers ................................................................................ 10

        2.  WDMs in Flow Cytometers ............................................................................. 15

IX. CLAIM CONSTRUCTION ........................................................................................... 17

    A.  The Court's Constructions ....................................................................................... 17

    B.  Additional Means-Plus-Function Terms ................................................................. 17

        1.  "Collimating Optical Element" ........................................................................ 17

        2.  "Focusing Optical Element" ............................................................................. 25

X.  COMMENTS ON THE ASSERTED PATENTS' DISCLOSURES ............................. 29

XI. CYTEK'S PATENTS ..................................................................................................... 33

XII. OVERVIEW OF THE ACCUSED PRODUCTS .......................................................... 36

    A.  Optical Subsystem ................................................................................................... 36

        1.  The Accused Products Have a "WDM" As Claimed ........................................ 36

    B.  Zemax Optical Model, Optical Path Through the WDM, and Collimating the Beam ..... 37

        1.  Collimating The Beam From The Fiber (Hsieh 2016 Models) ......................... 41

        2.  Collimating The Beam From The Fiber (Accused Products) ........................... 46

        3.  The Beam In The WDM .................................................................................... 50

    C.  Spot Sizes on the Filters ......................................................................................... 52

        1.  Dr. Ilkov's Spot Size Comparisons Are Flawed .............................................. 56

        2.  The Actual Filter And Mirror Spot Sizes Match The Real Model ................... 60

    E.  Summary of the Accused Product Lines .................................................................. 66

Schaafsma Reply Report
INTRODUCTION

F.   The Accused Products' Purported Use of "Spectral" Technology Does Not Avoid Infringement ................................................................................... 68

G.   The Accused Products Have a "Collimating Optical Element" ........................................ 69

H.   The Claims Do Not Require a Collimated Beam Throughout the WDM and The Accused Products Have a Collimated Beam ................................ 76

I.   The Accused Products Use Dichroic Filters ................................. 84

1.   The Bandpass Filters In The Accused Products Are Dichroic Filters ......................... 84

2.   To the extent the Accused Products' bandpass filters are not literally dichroic filters, they are equivalent to dichroic filters................................. 87

J.   The Accused Products Have Concave Mirrors ................................. 91

1.   Dr. Leary's distinction between a microlens ███████████████ and a mirror is incorrect................................. 91

2.   Dr. Leary's Alternate Definition Of "Mirror" Is Incorrect......................... 94

3.   Dr. Leary's Arguments Regarding Refraction In The Accused Products Do Not Prevent Infringement ................................. 98

4.   To The Extent The Accused Products Do Not Literally Contain Mirrors, The Microlenses ██████████████ Are Equivalent To Mirrors......................... 100

XIII.   CYTEK INFRINGES THE ASSERTED CLAIMS AS SHOWN BY A PREPONDERANCE OF THE EVIDENCE ................................. 101

A.   All Elements of the '582 Asserted Claims Are Present in the Accused Products Either Literally or Under the Doctrine of Equivalents ................................. 101

1.   Asserted Claim 1 ................................. 106

2.   Asserted Claim 3 ................................. 131

3.   Asserted Claim 6 ................................. 132

4.   Asserted Claim 20 ................................. 134

5.   Asserted Claims 23 and 26 ................................. 142

B.   All Elements of the '443 Asserted Claims Are Present in the Accused Products Either Literally or Under the Doctrine of Equivalents ................................. 144

1.   Asserted Claim 4 ................................. 144

2.   Asserted Claim 6 ................................. 145

3.   Asserted Claim 10 ................................. 145

4.   Asserted Claim 11 ................................. 147

5.   Asserted Claim 15 ................................. 147

C.   All Elements of the '107 Asserted Claims Are Present in the Accused Products Either Literally or Under the Doctrine of Equivalents ................................. 148

1.   Asserted Claim 5 ................................. 148

2.   Asserted Claim 16 ................................. 150

Schaafsma Reply Report
INTRODUCTION

    3.    Asserted Claim 18................................................................................ 154

    4.    Asserted Claims 26, 27, and 29 ....................................................... 154

XIV.    CYTEK'S PRODUCTS INFRINGE THE ASSERTED PATENTS UNDER THE REVERSE DOCTRINE OF EQUIVALENTS.......................................................... 155

    A.    The Fair Scope of the Invention of the Asserted Patents and the Principles of Operation of the Accused Products Are Not Fundamentally Different................................................... 156

    B.    The Reverse Doctrine of Equivalents Does Not Apply to the Asserted '443 Claims .... 158

    C.    The Reverse Doctrine of Equivalents Does Not Apply to the Asserted '107 Claims .... 159

XV.    CYTOFLEX PRODUCTS EMBODY THE ASSERTED PATENTS.......................... 159

    A.    CytoFLEX Products Practice Claims 1 and 20 of the '582 Patent & Asserted Claims Dependent Thereon ....................................................................................... 160

XVI.    SUPPLEMENTAL OPINIONS.................................................................. 164

Schaafsma Reply Report
INTRODUCTION

## TABLE OF APPENDICES

- Appendix A: List of Materials Considered

- Appendix B: Images from Inspection of Products

- Appendix C: Zemax Files Submitted with Schaafsma Reply Report

- Appendix D: Aurora Spot Size Diagrams

Schaafsma Reply Report
CYTEK INFRINGES THE ASSERTED CLAIMS AS SHOWN BY A PREPONDERANCE OF THE EVIDENCE

collimated beam from a collimating optical element, whether it be the collimating lens or the

odd-numbered curved mirrors.

213.    In Dr. Leary's second section (Leary Rebuttal, ¶¶318-324), he first opines that the

[REDACTED]

I also explained in Section X above how Cytek's own patents described the exact beams as "collimated," CYTEK_0000009787 at 10:40-45.  Further,.

214.    Dr. Leary next argues that "none of the microlenses both receive and reflect a portion of the collimated beam."  Leary Rebuttal, ¶321; *see also id.* (discussing a similar point with respect to the first focusing optical element).  I explained above in Section XII.H and earlier in this section why a POSA would understand that the claims do not require the originally collimated beam to have remained collimated by the time it reaches the optical relay element.

215.    Next, Dr. Leary argues that "to the extent, Dr. Schaafsma is attempting to rely on any segment of the beam which is diverging (and again using multiple field points results in no collimated segments), Dr. Schaafsma's mapping does not satisfy the claim language because the beam segments are undoubtedly significantly diverging from the odd-numbered filters to the

Schaafsma Reply Report
CYTEK INFRINGES THE ASSERTED CLAIMS AS SHOWN BY A PREPONDERANCE OF THE EVIDENCE

odd-numbered mirrors." Leary Rebuttal, ¶321; *see also id.*, ¶322. I've already discussed how the beam clearly does have collimated segments (including as described in the Cytek patents), that the telecentric model does have collimated beams in the "infinite space" between the lenses, and I've never described the beam from the odd-numbered filters to the odd-numbered mirrors as collimated. And the specification of the Asserted Patents explain when a beam is diverging enough that it is no longer collimated with reference to FIG. 26 ('582 Patent at 46:51-59), which I've discussed above.

216.    Finally, Dr. Leary refers to his understanding of non-sequential models from Dr. Ilkov (which I rebutted in Section XII above) and then refers to various deposition statements from Cytek employees or consultants to suggest that "the Accused Products do not use a collimated beam whatsoever." Leary Rebuttal, ¶¶323-324. ████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ██████████████████████████████████ ████████████████████████████████ ████████████████████████████████████ ██████████████████████████ And regardless, the Accused Products do have repeatedly collimate light throughout the WDM, as I've discussed at various points including in Section XII.H above.

Schaafsma Reply Report
CYTEK INFRINGES THE ASSERTED CLAIMS AS SHOWN BY A PREPONDERANCE OF THE EVIDENCE

217.



218.    Thus, it remains my opinion that the Accused Products propagate a collimated beam from a collimating optical element, whether it be the collimating lens or the odd-numbered mirrors.

        **d.     The "Collimated beam" limitations are met under the Doctrine of Equivalents**

219.    Dr. Ilkov and Dr. Leary both opine that the beam in the Accused Product is not equivalent to a collimated beam.  Ilkov Rebuttal, ¶¶132-136; Leary Rebuttal, ¶¶325-344.  I disagree for the reasons I discussed in my Opening Report, *see, e.g.*, Schaafsma Opening, ¶117, and for the additional reasons below.

220.    Dr. Ilkov's analysis amounts essentially to arguing that a collimated beam and a focusing or diverging beam are not literally the same and stating in conclusory fashion that they are "substantially different."  Ilkov Rebuttal, ¶133 (arguing with respect to function, way, and result simply that "focused/defocused" beams converge and diverge whereas a collimated beam