D.I. 320

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BECKMAN COULTER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 24-945 (CFC) (EGT) |
| | ) | |
| CYTEK BIOSCIENCES, INC., | ) | ███████████████ |
| | ) | |
| Defendant. | ) | REDACTED - PUBLIC VERSION |

**DDECLARATION OF ELIZABETH M. FLANAGAN IN SUPPORT OF
DEFENDANT CYTEK'S REPLY BRIEF IN SUPPORT OF ITS MSJ NO. 2**

<table>
<tr><td>

OF COUNSEL:

Reuben H. Chen
HanByul Chang
Juan Pablo González
Alexandra Leeper
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304

Elizabeth M. Flanagan
COOLEY LLP
30 South 9th Street, 7th Floor
Minneapolis, MN 55402

Adam Pivovar
Dustin M. Knight
Rosalynd D. Upton
David Yun
COOLEY LLP
1299 Pennsylvania Avenue NW
Suite 700
Washington, DC 20004

Original filing date: April 29, 2026
Redacted filing date: May 6, 2026

</td><td>

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Karen Jacobs (#2881)
Jeremy A. Tigan (#5239)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
kjacobs@morrisnichols.com
jtigan@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Defendant
Cytek Biosciences, Inc.*

</td></tr>
</table>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BECKMAN COULTER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 24-945 (CFC) (EGT) |
| | ) | |
| CYTEK BIOSCIENCES, INC., | ) | ████████████ |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF ELIZABETH M. FLANAGAN IN SUPPORT OF
DEFENDANT CYTEK'S REPLY BRIEF IN SUPPORT OF ITS MSJ NO. 2**

I, Elizabeth M. Flanagan, hereby declare:

1.      I am an attorney with the law firm Cooley LLP and counsel for Defendant Cytek Biosciences, Inc. I have personal knowledge of the facts contained in the declaration and, if called upon to do so, I could and would testify competently to the matters herein.

2.      I submit this Declaration in support of Defendant Cytek Biosciences, Inc.'s Reply Brief in Support of Its Summary Judgment Motion #2.

3.      Attached hereto as **Exhibit 2Q** is a true and correct copy of excerpts from the parties' Joint Claim Construction Brief, dated July 27, 2025 (D.I. 114).

4.      Attached hereto as **Exhibit 2R** is a true and correct copy of excerpts from the deposition transcript of David Schaafsma, Ph. D., dated February 27, 2026.

5.      Attached hereto as **Exhibit 2S** is a true and correct copy of *Nice Sys.,*

*Inc. v. Witness Sys., Inc.*, No. 06-311-JJF, D.I. 279 (D. Del. Dec. 17, 2007.)

6.      Attached hereto as **Exhibit 2T** is a true and correct copy of excerpts from the Reply Expert Report of Dr. David Schaafsma, Ph.D. Regarding Infringement of U.S. Patent Nos. 10,330,582; 11,703,443; and 12,174,107, dated February 9, 2026.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of April, 2026, in Minneapolis, MN

Dated: April 29, 2026

By: */s/ Elizabeth M. Flanagan*
Elizabeth M. Flanagan

Attorney for Defendant
**CYTEK BIOSCIENCES, INC.**

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 29, 2026, upon the following in the manner indicated:

Frederick L. Cottrell III                          *VIA ELECTRONIC MAIL*
Kelly E. Farnan
Christine D. Haynes
RICHARDS, LAYTON & FINGER P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Attorneys for Plaintiff*

Omar A. Khan                                      *VIA ELECTRONIC MAIL*
Jeffrey A. Dennhardt
Lauren E. Matlock-Colangelo
Kelly A. Todd
Laura Macro
Maggie Sawin
WILMER CUTLER PICKERING HALE
  AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY  10007
*Attorneys for Plaintiff*

Akkad Y. Moussa
WILMER CUTLER PICKERING HALE
  AND DORR LLP
2100 Pennsylvania Avenue NW
Washington DC 20037
*Attorneys for Plaintiff*

*VIA ELECTRONIC MAIL*

*/s/ Cameron P. Clark*

Cameron P. Clark (#6647)

2