D.I. 324

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BECKMAN COULTER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 24-945 (CFC) (EGT) |
| | ) | |
| CYTEK BIOSCIENCES, INC., | ) | ██████████████ |
| | ) | |
| Defendant. | ) | REDACTED - PUBLIC VERSION |

**DECLARATION OF ELIZABETH M. FLANAGAN IN SUPPORT OF
DEFENDANT CYTEK'S REPLY BRIEF REGARDING ITS
_DAUBERT_ MOTIONS 1-2**

OF COUNSEL:

Reuben H. Chen
HanByul Chang
Juan Pablo González
Alexandra Leeper
COOLEY LLP
3175 Hanover Street
Palo Alto, CA  94304

Elizabeth M. Flanagan
COOLEY LLP
30 South 9th Street, 7th Floor
Minneapolis, MN  55402

Adam Pivovar
Dustin M. Knight
Rosalynd D. Upton
David Yun
COOLEY LLP
1299 Pennsylvania Avenue NW
Suite 700
Washington, DC  20004

Original filing date: April 29, 2026
Redacted filing date: May 6, 2026

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Karen Jacobs (#2881)
Jeremy A. Tigan (#5239)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
kjacobs@morrisnichols.com
jtigan@morrisnichols.com
cclark@morrisnichols.com

_Attorneys for Defendant
Cytek Biosciences, Inc._

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BECKMAN COULTER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 24-945 (CFC) (EGT) |
| | ) | |
| CYTEK BIOSCIENCES, INC., | ) | ███████████████ |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF ELIZABETH M. FLANAGAN IN SUPPORT OF
DEFENDANT CYTEK'S REPLY BRIEF REGARDING ITS
_DAUBERT_ MOTIONS 1-2**

I, Elizabeth M. Flanagan, hereby declare:

1.    I am an attorney with the law firm Cooley LLP and counsel for Defendant Cytek Biosciences, Inc. ("Cytek"). I have personal knowledge of the facts contained in the declaration and, if called upon to do so, I could and would testify competently to the matters herein.

2.    I submit this Declaration in support of Cytek's Motions to Exclude Testimony of Plaintiff Beckman Coulter, Inc.'s ("BEC's") Experts Jessica Houston, Ph.D. and Michael Arnold, Ph.D. (Daubert Motions 1-2).

3.    Attached hereto as **Exhibit 10** is a true and correct copy of excerpts from the Opening Expert Report of Jessica Houston, Ph.D. Regarding Infringement of U.S. Patent Nos. 10,330,582, 11,703,443, and 12,174,107, dated December 19, 2025.

4.      Attached hereto as **Exhibit 11** is a true and correct copy of Jessica Houston, Ph.D.'s curriculum vitae, which was attached as Appendix A to her December 19, 2025 Opening Report.

5.      Attached hereto as **Exhibit 12** is a true and correct copy of excerpts from the deposition transcript of Jessica Houston, Ph.D., dated February 23, 2026.

6.      Attached hereto as **Exhibit 13** is a true and correct copy of excerpts from the Rebuttal Expert Report of James F. Leary, Ph.D. Regarding Non-Infringement of U.S. Patent Nos. 10,330,582; 11,703,443; and 12,174,107, dated January 20, 2026.

7.      Attached hereto as **Exhibit 14** is a true and correct copy of excerpts from the Rebuttal Expert Report of Dr. David Schaafsma, Ph.D. Regarding Validity of U.S. Patent Nos. 10,330,582; 11,703,443; and 12,174,107, dated January 20, 2026.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of April, 2026, in Minneapolis, MN.

Dated: April 29, 2026

By: */s/ Elizabeth M. Flanagan*
Elizabeth M. Flanagan

Attorney for Defendant
**CYTEK BIOSCIENCES, INC.**

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 29, 2026, upon the following in the manner indicated:

Frederick L. Cottrell III                                    *VIA ELECTRONIC MAIL*
Kelly E. Farnan
Christine D. Haynes
RICHARDS, LAYTON & FINGER P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Attorneys for Plaintiff*


Omar A. Khan                                              *VIA ELECTRONIC MAIL*
Jeffrey A. Dennhardt
Lauren E. Matlock-Colangelo
Kelly A. Todd
Laura Macro
Maggie Sawin
WILMER CUTLER PICKERING HALE
  AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY  10007
*Attorneys for Plaintiff*

2

Akkad Y. Moussa
WILMER CUTLER PICKERING HALE
  AND DORR LLP
2100 Pennsylvania Avenue NW
Washington DC 20037
*Attorneys for Plaintiff*

*VIA ELECTRONIC MAIL*

*/s/ Cameron P. Clark*

Cameron P. Clark (#6647)

2