# EXHIBIT 10

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| BECKMAN COULTER, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 24-0945-CFC-EGT |
| CYTEK BIOSCIENCES, INC., | ) | |
| Defendant. | ) | |

**OPENING EXPERT REPORT OF DR. JESSICA P. HOUSTON, PHD
REGARDING INFRINGEMENT OF U.S. PATENT NOS. 10,330,582, 11,703,443, AND
12,174,107**

December 19, 2025

_Jessica P. Houston_
Dr. Jessica P. Houston

Houston Opening Infringement Report

## **TABLE OF CONTENTS**

I. Introduction ........................................................................................................... 1

II. Background and Qualifications ............................................................................... 1

III. Materials Considered .............................................................................................. 4

IV. Legal Principles ...................................................................................................... 4

   A. Claim Construction ............................................................................................ 4

   B. Infringement ....................................................................................................... 4

      1. Literal Infringement ...................................................................................... 5

      2. Infringement Under the Doctrine of Equivalents .......................................... 5

      3. Direct Infringement ....................................................................................... 7

      4. Indirect Infringement .................................................................................... 7

      5. Infringement by Supply of All or a Substantial Portion of the Components of a Patented Invention to Another Country ...................................................... 8

      6. Infringement by Supply of Components Especially Made or Adapted for Use in the Patented Invention into Another Country ............................................. 9

      7. Willful Infringement ................................................................................... 10

   C. State of the Art ................................................................................................. 10

   D. Damages ........................................................................................................... 10

V. Summary of Opinions ........................................................................................... 12

VI. Person of Ordinary Skill in the Art ...................................................................... 12

VII. Technology Background ....................................................................................... 13

   A. Overview of Flow Cytometry .......................................................................... 13

      1. Scattered Light Detection ........................................................................... 14

      2. Fluorescence Detection ............................................................................... 16

   B. Optical Subsystems & Wavelength Division Multiplexers .............................. 19

   C. Spectral Flow Cytometry ................................................................................. 22

VIII. Overview of the Asserted Patents ........................................................................ 23

   A. Background of the Inventions ........................................................................... 23

   B. Patent Specification ......................................................................................... 24

   C. File History ...................................................................................................... 26

      1. '412 Patent .................................................................................................. 26

      2. '582 Patent .................................................................................................. 27

      3. '772 Patent .................................................................................................. 30

Houston Opening Infringement Report

## TABLE OF APPENDICES

- Appendix A: Jessica P. Houston Curriculum Vitae

- Appendix B: Components of the Accused Products

- Appendix C: List of Materials Considered

Houston Opening Infringement Report
Introduction

## I.    Introduction

1.    I have been retained as an expert in this case by WilmerHale on behalf of Plaintiff Beckman Coulter, Inc. ("BEC"). I expect to testify at trial regarding the matters set forth in this report, if asked about these matters by the Court or by the parties' attorneys.

2.    I understand that BEC has asserted U.S. Patent Nos. 10,330,582, 11,703,443, and 12,174,107 to Yong Qin Chen ("the '582 patent," "the '443 patent," and "the '107 patent," or collectively the "Asserted Patents"), entitled "Flow Cytometer" against certain products offered by Defendants Cytek Biosciences, Inc. ("Cytek").  Specifically, I understand that BEC is asserting claims 1, 3, 6, 23, and 26 of the '582 patent, claims 4, 6, 10, 11, and 15 of the '443 patent, and claims 5, 16, 18, 26, 27, and 29 of the '107 patent against certain Cytek products (collectively referred to as the "Asserted Claims").

3.    I have been asked for my expert opinion regarding, among other things, whether Cytek products infringe the Asserted Claims of the Asserted Patents. As explained in detail below, it is my opinion that the accused Cytek products infringe the Asserted Claims.

## II.    Background and Qualifications

4.    My qualifications are described in detail in my *curriculum vitae*, which is attached as Appendix A.  I have not previously testified at trial or deposition.

5.    I have twenty years of research experience in biomedical engineering with the subdisciplines of cytometry, biophotonics, and imaging. Currently I am a Professor of Chemical & Materials Engineering at New Mexico State University (NMSU) in Las Cruces, NM. At NMSU, I am the principal investigator of the Laboratory for Flow Cytometry and Related Biophotonics (https://flowcytometry.nmsu.edu/). As director of this laboratory, I supervise postdoctoral fellows, graduate students, and undergraduates on projects that are related to flow

1

Houston Opening Infringement Report
Background and Qualifications

cytometry instrument development and optimization. My interests and expertise include building cytometers that can measure fluorescence dynamics and that utilize a variety of architectures which are characterized as time-resolved in that the fluorescence lifetime as a cytometric parameter is captured.

6.	I received a B.S. in Chemical Engineering from NMSU in 2000 and subsequently enrolled in the Chemical Engineering graduate program at Texas A&M University (TAMU) in College Station, TX. I finalized my Ph.D. in 2005. While at TAMU I focused on biomedical optics research and the development of imaging systems for the detection of cancer and lymph flow. My dissertation was on the development of a specialty optical imaging system that used near-infrared laser excitation and fluorescence detection with image-intensified charge-coupled device camera systems. I assembled the entirety of the imaging systems and tested their use on small animals and patients at MD Anderson Cancer Center. The design of these optical imaging systems included different types of detectors such as avalanche photodiodes as well as CCD cameras. I procured optical filters including band-pass, band-rejection, and different types of interference filters to detect the fluorescence. I designed a variety of systems that also used fiber optics and required a variety of focusing lenses.  As a graduate student I garnered the expertise in optics and fluorescence for biomedical purposes and technology translation for investigational new device FDA approval.

7.	After my Ph.D. degree, I worked as a Director's Postdoctoral Fellow within the Bioscience Division at the Los Alamos National Laboratory (LANL), Los Alamos, NM (2006-2009). Los Alamos National Laboratory is considered one of the birthplaces of cytometry. It was there where the first cell sorter was invented. At LANL I joined the National Flow Cytometry Research Resource and began to revitalize a fluorescence lifetime flow cytometer. This involved

2

Houston Opening Infringement Report
Background and Qualifications

optimizing the cytometer which used large, water-cooled lasers, focusing lenses that directed scatter and fluorescence light onto side-end photomultiplier tubes. I used a large array of optical filters depending on the cell samples to be characterized. My research as a postdoc was on the development of time-resolved flow cytometry and I worked completely hands-on with cytometry systems, including a "laboratory-built" spectral cytometer that used an optical grating to focus fluorescence spectra onto a CCD chip.

8.     When I accepted a tenure-track faculty position at NMSU, I brought the postdoctoral research to my academic lab and continued to iterate on time-resolved flow cytometry. We have since constructed several "laboratory-built" flow cytometers as well as taken old commercial cytometers and retrofitted them for time-resolved measurements. The cytometers include hydrodynamically focused instruments as well as those that use microfluidics for cell focusing. Our cytometers use both PMTs and APDs. We use a range of optical filters and lenses to perform beam shaping and collection of scatter and fluorescence from cells.

9.     In addition to running a research program, I serve on a variety of scientific societies, boards, and advisory councils. I am President of ISAC (International Society for the Advancement of Cytometry, 2023-2026), Chair of ISAC Executive Committee, and serve on the council and as ex officio of all 12 ISAC committees and numerous task forces and working groups. Additionally, I am Chair of the Conference on Imaging, Manipulation, and Analysis of Cells and Tissues for the SPIE Photonics West Congress. My scientific contributions have been presented in over 60 papers, proceedings, and chapters, as well as > 400 abstracts and >40 invited international and national symposia, keynotes, and colloquia. I hold a patent on lifetime measurements with cytometry and as a faculty member, teach fluid mechanics, biomedical engineering, process control, and dynamics. I have twice been a Faculty Fulbright Scholar (2018

3

Houston Opening Infringement Report
Materials Considered

and 2024) and have received numerous honors for research in cytometry instrument development.

### III. Materials Considered

10.     In preparing the opinions described in this report, I have relied upon my personal knowledge and professional experience as a POSA (discussed below in Section VI and incorporated here).  I have reviewed and considered many documents in preparing my analysis for this report, including all documents and testimony discussed or cited in this report and the materials identified in Appendix B as well as conversations with Dr. David Schaafsma, Michelle Riley, Bill Miras, and employees from Beckman Coulter.

### IV. Legal Principles

11.     For the purposes of this expert report, I have been informed about certain aspects of the law that are relevant to my opinions. My understanding of the law is as follows:

#### A.     Claim Construction

12.     I understand that the Court has construed certain claim terms for the Asserted Patents. I have applied those claim constructions in my analysis.

13.     Where the Court did not construe a claim term, I have applied the plain meaning as understood by a person of ordinary skill in the art at the time of the invention. I have considered the plain meaning of the claim terms in the context of the entire patent, including the claims, the written description, and the prosecution history.

#### B.     Infringement

14.     I have been informed and understand that an infringement analysis is a two-step process. First, the patent claims are construed by the Court to ascertain their proper scope. Second, the construed claims are compared to the allegedly infringing product or processes to determine whether those products or processes fall within the scope of the claims either literally