# EXHIBIT 11

**APPENDIX A**

Jessica Perea Houston

| CONTACT INFORMATION | Department of Chemical & Materials Engineering<br>MSC 3805; PO BOX 30001<br>New Mexico State University<br>Las Cruces, NM  88003 USA | voice:  (575) 646-5563<br>fax:  (575) 646-7706<br>email:  jph@nmsu.edu<br>web:  https://flowcytometry.nmsu.edu |
| --- | --- | --- |

**EDUCATION**

Ph.D.,  Chemical Engineering, Texas A&M University (2005)
> Dissertation: "Fluorescence Optical Lymphography for Cancer Diagnosis", Committee:  Eva M. Sevick-Muraca (chair), Chun. Li, Gerard L. Cote, and Mark Holtzapple

M.S.,  Chemical Engineering, Texas A&M University (2002)
> Thesis:  "Near-infrared Fluorescence Enhanced Optical Imaging: An Analysis of Penetration Depth" Committee:  E.M. Sevick-Muraca (chair), Lihong Wang, and Theresa A. Good

B.S.,  Chemical Engineering, New Mexico State University (2000)

**PROFESSIONAL EXPERIENCE**

| | |
| --- | --- |
| **Professor,** Chemical & Materials Engineering, NMSU | 2021-present |
| Interim Department Head, New Mexico State University, Las Cruces, NM | 2021-2022 |
| Associate Professor, New Mexico State University, Las Cruces, NM | 2015-2021 |
| Associate Department Head, Chemical Engineering, NMSU, Las Cruces, NM | 2013-2015 |
| Assistant Professor, New Mexico State University, Las Cruces, NM | 2009-2015 |
| Affiliate Faculty, Biomedical Engineering, University of New Mexico, Alb, NM | 2009-present |
| Director's Postdoctoral Fellow Los Alamos National Laboratory, Los Alamos, NM | 2006-2009 |
| Research Associate Baylor College of Medicine, Houston, TX | 2005-2006 |
| Graduate Student Trainee, M. D. Anderson Cancer Center, Houston, TX | 2004-2005 |
| Graduate Research Assistant Texas A&M University, College Station, TX | 2000-2005 |

**HONORS & AWARDS**

| | |
| --- | --- |
| Robert L. Westhafer Award for Excellence in Research and Creative Activity, NMSU | 2025 |
| Fellow, American Institute of Medical and Biological Engineers | 2024 |
| Fulbright Faculty Scholar, US State Department and Brazil-US Educational Commission | 2023 |
| Distinguished Research Award, NMSU University Research Council | 2022 |
| Bromilow Research Excellence Award, NMSU College of Engineering | 2019 |
| Fulbright Faculty Scholar, US State Department and Japan-US Educational Commission | 2018 |
| Synergy-One Award Faculty Award, NMSU College of Engineering | 2017 |
| Best Paper Award for 2014 Cytometry Part A, John Wiley and Sons | 2015 |
| College of Engineering Foreman Award: Assistant Professor Level, NMSU, Las Cruces, NM | 2015 |
| 1ST Place Poster Presentation, University Research Council Annual Fair, NMSU | 2014 |
| 1ST Place Poster Presentation, NIH NCI PACHE Investigators' Workshop, Bethesda, MD | 2014 |
| New Mexico State University, University Research Council Early Career Award | 2014 |
| *Scholar* Award; the International Society for the Advancement of Cytometry | 2014 |
| NSF CAREER Award, Division of Biological Infrastructure | 2012 |
| Outstanding Junior Faculty Award, NMSU Hispanic Faculty & Staff Caucus | 2011 |
| Research Achievement Award, NMSU Office of the Vice President for Research | 2011 |
| Dean's Recognition Award, New Mexico State University College of Engineering | 2010 |
| Sony Young Faculty Scholarship Award | 2009 |
| President's Award for Excellence Finalist, ISAC CYTO 2008 Congress | 2008 |
| Best Poster Award, Bioscience Capability Review Los Alamos National Laboratory | 2008 |
| Director's Postdoctoral Fellow, Los Alamos National Laboratory | 2006 |
| Oral Presentation Award, Baylor College of Medicine Breast Center Retreat | 2005 |
| First Place Poster, American Institute of Chemical Engineers Annual Meeting | 2004 |
| Travel Award, Society of Molecular Imaging Meeting | 2004 |
| Outstanding Poster Award, Gordon Conference on Lasers in Medicine and Biology | 2004 |
| Bridge to Doctorate Fellowship, National Science Foundation LSAMP Program | 2003 |
| Oral Presentation Award, Texas A&M University | 2002 |

| PROFESSIONAL AND SCIENTIFIC IMPACT | | |
|---|---|---|
| **President**, International Society for the Advancement of Cytometry (ISAC) | 2023-present |
| **Chair**, ISAC Executive Committee and ISAC Council | 2023-present |
| **Associate Editor**, Cytometry Part A, Journal of ISAC, John Wiley & Sons Publisher | 2018-present |
| **Section Editor,** Stem Cell Reviews and Reports, Springer | 2022-present |
| **Scientific Advisory Board Member,** Miftek Corporation, Purdue University | 2023-present |
| **Conference Chair**, SPIE Photonics West BIOS: Conference on Imaging, Manipulation, and Analysis of Biomolecules, Cells, and Tissues | 2018-present |
| **Conference Organizing Committee Member**: SPIE Photonics West BIOS: Conference on High-Speed Biomedical Imaging and Spectroscopy | 2018-present |
| **Program Director** of Health G-RISE at New Mexico State University; Enhancing Biomedical Workforce Diversity,1T32GM148394 | 2023-present |
| **Institutional Liaison,** New Mexico State University Fulbright Program | 2024-present |
| **Ex Officio Member**, of over 30 ISAC Task Forces, Committees, and Sub-committees including Governance, CYTO Women, Finance, Awards and Nominations, Leadership Development, Scientific Communications, Education, Membership Services, & Innovation. Full list is here: https://cdn.ymaws.com/isac-net.org/resource/resmgr/docs/website/finalized_isac_committee_str.pdf | 2023-present |
| **Faculty Advisor to REU Programs**, NSF Latinidad STEM Mentoring, NSF Alliance for Minority Participation (AMP); NIH Maximizing Access to Biomedical Research Careers (MARC); NIH Bridges; Howard Hughes Medical Institute undergraduate researchers | 2009-present |
| **Referee**, Cytometry Part A, Applied Optics, Journal of Biomedical Optics, Sensors, Analytical Chemistry, Biomedical Optics Express, Optics Express, Scientific Reports, JoVE, Lab on a Chip, JIOHS, Nature Communications | 2009-present |
| **Standing Member**, Cell & Molecular Technologies Study Section, National Institutes of Health Center for Scientific Review | 2018-2022 |
| **Society Member/Participant:** SPIE, Cytometry Development Workshop (CDW), Optical Society of America (OSA), American Institute of Chemical Engineers (AIChE), Society of STEM Women of Color (SWOC), American Institute of Medical and Biomedical Engineers (AIMBE), | 2009-present |
| **President-Elect**, International Society for the Advancement of Cytometry (ISAC) | 2022-2023 |
| **Treasurer**, International Society for the Advancement of Cytometry (ISAC) | 2018-2022 |
| **Chair**, Scientific Communications Committee, ISAC | 2014-2018 |
| **Councilor**, International Society for the Advancement of Cytometry (ISAC) | 2014-2018 |
| **Congress Chair,** Annual Congress for the International Society for Advancement of Cytometry CYTO, May 20-24, 2023, Montreal, Canada | 2022-2023 |
| **Conference Chair,** Science and Innovation Biophotonics Conference 10 at the Congress for Lasers and Electro-Optics (CLEO) | 2018-2020 |
| **Panelist**, National Institutes of Health, SBIR/STTR, R15, IMST-H, -12, & - 15 National Science Foundation, BIO directorate IDBR, MRI, and GRFP panels | 2012-present |
| **Faculty Advisor**, Student Chapters of AIChE, MAES, Society of Hispanic Professional Engineers (SHPE), Biomedical Engineering Society (BMES) | 2009-2020 |
| **Chair, Co-Chair, Advisor** Aggie Innovation Space, Dean's Advisory Committee for Strategic Planning, NMSU Provost Search Committee, NMSU CoE Dean Search Committee, >6 search committees for the NMSU College of Engineering and CHME Program, NMSU Teaching Academy Mentor Pairing Team, | 2009-present |

**PEER-REVIEWED ISI INDEXED PUBLICATIONS**
Link to my Google Scholar Citation Index  and NCBI Bibliography

- H. Pouraria and J. P. Houston, "Elasticity of Carrier Fluid: A key factor affecting mechanical phenotyping in deformability cytometry," submitted, *Micromachines (Basel) 2024 Jun 25;15(7):822. doi: 10.3390/mi15070822* PMC11278870
- S. Valentino, K.D. Houston, and J. P. Houston, "Correlating NAD(P)H lifetime shifts to tamoxifen resistance in breast cancer cells: a metabolic screening study with time-resolved flow cytometry,", *Journal of Innovative Optical Health Sciences*, 2024
- Hiroshi Kanno, Kotaro Hiramatsu, Hideharu Mikami, Atsushi Nakayashiki, Shota Yamashita, Arata Nagai, Yin Fei, Keita Tominaga, Omer Faruk Bicer, Ryohei Noma, Bahareh Kiani, Olga Efa, Martin Büscher, Tetsuichi Wazawa, Masahiro Sonoshita, Hirofumi Shintaku, Takeharu Nagai, Sigurd Braun, Jessica P. Houston, Sherif Rashad, Kuniyasu Niizuma, and Keisuke Goda, "High-throughput Fluorescence Lifetime Imaging Flow Cytometry," Nat Commun. 2024 Sep 4;15:7376. PMC11375057
- H. Pouraria and J. P. Houston, "Exploitation of elasto-inertial fluid flow for the separation of nano-sized particles: Simulating the isolation of extracellular vesicles," *Cytometry A,* Oct 2023; 103(10):786-795, PMC10592338
- J. Sambrano, F. Rodriguez, J. Martin, and J. P. Houston, "Toward the Development of an On-Chip Acoustic Focusing Fluorescence Lifetime Flow Cytometer," *Frontiers in Physics,* 2021 9:253 https://www.frontiersin.org/article/10.3389/fphy.2021.647985
- A. Bitton, J. Sambrano, S. Valentino, and J. P. Houston, "A Review of New High-Throughput Methods Designed for Fluorescence Lifetime Sensing From Cells and Tissues," *Frontiers in Physics,* 2021 9:163 https://www.frontiersin.org/article/10.3389/fphy.2021.648553
- A. Bitton, Y. Zheng, K. D. Houston, and J. P. Houston, "Investigating differences between tamoxifen resistant and sensitive breast cancer cells with flow cytometry," *Cytometry A*, 2021 99(2):164-169; PMC7986838
- K. Nichani, J. Li, M. Suzuki, and J. P. Houston, "Evaluation of caspase-3 activity during apoptosis with fluorescence lifetime-based cytometry measurements and phasor analyses," *Cytometry A*, 2020 97(12):1265-1275; PMC7738394
- F. Alturkistany, K. Nichani, K. D. Houston, and J. P. Houston, "Fluorescence lifetime shifts of NAD(P)H during apoptosis measured by time-resolved flow cytometry," *Cytometry A* 2019; 95(1):70-79 PMC6587805
- J. P. Houston, "Apoptosis and Autophagy" *Cytometry A*, 2019, 95(6): 655-656.
- A. Cossarizza, et al., "Guidelines for the use of flow cytometry and cell sorting in immunological studies", *European journal of immunology* 49 (10), 1457-1973
- J. Thomas, J. P. Houston, and  L. Boucheron, "Measuring Self-Efficacy in Diverse First-Year Engineering Students Exposed to Entrepreneurial Minded Learning,"  *IEEE Frontiers in Education (FIE)* 2018 T3G: Engineering Education Research 10.1109/FIE.2018.8658540
- J. Sambrano, K. Nichani, L. Smagley, A. Chigaev, L. Sklar, J. P. Houston, "Evaluating integrin activation with time-resolved flow cytometry," *Journal of Biomedical Optics* 2018; 23(7):1-10 PMCID:PMC6232766
- V. Donnenberg, J. P. Houston, S. Muller, and E. Holden, "Cytometry A Score: 23 : 4", *Cytometry A,* July 2018
- L. Yan, J. Yu, J.P. Houston, N. Flores, and H. Luo, "Biomass derived porous nitrogen doped carbon for electrochemical devices," *Green Energy & Environment,*  2017; 2(2):84-99
- A. Filby, and J. P. Houston "Imaging cytometry: Automated morphology and feature extraction," *Cytometry A*. 2017 Sep;91(9):851-853. doi: 10.1002/cyto.a.23200
- Z. Yang, B. Rutherford, R. McDonald, and J. P. Houston "Development of far-red and ultraviolet digital frequency-domain flow cytometry systems," *IEEE Journal of Selected Topics in Quantum Electronics* 2017; 23(3):7100105
- W. Li, K. D. Houston, and J. P. Houston, "Shifts in the fluorescence lifetime of EGFP during bacterial phagocytosis measured by phase-sensitive flow cytometry,"  *Scientific Reports* 2017; 7:40341 PMCID:PMC5238435
- Z. Yang, D. M. Shcherbakova, V. Verkhusha, and J. P. Houston, "Developing a time-resolved flow cytometer for fluorescence lifetime measurements of near-infrared fluorescent proteins,"  *Conference on Lasers and Electro-Optics*, OSA Technical Digest  2016; https://doi.org/10.1364/CLEO_SI.2016.SW4G.1
- R. Cao,  Jenkins P, Peria W, Sands B, Naivar M, Brent R, and J. P. Houston, "Phasor plotting with frequency-domain flow cytometry," *Optics Express* 2016; 24(13):14596-607  PMCID:PMC5025209
- J.P. Houston, "Perspectives of an ISAC Marylou Ingram Scholar," *Cytometry A*. 21 July 2016, doi: 10.1002/cyto.a.22908
- E. Dahal, J. Curtiss, D. Subedi, G. Chen, J. P. Houston, and S. Smirnov, "Evaluation of the Catalytic Activity and Cytotoxicity of Palladium Nanocubes," *ACS Appl. Mater. Interfaces* 2015; 7 (18): 93649371 PMCID:PMC4663053
- P. Jenkins, M. Naivar, and J. P. Houston, "Toward the measurement of multiple fluorescence lifetimes in flow cytometry: maximizing multi-harmonic content from cells and microspheres," *Journal of Biophotonics* 2015; 8(11-12):908-917  PMCID:PMC4869968

- B. Sands, P. Jenkins, B. J. Peria, M. Naivar, J. P. Houston, and R. Brent, "Measuring and sorting cell populations expressing isospectral fluorescent proteins with different fluorescence lifetimes," *PLoS One* 2014; 9(10):e109940  PMCID:PMC4193854
- R. Cao, M. Naivar, M. Wilder, and J. P. Houston, "Expanding the potential of standard flow cytometry by extracting fluorescence lifetimes from cytometric pulse shifts.," *Cytometry A* 2014; 85(12):999-1010 PMCID:PMC4257068  **selected for the 2014 Best Paper Award
- W. Li, G. Vacca, and J. P. Houston, "Fluorescence lifetime excitation cytometry by kinetic dithering," *Electrophoresis* 2014; 35(12-13):1846-54 PMCID:PMC4231566
- Gohar, R. Cao, P. Jenkins, W. Li, J.P. Houston, and K. D. Houston, "Subcellular localization-dependent changes in EGFP fluorescence lifetime measured by time-resolved flow cytometry," Biomedical Optics Express 2013; 4(8):1390-1400 PMCID:PMC3756581
- R. Cao, V. Pankayatselvan, and J. P. Houston, "Cytometric sorting based on the fluorescence lifetime of spectrally overlapping signals," *Optics Express* 2013; 21(12): 14816-14831 PMCID:PMC3726248
- J. P. Houston, M. Naivar, P. Jenkins and J. P. Freyer, "Capture of fluorescence decay times by flow cytometry," *Current Protocols in Cytometry* 2012;  59(1):1.25.1-1.25.12  PMCID:PMC4240630
- J. P. Houston, M. Naivar, and J. P. Freyer, "Digital Acquisition of fluorescence lifetime by frequency domain flow cytometry," *Cytometry A* 2010; 77A(9):861- 872  PMCID:PMC2930036
- E. M. Sevick-Muraca, R. Sharma, J. C. Rasmussen, M. V. Marshall, J. A.Wendt, H. Q. Pham, E. Bonefas, J. P. Houston, L. Sampath, K. E. Adams, D. Blanchard, R.E. Fisher, S. Chiang, R. Elledge, and M. E. Mawad, "Imaging of lymph flow in breast cancer patients after microdose administration of a near-infrared fluorophore – feasibility," Radiology 2008, 246(3) 734-741.
- R. Sharma, W. Wang, J. Rasmussen, A. Joshi, J. P. Houston, K. Adams, A. Cameron, S. Ke, M. Mawad, and E. Sevick, "Quantitative imaging of lymph function," American Journal of Physiology: Heart and Circulation 2007, 292:H3109-H3118.
- J. P. Houston, S. Ke, W. Wang, C. Li, and E. M. Sevick-Muraca, "Quality analysis of in vivo NIR fluorescence and conventional gamma images acquired using a dual-labeled tumor-targeting probe," Journal of Biomedical Optics 2005, 10(5):54010.
- K. Hwang, J. P. Houston, J. Rasmussen, S. Ke, C. Li, and E. M. Sevick-Muraca, "Enhanced fluorescent optical imaging with improved excitation light rejection," Molecular Imaging 2005, 4(3):194-204.
- S. Kwon, S. Ke, J. P. Houston, W. Wang, Q. Wu, C. Li, and E. M. Sevick-Muraca, "Imaging dose-dependent pharmacokinetics of an RGD-fluorescent dye conjugate targeted to avb3 receptor expressed in Kaposi's sarcoma," Molecular Imaging 2005, 4:75-87 (cover of issue).
- C.Li, W. Wang, Q. Wu, S. Ke, J. P. Houston, E. M. Sevick-Muraca, L. Dong,  D. Chow, C. Charnsangavej and J. P. Gelovani, "Dual optical and nuclear imaging in human melanoma xenografts using a single targeted imaging probe," Nuclear Medicine and Biology 2006, 33(3):349-358.
- J. P. Houston and E. M. Sevick-Muraca, "Sensitivity and depth penetration of CW versus FDPM NIR fluorescence contrast-enhanced imaging," Photochemistry and Photobiology 2003, 77:420-430.

| | |
|---|---|
| BOOK CHAPTERS | J. P. Houston, S. Valentino, and A Bitton, Chapter in Flow Cytometry Protocols Edition 5Eds. B. Hawley and T. Hawley, Springer 2024. |
| | J. P. Houston, Z. Yang, J. Sambrano, K. Nichani, and G. Vacca, "Overview of fluorescence lifetime measurements in flow cytometry," Chapter in Flow Cytometry Protocols Edition 4Eds. B. Hawley and T. Hawley, Springer 2017. |
| | E. M. Sevick-Muraca, A. Godavarty, J. P. Houston, A. B. Thompson, and R. Roy,  "Near-infrared imaging with fluorescent contrast agents," Chapter 14 in Fluorescence in Biomedicine Eds. B. Pogue and M. A. Mycek, Marcel Dekker, New York, New York, 83 pgs., 2003. |
| | E. M. Sevick-Muraca, E. Kuwana, A. Godavarty, J. P. Houston, A. B. Thompson, and R. Roy, "Near-infrared fluorescence imaging and spectroscopy in random media and tissues," Chapter 33 in Biomedical Photonics Handbook  Ed. J. Vo-Dinh, CRC Press., 66 pgs., 2003. |
| PATENTS | J. P. Houston and M. Naivar,  "Methods of measuring fluorescence lifetime using a flow cytometer" United States Patent, Pub no. US9632030 B1, App no. US 14/072,521, Apr 25, 2017. |
| | E. M. Sevick-Muraca, R. Sharma, J. Rasmussen, M. E. Mawad, K. Adams, and J. P. Houston, "Functional Imaging of Lymphatics,"  U.S. Provisional Patent Application No. BLG 06-094, Received: 06/22/06. Patent Filing Date: 08/24/06. |

## CONFERENCE PROCEEDINGS

- S. Valentino, K. D. Houston, and J. P. Houston, "Metabolic profiling of tamoxifen-sensitive and tamoxifen-resistant breast cancer cells measuring the optical redox ratio of NAD(P)H/FAD utilizing a high-throughput time-resolved flow

cytometer" 2024 *Proceedings of SPIE Imaging and Manipulation of Cells and Tissues XX,* San Francisco, CA Jan 27-31.

- S. Valentino,  K. D. Houston, and J. P. Houston, "Correlating NAD(P)H lifetime shifts to treatment of breast cancer cells with serum and serum-free conditions: a metabolic screening study with time-resolved flow cytometry" 2023 *Proceedings of SPIE Imaging and Manipulation of Cells and Tissues XX http://dx.doi.org/10.1117/12.2650966.*

- J. Sambrano "Towards FRET-based studies using high throughput time-resolved acoustofluidic flow cytometry" 2021 *Proceedings of SPIE Imaging and Manipulation of Cells and Tissues XX, http://dx.doi.org/10.1117/12.2578668*

- Bitton, K. D. Houston, and J. P. Houston, "Spectral Flow Cytometry to Distinguish Tamoxifen Resistant Breast Cancer Cells," *Proceedings of the Optical Society of America, Conference on Lasers and Electro Optics (CLEO),* 2020, paper: JW2A

- J. Sambrano, F. Rodriguez, and J. P. Houston, "Developing a time-resolved acoustofluidic flow cytometer for FRET studies and near-infrared fluorescent protein development," *Proceedings of the Optical Society of America, Conference on Lasers and Electro Optics (CLEO),* 2020*,* Paper AW3I.1

- J. Sambrano and J. P. Houston, "Acquiring fluorescence decay kinetic measurements with on-chip acoustic focusing cytometry (Invited Paper)," 2020 *Proceedings of SPIE High-Speed Biomedical Imaging and Spectroscopy* v 11250, 112500Z  http://dx.doi.org/10.1117/12.2547511

- D. Rodriguez, K. D. Houston, and J. P. Houston, " Determining Metabolic Changes Associated with Tamoxifen Treatment and Resistance in Breast Cancer," *Proceedings of the Optical Society of America, Conference on Lasers and Electro Optics (CLEO): Science and Innovations*, 2019, pSM4H.4

- J. Li and J. P. Houston, "Phase filtered cell sorting with a NIR fluorescence lifetime flow cytometer,"  *Proceedings of the Optical Society of America, Conference on Lasers and Electro Optics (CLEO): Science and Innovations,* 2018*, ISBN: 978-1-943580-42-2, paper STh3J.4,*

- F. Alturkistany, K. Nichani, and J. P. Houston, "Effect of Viscosity on Fluorescence Lifetime Measured Using Flow Cytometry *Proceedings of the Optical Society of America, Conference on Lasers and Electro Optics (CLEO): Science and Innovations,* 2018, v JTh2A. p103

- J. Thomas, J. P. Houston, and L. Boucheron, "Measuring Self-Efficacy in Diverse First-Year Engineering Students Exposed to Entrepreneurial Minded Learning," *Proceedings of the IEEE Frontiers in Education Conference*, 2018, DOI:10.1109/fie.2018.8658540

- J. Sambrano, Y. Smagley, A. Chigaev, L. A. Sklar, and J. P. Houston, "Using FRET to quantify changes in integrin structures in human leukocytes induced by chemoattractants with multi-frequency flow cytometry," *Progress in Biomedical Optics and Imaging - Proceedings of SPIE* Biophotonics and Immune Responses XII v 10065, p100650W.

- Z. Yang, D. Shcherbakova, V. V. Verkhushua, and J. P. Houston, "Developing a time-resolved flow cytometer for fluorescence lifetime measurements of near-infrared fluorescent proteins," *Proceedings of the Optical Society of America, Conference on Lasers and Electro Optics (CLEO): Science and Innovations,* 2016.

- E. Dahal, R. Cao, P. Jenkins, and J. P. Houston, "High-throughput measurement of the long excited-state lifetime of quantum dots in flow cytometry," *Progress in Biomedical Optics and Imaging - Proceedings of SPIE, Imaging, Manipulation, and Analysis of Biomolecules, Cells, and Tissues VI*, v 8947, p89470S, 2014.

- P. Jenkins, M. Naivar, J. P. Freyer, A. Arteaga, and J. P. Houston, "Flow cytometric separation of spectrally overlapping fluorophores using multifrequency fluorescence lifetime analysis," *Progress in Biomedical Optics and Imaging - Proceedings of SPIE,* v 7902, *Imaging, Manipulation, and Analysis of Biomolecules, Cells, and Tissues VI*, p790216 doi:10.1117/12.875627, 2011.

- T. Jones, P. Jenkins, and J. P. Houston, "Resolving Multiple Fluorescence Decays from Single Cytometric Events," *Biomedical Optics Proceedings, OSA Technical Digest (CD) Optical Society of America,* paper BTuD113p, 2010.

- J.P. Houston, C.K. Sanders, A. Trujillo, M.A. Naivar, and J.P. Freyer, "Measurement of modulated autofluorescence signals in flow cytometry" v *24, IFMBE Proceedings*  p 261-262, 2009.

- J. P. Houston, M. Naivar, J. C. Martin, G. Goddard, S. Carpenter, J. R. Mourant, and J. P. Freyer, "Endogenous fluorescence lifetime of viable cells by flow cytometry," *Progress in Biomedical Optics and Imaging - Proceedings of SPIE,* v 6859, *Imaging, Manipulation, and Analysis of Biomolecules, Cells, and Tissues VI,* p 68590T-68590T- 8, 2008.

- G. Goddard, J. P. Houston, J. Hickey, J. C. Martin, J. P. Freyer, and S. Graves, "Cellular discrimination based on spectral analysis of intrinsic fluorescence," *Progress in Biomedical Optics and Imaging - Proceedings of SPIE,* v 6859, *Imaging, Manipulation, and Analysis of Biomolecules, Cells, and Tissues VI,* p 6859081-8, 2008.

- J. P. Houston, S. Ke, W. Wang, C. Li, and E. M. Sevick-Muraca, "Dual-modality imaging *in vivo* with a fluorescence-enhanced, gain-modulated NIR intensified CCD camera and a conventional gamma camera," *Progress in Biomedical Optics and Imaging - Proceedings of SPIE*, v 5704, *Genetically Engineered and Optical Probes for Biomedical Applications III*, p 10-15, 2005. K. Hwang, J. P. Houston, J. Rasmussen, S. Ke, C. Li, and E. M. Sevick-Muraca, "The influence of improved interference filter performance for molecular imaging using FDPM measurements," Progress in Biomedical Optics and Imaging - Proceedings of SPIE, v 5693, Optical Tomography and Spectroscopy of Tissue VI, p 503-512, 2005.

- S. Kwon, S. Ke, J. P. Houston, W. Wang, Q. Wu, C. Li, and E. M. Sevick-Muraca, "In vivo pharmacokinetic analysis for fluorescently labeled RGD peptide targeted to the $\alpha v \beta 3$ integrin in Kaposi's sarcoma," Progress in Biomedical Optics

and Imaging - Proceedings of SPIE, v 5689, Optical Methods for Tumor Treatment and Detection: Mechanisms and Techniques in Photodynamic Therapy XIV, p 263-269, 2005.
- J. P. Houston and E. M. Sevick-Muraca "Depth penetration and molar sensitivity for near-infrared fluorescence-enhanced optical imaging" $\alpha v \beta 3$, Annual International Conference of the IEEE Engineering in Medicine and Biology.

### INVITED TALKS TO COLLOQUIA, SEMINARS, KEYNOTES, ETC.
- "Time-resolved flow cytometry," 30th International Workshop on "Single Molecule Spectroscopy and Super-resolution Microscopy" Berlin, Germany, September 23-26, 2025.
- *Keynote Address* "Leadership in cytometry and development of new technologies," *flowcytometryUK*, Newcastle, UK March 26-28, 2025.
- "Metabolic analysis of breast cancer cells with fluorescence lifetime cytometry," XIII Meeting of The Brazilian Purine Club, Santos, SP, Brazil November 5-8, 2024.
- "Basics of cytometry," Molecular Signaling in Health and Disease, University of Sao Paulo, Biochemistry Department, Sao Paulo, Brazil November 11, 2024.
- "Fluorescence Lifetime and Flow Cytometry", Colloquia of the Universidade de Mogi das Cruzes - UMC, Universidade de Mogi das Cruzes - UMC Núcleo Integrado de Biotecnologia -NIB Laboratório de Biologia Experimental do Câncer - LABEC, Mogi das Cruzes, Brazil, September 27, 2024.
- "Fluorescence Lifetime and Flow Cytometry," Colloquia of the Pasteur Institute Montevideo, Pasteur Institute, Montevideo, Uruguay September 5, 2024.
- "Time-resolved flow cytometry instrument development and applications," University of Sao Paulo Institute of Chemistry Seminar Series, Sao Paulo, Brazil, March 15, 2024.
- "Time-resolved flow cytometry," Miltenyi Biotec Biophysics Group, Germany Virtual, Sept 27, 2023.
- *Keynote Address*: Cytometry Instrument development and work-life balance, The Annual Meeting for the Australasian Cytometry Society, August 26-30, 203, Queenstown, New Zealand
- "Metabolic mapping with flow cytometry," University of Madison Wisconsin Biomedical Engineering Seminar Series , October, 2023
- "Metabolic mapping with flow cytometry," Invited Speaker for the XI Meeting of the Brazilian Purine Club, Buzios, Brazil, Sept 11-15, 2022.
- "Metabolic cytometry of breast cancer," Invited Speaker at the Brazilian Biochemistry Society Annual Meeting, Aguas de Lindoia, Brazil, Sept 5-7, 2022.
- "Fluorescence lifetime sensing with flow cytometry" NIST biophysics group, June 7, 2021 (virtual)
- "Detection of tamoxifen resistance in breast cancer cells using autofluorescence lifetime flow cytometry," University of Maryland, Department of Bioengineering Virtual Seminar Series, November 13, 2020.
- "Diversity, inclusion, and role models of ethnicity in STEM," University of Massachusetts Amherst Department of Chemistry, Virtual Seminar Series September 24, 2020.
- "Fluorescence dynamics with a flow cytometer," South East Flow Cytometry Interest Group (SEFCIG) Mobile, AL, February 16, 2020.
- "Modern approaches to time-resolved flow cytometry" SPIE BiOS Conference, San Francisco, CA, February 2, 2020.
- "Metabolic mapping with time-resolved flow cytometry, "American Chemical Society South West Regional Meeting, El Paso, TX November 15, 2019.
- "Research in the US and Japan" Saitama University, Saitama, Japan, November 2018.
- "Fluorescence lifetime in our lifetime" University of Tokyo Department of Chemistry, 1756th seminar of the Zassikai Seminar Series, Tokyo, Japan, October 18, 2018.
- "Fluorescence lifetime in our lifetime" FlowTex Annual Meeting, Houston, TX, Feb 7, 2018.
- Keynote: "STEM outreach for k-12", Expanding Your Horizons Annual Conference, Santa Fe, NM, October 21, 2017.
- "Time-resolved flow cytometry developments," The 40th Annual Course in Flow Cytometry at the Center for Biomedical Engineering, University of New Mexico, Albuquerque, NM, June 28, 2017.
- "Fluorescence lifetime and spectral flow cytometry developments," ESCCA 2016, European Society for Clinical Cell Analysis, Edinburgh, Scotland, September 13, 2016.
- "Developing time-resolved flow cytometry" CLEO: Laser Science to Photonic Applications, , Science & Innovation Session: Biophotonics and Optofluidics Optical Society of America, San Jose, CA, June 8, 2016.
- "Q&A panel to discuss ethics in research", Biology Course on Ethics-Dr. Serrano New Mexico State University, Las Cruces, NM, March 9, 2016.
- "Instrument and application development for fluorescence lifetime measurements with flow cytometry," Complex Fluids Workshop, Harvard University, Cambridge, MA, December 4, 2015.
- "Instrument and application development for fluorescence lifetime measurements with flow cytometry," International Workshop on Nanomaterials for Energy and Biotechnology with the American Chemical Society at

Harbin University, Harbin, China November 2, 2015.
- "Instrument and application development for fluorescence lifetime measurements with flow cytometry," Duke University Biomedical Engineering Seminar Series, Durham, NC October 1, 2015.
- "Instrument and application development for fluorescence lifetime measurements with flow cytometry" Great Lakes International Imaging and Flow Cytometry Conference, Buffalo, NY September 25, 2015.
- "Novel technologies: fluorescence lifetime in flow cytometry The 38th Annual Course in Flow Cytometry at the Center for Biomedical Engineering, University of New Mexico, Albuquerque, NM, June 2, 2015.
- "Developing time resolved flow cytometry for fluorescence decay-dependent, high-throughput cancer cell counting and sorting," City College of New York, RCMI Seminar Series, New York, NY May 12, 2015.
- "You're gonna build a what? – Creativity and Vision in Biomedical Engineering" Society for the Advancement of Chicanos and Native Americans in Science (SACNAS) National Conference, Los Angeles, CA, October 17, 2104.
- "Outreach activities with the Instrumentation for Biological Research Grant (IDBR)," Division of Biological Infrastructure Principle Investigator Workshop, BIO Directorate, The National Science Foundation Arlington, VA, May 5, 2014.
- "Fluorescence lifetime-dependent flow cytometry: a new parameter for single cell sorting and analysis," Department of Pathology, University of New Mexico Cancer Center and Medical School, Albuquerque, NM, March 14, 2014.
- "Fluorescence lifetime-dependent flow cytometry: a new parameter for single cell sorting and analysis," The 25th Annual Association for Biomolecular Resource Facilities Meeting, Albuquerque, NM, March 24, 2014.
- "Fluorescence lifetime-dependent flow cytometry: a new parameter for single cell sorting and analysis," Department of Chemical Engineering, Seminar series at Arizona State University Tempe, AZ, February 10, 2014.
- "Novel Fluorescence Lifetime Techniques The 35th Annual Course in Flow Cytometry at the Center for Biomedical Engineering, University of New Mexico, Albuquerque, NM, June 18 2013.
- "Fluorescence Lifetime," The 33rd Annual Course in Flow Cytometry at the Center for Biomedical Engineering, University of New Mexico, Albuquerque, NM, June 14, 2011.
- "Toward the development of time-dependent flow cytometry," School of Engineering, The University of California Merced, Biomedical Engineering and Small Scale Technologies Seminar Series, Merced, CA, January 22, 2011.
- "Developing new methods for resolving and sorting multiple fluorescence decay from single cytometric events," Department of Chemical Engineering and the Ideas Networks for Biomedical Research Excellence Symposia, New Mexico Tech University, Socorro, NM, Sept 20, 2010.
- "Developing new methods for resolving and sorting multiple fluorescence decay from single cytometric events," Department of Chemical Engineering Seminar Series, Iowa State University Ames, IA, September 16, 2010.
- "Toward the development of time-dependent flow cytometry: when there is more to flow than just color," College of Engineering, New Mexico Alliance for Minority Participation Annual Student Research Conference, New Mexico State University, Las Cruces, NM, Sept 30, 2010.
- "Fluorescence Decay Measurements in Cytometry sorting and analysis," Department of iomedical Engineering Seminar Series, Florida International University, Miami, FL, April 14, 2010.
- "Biophotonics and Bio-Sensors: Tools for biological research and diagnostics in medicine," College of Engineering, Integrated Learning Communities Workshop, New Mexico State University Las Cruces, NM, March 11, 2010.
- "Single exponential fluorescence decay analysis and sorting at the NFCR," The 31st Annual Course in Flow Cytometry Center for Biomedical Engineering, University of New Mexico, Albuquerque, NM, June 2, 2009.
- "Encouraging undergraduate students towards graduate research careers," College of Engineering, New Mexico Alliance for Minority Participation Symposium Las Cruces, NM, December 4, 2009


**ABSTRACTS PRESENTED AT CONFERENCES (last 5 years): *with undergraduate(s), **awardee**
- 
- Bautista-Tovar, D. (poster), Houston, K., Houston, J. P., NMSU Graduate Research and Creative Arts Symposium (GRAS), NMSU, Las Cruces, NM, "Differential expression of membrane proteins for resistance to the anticancer drug tamoxifen in monolayer and spheroids", November 9, 2024
- Research and Creativity Week S. Escamilla 2024
- Houston, J. P. (oral), "Viscoelastic fluid flow in micro flow cytometry", Cytometry Development Workshop, San Diego, CA, October 26, 2024.
- S. Valentino (oral), K.D. Houston and J. P. Houston, "Correlating NAD(P)H lifetime shifts to treatment of breast cancer cells: a metabolic screening study with time-resolved flow cytometry in developing tamoxifen resistance in MCF-7cells and optical redox ratio analysis potential." Congress for the International Society for the Advancement of Cytometry CYTO May 4-8, 2024 Edinburgh, Scotland
- D. Bautista (poster), K.D. Houston, J.P. Houston, "Development a flow cytometric diagnosis of tamoxifen resistant breast cancer cells," Congress for the International Society for the Advancement of Cytometry CYTO May 4-8, 2024 Edinburgh, Scotland

- *Ortega-Sandoval, K. (oral), Escamilla, S., Houston, K., Houston, J. P., "Metabolic profiling of tamoxifen-sensitive and tamoxifen-resistant breast cancer cells utilizing a high-throughput time-resolved flow cytometer and fluorescence lifetime imaging microscopy" Undergraduate Research and Creative Arts Symposium (URCAS), New Mexico State University, April 2024, Las Cruces, NM.
- Bautista-Tovar, D. (poster), Houston, J. P., Houston, K., "Cell surface membrane biomarkers for the diagnosis of tamoxifen-resistant breast cancer", NMSU Research and Creativity Week, NMSU, February 28, 2024, Las Cruces, NM.
- Escamilla, S. (oral), Houston, K., Houston, J. P. "Correlating NAD(P)H lifetime shifts to treatment of breast cancer cells: a metabolic screening study with time-resolved flow cytometry in developing tamoxifen resistance in MCF-7 cells and optical redox ratio analysis potential", NMSU Research and Creativity Week, NMSU, February 28, 2024, Las Cruces, NM
- S. Valentino (oral), K. D. Houston, and J. P. Houston, "Metabolic profiling of tamoxifen-sensitive and tamoxifen-resistant breast cancer cells measuring the optical redox ratio of NAD(P)H/FAD utilizing a high-throughput time-resolved flow cytometer" 2024 SPIE Photonics West Conference on Imaging and Manipulation of Molecules, Cells, and Tissues XX San Francisco, CA
- S. Valentino (poster), K.D. Houston and J. P. Houston, " Metabolic profiling of tamoxifen-sensitive and tamoxifen-resistant breast cancer cells measuring the optical redox ratio of NAD(P)H/FAD utilizing a high-throughput time-resolved flow cytometer." Congress for the International Society for the Advancement of Cytometry CYTO May 20-24, 2023 Montreal Canada
- S. Valentino (invited, oral), *A. Perez, A. Bitton, J. Sambrano, K. D. Houston, and J. P. Houston, "Correlating NAD(P)H lifetime shifts to treatment of breast cancer cells with serum and serum-free conditions: a metabolic screening study with time-resolved flow cytometry" 2023 SPIE Photonics West Conference on Imaging and Manipulation of Molecules, Cells, and Tissues XX San Francisco, CA.
- H. Pouraria (poster) and J. P. Houston, "Exploitation of elasto-inertial fluid flow for the separation of nano-sized particles: Simulating the isolation of extracellular vesicles, Congress for the International Society for the Advancement of Cytometry CYTO, June 1-7, 2022,  Philadelphia, PA.
- S. Valentino (poster), K. D. Houston, and J. P. Houston, "Correlating NAD(P)H lifetime shifts to treatment of breast cancer cells with serum and serum-free conditions: a metabolic screening study with time-resolved flow cytometry," Annual Congress for the International Society for the Advancement of Cytometry CYTO, June 1-7, 2022,  Philadelphia, PA
- S. Valentino (poster)  Aric Bitton, Jesus Sambrano, Kevin D. Houston, Jessica P. Houston Correlating NAD(P)H lifetime shifts to treatment of MCF-7 and T-47D breast cancer cells under serum and serum free conditions: a metabolic mapping study with time-resolved flow cytometry". Research and Creativity week New Mexico State University November 2-5th, 2021
- J. Sambrano (poster) Research and Creativity week New Mexico State University November 2-5th, 2021
- Bitton (invited, oral), Y. Zheng, K. D. Houston, and J. P. Houston, "Exploring Markers of Tamoxifen Resistance in Breast Cancer Cells Using Flow Cytometry and FACS", Western Association of Core Directors (WACD) Rising Star Conference, Phoenix, AZ, September 23, 2021.
- J.S. Sambrano (poster), *Darrow, B., Martin, J., Houston, J.P. (2021, June 7-10). "Optimizing a frequency domain, on-chip flow cytometry for single cell analysis." CYTO 2021 Virtual Online.
- S. Valentino (poster), Aric Bitton, Jesus Sambrano, Kevin D. Houston, Jessica P. Houston, "Correlating NAD(P)H lifetime shifts MCF7 and T47D breast cancer cells: a metabolic mapping study with time-resolved flow cytometry" June 2021 CYTO Conference Virtual
- *S. Valentino (poster), J. Sambrano, Aric Bitton, Cameron Selna, *Mustafa Muhyi, *Brenda Esparza, John C. Tigges, Ionita Ghiran, Brandy Pickney, Shulin Lu, and Jessica P. Houston, "Europium Luminescence Analysis with Time Resolved Flow Cytometry" July 2021 CYTO Conference Virtual
- Bitton (oral), Yan Zheng, Kevin D. Houston, Jessica P. Houston, "Testing for the Presence of Innately Tamoxifen Resistant Breast Cancer Cells Using FACS" –June 2021 – CYTO Conference Virtual
- *A. Martinez (poster), J. Sowers, J. P. Houston, and K. D. Houston, "Development of time-resolved flow cytometry instruments and applications," NMSU Undergraduate Research and Creative Arts symposium, May 2021 (virtual)
- J.S. Sambrano (oral), Houston, J.P. 2021, March 6-11, "Towards FRET-based studies using high-throughput time-resolved acoustofluidic flow cytometry.  SPIE: BiOS January 2021. Virtual/Online
- *B. Darrow (poster), J. Sambrao, and J. P. Houston, "FACScan Flowcytometry Machine Repair and Development, NMSU Alliance for Minority Participation Conference Las Cruces, NM, October 2020 (virtual)
- *A. Martinez (poster), J. Sowers, J. P. Houston, and K. D. Houston, "Development of time-resolved flow cytometry instruments and applications," NMSU Alliance for Minority Participation Conference Las Cruces, NM, October 2020 (virtual)
- J. P. Houston (oral), V. Litwin, R. Errington, and J. Moore, "CYTO Women: Next Steps," *CYTO Virtual 2020, International Society for the Advancement of Cytometry*, August 5, 2020.
- J. Sambrano (oral), *F. Rodriguez, and J. P. Houston, "Developing a time-resolved acoustofluidic flow cytometer for FRET studies and near-infrared fluorescent protein development," *CYTO Virtual 2020, International Society for the*

*Advancement of Cytometry*, August 4, 2020.

- Bitton (poster), K. D. Houston, and J. P. Houston "Development of a three-color panel to identify tamoxifen resistant breast cancer cells," *CYTO Virtual 2020, International Society for the Advancement of Cytometry*, August 4, 2020.
- *C. Sanchez (poster), K. D. Houston, and J. P. Houston, "Mapping Metabolic Differences Between Tamoxifen-sensitive and -resistant Breast Cancer Cells Using Time-resolved Flow Cytometry," *CYTO Virtual 2020, International Society for the Advancement of Cytometry*, August 4, 2020.
- J. Sambrano (oral), *F. Rodriguez, and J. P. Houston, "Developing a time-resolved acoustofluidic flow cytometer for FRET studies and near-infrared fluorescent protein development," *CLEO: Laser Science to Photonic Applications, Science & Innovation Virtual Session,* May 12, 2020.
- Bitton (poster), K. D. Houston, and J. P. Houston, "Spectral flow cytometry to distinguish tamoxifen sensitivity in breast cancer cells," *CLEO: Laser Science to Photonic Applications, Science & Innovation Virtual Session,* May 11, 2020.
- Bitton (poster), K. D. Houston, and J. P. Houston, "Spectral flow cytometry to distinguish tamoxifen sensitivity in breast cancer cells," *Cytometry of Western States (COWS) Annual Meeting*, Scottsdale, AZ, February 2020.
- J. P. Houston (oral) and J. Sambrano, "Developing a time-resolved acoustofluidic flow cytometer for FRET studies and near-infrared fluorescent protein development*," Photonics West BiOS SPIE,* San Jose, CA, February 2020

**SUPPORTED PROJECTS** (ONLY PI OR CO-I LISTED)

| Project | | Support | Duration |
|---|---|---|---|
| **National Institutes of Health   R35GM152076** | (J. P. Houston, PI) | | |
| Advanced approaches for biomedical measurements using time-resolved and micro-flow cytometry | | $1.8M | 2024-2029 |
| **National Institutes of Health   T32GM148394** | (J. P. Houston, co- PI) | | |
| G-RISE at New Mexico State University | | $2.6M | 2023-2028 |
| **National Institutes of Health   R01GM129859** | (J. P. Houston, PI) | | |
| *Microflow time-resolved flow cytometry for FRET and Fluorescent Protein Development* | | $1.1M- | 2019-2023 |
| **Research Gift** | | | |
| Support of the Houston Flow Cytometry laboratory: Donor Gary Seipel supporting our cancer research after meeting and discussing our research aims. | | $10k | 2019-present |
| **US Department of State and Fulbright Japan** | (J. P. Houston, PI) | | |
| *Faculty Fulbright Scholar Award for Research at Saitama University* | | $40k | 2018-2019 |
| **National Science Foundation RIEF EE-1640523** | (J. P. Houston, co-I) | | |
| *Research Initiation in Engineering Formation to support research in the Professional formation of Engineers;* JPH (1 mo summer support) with Laura Boucheron (1 summer mo), James Thomas (supported as GA with tuition for 3 years); other contributors Luis Vazquez, Patricia Sullivan, Steven Stochaj, Muhammad Dawood | | Total: $149,998 | 2016-2019 |
| **United States Department of Agriculture** | (J. P. Houston, co-I) | | |
| *IFSEEN - Integrating Food Science/Engineering and Education Network: A Partnership to Integrate Efforts and Collaboration to Shape Tomorrow's Hispanic Food Safety/Science Leaders",* lead: University of Texas, Rio Grande Valley; participant institutions: UT San Antonio, UNM, NMSU: Jessica P. Houston, Hongmei Luo, Nancy Flores. | | Total: $2M $392,800 to NMSU  $68,570 to JPH | 2015-2020 |
| **Cowboys for Cancer Research Foundation** | (Foudazi, PI) | | |
| *Elasto-inertial microfluidics platforms for enrichment of exosomes for cancer diagnosis.* Collaborative with Reza Foudazi at NMSU and contributor to proposal goals | | $40k to Foudazi | 2019-2018 |
| **NMSU College of Engineering** | (J. P. Houston, PI) | | |
| *Engineering of Unique Nanocarriers with Optical Properties for Cancer Imaging* Collaborative with Hongmei Luo at NMSU | | $10k $5k to JPH | 2018 |
| **NMSU Arrowhead Center** | (J. P. Houston, PI) | | |
| Launch Grant—Commercialization of non-modulated fluorescence lifetime flow cytometry | | $5k to JPH | 2017-2018 |
| **Cowboys for Cancer Research Foundation** | (J. P. Houston, PI) | | |
| *Metabolic mapping of cancer cells with endogenous fluorescence lifetime measurements in flow cytometry.* Collaborative with Kevin D. Houston at NMSU | | $50k $25k to JPH | 2016-2017 |
| **National Institutes of Health** | (J. Sambrano Jr., PI) | | |
| National Institute for Biomedical Imaging and Bioengineering: Ruth L. Kirschstein National Research Service Award (NRSA) Individual Predoctoral Fellowship: Direct mentor to Jesus Sambrano Jr., Graduate Student | | $85k to Sambrano | 2016-2018 |
| **National Science Foundation  CAREER Award** | (J. P. Houston, PI) | | |
| *Fluorescence lifetime in our lifetime* BIO Directorate, Division of Biological Infrastructure | | $500,000 | 2012-2017 |
| **National Institutes of Health**, U54 CA132383   (O'Connel & Thompson, Co-I's) | | | |
| *Time resolved flow cytometric study of cell signaling* Sub-Project 4 of the U54: Partnership for the Advancement of Cancer Research, | | $300k to JPH | 2013-2016 |
| **New Mexico State University LAUNCH Award** | (J.P.Houston, PI) | | |
| *Development of time-resolved flow cytometry* | | $25,000 | 2015 |
| **National Institutes of Health U54 CA132383** | (O'Connel & Thompson, Co-I's) | | |
| *Time resolved flow cytometric study of cell signaling* Pilot Project to U54 CA132383 | | $88k to JPH | 2014 |
| **New Mexico State University Interdisciplinary Research Grant**  (J.P.Houston, Co-I) | | | |
| *Time-resolved flow cytometry to detect circulating tumor cells* | | $25k to JPH | 2014 |
| **National Science Foundation** | (J.P.Houston, Co-I) | | |
| *Acquisition of Rheometer for Bulk and Interfacial Rheology* ENGR Directorate and CBET | | $98,758 for instrument | 2014 |
| **National Institutes of Health National Cancer Institute** | (J.P.Houston, PI) | | |
| *Research Supplement to Promote Diversity in Health Related Research* | | $102,000 | 2011-2012 |
| **National Science Foundation, BIO Directorate** | (J.P.Houston, PI) | | |
| *Career-life-balance Supplement* | | $12,000 | 2012 |
| **National Science Foundation, BIO Directorate**, | (J.P.Houston, PI) | $3000 | 2012 |

| | | | | |
|---|---|---|---|---|
| *Research Experience for Undergraduates Supplement*<br>**National Science Foundation, BIO Directorate,** | (J.P.Houston, PI) | $8000 | 2011-2012 |
| *Research Experience for Undergraduates Supplement*<br>**National Science Foundation, BIO Directorate** | (J.P.Houston, PI) | $47,507 | 2013 |
| *American Society for Cell Biology Travel Supplement Award*<br>**New Mexico State University Interdisciplinary Research Grant** | (J.P.Houston, Co-I) | | |
| *Breast cancer: The role of progestins in modulating DNA replication via the membrane progesterone receptor alpha* | | $5k to JPH | 2011 |
| **National Institutes of Health R15 EB012013-01** | (J.P. Houston, PI) | | |
| *Multiple Excited State cytometric sorting and analysis*<br>National Institute for Biomedical Imaging and Bioengineering | | $313,000 | 2010-2013 |
| **National Science Foundation IDBR** | (J. P. Houston, PI) | $263,000 | 2010-2014 |
| *Development of Heterogeneous Excited State Flow Cytometry Sorting and Analysis* | | | |

## Courses Taught since 2015

| Semester | Course, section, title | | Total cr hr | Approx enrollment |
|---|---|---|---|---|
| Sp 2025 | CHME 594 | Communications for Graduate Students | 2 | 11 |
| | CHME 590 | Shires Graduate Seminar | 1 | 3 |
| Fa 2024 | CHME 590 | Shires Graduate Seminar | 1 | |
| Sp 2024 | CHME 305 M01 | Transport phenomena I: fluid flow | 3 | 25 |
| | CHME 481 M01 | Biomedical Engineering | 3 | 25 |
| Fa 2023 | CHME 412 | Process Dynamics and Control | 3 | 26 |
| Sp 2023 | CHME 305 M01 | Transport phenomena I: fluid flow | 3 | 23 |
| Fa 2022 | CHME 412 | Process Dynamics and Control | 3 | 26 |
| Fa 2021 | CHME 412 | Process Dynamics and Control | 3 | 45 |
| Sp 2021 | CHME 481 M01 | Biomedical Engineering | 3 | 13 |
| Sp 2020 | CHME 305 M01 | Transport phenomena I: fluid flow | 3 | 46 |
| Su 2019 | BIOL 450/CHME 491 | Flow Cytometry and Immunology App | 1 | 10 |
| Sp 2019 | CHME 305 M01 | Transport phenomena I: fluid flow | 3 | 42 |
| | CHME 481 M01 | Biomedical Engineering | 3 | 10 |
| Fa 2017 | CHME 412 M01 | Process Control | 3 | 32 |
| Sp 2017 | CHME 305 M01 | Transport phenomena I: fluid flow | 3 | 40 |
| Fa 2016 | CHME 412 M01 | Process Control | 3 | 38 |
| Sp 2016 | CHME 305 M01 | Transport phenomena I: fluid flow | 3 | 20 |
| | CHME 481 M01 | Biomedical Engineering | 3 | 10 |
| Fa 2015 | CHME 412 M01 | Process Control | 3 | 28 |
| Sp 2015 | CHME 305 M01 | Transport phenomena I: fluid flow | 3 | 30 |
| | CHME 102 M01 | Material Balances | 3 | 45 |

## Postdoctoral Advisees
Jesus Sambrano Jr., Ph.D. , NMSU VPR Postdoctoral Fellow (2019-2022)
Hassan Pouraria, Ph.D., Chemical Engineering Postdoc (2021-present)
Saptasree Bose, Ph.D., NIH Postdoctoral Fellow(2019-2020)
Guillermo Acosta, Ph.D., NIH Diversity Supplement Postdoctoral Fellow (2011-2013)

## Graduate Student Advisees
Patrick Jenkins, M.S. in Chemical Engineering      May 2012
Alexandra Arteaga, M.S. in Molecular Biology      Dec 2012
Frederick Crawford, M.S. in Chemical Engineering      July 2013
Ruofan Cao, Ph.D. in Chemical Engineering      Dec 2015
Zhihua Yang, M.S. in Chemical Engineering      May 2016
Kaylin Beeman, M.S. in Chemical Engineering      June 2016
Wenyan Li, Ph.D. in Chemical Engineering      Dec 2016
Kapil Nichani, M.S., in Chemical Engineering      May 2018
Faisal Alturkistany, Ph.D., in Molecular Biology      May 2018
Jesus Sambrano Jr., Ph.D. in Chemical Engineering      July 2018
Jianzhi Li, M.S., in Chemical Engineering      July 2018
James Thomas, Ed.S., in Educational Psychology      May 2019

Aric Bitton, M.S. in Chemical Engineering          Dec 2021
Samantha Valentino, Ph.D. in Chemical Engineering          In progress
Diana Bautista-Tovar, Ph.D. in Chemical Engineering          In progress
Nicholas Daviet, M.S. in Chemical Engineering          In progress
Lina Khiyara, M.S. in Chemical Engineering          In progress

**Undergraduate Research Student Advisees**

- David Moreno – Undergraduate Research Assistant (NSF AMP Fall 09)
- Trevor Jones – Post Bacc Research Assistant (NIH R15 Scholar, Fall 09-Spring 2010)
- Joel Crockett – Undergraduate Research Assistant (NSF IDBR scholar, Summer 2010)
- Rodrigo Martin-Duran – Undergraduate Research Assistant (NSF IDBR scholar, Summer 2010)
- Marie Fulmer – Undergraduate Research Assistant (NSF IDBR Scholar, Summer 2010)
- Austin Chavez – Undergraduate Research Assistant (NSF AMP Fall 2010)
- Stephanie Franco – Undergraduate Research Volunteer (Spring 2011)
- Julie Denning – Undergraduate Research Volunteer (Spring 2011)
- Joelle Masangya – Undergraduate Research Volunteer (Fall 2011)
- Diana Torres Olague – Undergraduate Research Volunteer (Fall 2011)
- Samantha Drake – Undergraduate Research Assistant (NSF IDBR Scholar Summer – Fall 2011)
- Jason Martinez – Undergraduate Research Assistant (NSF CAREER REU Summer 2012)
- Angelique Whimbley – Undergraduate Research Technician (NSF CAREER REU Sum-Fall 2012)
- Eshan Dahal – Undergraduate Research Assistant (NSF CAREER REU Spring 2012-Su 2013)
- Varayini Pankayatselvan – Undergraduate Research Assistant (NIH R15 Scholar 2012-2014)
- Jessica Aughenbaugh – Undergraduate Research Assistant (NMSU BRAiN 2012-2014)
- Jennifer Paul – Undergraduate Research Volunteer (Spring 2014)
- Diego Gomez – Undergraduate Research Assistant (NSF CAREER REU Fall 2013-Summer 2014)
- Benjamin Rutherford – Undergraduate Research Assistant  (NMSU BRIDGES, Summer 2016)
- Cassandra Walters – Undergraduate Research Assistant  (USDA IFSEEN Project, Summer 2016)
- Chase Delventhal – Undergraduate Research Assistant  (USDA IFSEEN Project, Summer 2016)
- Rodrigo Rosalez – Undergraduate Research Assistant (Credit hours, Fall 2016)
- Courtney Alston – Undergraduate Research Assistant (USDA IFSEEN Project, Fa 2016-Sp 2017)
- David Rodriguez – Undergraduate Research Assistant (USDA IFSEEN and NMSU HHMI)
- Sebastian Silva – Undergraduate Research Assistant  (NMSU BRIDGES, Summer 2017)
- Scott Walls – Undergraduate Research Assistant (USDA IFSEEN, Summer 2017)
- Matthew Mena – Undergraduate Research Assistant (NMSU MARC, Fall 2016 – May 2018)
- Erika Flores—Undergraduate Mentee (S-STEM, 2017)
- David Stoltzfus – Undergraduate Research Assistant (Spring 2018)
- Sidney Aguilera – Undergraduate Research Assistant (Credit Hours, Spring 2019)
- Ana Natera – Undergraduate Research Assistant (Credit Hours, Spring 2019)
- Felicia Rodriguez – Undergraduate Research Assistant (NMSU BRAiN Spring 2019, MARC 2020)
- Kelsey Hayes-- Undergraduate Research Assistant (NMSU AMP: Fall 2019, Credit Hrs, Sp 2020)
- Moses Begaye-- Undergraduate Research Assistant (NMSU BRIDGES, Summer-Fall 2019)
- Concepcion Sanchez--Undergraduate Research Assistant (NMSU HHMI, 2010-2020)
- Stephen Ewing---High School Student, Las Cruces High Biomedical Innovations, 2019-2020
- Andy Martinez--Undergraduate Research Assistant (NMSU AMP, Spring 2020-2021)
- Mustafa Muhyi --Undergraduate Research Assistant (Credit Hours, Spring 2021)
- Brandon Darrow-- Undergraduate Research Assistant (NMSU AMP, Spring 2021)
- Brenda Esparza-- Undergraduate Research Assistant (Credit Hours, Spring 2021)
- Aimee Burton-- Undergraduate Research Assistant (Credit Hours, Summer 2021)
- Dat Le Quoc Doi –Undergraduate Research Student (Volunteer, Fall 2021)
- Andrea Perez--Undergraduate Research Assistant (MARC, Fall 2021)
- Karla Ortega-Sandoval Undergraduate Research Assistant (MARC, Spring 2023)
- April Gonzales, Undergraduate Research Assistant, (Latinidad Program and credit hours Spring 2025)
- Marwa Undergraduate Research Assistant (NMSU AMP and credit hours Spring 2025)
- Luke Surry Undergraduate Research Student (Volunteer, Spring 2025)