# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

BECKMAN COULTER, INC.,

                    Plaintiff,

        v.

CYTEK BIOSCIENCES, INC.,

                    Defendant.

C.A. No. 24-0945-CFC



## DECLARATION OF JENNIFER GRABER IN SUPPORT OF PLAINTIFF BECKMAN COULTER, INC.'S SUMMARY JUDGMENT AND *DAUBERT* REPLY BRIEFS

I, Jennifer L. Graber, declare as follows:

1.    I am licensed to practice law in the State of New York and have been admitted to this Court *pro hac vice* by Order dated February 17, 2026.  D.I. 222 (so ordered).

2.    I am an attorney with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, located at 7 World Trade Center, 250 Greenwich Street, New York, New York 10007, counsel for Plaintiff Beckman Coulter, Inc. ("Beckman Coulter").

3.    I have personal knowledge of the facts set forth herein and with the proceedings in this case, and if called to testify, I would competently testify thereto.

4.    I submit this Declaration in support of the Beckman Coulter's reply briefs for the following motions:

a.    Motion for Summary Judgment #1 Against Cytek's "Reverse Doctrine of Equivalents" Defense (D.I. 234);

b.    Motion for Summary Judgment #2 Against Cytek's Failure to Mark Defense (D.I. 235);

c.    Motion for Summary Judgment #3 That DxP Cannot Anticipate Claims 11 and 15 of the '443 Patent (D.I. 236);

d.    *Daubert* Motion #1 to Exclude Dr. Ilkov and Leary's Opinions that Improperly Read Limitations into Claims (D.I. 237);

e.    *Daubert* Motion #2 to Exclude Dr. Ilkov and Leary's Opinions that Contradict the Court's Claim Constructions (D.I. 238);

f.    *Daubert* Motion #3 to Exclude Dr. Ilkov and Leary's Opinions on Non-Infringement Based on a Lack of Enablement and Written Description (D.I. 239);

g.    *Daubert* Motion #4 to Exclude Dr. Ilkov and Weigl's Improper Claim Construction of "Substantially Full Spectrum of Visible Light" (D.I. 240);

h.  *Daubert* Motion #5 to Exclude Junichiro Kono's Expert Opinions and Dr. Fedor Ilkov's Derivative Opinions Relying on Dr. Kono (D.I. 241);

i.  *Daubert* Motion #6 to Exclude Mr. Hansen's Adjusted Reasonable Royalty Rate as Based on Unreliable Methodology (D.I. 242); and

j.  *Daubert* Motion #7 to Exclude Mr. Hansen's Opinions that Cytek Had a Non-Infringing Alternative for "Non-U.S. Sales" (D.I. 243).

5.    This declaration supplements Volumes I and II of my Opening Declaration filed March 13, 2026 (D.I. 254 and 256) in connection with the above-mentioned motions. Exhibits labeled as #"-A" contain additional excerpts from depositions or expert reports attached as exhibits to my Opening Declaration.

6.    A true and correct copy of excerpts from the deposition transcript of Fedor Ilkov, dated February 24, 2026, are attached hereto as **Exhibit 10-A**.

7.    A true and correct copy of excerpts from the Opening Expert Report of Fedor Ilkov, dated December 19, 2025, are attached hereto as **Exhibit 12-A**.

8.    A true and correct copy of a document produced by Cytek with the starting Bates number CYTEK_0000011439 is attached hereto as **Exhibit 27.**

9.    A true and correct copy of excerpts from the deposition transcript of Raymond Lannigan, dated December 10, 2025, are attached hereto as **Exhibit 28**.

10.    A true and correct copy of excerpts from the Rebuttal Expert Report of Jessica Houston, dated January 20, 2026, are attached hereto as **Exhibit 29**.

2

11. A true and correct copy of excerpts from the Rebuttal Report of J. Paul Robinson, dated January 20, 2026, are attached hereto as **Exhibit 30**.

12. A true and correct copy of email correspondence from Cytek's counsel of record to Beckman Coulter's counsel of record, dated April 26, 2026, is attached hereto as **Exhibit 31**.

13. A true and correct copy of excerpts from Cytek Biosciences Inc.'s Supplemental Initial Invalidity Contentions, dated November 18, 2025, are attached as **Exhibit 32**.

14. A true and correct copy of excerpts from the Opening Expert Report of Jessica Houston, dated December 19, 2025, are attached hereto as **Exhibit 33**.

15. A true and correct copy of excerpts from the Reply Expert Report of Jessica Houston, dated February 9, 2026, are attached hereto as **Exhibit 34**.

16. A true and correct copy of excerpts from the Rebuttal Report of David Schaafsma, dated January 20, 2026, are attached hereto as **Exhibit 35**.

17. A true and correct copy of excerpts from the Opening Expert Report of David Schaafsma, dated December 19, 2025, are attached hereto as **Exhibit 36**.

18. A true and correct copy of excerpts from the Reply Expert Report of David Schaafsma, dated February 9, 2026, are attached hereto as **Exhibit 37**.

19. A true and correct copy of excerpts from the deposition transcript of David Schaafsma, dated February 27, 2026, are attached hereto as **Exhibit 38**.

20.    I declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 29th day of April, 2026.

/*s*/Jennifer L. Graber

Jennifer L. Graber

4

RLF1 35766605v.1

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2026, true and correct copies of the foregoing

document were served upon the following counsel of record in the manner indicated:

**BY E-MAIL**

Karen Jacobs
Jeremy A. Tigan
Cameron P. Clark
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19801

**BY EMAIL**

Reuben H. Chen
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304

Elizabeth M. Flanagan
Cooley LLP
30 S. 9th Street, 7th Floor
Minneapolis, MN 55402

Adam Pivovar
Dustin M. Knight
Rosalynd D. Upton
David Yun
Cooley LLP
1299 Pennsylvania Avenue NW
Suite 700
Washington, DC 20004

*/s/ Christine D. Haynes*
Christine D. Haynes (#4697)
haynes@rlf.com

RLF1 35766164v.1