# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

——————

(302) 658-9200
(302) 658-3989 FAX

JEREMY A. TIGAN
(302) 351-9106
jtigan@morrisnichols.com

May 6, 2026

The Honorable Colm F. Connolly                    *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
844 North King Street
Room 4124, Unit 31
Wilmington, DE 19801-3555

Re:    *Beckman Coulter, Inc. v. Cytek Biosciences, Inc.*;
        C.A. No. 24-945 (CFC)

Dear Chief Judge Connolly:

Briefing on the parties' summary judgment and *Daubert* motions is now complete. Pursuant to D. Del. LR 7.1.4, Defendant Cytek Biosciences, Inc. respectfully requests oral argument on its summary judgment motions nos. 1-3 (D.I. 244, 245, 247), which are directed to different patents-in-suit, and if granted, would be case dispositive. Cytek suggests that argument on Plaintiff Beckman Coulter, Inc.'s *Daubert* motions 1, 2, and 4 may be helpful as they implicate matters of claim construction. (D.I. 237, 238, 240). Cytek submits that the other pending motions can be decided on the papers, but defers to the Court and its discretion as to whether argument on additional motions would be helpful.

Respectfully,

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)

JAT/rah
cc:    Clerk of the Court (via hand delivery)
       All Counsel of Record (via e-mail)