IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BECKMAN COULTER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 24-945 (CFC) (EGT) |
| | ) | |
| CYTEK BIOSCIENCES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## <u>CYTEK'S NOTICE OF SUPPLEMENTAL AUTHORITY</u>

Pursuant to D. Del. LR 7.1.2(b), Defendant Cytek Biosciences, Inc. ("Cytek")

respectfully submits the recent decision in *Maquet Cardiovascular LLC v. Abiomed,*

*Inc. et al.*, --- F. Supp. 3d ----, 2026 WL 1217150 (D. Mass. May 4, 2026) (Ex. A),

as subsequent authority in support of its Opposition (D.I. 293) to Plaintiff Beckman

Coulter, Inc.'s ("BEC's") Motion for Summary Judgment #1 against Cytek's

"Reverse Doctrine of Equivalents" Defense (D.I. 234).

In *Maquet Cardiovascular*, the District of Massachusetts found that the

reverse doctrine of equivalents is a viable defense and submitted the issue to the jury.

2026 WL 1217150, at *1-4.   Subsequently, the jury returned a verdict finding lack

of infringement because of reverse doctrine of equivalents.  (*See* No. 1:17-cv-12311-

FDS, D.I. 779, at 2 (D. Mass. May 29, 2026), Ex. B).

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs*

OF COUNSEL:

Reuben H. Chen
HanByul Chang
Juan Pablo González
Alexandra Leeper
COOLEY LLP
3175 Hanover Street
Palo Alto, CA  94304

Elizabeth M. Flanagan
COOLEY LLP
30 South 9th Street, 7th Floor
Minneapolis, MN  55402

Adam Pivovar
Dustin M. Knight
Rosalynd D. Upton
David Yun
COOLEY LLP
1299 Pennsylvania Avenue NW
Suite 700
Washington, DC  20004

June 23, 2026

<div style="margin-left: 50%;">

Karen Jacobs (#2881)
Jeremy A. Tigan (#5239)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
kjacobs@morrisnichols.com
jtigan@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Defendant*
*Cytek Biosciences, Inc.*

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 23, 2026, upon the following in the manner indicated:

Frederick L. Cottrell III                                         *VIA ELECTRONIC MAIL*
Kelly E. Farnan
Christine D. Haynes
RICHARDS, LAYTON & FINGER P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Attorneys for Plaintiff*

Omar A. Khan                                                     *VIA ELECTRONIC MAIL*
Jeffrey A. Dennhardt
Lauren E. Matlock-Colangelo
Kelly A. Todd
Laura Macro
Maggie Sawin
Robert J. Gunther, Jr.
WILMER CUTLER PICKERING HALE
  AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY  10007
*Attorneys for Plaintiff*

Akkad Y. Moussa                                   *VIA ELECTRONIC MAIL*
WILMER CUTLER PICKERING HALE
  AND DORR LLP
2100 Pennsylvania Avenue NW
Washington DC 20037
*Attorneys for Plaintiff*

James M. Dowd                                     *VIA ELECTRONIC MAIL*
WILMER CUTLER PICKERING HALE AND
DORR LLP
350 South Grand Avenue
Los Angeles, California 90071
*Attorneys for Plaintiff*

*/s/ Karen Jacobs*

_____

Karen Jacobs (#2881)