IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BECKMAN COULTER, INC., | | |
| | Plaintiff, | |
| v. | | Civil Action No. 24-945-CFC |
| CYTEK BIOSCIENCES, INC., | | |
| | Defendant. | |

## __ORDER__

At Wilmington on this First Day of July in 2026, pursuant to Federal Rules

of Evidence 702 and 403 and for reasons the Court will explain no later than the

Pretrial Conference, it is HEREBY ORDERED that

1. Defendant's *Daubert* Motion 1: To Exclude Testimony of Plaintiff's

   Expert Jessica Houston, Ph.D. Regarding Willful Infringement (D.I. 231)

   is GRANTED;

2. Dr. Houston is PRECLUDED from testifying at trial regarding the

   alleged willful infringement of claims 1, 3, 6, 23, and 26 of U.S. Patent

   No. 10,330,582; claims 4, 6, 10, 11, and 15 of U.S. Patent No.

   11,703,443; and claims 5, 16, 18, 26, 27, and 29 of U.S. Patent No.

   12,174,107; and

3. Dr. Houston is FURTHER PRECLUDED from offering at trial the opinions set forth in Sections XII-XIII of her Opening Report dated December 19, 2025 and Section XII.I of her Reply Report dated February 9, 2026.

_____
CHIEF JUDGE

2