IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BECKMAN COULTER, INC.,

Plaintiff,

v.

CYTEK BIOSCIENCES, INC.,

Defendant.

Civil Action No. 24-945-CFC

## ORDER

At Wilmington on this First Day of July in 2026, it is HEREBY ORDERED that, pursuant to Federal Rule of Evidence 702 and for reasons the Court will explain more fully no later than the Pretrial Conference, Defendant's *Daubert* Motion 2: To Exclude Testimony of Plaintiff's Expert Michael Arnold, Ph.D. Regarding Validity (D.I. 232) is GRANTED and Arnold is PRECLUDED from offering at trial opinions about the validity of Plaintiff's asserted patents. It is undisputed that Arnold does not have any experience in designing optical or electro-optical systems for flow cytometer applications. And although the Court agrees with Plaintiff that "including" is not limiting, that is of no moment. Under the parties' agreed-upon definition of a POSA, some of the POSA's required two-year experience in designing optical or electro-optical systems could be for

applications other than flow cytometers, but that experience must include the designing of some systems that have flow cytometer applications.

_____
CHIEF JUDGE

2