IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BECKMAN COULTER, INC.,

                    Plaintiff,

          v.                                    Civil Action No. 24-945-CFC

CYTEK BIOSCIENCES, INC.,

                    Defendant.

---

## ORDER

WHEREAS, Plaintiff filed three motions for summary judgment on March 13, 2026, *see* D.I. 234; D.I. 235; D.I. 236;

WHEREAS, pursuant to the Court's Standing Order for Summary Judgment Practice in Patent Cases issued on April 30, 2021 (available at https://www.ded.uscourts.gov/sites/ded/files/FINAL%20STANDING%20ORDER%20FOR%20SUMMARY%20JUDGMENT%20PRACTICE%20IN%20PATENT%20CASES.pdf), when a party in a patent case files more than one summary judgment motion, the Court reviews the motions in the order designated by the party and, barring exceptional reasons determined sua sponte by the Court, if the Court denies a party's summary judgment motion it will not review any further summary judgment motions filed by that party;

WHEREAS, the Court denied Plaintiff's Motion for Summary Judgment #1, D.I. 367; and

WHEREAS, no exceptional reasons exist to depart from the general practice implemented by the Standing Order;

NOW THEREFORE, at Wilmington on this Second Day of July in 2026, it is HEREBY ORDERED that:

1.  Plaintiff's Motion for Summary Judgment No. 2 (D.I. 235) is DENIED.

2.  Plaintiff's Motion for Summary Judgment No. 3 (D.I. 236) is DENIED.

_____
CHIEF JUDGE