**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BECKMAN COULTER, INC., | |
| Plaintiff, | |
| v. | C.A. No. 24-0945-CFC |
| CYTEK BIOSCIENCES, INC., | **FILED UNDER SEAL** |
| Defendant. | |

**[PROPOSED] VOIR DIRE[1]**

---

[1] Language proposed by Beckman Coulter and opposed by Cytek appears in blue text and brackets.  Language proposed by Cytek and opposed by Beckman Coulter appears in green text and brackets.  The parties reserve the right to modify their proposals, and the proposals are without prejudice to outstanding or forthcoming motions.

1

Good morning, ladies and gentlemen. I am Chief Judge Connolly.  We are going to select a jury in a civil case called *Beckman Coulter, Inc. versus Cytek Biosciences, Inc.*

This case is an action for patent infringement arising under the patent laws of the United States.  The plaintiff in this case is Beckman Coulter, Inc.  The defendant is Cytek Biosciences, Inc.

For those of you selected to serve as jurors, I will give you more detailed instructions once you are sworn in as jurors and again at the conclusion of the trial. For now, I will simply tell you that Beckman Coulter accuses Cytek of infringing certain patent claims.  Cytek denies that it infringed these claims and asserts that these claims are invalid.  Beckman Coulter denies that the claims are invalid.

I am going to ask you a series of questions in the jury selection process, the purpose of which is to enable the Court and the attorneys to determine whether or not any prospective juror should be excused.  Before I ask any questions, I am going to ask the Deputy Clerk to swear the jury panel to answer any questions truthfully. *(To Deputy, Please swear the panel).*

If any of you answer "yes" to any of the questions that I ask, please raise your hand, and circle the question to which you have answered "yes."  When recognized by me, please stand, state your name and your jury number.  At the end of the questions, the Deputy Clerk will ask some of you to take seats in the jury box, and,

2

after that, the lawyers and I may ask those of you who answered "yes" to one or more questions to come up to the bench to discuss your answers with the lawyers and me.

The presentation of evidence in this case is expected to take five (5) days, thus it should be completed by August 21, 2026. However, jury deliberations could extend your service beyond that. The schedule that I expect to keep over the days of evidence presentation will include a morning break of fifteen minutes, a lunch break of an hour, and an afternoon break of fifteen minutes. We will start at 8:30 a.m. and finish around 5:00 p.m. each day.

1.      Does the schedule that I have just mentioned present a special problem to any of you?

2.      Is there anything, such as poor vision, difficulty hearing, difficulty understanding spoken or written English, that would make it difficult for you to serve on this jury?

3.      Do you have any conflicts or responsibilities or health conditions that would interfere with you serving as a juror?

4.      Have you ever heard of either Beckman Coulter, Inc. or Cytek Biosciences, Inc.?

5.      Have any of you or someone close to you ever been employed by, owned stock in, had a business relationship with, or had any experience, good or bad, with Beckman Coulter or Cytek?

6.      Do you possess any opinions about any of these companies that might keep you from being a fair and impartial juror in this case?

7.      Have any of you heard or read anything about this case other than what I have told you?

8.      The lawyers and law firms involved in this case are:

- WILMER CUTLER PICKERING HALE & DORR LLP
  - o  Robert Gunther Jr., III
  - o  Omar A. Khan
  - o  James M. Dowd
  - o  Jeffrey A. Dennhardt

4

- RICHARDS, LAYTON & FINGER, P.A.
    - Frederick L. Cottrell III
    - Kelly E. Farnan
    - Christine D. Haynes

- COOLEY LLP
    - Reuben Chen
    - Betsy Flanagan
    - Alexandra Leeper
    - Dustin Knight
    - Adam Pivovar
    - Juan Pablo Gonzalez
    - HanByul Chang
    - David Yun

- MORRIS, NICHOLS, ARSHT & TUNNELL LLP
    - Karen Jacobs
    - Jeremy Tigan
    - Cameron Clark

Do any of you, or anyone close to you, know any of the attorneys or law firms I have just named?

9.    Have any of you, or anyone close to you, been employed by, or had any business dealings with any of those attorneys or law firms?

10.    The potential witnesses in this case are:

- Laurent Araki
- Michael Arnold
- Fiona Brannen
- Yong Chen
- Patricia Del Castillo
- Matthew Goff
- John Hansen
- Al Hernandez
- Jessica Houston

5

- Jay Hsieh
- Fedor Ilkov
- Wenbin Jiang
- David Kennedy
- Evgenia Kim
- Mario Koksch
- Ray Lannigan
- James Leary
- Pietro Lopriore
- Lisa Nichols
- Michele Riley
- John Paul Robinson
- David Schaafsma
- Bing Shan
- Qing Shao
- Xianghua "Leo" Shi
- Melik Ulusu
- Bernhard Weigl
- Ming Yan

Are you familiar with any of these people?

11.     Have you, or anyone close to you, ever been employed by or had other contact with the United States Patent and Trademark Office?

12.     Do you have any experience with patents or other intellectual property, the United States Patent and Trademark Office, or the legal system, or have any opinions about patents or the enforcement of patents that might make you biased either for or against the enforcement of patents or make it difficult for you to be fair and impartial in this case?

6

13. Have you, or anyone close to you, ever applied for, or obtained, a patent, been involved in the development of a new product, or been involved in a dispute about patent rights or other intellectual property rights?

14. Have you, or anyone close to you, ever been a plaintiff, defendant, or witness in any legal proceeding?

15. Have you served on a jury within the last fifteen years?

16. Do you have any opinions about whether or not it would be wrong for someone to profit from his or her invention or discovery?

17. Do you have any opinions about patents or the patent system related to patents for biotechnology, scientific research instruments, or medical diagnostic or research devices?

18. Have you ever been educated, employed, trained, or had any experience in any of the following fields: biotechnology, diagnostics, molecular biology, cell sorting or cellular analysis, optics or photonics, flow cytometry, telecommunications, engineering, business, military, patents, accounting, or economics?

19. Do you, or anyone close to you, have any experience with licensing or royalty agreements for intellectual property, such as patents, copyrights, or trademarks?

7

20.    Have you, or anyone close to you, ever been involved in a dispute about patent rights or other intellectual property rights?

21.    Do you have any education or experience in the law or with the legal system or the courts?

22.    Do you have any strong opinions or beliefs about lawsuits or people or companies who bring them?

23.    [**Cytek:** Do you have any strong opinions, negative or positive, about people who speak English as a second language or speak with an accent, or have any concerns about your ability to listen to and follow testimony from people who speak English as a second language or speak with an accent?][2]

24.    Do you have any strong concerns about your ability to listen to and follow evidence that is technical in nature?[3]

---

[2] **Cytek:** Many of Cytek's witnesses, both fact and expert, are non-native English speakers with accents.  Proposed Question 23 is thus designed to assess potential juror bias against witnesses who do not speak English as their first language and thus seeks to ensure impartiality against non-native English speakers.

**Beckman Coulter:**  Both sides have witnesses that are non-native English speakers so Cytek's proposed question, which it has not supported with any authority, is unnecessary as impartiality between the parties would not be impacted either way.  Further, Cytek's proposed question asking potential jurors to reveal unpopular racial biases in court is unlikely to yield productive responses.

25.    Do you, or anyone close to you, have any education, training or experience with flow cytometry or instruments called flow cytometers?

26.    Have you ever heard of a flow cytometer product called Aurora?  Or Northern Lights?  Or CytoFLEX?

27.    Have any of you, or anyone close to you, owned or run a business?

28.    Do you have strong opinions, negative or positive, about large corporations?

29.    Have you ever worked for a company that had patented products or processes?

30.    Do you have any strong beliefs or feelings about damages or damages awards in civil lawsuits?

31.    Do you know any of the other potential jurors that are in the room, or have you had any relationship with any of the other potential jurors before today?

32.    Is there anything else, including something you have remembered in connection with one of the earlier questions, or anything else that you think you need to tell me, in connection with your service or potential service as a juror in this case?

33.    This is the last question.  If you are selected as a juror in the case, are you aware of anything else or any reason why you would have difficulty in being a fair and impartial juror, would not be able to follow the law as I give it to you, or would not be able to render a verdict based solely on the evidence presented at trial?

9