IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BECKMAN COULTER, INC.,

Plaintiff,

v.                                          Civil Action No. 24-945-CFC

CYTEK BIOSCIENCES, INC.,

Defendant.

## ORDER

Trial in this action is scheduled for August 17, 2026 and the pretrial conference is scheduled for August 7. Plaintiff Beckman Coulter, Inc. has filed seven *Daubert* motions that I must resolve before trial.

On page 5 of its opening brief filed in support of the first five of those motions, Beckman Coulter purports to quote from *Hill-Rom Servs., Inc. v. Stryker Corp.*, 755 F.3d 1367, 1371-72 (Fed. Cir. 2014). Specifically, Beckman Coulter attributes to *Hill-Rom* the following statement: "As [the Federal Circuit has] repeatedly held, it is improper to import limitations from the specification into the claims." D.I. 252 at 5 (brackets in the original). There is, however, no such statement in *Hill-Rom*.

On page 25 of its opening brief, Beckman Coulter purports to quote from *Falko-Gunter Falkner v. Inglis*, 448 F.3d 1357, 1366–67 (Fed. Cir. 2006). According to Beckman Coulter, the Federal Circuit stated in *Falko-Gunter*: "Enablement does not require actual reduction to practice."  D.I. 252 at 25.  But the Federal Circuit did not make that statement in *Falko-Gunter*.

Because Beckman Coulter has purported to quote two statements of the Federal Circuit that do not exist in the opinions Beckman Coulter cited for those statements, I have no confidence that its citations to case law and the record are accurate.  It is tempting to strike Beckman Coulter's opening brief and deny its five motions on that basis.  But instead, I will stand down on my review of Beckman Coulter's seven *Daubert* motions until I receive from the lead counsel of the two firms that represent Beckman Coulter in this matter certifications that (1) confirm that they have read all the briefs filed in support of Beckman Coulter's seven *Daubert* motions, (2) identify any erroneous quotations or citations, and (3) confirm the accuracy of all other quotations and citations.

It is SO ORDERED this Twenty-third Day of July in 2026.

_____
CHIEF JUDGE

2