IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BECKMAN COULTER, INC.,

Plaintiff,

v.

CYTEK BIOSCIENCES, INC.,

Defendant.

Civil Action No. 24-945-CFC

## MEMORANDUM ORDER

Pending before me is Cytek Biosciences, Inc.'s Motion for Summary Judgment of Non-Infringement of Asserted Claims 23 and 26 of the '582 Patent and Alternative Motion for Summary Judgment that the Asserted Claims of the '582 Patent are Invalid as Indefinite (MSJ No. 1). D.I. 244.

As an initial matter, Cytek's attempt to file two motions as a single motion violates the express terms of the Scheduling Order. *See* D.I. 25 at 20 ("A party shall not combine into a single motion multiple motions that rely in whole or in part on different facts."). I could (and arguably should) deny the motion on that basis, but I will deny the motion for another reason.

In its Concise Statement of Undisputed Material Facts filed in support of its motion, Cytek states that "[Beckman Coulter's expert] Dr. Schaafsma conceded

that the focused beam spots on the odd-numbered filters are smaller than the unfocused beam spots on the even-numbered filters[.]" D.I. 255 ¶ 17. Beckman Coulter denies this asserted fact and cites record evidence that appears to support its position. *See* D.I. 310-1 ¶¶ 113, 124; *see also* D.I. 310-1 ¶¶ 123, 125, 271.

Because there is a disputed fact that Cytek has said is material to its motion for summary judgment, I will deny the motion. *See Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 248 (1986) (holding that summary judgment will not lie if there is a genuine dispute about a material fact).

NOW THEREFORE, at Wilmington on this Twenty-third Day of July in 2026, it is HEREBY ORDERED that Cytek's Motion for Summary Judgment No. 1 (D.I. 244) is DENIED.

_____
CHIEF JUDGE

2