IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BECKMAN COULTER, INC.,

                Plaintiff,

      v.

CYTEK BIOSCIENCES, INC.,

                Defendant.

Civil Action No. 24-945-CFC

## ORDER

WHEREAS Defendant Cytek Biosciences, Inc. filed three motions for summary judgment on March 13, 2026, *see* D.I. 244, D.I. 245; D.I. 247;

WHEREAS, pursuant to the Court's Standing Order for Summary Judgment Practice in Patent Cases issued on April 30, 2021 (available at https://www.ded.uscourts.gov/sites/ded/files/FINAL%20STANDING%20ORDER %20FOR%20SUMMARY%20JUDGMENT%20PRACTICE%20IN%20PATENT %20CASES.pdf), when a party in a patent case files more than one summary judgment motion, the Court reviews the motions in the order designated by the party and, barring exceptional reasons determined sua sponte by the Court, if the Court denies a party's summary judgment motion it will not review any further summary judgment motions filed by that party;

WHEREAS the Court denied Cytek's Motion for Summary Judgment No. 1, D.I. 384; and

WHEREAS no exceptional reasons exist to depart from the general practice implemented by the Standing Order;

NOW THEREFORE, at Wilmington on this Twenty-fourth Day of July in 2026, it is HEREBY ORDERED that Cytek's Motion for Summary Judgment No. 2 (D.I. 245) and Motion for Summary Judgment #3 (D.I. 247) are DENIED.

_____
CHIEF JUDGE

2