IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

BECKMAN COULTER, INC.,

                 Plaintiff,

        v.                         Civil Action No. 24-945-CFC

CYTEK BIOSCIENCES, INC.,

                 Defendant.

## **ORDER**

Whereas the parties have filed under seal in this action more than seventy pleadings;

Whereas there was no legitimate basis to file many of those pleadings under seal;

Whereas Beckman Coulter filed under seal on July 17, 2026 proposed voir dire, a proposed verdict sheet, proposed preliminary jury instructions, and proposed final jury instructions, *see* D.I. 371; D.I. 372; D.I. 373; D.I. 374; D.I. 381; D.I. 382;

NOW THEREFORE, at Wilmington on this Twenty-fourth Day of July in 2026 it is HEREBY ORDERED that counsel for Beckman Coulter shall show no

later than July 30, 2026 good cause why they should not be sanctioned for the

repeated filing without justification of pleadings under seal.

_____
CHIEF JUDGE

2