# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

BECKMAN COULTER, INC.,

               Plaintiff,

      v.

CYTEK BIOSCIENCES, INC.,

               Defendant.

C.A. No. 24-945-CFC

## EXHIBIT 1

## JOINT STATEMENT OF UNCONTESTED FACTS

Consistent with D. Del. Local Rule 163(c)(3), the following facts are either not disputed or admitted and require no proof:

## I.    THE PARTIES

1.    Beckman Coulter, Inc. ("Beckman") is a corporation organized and existing under the laws of Delaware, with a principal place of business at 250 South Kraemer Boulevard. Brea, California 92821.

2.    Beckman Coulter manufactures and sells flow cytometers, including analyzers and cell sorters, and related products and services.

3.    Cytek Biosciences, Inc. ("Cytek") is a corporation organized and existing under the laws of Delaware, with its principal place of business at 47215 Lakeview Boulevard, Fremont, California 94538.

4.    Cytek manufactures and sells flow cytometers, including analyzers and cell sorters, and related products and services.

5.    Beckman Coulter and Cytek are competitor companies.

## II.    LITIGATION BACKGROUND

6.    On June 14, 2024, Beckman Coulter sent a letter to Cytek alleging patent infringement of U.S. Patent No. 10,330,582 ("the '582 Patent") and U.S. 11,703,443 ("the '443 Patent").

7.    On August 14, 2024, Beckman Coulter filed a Complaint against Cytek for patent infringement alleging infringement of the '582 Patent and the '443 Patent.

1

8.    Beckman Coulter amended its Complaint to add allegations of infringement of U.S. Patent No. 12,174,107 ("the '107 Patent") on January 9, 2025, which issued on December 24, 2024.

## III.   THE ASSERTED PATENTS

9.    The '582 Patent, titled "Flow Cytometer," issued on June 25, 2019.

10.    The '443 Patent titled "Flow Cytometer," issued on July 18, 2023.

11.    The '107 Patent titled "Flow Cytometer," issued on December 24, 2024.

12.    Collectively, the '582, '443, and '107 Patents are the "Asserted Patents" in this case.

13.    Yong Qin Chen is the sole inventor named on the Asserted Patents.

14.    Beckman owns all rights, titles, and interest in and to the Asserted Patents.

15.    The Asserted Patents share a common written description.

## IV.   BECKMAN COULTER'S PRODUCTS

16.    Beckman Coulter sells the CytoFLEX platform, including the CytoFLEX, CytoFLEX S, CytoFLEX LX, CytoFLEX Nano, CytoFLEX SRT, DxFLEX, and Mosaic Spectral Detection Module products.

## V.   THE ACCUSED PRODUCTS

17.    Beckman Coulter accuses the following Cytek products of infringement: Cytek Aurora™, Aurora CS™, Aurora Evo™, and Northern Lights™

(including Northern Lights™ Research, Northern Lights™ Clinical, and Northern Lights™ NL-CLC).

18.    In addition, Beckman Coulter accuses the following laser upgrade kits of infringement, which allow users to add additional colors and channels to the Aurora or Northern Lights products: UV Upgrade, the Violet Upgrade, the YG Upgrade, and the Red Upgrade.

19.    Cytek's products and laser upgrade kits listed above (collectively, "the Accused Products") share common components.

## VI.    CYTEK'S AWARENESS OF THE ASSERTED PATENTS

20.    Cytek was aware of the '582 Patent by July 31, 2020.

21.    Cytek was aware of the '443 Patent by June 14, 2024.

22.    Cytek was aware of the '107 Patent by January 9, 2025.

3