# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

BECKMAN COULTER, INC.,

               Plaintiff,

      v.

CYTEK BIOSCIENCES, INC.,

               Defendant.

C.A. No. 24-0945-CFC

**EXHIBIT 8**

**JOINT EXHIBIT LIST**

**Beckman Coulter, Inc. v. Cytek Biosciences, Inc.**
**Case No. 1:24-cv-00945-CFC-EGT**
**Joint Trial Exhibit List**

| Joint Exhibit No. | Description | Beg Bates | End Bates |
|---|---|---|---|
| JTX-001 | Certified copy of U.S. Patent No. 10,330,582 | BEC-CYTEK-00000670 | BEC-CYTEK-00000739 |
| JTX-002 | Certified copy of U.S. Patent No. 10,330,582 file history | BEC-CYTEK-00000001 | BEC-CYTEK-00000669 |
| JTX-003 | Certified copy of U.S. Patent No. 11,703,443 | BEC-CYTEK-00001005 | BEC-CYTEK-00001075 |
| JTX-004 | Certified copy of U.S. Patent No. 11,703,443 file history | BEC-CYTEK-00000740 | BEC-CYTEK-00001004 |
| JTX-005 | Certified copy of U.S. Patent No. 12,174,107 | BEC-CYTEK-00006638 | BEC-CYTEK-00006708 |
| JTX-006 | Certified copy of U.S. Patent No. 12,174,107 file history | BEC-CYTEK-00006087 | BEC-CYTEK-00006637 |

1