# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., | |
| Plaintiff, | C.A. No. 24-0945-CFC |
| v. | ██████████ |
| CYTEK BIOSCIENCES, INC., | |
| Defendant. | |

## EXHIBIT 9

## PLAINTIFF BECKMAN COULTER, INC.'S
## AMENDED TRIAL WITNESS LIST

Pursuant to Local Rule 16.3 and the Court's scheduling order, Plaintiff Beckman Coulter, Inc. ("Beckman Coulter") sets forth below its amended list of anticipated trial witnesses. Beckman Coulter includes in this witness list individuals who may be listed on Defendant's witness list without waiving any right to object to Defendant's presentation of such witnesses at trial, without waiving any objections to the admissibility of such testimony, and without waiving the right to move for the exclusion of any testimony. Beckman Coulter notes that the parties have pending motions, including motions for summary judgment, *Daubert* motions, and motions *in limine*, that may change the scope of relevant or permissible testimony. Beckman Coulter reserves the right to modify, supplement, or amend its witness list in response to Defendant's witness list, or any other circumstances that may occur between now and the conclusion of trial, to the extent permitted by the Federal Rules of Civil Procedure, the Local Rules, or Order of this Court. Beckman Coulter further reserves the right to call live or by deposition at trial any witness identified on Defendant's witness list.

At this time, Beckman Coulter identifies the following witnesses for trial.

**I.      Phase I**

**A.   WILL CALL LIVE**

1.      Dr. Yong Qin Chen, Ph.D.

2.      Dr. Jessica Houston, Ph.D.

1

3.     Dr. David Schaafsma, Ph.D.

**B.   MAY CALL LIVE**

1.     Laurent Ginestet-Araki

2.     Dr. Michael Arnold, Ph.D.

3.     Fiona Brannen

4.     Patty Del Castillo

5.     Matthew Goff

6.     Al Hernandez

7.     Jay Hsieh

8.     Wenbin Jiang

9.     David Kennedy

10.    Evgenia Kim

11.    Mario Koksch

12.    Pietro Lopriore

13.    Dr. J. Paul Robinson, Ph.D.

14.    Bing Shan

15.    Qing Shao

16.    Leo Shi

17.    Melik Ulusu

18.    Ming Yan

### C.    MAY CALL BY DEPOSITION OR PRIOR TRIAL TESTIMONY[1]

1.    Laurent Ginestet-Araki

2.    Dr. Yong Qin Chen, Ph.D.

3.    Al Hernandez

4.    Jay Hsieh

5.    Wenbin Jiang

6.    David Kennedy

7.    Ray Lannigan

8.    Lisa Nichols

9.    Bing Shan

10.    Qing Shao

11.    Melik Ulusu

12.    Ming Yan

## II.    Phase II

### A.    WILL CALL LIVE

1.    Michele Riley

---

[1] To the extent that any witness identified as a "may call" witness becomes unavailable to provide live testimony at trial, Beckman Coulter expressly reserves the right to present that witness's testimony by deposition pursuant to the applicable rules of civil procedure.  Conversely, if any witness on the "May Call by Deposition" list becomes available to testify live, Beckman Coulter reserves the right to call them live.

### B.    MAY CALL LIVE

1.    Laurent Ginestet-Araki

2.    Fiona Brannen

3.    Patty Del Castillo

4.    Matthew Goff

5.    Al Hernandez

6.    Wenbin Jiang

7.    David Kennedy

8.    Mario Koksch

9.    Pietro Lopriore

10.    Melik Ulusu

11.    Ming Yan

## III.    MAY CALL BY DEPOSITION OR PRIOR TRIAL TESTIMONY[2]

1.    Laurent Ginestet-Araki

2.    Dr. Yong Qin Chen, Ph.D.

3.    Al Hernandez

---

[2] To the extent that any witness identified as a "may call" witness becomes unavailable to provide live testimony at trial, Beckman Coulter expressly reserves the right to present that witness's testimony by deposition pursuant to the applicable rules of civil procedure. Conversely, if any witness on the "May Call by Deposition" list becomes available to testify live, Beckman Coulter reserves the right to call them live.

4.     Wenbin Jiang

5.     David Kennedy

6.     Melik Ulusu

7.     Ming Yan

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> CYTEK BIOSCIENCES, INC., <br><br> Defendant. | C.A. No. 24-cv-945 (CFC) (EGT) <br><br> ██████████████ |

**CYTEK BIOSCIENCES, INC.'S OBJECTION TO BECKMAN
COULTER'S AMENDED TRIAL WITNESS LIST**

Defendant Cytek Biosciences, Inc. ("Defendant" or "Cytek"), hereby provides Plaintiff Beckman Coulter, Inc. ("Plaintiff" of "Beckman Coulter") their preliminary objections to Beckman Coulter's trial witness list.

Cytek objects to Beckman Coulter's witness list in that it fails to give any meaningful disclosure or notice to Cytek as to the witnesses Beckman Coulter intends to call at trial.  Cytek further objects to the extent any witness Beckman Coulter calls is duplicative or cumulative of other witnesses.

Cytek objects to Beckman Coulter's use of any deposition designation for witnesses where Beckman Coulter has not demonstrated unavailability pursuant to Fed. R. Evid. 804. Cytek further objects to Beckman Coulter's use of any deposition designation for witnesses who testify live, and in particular objects to Beckman Coulter having listed Yong Chen on its "will call live" list while also serving affirmative deposition designations for Yong Chen and listing Yong Chen as a witness who may be called by deposition.  Cytek further objects to any attempt to call Yong Chen in Beckman Coulter's case-in-chief on infringement, as Dr. Chen's testimony is not relevant to infringement and would be untimely and prejudicial if provided in Beckman Coulter's case-in-chief.  To the extent Beckman Coulter intends to use any of its disclosed witnesses in its case-in-chief to provide testimony relevant only to Beckman Coulter's rebuttal case or Phase 2 issues, Cytek additionally objects to such use as untimely and irrelevant.  Cytek further objects

1

generally to any witness testifying to irrelevant subject matter for the phase and stage of the case in which that witness testifies.

Cytek objects to any attempt by Beckman Coulter to call witnesses live in contravention of Fed. R. Civ. P. 45(c)(1).

Cytek objects to any testimony of Beckman Coulter's expert witnesses that is outside the scope of their respective expert reports or which is subject to any of Defendant's Daubert motions or motions in limine, and further objects to any testimony of Beckman Coulter's expert witnesses on direct examination that exceeds the scope of their opening reports.

Cytek further objects to any witness testifying to material that this Court has excluded, either based on a *Daubert* motion or a ruling on a motion *in limine*. Cytek specifically objects to the testimony of Dr. Michael Arnold, whose expert testimony has been excluded by this Court's ruling on Cytek's *Daubert* motion. *See* Dkt. 366.

Cytek objects to calling a witness by "prior trial testimony." No such testimony was disclosed during discovery and there has been no showing of admissibility under Fed. R. Evid. 402 and 403.

Cytek reserves the right to supplement, modify or withdraw any of the objections herein. Cytek further reserves the right to call any witness identified by Beckman Coulter in its witness list.

2