# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

BECKMAN COULTER, INC.,

               Plaintiff,

      v.

CYTEK BIOSCIENCES, INC.,

               Defendant.

C.A. No. 24-0945-CFC

## LETTER TO THE HONORABLE COLM F. CONNOLLY FROM LEAD COUNSEL FOR BECKMAN COULTER, INC.

RLF1 36290942v.1

Dear Chief Judge Connolly:

The undersigned lead counsel write on behalf of Plaintiff Beckman Coulter, Inc. ("Beckman Coulter") as directed by the Court's Order (D.I. 383).  Beckman Coulter submitted two sets of briefing in support of its motions to exclude certain opinions of Cytek Biosciences, Inc. ("Cytek")'s experts pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993).  The undersigned lead counsel certify that we have each individually read both opening briefs (D.I. 252, 253) and both replies (D.I. 325, 327) filed in support of Beckman Coulter's *Daubert* motions and reviewed for accuracy all citations and quotations therein.

As noted in Your Honor's Order (D.I. 383), in the opening brief supporting Beckman Coulter's technical *Daubert* motions (D.I. 252), Beckman Coulter omitted two case citations related to quotations in the brief.  As set forth below, in each instance, the quotation included in the brief was accurate, but each quote was inadvertently misattributed to a case cited in the quoted case rather than to the cited case itself.  In each instance, the quoted language was accurate when attributed to the correct case.  The corrected citations are as follows:

| Opening Brief | Corrected Citation in Redline |
|---|---|
| "As [the Federal Circuit has] repeatedly held, it is improper to import limitations from the specification into the claims." *Hill-Rom Servs., Inc. v. Stryker Corp.*, 755 F.3d 1367, 1371-72 (Fed. Cir. 2014) (internal quotation marks omitted). | "As [the Federal Circuit has] repeatedly held, it is improper to import limitations from the specification into the claims." *Pulse Elecs., Inc. v. U.D. Elec. Corp.*, 860 F. App'x 735, 737 (quoting *Hill-Rom Servs., Inc. v. Stryker Corp.*, 755 F.3d 1367, 1371-72 (Fed. Cir. 2014)). |
| *Falko-Gunther Falkner v. Inglis*, 448 F.3d 1357, 1366-67 (Fed. Cir. 2006) ("Enablement does not require actual reduction to practice."). | *Medtronic Inc. v. Edwards Lifesciences Corp.*, 2013 WL 12131745, at *5 (C.D. Cal. Nov. 27, 2013) ~~Falko-Gunther Falkner v. Inglis, 448 F.3d 1357, 1366-67 (Fed. Cir. 2006)~~ ("Enablement does not require actual reduction to practice.") (citing *Falko-Gunter Falkner v. Inglis*, 448 F.3d 1357, 1366-67 (Fed. Cir. 2006)). |

1

In reviewing the briefing, we also identified inadvertent errors in citations or quotations in Beckman Coulter's *Daubert* briefing, which are identified in Attachment A hereto.

The undersigned lead counsel certify the accuracy of these corrections as well as the accuracy of all other quotations and citations. Attached hereto as Attachment B-E is a redline implementing each of the above changes, as well as a clean version of each brief along with an updated certification of word count as Attachment F-I.[1] Beckman Coulter respectfully seeks leave to file and serve the corrected briefs. Attached as Attachment J is a proposed order allowing it to do so.

We sincerely apologize to the Court and thank Your Honor for the opportunity to correct these errors. The undersigned lead counsel will endeavor to ensure that these errors do not occur going forward.

---

[1] The corrected briefs attached hereto are being filed under seal in the same manner as they were originally filed because they contain information that Cytek designated confidential. Beckman Coulter previously made one redaction to redact the details of an internal product design, but in light of the Court's guidance, Beckman Coulter no longer seeks to make that one redaction.

2

Respectfully,

Frederick L. Cottrell III

Robert J. Gunther, Jr.

Omar Khan

OF COUNSEL:
Robert J. Gunther, Jr.
Omar A. Khan
WILMER CUTLER PICKERING
HALE and DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800

Frederick L. Cottrell III (#2555)
RICHARDS, LAYTON & FINGER,
P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com

*Counsel for Plaintiff Beckman Coulter, Inc.*

Dated:  July 28, 2026

3

RLF1 36290942v.1