# CVVCEJ O GP V'C

**Attachment A**

**Corrections to D.I. 252, Beckman Coulter's Opening Brief In Support of Its Technical *Daubert* Motions**

| P. | Existing Language | Corrected Language | Correction |
|---|---|---|---|
| 2 | to support its invalidity case.  Exs.13, 19, 20. | to support its invalidity case.  Exs.1~~2~~3, 19, 20. | Typo |
| 3 | *Lee's Aquarium & Pet Prods., Inc. v. Python Prods., Inc.*, 152 F.3d 945 (Fed. Cir. 1998) | *Lee's Aquarium & Pet Prods., Inc. v. Python Prods., Inc.*, 1998 WL 129903, at *1, 152 F.3d 945 (Fed. Cir. 1998) | Correction |
| 3 | Federal Rule of Evidence 701, "ensure[] that an | Federal Rule of Evidence 70~~1~~2, "ensure[e] that an | Typo |
| 5 | "receive light from." | "receive light ~~from~~." | Correction |
| 5 | "As [the Federal Circuit has] repeatedly held, it is improper to import limitations from the specification into the claims."  *Hill-Rom Servs., Inc. v. Stryker Corp.*, 755 F.3d 1367, 1371-72 (Fed. Cir. 2014) (internal quotation marks omitted). | "As [the Federal Circuit has] repeatedly held, it is improper 'to import limitations from the specification into the claims.'"  *Pulse Elecs., Inc. v. U.D. Elec. Corp.*, 860 F. App'x 735, 737 (Fed. Cir. 2021) (quoting *Hill-Rom Servs., Inc. v. Stryker Corp.*, 755 F.3d 1367, 1371-72 (Fed. Cir. 2014)) ~~(internal quotation marks omitted)~~. | Misattribution of quote to case cited by opinion, not opinion itself |
| 6 | | [1]All emphases added unless otherwise noted. | Clarification |
| 7 | Leary Tr. 250:22-251:2 (testifying his "infringement analysis" | Leary Tr. 250:22-251:2 (testifying his "noninfringement analysis" | Correction |
| 9 | Ex.13, Ilkov Rebuttal Report ¶¶12, 43, 48 | Ex.13, Ilkov Rebuttal Report ¶¶12, 43, 48 (heading) | Clarification |
| 10 | ("[A] limitation may not be read from one claim into another."). | ("[A] limitation may not be read from one claim into another…."). | Correction |
| 10 | and exclude "spectral" flow cytometers.  *See* Ex.14, | and exclude "spectral" flow cytometers.  *See* Ex.1~~3~~4, | Typo |
| 11 | Ex.7, Leary Tr. 285:24-287:21 (agreeing "the word conventional flow cytometer" does not | Ex.7, Leary Tr. 285:24-287:21 (agreeing "the words 'conventional flow cytometer'" do~~es~~ not | Correction |
| 11-12 | one-detector-one-dye flow cytometer."); | one-detector-one-dye flow cytometer…."); | Correction |
| 12 | *Linear Technology Corp. v. International Trade Com'n*, 566 F.3d 1049, 1059-1060 (2009). | *Linear Tech. Corp. v. Int'l Trade Comm'n*, 566 F.3d 1049, 1059-1060 (Fed. Cir. 2009). | Correction |
| 15 | Drs. Ilkov and Leary take the exact opposition position, | Drs. Ilkov and Leary take the exact opposit~~ione~~ position, | Typo |
| 15 | Ex.12, Ilkov Opening Report ¶¶1066, 1104; Ex.13, Ilkov Rebuttal Report ¶¶35, 173 (partial exclusion for statement that path between M1 and M2 cannot be an image), 175 (same); Ex.14, Ilkov Reply Report ¶50; Ex.17, Leary Rebuttal Report ¶¶52, 425; *see also* Ex.10, Ilkov Tr. Ex.12, Ilkov Opening Report ¶¶1066, 1104; | ~~Ex.12, Ilkov Opening Report ¶¶1066, 1104; Ex.13, Ilkov Rebuttal Report ¶¶35, 173 (partial exclusion for statement that path between M1 and M2 cannot be an image), 175 (same); Ex.14, Ilkov Reply Report ¶50; Ex.17, Leary Rebuttal Report ¶¶52, 425; see also Ex.10, Ilkov Tr.~~ Ex.12, Ilkov Opening Report ¶¶1066, 1104; | Deletion of erroneously duplicated citations |

1

| P. | Existing Language | Corrected Language | Correction |
|----|----|----|----|
| 20 | *Lee's Aquarium & Pet Prods., Inc. v. Python Prods., Inc.*, 152 F.3d 945 (Fed. Cir. 1998) | *Lee's Aquarium & Pet Prods., Inc. v. Python Prods., Inc.*, 1998 WL 129903, at *1, 152 F.3d 945 (Fed. Cir. 1998) | Correction |
| 20 | to my analysis of whether Beckman has demonstrated | to my analysis of whether [Beckman] has demonstrated. | Correction |
| 20 | Ex.13, Leary Tr. 252:2-7. | Ex.713, Leary Tr. 252:2-7. | Correction |
| 21 | Ex.8, Cytek's Proposed Claim Constructions, 13. | Ex.8, Cytek's Proposed Claim Constructions, 2-13. | Correction |
| 22 | *In re ChanBond, LLC Pat. Litig.*, 2019 WL 6910284, *6 (D. Del. 19, 2019) | *In re ChanBond, LLC Pat. Litig.*, 2019 WL 6910284, *6 (D. Del. Dec. 19, 2019) | Correction |
| 22 | *Inline Connection Corp. v. AOL Time Warner Inc.*, 2001 WL 275928, at *4 (D. Del. Jan. 39, 2007). | *Inline Connection Corp. v. AOL Time Warner Inc.*, 20071 WL 275928, at *4 (D. Del. Jan. 329, 2007). | Correction |
| 23 | Ex.13, Ilkov Reply Report | Ex.134, Ilkov Reply Report | Correction |
| 23 | specifications of the asserted patents. *Id.*, 105:13-15. | specifications of the asserted patents. *Id.*, 105:13-156. | Correction |
| 23 | He also admits that he is "not[] a person of ordinary skill in the art in this case." *Id.*, 115:9-13. | He also admits that he is "not[] a person of ordinary skill in the art [] in this case." *Id.*, 115:9-13. | Correction |
| 23 | *Ariad*, 598 F.3d at 1351-52 | *Ariad Pharms., Inc. v. Eli Lilly & Co.*, 598 F.3d 1336, at 1351-52 (Fed. Cir. 2010) | Full citation |
| 24 | *Id.*, 119:22-120:7. | *Id.*, 119:22-120:712. | Correction |
| 24 | dictionaries or encyclopedias, *id.*, 91:1-15, | dictionaries or encyclopedias, *id.*, 90:21-911:-15, | Correction |
| 25 | *Falko-Gunther Falkner v. Inglis*, 448 F.3d 1357, 1366-67 (Fed. Cir. 2006) ("Enablement does not require actual reduction to practice."). | *Medtronic Inc. v. Edwards Lifesciences Corp.*, 2013 WL 12131745, *5 (C.D. Cal. Nov. 27, 2013) *Falko-Gunther Falkner v. Inglis*, 448 F.3d 1357, 1366-67 (Fed. Cir. 2006) ("Enablement does not require actual reduction to practice." (citing *Falko-Gunter Falkner v. Inglis*, 448 F.3d 1357, 1366-67 (Fed. Cir. 2006)). | Misattribution of quote to case cited by opinion, not opinion itself |
| 25 | "help the jury to understand the evidence or to determine a fact in issue.'" *Am. Cruise Lines, Inc. v. HMS Am. Queen Steamboat Co. LLC*, WL 3528606, at *3 (D. Del. Aug. 16, 2017). | "help[] the jury to understand the evidence or to determine a fact in issue.'" *Am. Cruise Lines, Inc. v. HMS Am. Queen Steamboat Co. LLC*, 2017 WL 3528606, at *3 (D. Del. Aug. 16, 2017). | Correction |

## Corrections to D.I. 327, Beckman Coulter's Reply Brief In Support of Its Technical *Daubert* Motions

| P. | Existing Language | Corrected Language | Correction |
|----|----|----|----|
| 1 | specification features into the claims. Opening-Br.4-11. | specification features into the claims. Opening-Br.4-112. | Correction |
| 2 | *First*, Cytek's argument that limiting the claims to "collimation" is "consistent" "with the specification" | *First*, Cytek's argument that limiting the claims to "collimation" is "consistent" "with "the specification" | Correction |
| 3 | *E.g., Silicon Graphics v. ATI Techs.*, 607 F.3d 784, 790-91 (Fed. Cir. 2010) | *E.g., Silicon Graphics v. ATI Techs.*, 607 F.3d 784, 78790-91 (Fed. Cir. 2010) | Correction |

| | | | |
|---|---|---|---|
| 3 | *Seachange Int'l v. C-Cor*, 413 F.3d 1361, 1376-77 (Fed. Cir. 2005) | *Seachange Int'l v. C-COR~~or~~*, 413 F.3d 1361, 1376-77 (Fed. Cir. 2005) | Correction |
| 4 | in *Epos Technologies v. Pegasus Technologies*, finding it improper to "import the word 'conventional'" | in *EPOS~~pos~~ Technologies v. Pegasus Technologies*, finding it improper to "import[] the word 'conventional'" | Correction |
| 4-5 | *Spherix v. Vtech Telecomm.*, 2015 WL 9311489, *28-31 (N.D. Tex. Mar. 19, 2015); *see also id.* ("network" is not limited "IP network") | *Spherix v. VT~~t~~ech Telecomms.*, 2015 WL 9311489, *28-31 (N.D. Tex. Mar. 19, 2015)~~; see also id.~~ ("network" is not limited "IP network") | Correction |
| 5 | "were analog signals." *Id.* at 875-76. | "were analog signals." *Id.* at 876-805~~-76~~. | Correction |
| 7 | satisfy the claimed functions." Opening-Br.13. | satisfy the claimed functions." Opening-Br.13-14. | Correction |
| 9 | "the Court did not define 'image' to include | "[t]he Court did not define 'image' to include | Correction |
| 9 | "additional, narrower" meaning of "image." | "additional, narrow[er]" meaning of "image." | Correction |
| 10 | The Court rejected Cytek's argument that "first" means "initial" and "second" means "second sequential" for claim 18 of the '582 patent at *Markman*. Ex.18, 162:3-163:17, 47:4-9. | The Court rejected Cytek's argument that ~~"first" means "initial" and~~ "second" must immediately follow first ~~means "second sequential"~~ for claim 18 of the '582 patent at *Markman*. Ex.18, 162:3-~~163:17~~164:25, 47:4-9. | Correction |
| 11 | of the claims should be given the same meaning.""). | of the claims should be given the same meaning….""). | Correction |
| 13 | because Dr. Kono purportedly uses "enabled" in its | because Dr. Kono purportedly uses "enable~~d~~" in its | Correction |
| 13 | cannot know what they "enabled." Ex.9, 105:13-15. | cannot know what they "enabled." Ex.9, 105:13-15~~6~~. | Correction |
| 13-14 | *Falko-Gunter Falkner v. Inglis*, 448 F.3d 1357, 1366-67 (Fed. Cir. 2006). | *Medtronic Inc. v. Edwards Lifesciences Corp.*, 2013 WL 12131745, *5 (C.D. Cal. Nov. 27, 2013) (citing *Falko-Gunter Falkner v. Inglis*, 448 F.3d 1357, 1366-67 (Fed. Cir. 2006)). | Correction |

**Corrections to D.I. 253, Beckman Coulter's Opening Brief In Support of Its Damages *Daubert* Motions**

| P. | Existing Language | Corrected Language | Correction |
|---|---|---|---|
| 2 | Mr. Hansen's reasonably royalty | Mr. Hansen's reasonabl~~y~~e royalty. | Typo |
| 2 | Cytek's "spectral unmixing algorithm" | Cytek's "spectral "unmixing algorithm" | Correction |
| 3 | Under Federal Rule of Evidence 701, "ensure[] that an | Under Federal Rule of Evidence 70~~1~~2, "ensur[e] that an | Correction |
| 4 | Mr. Hansen's reasonably royalty opinion should be | Mr. Hansen's reasonabl~~y~~e royalty opinion should be | Typo |
| 4 | removed this value. Ex.2, Hansen Rebuttal Report ¶180. | removed this value. Ex.12~~2~~, Hansen Rebuttal Report ¶180 | Correction |
| 4 | Double-counting renders these opinion unreliable | Double-counting renders these opinions unreliable | Typo |
| 5 | where the royalty rate "already fully incorporates any | where the royalty ~~rate~~ "already fully incorporate[s] any | Correction |
| 6 | *ThinkOptics*, 2014 WL 2859578, *3. | *ThinkOptics*, 2014 WL 2859578, *2-3. | Correction |
| 6-7 | Mr. Hansen's analyses is "not 'the product of reliable principles and methods to the facts of the case." *Puff Corp.*, 2024 WL 2208929, *12. | Mr. Hansen's analyses are ~~is~~ "not 'the product of reliable principles and methods to the facts of the case." *Puff Corp.*, 2024 WL 2208929, *12 (citing Fed. R. Evid. 702). | Typo and correction |

| 7 | *Acceleration Bay LLC v. Activision Blizzard Inc.*, 2019 | *cf. Acceleration Bay LLC v. Activision Blizzard Inc.*, 2019 | Correction |
|---|---|---|---|
| 8 | **A. I haven't quantified that amount.**") | "**[A.]** **I haven't quantified that amount.**") | Clarification |
| 8 | investments earlier in time; right? **A. I didn't put forth** | investments earlier in time; right?" "**[A.] …** **I didn't put** | Clarification |
| 8 | "be commercialized readily" as the law requires | "be commercialized 'readily'" as the law requires | Correction |
| 8 | ("[I]f the substitute cannot be commercialized 'readily,' then it is not available for purposes of a lost profits determination") | ("[I]f the substitute cannot be commercialized 'readily,' then it is not available for purposes of a lost profits determination.") | Correction |
| 9 | Mr. Hansen also failed present | Mr. Hansen also failed to present | Typo |
| 9 | technological capability abroad manufacture, assemble, | technological capability abroad to manufacture, assemble, | Correction |
| 10 | "acceptable to customers." | "acceptable to ~~customers~~ consumers." | Correction |
| 10-11 | he does not actual analysis of commercial acceptability to customers. Ex.1, Hansen Rebuttal Report ¶¶114 (citing *Grain Processing*)). | but he does no~~t~~ actual analysis of commercial acceptability to customers. Ex.1, Hansen Rebuttal Report ¶114 (citing *Grain Processing*)~~).~~; | Typo and correction |
| 10-11 | *PureWick Corp. v. Sage Prods., LLC*, 2021 WL 2593338, *1 (D. Del. June 24, 2021) (excluding opinion that lacked analysis of relevant facts an evidence | *cf. PureWick Corp. v. Sage Prods., LLC*, 2021 WL 2593338, *1 (D. Del. June 24, 2021) (excluding opinion that lacked analysis of relevant facts and evidence | Typo and correction |
| 11 | *E.g.*, Ex.4, Ulusu Tr. 54:11-56:14-20, 74:7-10, 75:1-18. | *E.g.*, Ex.4, Ulusu Tr. 54:11-56:~~14-~~20, 74:7-10, 75:1-18. | Correction |
| 11 | during the period of infringement. Ex.4, Ulusu Tr. 54:11-56:20 | during the period of infringement. *Fiskars*, 279 F.3d at 1382; Ex.4, Ulusu Tr. 54:11-56:20 | Correction |
| 11 | *id.* 56:15-20 (Singapore "tried" to manufacture | *id.* 56:15-20 (Singapore "tried" to manufacture | Correction |
| 12 | by allowing the expert to testify at trial"). | by allowing the expert to testify at trial."). | Correction |
| 12 | *E.g.*, Ex.4, Ulusu Tr. 98:7-10 | *E.g.*, Ex.4, Ulusu Tr. 9~~7:7-1~~098:6~~7-1~~0 | Correction |
| 14 | unreliable under Rule 702. *Id.* | unreliable under Rule 702. ~~Id.~~*Correct Transmission*, 2024 WL 1289821, at *5. | Correction |

## Corrections to D.I. 325, Beckman Coulter's Reply Brief In Support of Its Damages *Daubert* Motions

| P. | Existing Language | Corrected Language | Correction |
|---|---|---|---|
| 1 | Ex.3, 131:21-133:12. | Ex.3, 131:21-133:1~~2~~52. | Correction |
| 3 | Ex.1, ¶118. | Ex.1, ¶¶116-18. | Correction |