# CVVCEJ O GP V'L

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC.,<br><br>                    Plaintiff,<br><br>          v.<br><br>CYTEK BIOSCIENCES, INC.,<br><br>                    Defendant. | C.A. No. 24-0945-CFC |

## [PROPOSED] ORDER GRANTING LEAVE
## TO FILE CORRECTED BRIEFS

The Court, having considered Beckman Coulter, Inc.'s request to file and serve corrected briefs to replace D.I. 252, 253, 325, and 327, and good cause having been found therefor;

IT IS SO ORDERED that the request is GRANTED.  Beckman Coulter, Inc. may file and serve the corrected briefs attached as Attachments F-I to its July 28, 2026 Letter within one (1) business day of this ORDER.


SO ORDERED this ___ day of _____, 2026


_____
The Honorable Colm F. Connolly

RLF1 36291231v.1