**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BECKMAN COULTER, INC., | |
| Plaintiff, | |
| v. | C.A. No. 24-000945-CFC |
| CYTEK BIOSCIENCES, INC., | |
| Defendant. | |

**DECLARATION OF ROBERT J. GUNTHER, JR. IN SUPPORT OF**
**PLAINTIFF BECKMAN COULTER, INC.'S RESPONSE TO**
**THE COURT'S JULY 24, 2026 ORDER TO SHOW CAUSE (D.I. 388)**

1

I, Robert J. Gunther, Jr., declare as follows:

1. I am licensed to practice law in the State of New York and have been admitted to this Court *pro hac vice* by Order dated May 11, 2026. D.I. 362 (so ordered).

2. I am an attorney with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, located at 7 World Trade Center, 250 Greenwich Street, New York, NY 10007, counsel for Plaintiff Beckman Coulter, Inc. ("Beckman Coulter") in this action.

3. I have personal knowledge of the facts set forth herein except as to facts that occurred prior to the date that I was admitted pro hac vice in this case. I have familiarized myself with respect to those prior facts and the prior proceedings in this case.

4. I submit this Declaration in support of Plaintiff Beckman Coulter, Inc.'s Response to the Court's Order to Show Cause (D.I. 388).

5. A true and correct copy of email correspondence from Beckman Coulter's counsel of record to Cytek Bioscience, Inc.'s ("Cytek") counsel of record, dated June 16, 2026, is attached hereto as **Exhibit 1**.

6. A true and correct copy of the cover page of the Proposed Joint Voir Dire sent from Beckman Coulter's counsel of record to Cytek's counsel of record on June 16, 2026, is attached as **Exhibit 2**.

7.    A true and correct copy of the cover page of the Proposed Joint Verdict Form sent from Beckman Coulter's counsel of record to Cytek's counsel of record on June 16, 2026, is attached as **Exhibit 3**.

8.    A true and correct copy of the cover page of the Proposed Joint Preliminary Jury Instructions (Phase I) sent from Beckman Coulter's counsel of record to Cytek's counsel of record on June 16, 2026, is attached as **Exhibit 4**.

9.    A true and correct copy of the cover page of the Proposed Joint Preliminary Jury Instructions (Phase II) sent from Beckman Coulter's counsel of record to Cytek's counsel of record on June 16, 2026, is attached as **Exhibit 5**.

10.    A true and correct copy of the cover page of the Proposed Joint Final Jury Instructions (Phase II) sent from Beckman Coulter's counsel of record to Cytek's counsel of record on June 16, 2026, is attached as **Exhibit 6**.

11.    A true and correct copy of the cover page of the Proposed Joint Pretrial Order sent from Beckman Coulter's counsel of record to Cytek's counsel of record on June 16, 2026, is attached as **Exhibit 7**.

12.    A true and correct copy of email correspondence between Beckman Coulter's counsel of record to Cytek's counsel of record, dated June 17, 2026, is attached hereto as **Exhibit 8**.

3

13.    A true and correct copy of the cover page of the Proposed Joint Final Jury Instructions (Phase I) sent from Beckman Coulter's counsel of record to Cytek's counsel of record on June 17, 2026, is attached as **Exhibit 9**.

14.    A true and correct copy of email correspondence from Cytek's counsel of record to Beckman Coulter's counsel of record, dated July 2, 2026, is attached hereto as **Exhibit 10**.

15.    A true and correct copy of the cover page of the Proposed Joint Voir Dire sent from Cytek's counsel of record to Beckman Coulter's counsel of record on July 2, 2026, is attached as **Exhibit 11**.

16.    A true and correct copy of the cover page of the Proposed Joint Verdict Form sent from Cytek's counsel of record to Beckman Coulter's counsel of record on July 2, 2026, is attached as **Exhibit 12**.

17.    A true and correct copy of the cover page of the Proposed Joint Preliminary Jury Instructions (Phase I) sent from Cytek's counsel of record to Beckman Coulter's counsel of record on July 2, 2026, is attached as **Exhibit 13**.

18.    A true and correct copy of the cover page of the Proposed Joint Preliminary Jury Instructions (Phase II) sent from Cytek's counsel of record to Beckman Coulter's counsel of record on July 2, 2026, is attached as **Exhibit 14**.

19. A true and correct copy of the cover page of the Proposed Joint Final Jury Instructions (Phase I) sent from Cytek's counsel of record to Beckman Coulter's counsel of record on July 2, 2026, is attached as **Exhibit 15**.

20. A true and correct copy of the cover page of the Proposed Joint Final Jury Instructions (Phase II) sent from Cytek's counsel of record to Beckman Coulter's counsel of record on July 2, 2026, is attached as **Exhibit 16**.

21. A true and correct copy of the cover page of the Proposed Joint Pretrial Order sent from Cytek's counsel of record to Beckman Coulter's counsel of record on July 2, 2026, is attached as **Exhibit 17**.

22. A true and correct copy of email correspondence between Beckman Coulter's counsel of record to Cytek's counsel of record, dated July 16, 2026 and July 14, 2026 respectively, is attached hereto as **Exhibit 18**.

23. A true and correct copy of the cover page of the Beckman Coulter's Proposed Verdict Form sent from Beckman Coulter's counsel of record to Cytek's counsel of record on July 16, 2026, is attached as **Exhibit 19**.

24. A true and correct copy of a series of email correspondence between Cytek's counsel of record and Beckman Coulter's counsel of record, dated July 23, 2026 and July 24, 2026, is attached hereto as **Exhibit 20**.

5

25.    A true and correct copy of a series of email correspondence between Cytek's counsel of record and Beckman Coulter's counsel of record, dated July 23, 2026 and July 24, 2026, is attached hereto as **Exhibit 21**.

26.    A true and correct copy of a series of email correspondence between Cytek's counsel of record and Beckman Coulter's counsel of record, dated July 22, 2026 and July 23, 2026, is attached hereto as **Exhibit 22**.

27.    I declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 30th day of July, 2026.

Robert J. Gunther, Jr.

6