# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

BECKMAN COULTER, INC.,

                     Plaintiff,

       v.

CYTEK BIOSCIENCES, INC.,

                    Defendant.

C.A. No. 24-0945-CFC

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Gabriela Z. Monasterio of Richards, Layton & Finger, P.A. enters her appearance as counsel on behalf of Plaintiff Beckman Coulter, Inc. in the above-captioned matter.

/s/ Gabriela Z. Monasterio
Frederick L. Cottrell, III (#2555)
Kelly E. Farnan (#4395)
Christine D. Haynes (#4697)
Gabriela Z. Monasterio (#7240)
RICHARDS, LAYTON & FINGER P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com
farnan@rlf.com
haynes@rlf.com
monasterio@rlf.com

Dated: August 3, 2026

*Attorneys for Plaintiff*

RLF1 36313687v.1