# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| BECKMAN COULTER, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CYTEK BIOSCIENCES, INC., <br><br> Defendant. | C.A. No. 24-945-CFC <br><br> **JURY TRIAL DEMANDED** |

## MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the

admissions *pro hac vice* of Thomas G. Saunders and Patrick Nyman, PhD. of Wilmer

Cutler Pickering Hale and Dorr LLP to represent Plaintiff Beckman Coulter, Inc. in

this matter.

/s/ Christine D. Haynes
Frederick L. Cottrell III (#2555)
Kelly E. Farnan (#4395)
Christine D. Haynes (#4697)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
farnan@rlf.com
haynes@rlf.com

*Attorneys for Plaintiff*

Dated:  August 4, 2026

RLF1 36321126v.1

2

## <u>ORDER GRANTING MOTION</u>

IT IS HEREBY ORDERED that counsel's Motion for admissions *pro hac vice* is GRANTED.

Dated: _____, 2026.

_____
The Honorable Colm F. Connolly

2

## CERTIFICATION FOR *PRO HAC VICE* ADMISSION OF A LAWYER WHO PRACTICES WITH OR IN THE FORM OF A PROFESSIONAL CORPORATION OR ASSOCIATION AUTHORIZED TO PRACTICE LAW FOR PROFIT

I certify that I practice law with or in the form of a professional corporation or association authorized to practice law for profit.

I certify that I am eligible for admission to this Court; that I am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and the State of New York; and that pursuant to Local Rule 83.6 I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order: Annual Registration Fee / Pro Hac Vice Fee, I further certify that the annual fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

I further certify that:

1. With the exception of the circumstances listed in Rule 5.4(a)(1)-(4) of the Model Rules of Professional Conduct of the American Bar Association, neither I nor my law firm shares or will share legal fees with a nonlawyer;

2. I do not participate with a nonlawyer in a partnership that engages in any activity that consists of the practice of law;

3. I will not permit a person who recommends, employs, or pays me or my law firm to render legal services for another person or persons to direct or regulate my professional judgment or the professional judgment of a lawyer in my firm in rendering such legal services;

4. With the exception of a fiduciary representative of the estate of a lawyer for a reasonable time during the administration of the estate, no nonlawyer owns any interest in my law firm;

5. No nonlawyer is a director or officer or occupies a position of similar responsibility in the firm; and

6. No nonlawyer has the right to direct or control my professional judgment or the professional judgment of a lawyer in my firm.

/s/ Thomas G. Saunders
Thomas G. Saunders
Wilmer Cutler Pickering Hale and Door LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 663-6000
Thomas.saunders@wilmerhale.com

Dated: August 4, 2026

**<u>CERTIFICATION FOR *PRO HAC VICE* ADMISSION OF A LAWYER WHO PRACTICES WITH OR IN THE FORM OF A PROFESSIONAL CORPORATION OR ASSOCIATION AUTHORIZED TO PRACTICE LAW FOR PROFIT</u>**

I certify that I practice law with or in the form of a professional corporation or association authorized to practice law for profit.

I certify that I am eligible for admission to this Court; that I am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and the State of Maryland; and that pursuant to Local Rule 83.6 I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order: Annual Registration Fee / Pro Hac Vice Fee, I further certify that the annual fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

I further certify that:

1. With the exception of the circumstances listed in Rule 5.4(a)(1)-(4) of the Model Rules of Professional Conduct of the American Bar Association, neither I nor my law firm shares or will share legal fees with a nonlawyer;

2. I do not participate with a nonlawyer in a partnership that engages in any activity that consists of the practice of law;

3. I will not permit a person who recommends, employs, or pays me or my law firm to render legal services for another person or persons to direct or regulate my professional judgment or the professional judgment of a lawyer in my firm in rendering such legal services;

4. With the exception of a fiduciary representative of the estate of a lawyer for a reasonable time during the administration of the estate, no nonlawyer owns any interest in my law firm;

5. No nonlawyer is a director or officer or occupies a position of similar responsibility in the firm; and

6. No nonlawyer has the right to direct or control my professional judgment or the professional judgment of a lawyer in my firm.

*/s/ Patrick E. Nyman*
Patrick Nyman, PhD.
Wilmer Cutler Pickering Hale and Door LLP
2100 Pennsylvania Avenue, NW
Washington DC 20037
(202) 663-6000
Patrick.Nyman@wilmerhale.com

Dated:  August 4, 2026