**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| BECKMAN COULTER, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 24-0945-CFC |
| CYTEK BIOSCIENCES, INC. | ) ) | |
| Defendant. | ) | |

**MOTION FOR EXEMPTION OF PERSONS FROM
THE DISTRICT OF DELAWARE'S MAY 17, 2024
<u>STANDING ORDER ON PERSONAL DEVICES</u>**

Plaintiff Beckman Coulter, Inc. ("Plaintiff") hereby moves for an order to exempt certain persons from the District of Delaware's May 17, 2024 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 17, 2024 Standing Order"). In support of this Motion, Plaintiff states as follows:

1.     The District of Delaware's May 17, 2024 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require *inter alia*, for visitors to place personal electronic devices in a locked pouch

provided by U.S. Marshalls. Paragraph 4 of the May 17, 2024 Standing Order provides for certain exemptions to the Standing Order.

2.    The Pretrial Conference is currently scheduled in this case on August 7, 2026 at 2:00 p.m. in Courtroom 4B.

3.    The following counsel, admitted *pro hac* vice, will be traveling to Delaware to attend the August 7 Pretrial Conference and require access to their electronic devices. The following counsel do not meet the exemptions listed in Paragraph 4 of the May 17, 2024 Standing Order and do not possess a physical, hard-copy Bar ID card. Each of the counsel listed below is a member in good standing with at least one State bar admission in the United States.

    a.  Robert J. Gunther, Jr., attorney for Plaintiff

    b.  Omar Khan, attorney for Plaintiff

    c.  James Dowd, attorney for Plaintiff

    d.  Jeffery Dennhardt, attorney for Plaintiff

    e.  Lauren Matlock-Colangelo, attorney for Plaintiff

    f.  Jennifer Graber, attorney for Plaintiff

    g.  Gillian Farrell, attorney for Plaintiff

WHEREFORE, Plaintiff respectfully requests that the Court issue an order, in the form attached hereto, to exempt the foregoing counsel from the District of Delaware's May 17, 2024 Standing Order.

OF COUNSEL:

Robert J. Gunther, Jr.
Omar A. Khan
Jeffrey A. Dennhardt
Laura Macro
Lauren Matlock-Colangelo
Jennifer L. Graber
Maggie Sawin
Kelly A. Todd
WILMER CUTLER PICKERING
HALE and DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800

James Dowd
WILMER CUTLER PICKERING
HALE and DORR LLP
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
(213) 443-5300

Akkad Y. Moussa
WILMER CUTLER PICKERING
HALE and DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037

Dated: August 4, 2026

*/s/ Christine D. Haynes*
Frederick L. Cottrell III (#2555)
Kelly E. Farnan (#4395)
Christine D. Haynes (#4697)
Gabriela Z. Monasterio (#7240)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com
farnan@rlf.com
haynes@rlf.com
monasterio@rlf.com

*Attorneys for Plaintiff*

3