## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| BECKMAN COULTER, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | C.A. No. 24-0945-CFC |
| CYTEK BIOSCIENCES, INC. | ) ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES**

The Court, having considered Plaintiff's Motion for Exemption of Persons from the District of Delaware's May 17, 2024 Standing Order on Personal Devices (the "Motion"),

IT IS SO ORDERED this ___ day of August, 2026 that:

1.      The Motion is GRANTED.

2.      For purposes of the Pretrial Conference on August 7, 2026 in the above-captioned matter, the following persons are exempt from the District of Delaware's May 17, 2024 Standing Order and shall be permitted to retain and use their electronic devices:

   a. Robert J. Gunther, Jr., attorney for Plaintiff

   b. Omar Khan, attorney for Plaintiff

RLF1 36313646v.1

    c.   James Dowd, attorney for Plaintiff

    d.   Jeffery Dennhardt, attorney for Plaintiff

    e.   Lauren Matlock-Colangelo, attorney for Plaintiff

    f.   Jennifer Graber, attorney for Plaintiff

    g.   Gillian Farrell, attorney for Plaintiff

3.    The persons listed in Paragraph 2 above shall present this Order, along with a valid photographic identification, to the United States Marshals upon entry to the J. Caleb Boggs Federal Building and United States Courthouse.

_____
Chief United States District Judge

RLF1 36313646v.1