## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

BECKMAN COULTER, INC.,

     Plaintiff,

     v.

CYTEK BIOSCIENCES, INC.

     Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

C.A. No. 24-0945-CFC

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES

The Court, having considered Plaintiff's Motion for Exemption of Persons from the District of Delaware's May 17, 2024 Standing Order on Personal Devices (the "Motion"),

IT IS SO ORDERED this ____ day of August, 2026 that:

1.    The Motion is GRANTED.

2.    For purposes of the Pretrial Conference on August 7, 2026 in the above-captioned matter, the following persons are exempt from the District of Delaware's May 17, 2024 Standing Order and shall be permitted to retain and use their electronic devices:

    a.  Robert J. Gunther, Jr., attorney for Plaintiff

    b.  Omar Khan, attorney for Plaintiff

RLF1 36313646v.1

    c. James Dowd, attorney for Plaintiff

    d. Jeffery Dennhardt, attorney for Plaintiff

    e. Lauren Matlock-Colangelo, attorney for Plaintiff

    f. Jennifer Graber, attorney for Plaintiff

    g. Gillian Farrell, attorney for Plaintiff

3. The persons listed in Paragraph 2 above shall present this Order, along with a valid photographic identification, to the United States Marshals upon entry to the J. Caleb Boggs Federal Building and United States Courthouse.

 

_____
Chief United States District Judge