IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BECKMAN COULTER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 24-945 (CFC) (EGT) |
| | ) | |
| CYTEK BIOSCIENCES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that the appearance of Rosalynd D. Upton of COOLEY LLP as counsel for Defendant Cytek Biosciences, Inc. is hereby withdrawn. Cytek will continue to be represented by MORRIS, NICHOLS, ARSHT & TUNNELL LLP and COOLEY LLP.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Cameron P. Clark*

Karen Jacobs (#2881)
Jeremy A. Tigan (#5239)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
kjacobs@morrisnichols.com
jtigan@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Defendant*
*Cytek Biosciences, Inc.*

August 5, 2026

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 5, 2026, upon the following in the manner indicated:

Frederick L. Cottrell III                         *VIA ELECTRONIC MAIL*
Kelly E. Farnan
Christine D. Haynes
RICHARDS, LAYTON & FINGER P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Attorneys for Plaintiff*

Omar A. Khan                                      *VIA ELECTRONIC MAIL*
Jeffrey A. Dennhardt
Lauren E. Matlock-Colangelo
Kelly A. Todd
Laura Macro
Maggie Sawin
Robert J. Gunther, Jr.
Gillian T. Farrell
WILMER CUTLER PICKERING HALE
  AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY  10007
*Attorneys for Plaintiff*

3

Daniel S. Perry                                         *VIA ELECTRONIC MAIL*
WILMER CUTLER PICKERING HALE AND
DOOR LLP
1225 17th Street
Suite 2600
Denver, Colorado 80202
*Attorneys for Plaintiff*

Akkad Y. Moussa                                         *VIA ELECTRONIC MAIL*
WILMER CUTLER PICKERING HALE
  AND DORR LLP
2100 Pennsylvania Avenue NW
Washington DC 20037
*Attorneys for Plaintiff*

James M. Dowd                                           *VIA ELECTRONIC MAIL*
WILMER CUTLER PICKERING HALE AND
DORR LLP
350 South Grand Avenue
Los Angeles, California 90071
*Attorneys for Plaintiff*

/s/ Cameron P. Clark

Cameron P. Clark (#6647)