IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BECKMAN COULTER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 24-945 (CFC) (EGT) |
| | ) | |
| CYTEK BIOSCIENCES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to D. Del. LR 83.5 and the attached certification, counsel moves for

the admission *pro hac vice* of Lauren Strosnick and Joseph Van Tassel of COOLEY

LLP to represent Defendant Cytek Biosciences, Inc. in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Cameron P. Clark*

Karen Jacobs (#2881)
Jeremy A. Tigan (#5239)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
kjacobs@morrisnichols.com
jtigan@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Defendant*
*Cytek Biosciences, Inc.*

August 5, 2026

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of

Lauren Strosnick and Joseph Van Tassel is granted.


Date: _____        _____

                               Chief, United States District Judge

## CERTIFICATION FOR *PRO HAC VICE* ADMISSION OF LAWYER WHO PRACTICES WITH OR IN THE FORM OF A PROFESSIONAL CORPORATION OR ASSOCIATION AUTHORIZED TO PRACTICE <u>LAW FOR PROFIT</u>

I certify that I practice law with or in the form of a professional corporation or association authorized to practice law for profit.

I certify that I am eligible for admission to this Court; that I am admitted, practicing, and in good standing as a member of the Bar of the State of California; and that pursuant to District of Delaware Local Rule 83.6 I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with the Standing Order on Attorney Registration and *Pro Hac Vice* Fees, I further certify that the fee of $50.00 has been submitted to the Clerk's Office upon the filing of this motion.

I further certify that:

1.    With the exception of the circumstances listed in Rule 5.4(a)(l)-(4) of the Model Rules of Professional Conduct of the American Bar Association, neither I nor my law firm shares or will share legal fees with a nonlawyer;

2.    I do not participate with a nonlawyer in a partnership that engages in any activity that consists of the practice of law;

3.    I will not permit a person who recommends, employs, or pays me or my law firm to render legal services for another person or persons to direct or regulate my professional judgment or the professional judgment of a lawyer in my firm in rendering such legal services;

4.    With the exception of a fiduciary representative of the estate of a lawyer for a reasonable time during the administration of the estate, no nonlawyer owns any interest in my law firm;

5.    No nonlawyer is a director or officer or occupies a position of similar responsibility in the firm; and

6.    No nonlawyer has the right to direct or control my professional judgment or the professional judgment of a lawyer in my firm.

Date: __August 5, 2026__             */s/ Lauren Strosnick*

                                        _____

                                        Lauren Strosnick
                                        COOLEY LLP
                                        3175 Hanover Street
                                        Palo Alto, CA  94304
                                        (650) 843-5000
                                        lStrosnick@cooley.com

**CERTIFICATION FOR *PRO HAC VICE* ADMISSION OF LAWYER WHO PRACTICES WITH OR IN THE FORM OF A PROFESSIONAL CORPORATION OR ASSOCIATION AUTHORIZED TO PRACTICE <u>LAW FOR PROFIT</u>**

I certify that I practice law with or in the form of a professional corporation or association authorized to practice law for profit.

I certify that I am eligible for admission to this Court; that I am admitted, practicing, and in good standing as a member of the Bars of the Commonwealths of Virginia and Massachusetts, and the State of New York; and that pursuant to District of Delaware Local Rule 83.6 I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with the Standing Order on Attorney Registration and *Pro Hac Vice* Fees, I further certify that the fee of $50.00 has been submitted to the Clerk's Office upon the filing of this motion.

I further certify that:

1.    With the exception of the circumstances listed in Rule 5.4(a)(l)-(4) of the Model Rules of Professional Conduct of the American Bar Association, neither I nor my law firm shares or will share legal fees with a nonlawyer;

2.    I do not participate with a nonlawyer in a partnership that engages in any activity that consists of the practice of law;

3.    I will not permit a person who recommends, employs, or pays me or my law firm to render legal services for another person or persons to direct or regulate my professional judgment or the professional judgment of a lawyer in my firm in rendering such legal services;

4.      With the exception of a fiduciary representative of the estate of a lawyer for a reasonable time during the administration of the estate, no nonlawyer owns any interest in my law firm;

5.      No nonlawyer is a director or officer or occupies a position of similar responsibility in the firm; and

6.      No nonlawyer has the right to direct or control my professional judgment or the professional judgment of a lawyer in my firm.


Date:  August 5, 2026             /s/ Joseph Van Tassel

                                  _____
                                  Joseph Van Tassel
                                  COOLEY LLP
                                  Reston Town Center
                                  11951 Freedom Drive, 14th Floor
                                  Reston, VA 20190-5656
                                  (703) 456-8000
                                  jvantassel@cooley.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 5, 2026, upon the following in the manner indicated:

Frederick L. Cottrell III                                    *VIA ELECTRONIC MAIL*
Kelly E. Farnan
Christine D. Haynes
RICHARDS, LAYTON & FINGER P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Attorneys for Plaintiff*

Omar A. Khan                                                  *VIA ELECTRONIC MAIL*
Jeffrey A. Dennhardt
Lauren E. Matlock-Colangelo
Kelly A. Todd
Laura Macro
Maggie Sawin
Robert J. Gunther, Jr.
Gillian T. Farrell
WILMER CUTLER PICKERING HALE
  AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY  10007
*Attorneys for Plaintiff*

Daniel S. Perry                                          *VIA ELECTRONIC MAIL*
WILMER CUTLER PICKERING HALE AND
DOOR LLP
1225 17th Street
Suite 2600
Denver, Colorado 80202
*Attorneys for Plaintiff*

Akkad Y. Moussa                                          *VIA ELECTRONIC MAIL*
WILMER CUTLER PICKERING HALE
  AND DORR LLP
2100 Pennsylvania Avenue NW
Washington DC 20037
*Attorneys for Plaintiff*

James M. Dowd                                            *VIA ELECTRONIC MAIL*
WILMER CUTLER PICKERING HALE AND
DORR LLP
350 South Grand Avenue
Los Angeles, California 90071
*Attorneys for Plaintiff*

/s/ Cameron P. Clark
_____
Cameron P. Clark (#6647)