# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| BECKMAN COULTER, INC.,<br><br>               Plaintiff,<br><br>     v.<br><br>CYTEK BIOSCIENCES, INC.,<br><br>               Defendant. | C.A. No. 24-0945-CFC |

## SUPPLEMENTAL DEPOSITION DESIGNATIONS WITH OBJECTIONS

Pursuant to the proposed schedule in the Joint Pretrial Order (D.I. 376 at ¶ 59), Plaintiff Beckman Coulter, Inc. ("Beckman Coulter") and Defendant Cytek Biosciences, Inc. ("Cytek") submit for the Court updated Exhibits 11 and 12 that now include objections with deposition designations.  The following table summarizes the contents of the exhibits:

| Exhibit | Description |
|---|---|
| 11-A | Beckman Coulter Affirmative Designations with Cytek Counter Designations and Objections |
| 11-B | Beckman Coulter Affirmative Designations with Cytek Counter Designations and Beckman Coulter Objections to Cytek Counter Designations |
| 12-A | Cytek Affirmative Designations with Beckman Coulter Counter Designations and Objections |
| 12-B | Cytek Affirmative Designations with Beckman Coulter Counter Designations and Cytek Objections to Beckman Coulter Counter Designations |

In addition, Beckman Coulter and Cytek respectfully submit each party's objection key.

**Counsel for Plaintiff**

Omar A. Khan
Jeffrey A. Dennhardt
Laura Macro
Lauren Matlock-Colangelo
Jennifer L. Graber
Maggie Sawin
Kelly A. Todd
Robert J. Gunther, Jr.
WILMER CUTLER PICKERING
HALE and DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800

Akkad Y. Moussa
WILMER CUTLER PICKERING
HALE and DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037

James M. Dowd
WILMER CUTLER PICKERING
HALE and DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
(213) 443-5300

Frederick L. Cottrell III (#2555)
Kelly E. Farnan (#4395)
Christine D. Haynes (#4697)
Gabriela Z. Monasterio (#7240)
RICHARDS, LAYTON & FINGER,
P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com
farnan@rlf.com
haynes@rlf.com
monasterio@rlf.com

**Counsel for Defendant**

Adam Pivovar
Dustin M. Knight
David Yun
COOLEY LLP
1299 Pennsylvania Avenue NW,
Suite 700
Washington, DC 20004
(202) 842-7800
apivovar@cooley.com
dknight@cooley.com

Karen Jacobs (#2881)
Jeremy A. Tigan (#5239)
Cameron P. Clark (#6647)
MORRIS, NICHOLS, ARSHT &
TUNNELL, LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
kjacobs@morrisnichols.com

dyun@cooley.com

jtigan@morrisnichols.com
cclark@morrisnichols.com

Elizabeth M. Flanagan (#5891)
COOLEY LLP
30 S. 9th Street, 7th Floor
Minneapolis, MN 55402
bflanagan@cooley.com

Reuben Chen
Alexandra Leeper
HanByul Chang
Juan Pablo Gonzalez
COOLEY LLP
3175 Hanover Street
Pal Alto, CA 94304
(650) 843-5000
rchen@cooley.com
aleeper@cooley.com
HanByul.chang@cooley.com
jgonzalez@cooley.com