**Cytek's Exhibit Objection Code Key:**

| Code | Objection |
|---|---|
| R | Irrelevant (FRE 401/402) |
| 403 | Prejudice, Confusion, Waste of Time, etc. (FRE 403) |
| C/D | Cumulative or Duplicative |
| DAU | Subject to ruling on *Daubert* motions |
| F | Lacks foundation/personal knowledge (FRE 602) |
| H | Hearsay (FRE 802)/Hearsay within hearsay (FRE 805) |
| IO | Improper Opinion (FRE 701/702) |
| LC | Calls for legal conclusion |
| M | Misleading/Mischaracterizing |
| MIL | Subject to MIL |
| P | Privilege |
| V | Vague/ambiguous |
| COM | Compound |
| IH | Incomplete Hypothetical |
| S | Speculation |
| ACP/WP | Attorney-client privilege/work product |
| ARG | Argumentative |
| Rule 26 | Failure to comply with Fed. R. Civ. P. 26 obligations |
| Rule 604 | Failure to comply with Fed. R. Evid. 604 obligations |
| BE | Best Evidence (FRE 1002) |
| A | Authentication (FRE 901/902) |
| A&A | Asked & Answered |
| 611 | Improper redirect examination or improper leading questions (FRE 611) |
| ID | Improper Designation |
| SCOPE | Outside scope of FRCP 30(b)(6) |
| U | Untimely |

1

**Beckman Coulter's Exhibit Objection Code Key**

| Code | Objection |
|------|-----------|
| R | **Relevance.**  The document is irrelevant. |
| A | **Authenticity.**  The document does not appear regular on its face, and offering party has not established that it is a true and correct copy of the document through proper foundation testimony (Fed. R. Evid. 901 & 902). |
| BRPL | **Brief, Pleading, or Order.**  The objecting party objects to this exhibit because it is a brief, pleading, order, or discovery request and is not evidence. |
| CU | **Cumulative.**  The objecting party objects to this exhibit on the ground that it is duplicative and/or cumulative of other exhibits. |
| D | **Not Produced During Discovery.**  The objecting party objects to this exhibit because it is encompassed by one or more of The objecting party's discovery requests but the document and/or underlying data was not produced during the course of discovery. |
| NEV | **Not Evidence.**  The objecting party objects to this exhibit because it is not evidence in the case (e.g., demonstrative, deposition transcript, expert report). |
| O | **Impropoer Expert Testimony.**  The objecting party objects to the exhibit as outside the scope of the expert's opinions. |
| F | **Foundation.**  The objecting party objects to this exhibit on the ground that the foundation necessary for its admission has not been laid and is not laid in the exhibit itself.  (Fed. R. Evid. 602). |
| FRE 1002 | **Original Document.**  The objecting party objects to this exhibit on the ground that an original writing is required to prove the content thereof.  (Fed. R. Evid. 1002). |
| FRE 1004 | **Other Content Evidence.**  The objecting party objects to this exhibit on the ground that it is not an original writing, and an exception does not apply.  (Fed. R. Evid. 1004). |
| H | **Hearsay.**  The objecting party objects to this exhibit because it constitutes or contains hearsay and no exception applies.  (Fed. R. Evid. 801 & 802). |
| C | **Incomplete.**  The objecting party objects to this exhibit because the exhibit, as submitted, does not contain the complete document.  (Fed. R. Evid. 106). |
| ID | **Inaccurate Description.**  The objecting party objects to this exhibit because it has an inaccurate description.  The objecting party reserves all other objections. |

| Code | Objection |
|------|-----------|
| R | **Not Relevant.**  The objecting party objects to this exhibit because it is not relevant to any issue to be decided in this Investigation.  (Fed. R. Evid. 401 & 402). |
| L | **Legal Conclusion.**  The objecting party objects object to this exhibit because it contains conclusions of law. |
| LO | **Opinion Testimony By Lay Witness.**  The objecting party objects to this exhibit because it constitutes or contains improper opinion by a lay witness.  (Fed. R. Evid. 701 & 702). |
| MD | **Multiple Documents.**  The objecting party objects to this exhibit because it contains more than one document. |
| MIL | **Motion *in Limine*.**  The objecting party objects to this exhibit because it is inadmissible on a ground asserted in the objecting party's motions *in limine*. |
| PHYS | **Physical Exhibit.**  The objecting party reserves all objections until time of inspection. |
| Q | **Quality.**  The objecting party objects to this exhibit because the exhibit, as submitted, is illegible or otherwise of low quality.  The objecting party reserves all other objections. |
| PK | **Personal Knowledge (Speculation).**  The objecting party objects to this exhibit because it includes statements that are speculative as to matters of fact or law. |
| T | **Translation.**  The objecting party objects to this exhibit because it is in a foreign language and no translation has been provided.  The objecting party reserves all other objections. |
| P | **Unfair Prejudice.**  The objecting party objects to this exhibit because its probative value is substantially outweighed by unfair prejudice and/or confusion of the issues.  (Fed. R. Evid. 403) |
| V | **Vague and Ambiguous.**  The objecting party objects to this exhibit/testimony because it includes vague and indefinite statements. |
| WIT | **No Sponsoring Witness.**  The objecting party objects to this exhibit on the ground that it lacks a sponsoring witness and/or has an improper sponsoring witness. |
| NON-CONF | **Non-Confidential.**  The exhibit is incorrectly designated as confidential.  The objecting party requests that the exhibit be marked as non-confidential. |

| Code | Objection |
|---|---|
| CONF | **Confidential.**  The exhibit is incorrectly designated as non-confidential.  The objecting party requests that the exhibit be marked as confidential business information. |
| M | **Misstates Testimony.**  The document misstates the witnesses deposition or trial testimony |
| NR | **Not Responsive.**  The answer is not responsive to question or deposition designation. |
| UT | **Untimely** |
| W | **Withdrawn Question.**  The question was withdrawn, so the answer should not be presented to the jury |
| L | **Calls for legal conclusion.**  The question impermissibly calls for a legal conclusion |
| OS | **Outside scope**. The question is outside the scope of the witness designation and/or direct |
| PRIV | **Privileged.**  The testimony or document calls for privileged information. |
| COM | **Compound.** Two or more questions are combined as one question. |
| MCD | **Mischaracterizes document**. Question presented misquotes or inaccurately summarizes the content of the evidence. |
| IH | **Incomplete hypothetical**. Hypothetical question omits information, variables, or context necessary to provide an accurate answer. |