IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BECKMAN COULTER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 24-945 (CFC) |
| | ) | |
| CYTEK BIOSCIENCES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION AND ORDER
DISMISSING CLAIMS REGARDING U.S. PATENT NO. 12,174,106**

WHEREAS, Plaintiff Beckman Coulter, Inc. ("Plaintiff" or "Beckman Coulter") has filed suit against Defendant Cytek Biosciences, Inc. ("Defendant" or "Cytek") in the above-captioned case for infringement of certain of Plaintiff's patents, including U.S. Patent No. 12,174,106 ("the '106 Patent");

WHEREAS, Beckman Coulter and Cytek are continuing to narrow their cases in advance of the upcoming jury trial;

NOW THEREFORE, IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that:

1.    All claims for infringement of the '106 Patent as set forth in Count 3 of Plaintiff's First Amended Complaint (D.I. 42) are hereby DISMISSED WITH PREJUDICE.

2.      Each side will bear their own costs, expenses, and attorneys' fees with respect to the aforementioned claims.

3.      Nothing herein impacts any claims, counterclaims, or defenses related to U.S. Patent Nos. 10,330,582, 11,703,443, and 12,174,107.

RICHARDS, LAYTON & FINGER P.A.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Frederick L. Cottrell, III

/s/ Karen Jacobs

_____

_____

Frederick L. Cottrell III (#2555)
Kelly E. Farnan (#4395)
Christine D. Haynes (#4697)
Gabriela Z. Monasterio (#7240)
One Rodney Square
920 North King Street
Wilmington, DE  19801
(302) 651-7700
cottrell@rlf.com
farnan@rlf.com
haynes@rlf.com
monasterio@rlf.com

Karen Jacobs (#2881)
Jeremy A. Tigan (#5239)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
kjacobs@morrisnichols.com
jtigan@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Defendant*
*Cytek Biosciences, Inc.*

*Attorneys for Plaintiff*
*Beckman Coulter, Inc.*

August 5, 2026

SO ORDERED this _____ day of _____, 2026.

_____
Chief, United States District Judge

2