

Frederick L. Cottrell, III
Director
302-651-7509
cottrell@rlf.com

August 5, 2026

**VIA CM-ECF**
The Honorable Colm F. Connolly
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street, Unit 31
Room 4124
Wilmington, DE 19801

> **Re:   *Beckman Coulter, Inc. v. Cytek Biosciences, Inc.*
>        C.A. No. 24-945 (CFC)**

Dear Chief Judge Connolly:

Beckman Coulter, Inc. and Cytek Biosciences, Inc. have continued to meet-and-confer in the interest of narrowing the outstanding disputes for the pretrial conference, and we write to inform the Court of several previously disputed issues that the parties have since resolved.

***First***, in the interest of narrowing the disputed issues before the Court regarding the Proposed Pretrial Order (D.I. 376), the parties have met and conferred and resolved the following outstanding issues as follows:

1. Proposed Pretrial Order (D.I. 376) ¶ 51:  Beckman Coulter agrees to adopt Cytek's proposal.  The agreed paragraph will read as follows: "Each party will provide to the other a good-faith list of witnesses it intends to call live at the trial by August 7, 2026, without prejudice to the right to remove or add any witness."

2. Proposed Pretrial Order (D.I. 376) ¶ 54:  Cytek agrees to withdraw its proposed language.

3. Proposed Pretrial Order (D.I. 376) ¶ 56:  The parties agree to amend the language of Paragraph 56 as follows: "If a witness is called live, the parties

The Honorable Colm F. Connolly
August 5, 2026
Page 2

can nonetheless use the deposition of the witness to the extent allowed by FRCP 32(a) (2)-(3)."

4. Proposed Pretrial Order (D.I. 376) ¶ 58:  Beckman Coulter agrees to withdraw the proposed paragraph.

5. Proposed Pretrial Order (D.I. 376) ¶ 89:  Beckman Coulter agrees to adopt Cytek's proposed language.  The agreed paragraph will read as follows: "For those witnesses whose deposition testimony will be played or read to the jury, the parties shall be permitted to make short neutral introductions to introduce the witness, including the witness's name, job title, employer, employment period and if relevant and agreed to by the parties, the 30(b)(6) topics for which that witness was designated.  However, counsel shall not be permitted to make any argument or comment on any evidence or expected testimony during such introductions.  Such introductions will count against the time of the party offering the testimony."

6. Proposed Pretrial Order (D.I. 376) ¶ 111(b):  The parties are continuing to discuss an additional set of uncontested facts and will further supplement the Statement of Uncontested Facts as appropriate.

7. Proposed Pretrial Order (D.I. 376) ¶ 112(c):  The parties are conferring on a stipulation regarding the authenticity and admissibility as business records of certain documents that are the subject of the declarations discussed in this paragraph, which is intended to obviate this dispute.

8. Proposed Pretrial Order (D.I. 376) ¶ 113(b): In the process of narrowing its asserted claims, Beckman Coulter is no longer asserting the claim to which the construction of "first optical filter" is relevant (i.e., claim 6 of the '582 patent).  No further construction is needed.

9. Proposed Pretrial Order (D.I. 376) ¶ 113(d):  Beckman Coulter agrees to withdraw its amended pleadings identified in Exhibit 15 to the Proposed Pretrial Order to resolve Cytek Miscellaneous Issue # 4.  The parties are contemporaneously filing a stipulation to dismiss the '106 patent with prejudice.

10. Each party agrees to make available for inspection any physical demonstratives that may be used at trial at noon on August 15, 2026, while preserving all rights to challenge their use or admission into evidence.

The Honorable Colm F. Connolly
August 5, 2026
Page 3

  ***Second***, the parties have resolved all outstanding disputes regarding the Phase I preliminary instructions and are contemporaneously filing the updated Phase I preliminary instructions.  There are no remaining disputes.

*  *  *

  The parties will be prepared to address the remaining outstanding issues with the Court at the August 7, 2026 conference.

      Respectfully,

      */s/ Frederick L. Cottrell, III*

      Frederick L. Cottrell, III (#2555)

Cc:  All Counsel of Record (via CM-ECF and by e-mail)