Frederick L. Cottrell, III
Director
302-651-7509
cottrell@rlf.com



August 7, 2026

The Honorable Colm F. Connolly
United States District Court
for the District of Delaware
844 North King Street
Room 4124, Unit 31
Wilmington, DE 19801

> **Re:** **_Beckman Coulter, Inc. v. Cytek Biosciences, Inc._**
> **C.A. No. 24-945 (CFC)**

Dear Chief Judge Connolly:

Plaintiff Beckman Coulter, Inc. and Defendant Cytek Biosciences, Inc. write to inform the Court of several additional previously disputed issues that the parties have resolved.

**_First_**, Beckman Coulter further narrowed its asserted claims from nine to four on August 6, 2026.  Beckman Coulter now asserts four claims: '582 patent, claim 3; '443 patent, claims 4 and 10; '107 patent, claim 18.

**_Second_**, in the interest of narrowing the disputed issues before the Court regarding the Proposed Pretrial Order (D.I. 376), the parties have resolved the following outstanding issues as follows:

1. Proposed Pretrial Order (D.I. 376) ¶ 9: All disputes in this paragraph are moot as a result of Beckman Coulter's August 6 claim narrowing.

2. Proposed Pretrial Order (D.I. 376) ¶ 112(c):  All disputes in this paragraph are moot as a result of a stipulation the parties are contemporaneously filing with this letter.

3. Proposed Pretrial Order (D.I. 376) ¶ 112(d):  Cytek agrees not to call Mr. Araki live.  Beckman Coulter's Miscellaneous Issue #4 is thus moot.

■ ■ ■

One Rodney Square ■ 920 North King Street ■ Wilmington, DE 19801 ■ Phone: 302-651-7700 ■ Fax: 302-651-7701

www.rlf.com

The Honorable Colm F. Connolly
August 7, 2026
Page 2

  ***Third***, as a result of Beckman Coulter's August 6 claim narrowing, Beckman Coulter Daubert #4 (D.I. 240) is now moot and need not be decided.

  ***Fourth***, the parties reached the following agreement regarding Cytek's Motion *in Limine* # 1, which thereby moots that motion:

- Experts for either party may refer to the fact that the agreement between BD and Cytek is a settlement agreement, but no details on the nature of the trade secret claims underlying the settlement agreement should be mentioned beyond the fact that claims were settled.

- Beckman Coulter may offer the agreement between Cytek and BD into evidence through Ms. Riley, and Cytek will not object to its admission on the basis of Federal Rule of Evidence 602. *See* Pretrial Order (D.I. 376), ¶¶ 28, 34. This agreement does not waive any other objections Cytek may have concerning the admission of the BD-Cytek agreement into evidence (e.g., Federal Rules of Evidence 402 and 403).

<p style="text-align:center">*  *  *</p>

  The parties will be prepared to address the remaining outstanding issues with the Court at the August 7, 2026 conference.

<div style="margin-left:50%">

Respectfully,

*/s/ Frederick L. Cottrell, III*

Frederick L. Cottrell, III (#2555)

</div>

Cc:  All Counsel of Record (via CM-ECF and by e-mail)