IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| BECKMAN COULTER, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CYTEK BIOSCIENCES, INC.,<br><br>Defendant. | C.A. No. 24-945 (CFC) |

**STIPULATION REGARDING AUTHENTICITY AND ADMISSIBILITY
OF DOCUMENTS UNDER FED. R. EVID. 902(11) AND 803(6)**

WHEREAS the parties wish to narrow their disputes and in particular to resolve Beckman Coulter's miscellaneous item #3 in the pretrial order (D.I. 376 at 52-53);

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the following trial exhibits shall be deemed authentic pursuant to Fed. R. Evid. 902(11) and business records pursuant to Fed. R. Evid. 803(6) as provided in Paragraphs 28 and 34 of the Pretrial Order (D.I. 376). For avoidance of doubt, the offering party need not lay a foundation of personal knowledge pursuant to Fed. R. Evid. 602 for the exhibit to be admitted pursuant to Paragraphs 28 and 34 of the Pretrial Order (D.I. 376).

| Bates Number | Trial Exhibit Number |
|---|---|
| CYTEK_0000011270 | DTX-0424 |
| CYTEK_0000011271 | DTX-0425 |
| CYTEK_0000011275 | DTX-0426 |

1

| | |
|---|---|
| CYTEK_0000011276 | DTX-0427 |
| CYTEK_0000011277 | DTX-0428 |
| CYTEK_0000011278 | DTX-0429 |
| CYTEK_0000011279 | DTX-0430 |
| CYTEK_0000011280 | DTX-0431 |
| CYTEK_0000011281 | DTX-0432 |
| CYTEK_0000011282 | DTX-0433 |
| CYTEK_0000011283 | DTX-0434 |
| CYTEK_0000011284 | DTX-0435 |
| CYTEK_0000011299 | DTX-0438 |
| CYTEK_0000011300 | DTX-0439 |
| CYTEK_0000011312 | DTX-0442 |
| CYTEK_0000011313 | DTX-0443 |
| CYTEK_0000011314 | DTX-0444 |
| CYTEK_0000011315 | DTX-0445 |
| CYTEK_0000011316 | DTX-0446 |
| CYTEK_0000011317 | DTX-0447 |
| CYTEK_0000011318 | DTX-0448 |
| CYTEK_0000011319 | DTX-0449 |
| CYTEK_0000011320 | DTX-0450 |
| CYTEK_0000011321 | DTX-0451 |
| CYTEK_0000011322 | DTX-0452 |
| CYTEK_0000011323 | DTX-0453 |
| CYTEK_0000011324 | DTX-0454 |
| CYTEK_0000011325 | DTX-0455 |
| CYTEK_0000011336 | DTX-0459 |
| CYTEK_0000011337 | DTX-0460 |
| CYTEK_0000011349 | DTX-0462 |
| CYTEK_0000011350 | DTX-0463 |
| CYTEK_0000011351 | DTX-0464 |
| CYTEK_0000011352 | DTX-0465 |
| CYTEK_0000011505 | DTX-482 |
| CYTEK_0000011506 | DTX-0483 |
| CYTEK_0000011507 | DTX-0484 |
| CYTEK_0000011508 | DTX-0485 |
| CYTEK_0000011509 | DTX-0486 |
| CYTEK_0000011510 | DTX-0487 |
| CYTEK_0000011511 | DTX-0488 |
| CYTEK_0000011512 | DTX-0489 |

| | |
|---|---|
| CYTEK_0000011513 | DTX-0490 |
| CYTEK_0000011514 | DTX-0491 |
| CYTEK_0000011515 | DTX-0492 |
| CYTEK_0000011516 | DTX-0493 |
| CYTEK_0000011517 | DTX-0494 |
| CYTEK_0000011518 | DTX-0495 |
| CYTEK_0000011519 | DTX-0496 |
| CYTEK_0000011520 | DTX-0497 |
| CYTEK_0000011521 | DTX-0498 |
| CYTEK_0000011522 | DTX-0499 |
| CYTEK_0000011523 | DTX-0500 |
| CYTEK_0000011524 | DTX-0501 |
| CYTEK_0000011525 | DTX-0502 |
| CYTEK_0000011526 | DTX-0503 |
| CYTEK_0000011527 | DTX-0504 |
| CYTEK_0000011528 | DTX-0505 |
| CYTEK_0000011529 | DTX-0506 |
| CYTEK_0000011530 | DTX-0507 |
| CYTEK_0000011531 | DTX-0508 |
| CYTEK_0000011532 | DTX-0509 |
| CYTEK_0000011533 | DTX-0510 |
| CYTEK_0000011594 | DTX-0569 |
| CYTEK_0000011595 | DTX-0570 |
| CYTEK_0000011596 | DTX-0571 |
| CYTEK_0000011597 | DTX-0572 |
| CYTEK_0000011598 | DTX-0573 |
| CYTEK_0000011599 | DTX-0574 |
| CYTEK_0000011600 | DTX-0575 |
| CYTEK_0000011601 | DTX-0576 |
| CYTEK_0000011602 | DTX-0577 |
| CYTEK_0000011603 | DTX-0578 |
| CYTEK_0000011604 | DTX-0579 |
| CYTEK_0000011605 | DTX-0580 |
| CYTEK_0000011606 | DTX-0581 |
| CYTEK_0000011607 | DTX-0582 |
| CYTEK_0000011608 | DTX-0583 |
| CYTEK_0000011609 | DTX-0584 |
| CYTEK_0000011610 | DTX-0585 |
| CYTEK_0000011611 | DTX-0586 |

| | |
|---|---|
| CYTEK_0000011612 | DTX-0587 |
| CYTEK_0000011613 | DTX-0588 |
| CYTEK_0000011614 | DTX-0589 |
| CYTEK_0000011615 | DTX-0590 |
| CYTEK_0000011616 | DTX-0591 |
| CYTEK_0000011617 | DTX-0592 |
| CYTEK_0000011618 | DTX-0593 |
| CYTEK_0000011619 | DTX-0594 |
| CYTEK_0000011620 | DTX-0595 |
| CYTEK_0000011621 | DTX-0596 |
| CYTEK_0000011622 | DTX-0597 |
| CYTEK_0000011623 | DTX-0598 |
| CYTEK_0000011624 | DTX-0599 |
| CYTEK_0000011625 | DTX-0600 |
| Diasorin00000665 | DTX-0660 |
| Diasorin00000747 | DTX-0662 |

Respectfully submitted,

RICHARDS, LAYTON & FINGER, P.A.


*/s/ Frederick L. Cottrell, III*
Frederick L. Cottrell III (#2555)
Kelly E. Farnan (#4395)
Christine D. Haynes (#4697)
Gabriela Z. Monasterio (#7240)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com
farnan@rlf.com
haynes@rlf.com
monasterio@rlf.com


OF COUNSEL:
Robert J. Gunther, Jr.
Omar A. Khan
Jeffrey Dennhardt
Lauren E. Matlock-Colangelo
Jennifer Graber
Maggie Sawin
Kelly A. Todd
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
omar.khan@wilmerhale.com
jeffrey.dennhardt@wilmerhale.com
lauren.matlock-colangelo@wilmerhale.com

Respectfully submitted,

MORRIS, NICHOLS, ARSHT & TUNNELL LLP


*/s/ Karen Jacobs*
Karen Jacobs (#2881)
Jeremy A. Tigan (#5239)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
kjacobs@morrisnichols.com
jtigan@morrisnichols.com
cclark@morrisnichols.com


OF COUNSEL:
Reuben Chen
HanByul Chang
Juan Pablo Gonzalez
Alexandra Leeper
COOLEY LLP
3175 Hanover Street
Pal Alto, CA 94304
(650) 843-5000
rchen@cooley.com
HanByul.chang@cooley.com
jgonzalez@cooley.com
aleeper@cooley.com


Elizabeth M. Flanagan (#5891)
COOLEY LLP
30 S. 9th Street, 7th Floor
Minneapolis, MN 55402
bflanagan@cooley.com


Adam Pivovar
Dustin M. Knight
Rosalynd D. Upton

5

jennifer.graber@wilmerhale.com
robert.gunther@wilmerhale.com
maggie.sawin@wilmerhale.com
kelly.todd@wilmerhale.com

James M. Dowd
WILMER   CUTLER   PICKERING
HALE
AND DORR LLP
350 South Grand Avenue
Los Angeles, California 90071
(213) 443-5300
james.dowd@wilmerhale.com

Akkad Y. Moussa
WILMER CUTLER PICKERING
HALE and DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
akkad.moussa@wilmerhale.com

*Attorneys for Plaintiff*
*Beckman Coulter, Inc.*

Dated: August 7, 2026

David Yun
COOLEY LLP
1299 Pennsylvania Avenue NW,
Suite 700
Washington, DC 20004
(202) 842-7800
apivovar@cooley.com
dknight@cooley.com
rupton@cooley.com
dyun@cooley.com

*Attorneys for Defendant*
*Cytek Biosciences, Inc.*

6