# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

BECKMAN COULTER, INC.,              )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )    C.A. No. 24-945-CFC
                                    )
CYTEK BIOSCIENCES, INC.,            )
                                    )
        Defendant.                  )

## STIPULATION TO AMEND
## DEADLINE TO SUBMIT JOINT EXHIBIT LIST

WHEREAS, on July 17, 2026, Plaintiff Beckman Coulter, Inc. ("Plaintiff") and Defendant Cytek Biosciences, Inc. ("Defendant") filed a [Proposed] Joint Pretrial Order (D.I. 376).

WHEREAS, paragraph 20 of the [Proposed] Joint Pretrial Order provided that "[t]he parties are working in good faith to supplement the joint exhibit list and will file with the Court an updated joint exhibit list by August 6, 2026." D.I. 376 at ¶ 20.

WHEREAS the parties are continuing to work in good faith to supplement the joint exhibit list.

NOW THEREFORE, IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time to provide a supplemental joint exhibit list be extended to August 11, 2026 so that the parties can continue to work together in good faith to prepare a supplemental joint exhibit list.

| RICHARDS, LAYTON & FINGER P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ Christine D. Haynes | /s/ Karen Jacobs |

Frederick L. Cottrell III (#2555)
Kelly E. Farnan (#4395)
Christine D. Haynes (#4697)
Gabriela Z. Monasterio (#7240)
One Rodney Square
920 North King Street
Wilmington, DE  19801
(302) 651-7700
cottrell@rlf.com
farnan@rlf.com
haynes@rlf.com
monasterio@rlf.com

*Attorneys for Plaintiff*
*Beckman Coulter, Inc.*

August 7, 2026

Karen Jacobs (#2881)
Jeremy A. Tigan (#5239)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
kjacobs@morrisnichols.com
jtigan@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Defendant*
*Cytek Biosciences, Inc.*

SO ORDERED this _____ day of _____, 2026.

_____
CHIEF, UNITED STATES DISTRICT JUDGE