# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| BECKMAN COULTER, INC., | |
| Plaintiff, | |
| v. | C.A. No. 24-0945-CFC |
| CYTEK BIOSCIENCES, INC., | |
| Defendant. | |

## <u>GLOSSARY OF TERMS AND NAMES</u>

Pursuant to the Court's August 4, 2026, Oral Order, the parties respectfully submit the following list of names of possible witnesses and glossary of terms:

## I. WITNESSES

1. Laurent Ginestet-Araki

2. Dr. Michael Arnold, Ph.D.

3. Fiona Brannen

4. Patty Del Castillo

5. Dr. Yong Qin Chen, Ph.D.

6. Matthew Goff

7. John Hansen

8. Al Hernandez

9. Dr. Jessica Houston, Ph.D.

10. Dr. Jay Hsieh, Ph.D.

11. Dr. Fedor Ilkov, Ph.D.

12. Dr. Wenbin Jiang, Ph.D.

13. David Kennedy

14. Evgenia Kim

15. Mario Koksch

16. Dr. Junichiro Kono, Ph.D.

17. Ray Lannigan

1

18.    Dr. James Leary, Ph.D.

19.    Pietro Lopriore

20.    Greg Milosevich

21.    Lisa Nichols

22.    Michele Riley

23.    Dr. J. Paul Robinson, Ph.D.

24.    Dr. David Schaafsma, Ph.D.

25.    Bing Shan

26.    Qing Shao

27.    Leo Shi

28.    Melik Ulusu

29.    Dr. Bernhard Weigl, Ph.D.

30.    Dr. Ming Yan, Ph.D.


## II.    TERMS

1.    Aberration corrector plate

2.    Agilent

3.    Aperture / Aperture stop

4.    Analyte

5.    Antibody

6.  Assay / Assay panel

7.  Attune

8.  Avalanche photodiode / APD

9.  Aurora / Aurora CS / Aurora EVO

10. Beckman Coulter, Inc. / BEC

11. Becton, Dickinson and Company / BD

12. BD FACSArray / FACSCalibur / FACScan / FACSDiscover  / FACSymphony

13. BD LSR II

14. Beam splitter

15. Bigfoot / Bigfoot Spectral Cell Sorter

16. Bind / Binder

17. Bin / Binning

18. BMS-Z / BMS-Z DxP11 FACSCalibur

19. Carbon nanotube / CNT

20. Cell sorter

21. Chromatic effect

22. Collimate / Collimation / Collimating

23. Composite microscope objective

24. Conventional / Conventional flow cytometer

3

25. Converging / Converge / Convergence / Converging beam

26. Compensation

27. Concave mirror

28. Convex mirror

29. Curved mirror

30. Cytek Biosciences, Inc. / Cytek

31. CYTO

32. CytoFLEX / CytoFLEX S / CytoFLEX LX / CytoFLEX SRT/ CytoFLEX Nano / DXFlex / CytoFLEX Mosaic

33. Cytojene

34. Danaher Corporation / Danaher

35. Detector / detector channel

36. Diasorin

37. Dichroic

38. Diffract / diffraction / diffraction grating

39. Dispersion

40. Diverging / Diverge / Divergence / Diverging beam

41. DxP

42. EasyCyte

43. Emission / Emission spectrum / Continuous emission spectrum

44.  Fiber / Multimode fiber / Fiber optic

45.  Filter / Bandpass filter / Dichroic filter / Longpass filter

46.  Flat-top laser

47.  FlexMap 3D

48.  Flow cell / Flow channel

49.  Flow cytometer / Flow cytometry / Cytometry / Cytometers

50.  Fluorochrome / Fluorophore

51.  Fluorescence

52.  Focal point

53.  Focal length

54.  Focus / Focusing / Focused / Focused beam / Defocused beam

55.  Focusing lens

56.  Focusing optical element

57.  Forward scatter / FSC

58.  Frazier / Frazier-402 / U.S. Patent No. 8,284,402

59.  Full spectrum / Full spectral

60.  Hamamatsu

61.  Lemoff / U.S. Patent No. 6,198,864

62.  Luminex

63.  Menlo / Menlo Systems

64. Multiplexer / Demultiplexer

65. Multiplexing / Demultiplexing

66. Nanometer / nm

67. Navios / Navios EX

68. Northern Lights / Northern Lights Research / Northern Lights Clinical / Northern Lights NL-CLC

69. Novocyte Quanteon / Penteon / Advanteon

70. Objective lens

71. Oostman-314 / U.S. Patent No. 6,683,314

72. Oostman / US Patent Application No. 2003/0044967

73. Optical path

74. Optical relay

75. Optical relay element

76. Optical subsystem

77. Peak / Peak emission / Peak emission wavelength

78. Photodetector

79. Photodiode

80. Photomultiplier tube / PMT

81. Photon

82. Photosensitivity

6

83.  Principia Biopharma

84.  Prism / Prism array

85.  Quantum efficiency

86.  Ray trace

87.  Radiation Monitoring Devices / RMD

88.  Refraction / refract / refracting

89.  Reflection / reflect / reflecting

90.  Reverse doctrine of equivalents / RDOE

91.  Scanford

92.  Semiconductor detector

93.  SensL / SensL MicroSL / SensL MiniSL / SensL PCDMini / SensL SPMMini

94.  Side scatter / SSC

95.  Sony / Sony ID7000 / Sony SA3800

96.  Spectral / spectral unmixing / spectral signature

97.  Spectral cell analyzer

98.  Spherical aberration

99.  Sysmex / Sysmex XS-1000i

100.  Telecommunications / Telecom / Optical communications

101.  ThermoFisher

102.  Thor Labs

103.  PCT/US2013/043453 / '453 PCT application / PCT application

104.  U.S. Patent No. 11,703,443 / '443 Patent / '443

105.  U.S. Patent No. 10,330,582 / '582 Patent / '582

106.  U.S. Patent No. 12,174,107 / '107 Patent / '107

107.  U.S. Patent No. 12,174,106 / '106 Patent / '106

108.  U.S. Patent No. 9,746,412 / '412 Patent / '412

109.  U.S. Patent No. 11,169,076 / '076 Patent / '076

110.  Wavelength

111.  Wavelength division multiplexer / WDM

112.  Xitogen / XTG

113.  Zemax


**III.  ATTORNEYS**

1.  HanByul Chang

2.  Reuben Chen

3.  Cameron Clark

4.  Frederick Cottrell, III

5.  Jeffrey Dennhardt

6.  James Dowd

7.      Kelly Farnan

8.      Gillian Farrell

9.      Elizabeth M. Flanagan

10.     Juan Pablo González

11.     Jennifer Graber

12.     Robert J. Gunther, Jr.

13.     Christine Haynes

14.     Karen Jacobs

15.     Omar Khan

16.     Dustin M. Knight

17.     Alexandra Leeper

18.     Laura Macro

19.     Lauren Matlock-Colangelo

20.     Akkad Moussa

21.     Patrick Nyman

22.     Daniel Perry

23.     Adam Pivovar

24.     Thomas Saunders

25.     Maggie Sawin

26.     Lauren Strosnick

27.    Joseph Van Tassel

28.    Jeremy Tigan

29.    Kelly Todd

30.    David Yun