IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BECKMAN COULTER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 24-945 (CFC) (EGT) |
| | ) | |
| CYTEK BIOSCIENCES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**CYTEK'S MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 17, 2024 STANDING ORDER ON <u>PERSONAL DEVICES</u>**

Defendant Cytek Biosciences, Inc. hereby moves for an order to exempt certain persons from the District of Delaware's May 17, 2024 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 17, 2024 Standing Order"). In support of this Motion, Cytek states as follows:

1. The May 17, 2024 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require *inter alia*, for visitors to place personal electronic devices in a locked pouch. Paragraph 4 of the May 17, 2024 Standing Order provides for certain exemptions.

2.    Courtroom setup for the trial in this matter is scheduled for August 14, 2026, at 2:00 p.m.

3.    A five-day jury trial is scheduled in this case from August 17-21, 2026, in Courtroom 4B.

4.    The following trial staff, client representative, and expert witnesses intend to appear at courtroom setup and/or the trial, request access to their electronic devices for purposes of the trial, but do not have state-issued bar cards or otherwise meet the exemptions listed in Paragraph 4 of the May 17, 2024 Standing Order:

- Loly Feliciano, Paralegal

- Rick Sanborn, Trial Technician

- Wenbin Jiang, Client Representative

- John Hansen, Expert Witness

- Fedor Ilkov, Expert Witness

- Junichiro Kono, Expert Witness

- James Leary, Expert Witness

- Bernard Weigl, Expert Witness

WHEREFORE, Cytek respectfully requests that the Court issue an order to exempt the above-listed persons from the District of Delaware's May 17, 2024 Standing Order on the dates listed above.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

_____

Karen Jacobs (#2881)
Jeremy A. Tigan (#5239)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
kjacobs@morrisnichols.com
jtigan@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Defendant*
*Cytek Biosciences, Inc.*

August 11, 2026

SO ORDERED, this _____ day of _____, 2026.


_____
The Honorable Colm F. Connolly
Chief, United States District Court Judge