**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BECKMAN COULTER, INC., <br><br>                         Plaintiff, <br><br>       v. <br><br> CYTEK BIOSCIENCES, INC., <br><br>                    Defendant. | C.A. No. 24-0945-CFC |

## [PROPOSED] VOIR DIRE

1

1. Does the schedule that I have just mentioned present a special problem to any of you?

2. Is there anything, such as poor vision, difficulty hearing, difficulty understanding spoken or written English, that would make it difficult for you to serve on this jury?

3. Have you ever heard of either Beckman Coulter, Inc. or Cytek Biosciences, Inc.?

4. Have any of you or someone close to you ever been employed by, owned stock in, had a business relationship with, or had any experience, good or bad, with Beckman Coulter or Cytek?

5. Do you possess any opinions about any of these companies that might keep you from being a fair and impartial juror in this case?

6. Have any of you heard or read anything about this case other than what I have told you?

7. The lawyers and law firms involved in this case are:

- WILMER CUTLER PICKERING HALE & DORR LLP
    - o Robert Gunther Jr., III
    - o Omar A. Khan
    - o James M. Dowd
    - o Jeffrey A. Dennhardt

- RICHARDS, LAYTON & FINGER, P.A.
    - o Frederick L. Cottrell III
    - o Kelly E. Farnan
    - o Christine D. Haynes

- COOLEY LLP
  - Reuben Chen
  - Betsy Flanagan
  - Alexandra Leeper
  - Dustin Knight
  - Adam Pivovar
  - Juan Pablo Gonzalez
  - HanByul Chang
  - David Yun

- MORRIS, NICHOLS, ARSHT & TUNNELL LLP
  - Karen Jacobs
  - Jeremy Tigan
  - Cameron Clark

Do any of you, or anyone close to you, know any of the attorneys or law firms I have just named?

8. Have any of you, or anyone close to you, been employed by, or had any business dealings with any of those attorneys or law firms?

9. The potential witnesses in this case are:

- Laurent Araki
- Michael Arnold
- Fiona Brannen
- Yong Chen
- Patricia Del Castillo
- Matthew Goff
- John Hansen
- Al Hernandez
- Jessica Houston
- Jay Hsieh
- Fedor Ilkov
- Wenbin Jiang
- David Kennedy

3

- Evgenia Kim
- Mario Koksch
- Ray Lannigan
- James Leary
- Pietro Lopriore
- Lisa Nichols
- Michele Riley
- John Paul Robinson
- David Schaafsma
- Bing Shan
- Qing Shao
- Xianghua "Leo" Shi
- Melik Ulusu
- Bernhard Weigl
- Ming Yan

Are you familiar with any of these people?

10.    Have you, or anyone close to you, ever been employed by or had other contact with the United States Patent and Trademark Office?

11.    Do you have any experience with patents or other intellectual property, or the United States Patent and Trademark Office?

12.    Have you, or anyone close to you, ever applied for, or obtained, a patent, been involved in the development of a new product, or been involved in a dispute about patent rights or other intellectual property rights?

13.    Have you, or anyone close to you, ever been a plaintiff, defendant, or witness in any legal proceeding?

14.    Have you served on a jury within the last fifteen years?

15. Have you ever been educated, employed, trained, or had any experience in any of the following fields: biotechnology, diagnostics, molecular biology, cell sorting or cellular analysis, optics or photonics, flow cytometry, or engineering, including telecommunications engineering?

16. Have you ever heard of a flow cytometer product called Aurora? Or Northern Lights? Or CytoFLEX?

17. Do you know any of the other potential jurors that are in the room, or have you had any relationship with any of the other potential jurors before today?

18. Is there anything else, including something you have remembered in connection with one of the earlier questions, or anything else that you think you need to tell me, in connection with your service or potential service as a juror in this case?

19. This is the last question. If you are selected as a juror in the case, are you aware of anything else or any reason why you would have difficulty in being a fair and impartial juror, would not be able to follow the law as I give it to you, or would not be able to render a verdict based solely on the evidence presented at trial?