**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| BECKMAN COULTER, INC., | ) | |
|  | ) | |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | C.A. No. 24-0945-CFC |
| v. | ) | |
|  | ) | |
| CYTEK BIOSCIENCES, INC. | ) | |
|  | ) | |
| Defendant. | ) | |

**MOTION FOR EXEMPTION OF PERSONS FROM
THE DISTRICT OF DELAWARE'S MAY 17, 2024
<u>STANDING ORDER ON PERSONAL DEVICES</u>**

Plaintiff Beckman Coulter, Inc. ("Plaintiff") hereby moves for an order to exempt certain persons from the District of Delaware's May 17, 2024 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 17, 2024 Standing Order"). In support of this Motion, Plaintiff states as follows:

1. The District of Delaware's May 17, 2024 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require *inter alia*, for visitors to place personal electronic devices in a locked pouch

provided by U.S. Marshalls. Paragraph 4 of the May 17, 2024, Standing Order provides for certain exemptions to the Standing Order.

1.    Courtroom setup for the trial in this matter is scheduled for August 14, 2026, at 2:00 p.m. ("Setup").

2.    Trial is currently scheduled in this case for August 17, 2026 8:30 a.m. through August 21, 2026 5:00 p.m. in Courtroom 4B (the "Trial").

3.    The following counsel for Plaintiff will be traveling to Delaware to attend some or all days of the Trial and Setup and require access to their electronic devices. The following counsel do not meet the exemptions listed in Paragraph 4 of the May 17, 2024 Standing Order and do not possess a physical, hard-copy Bar ID card. Each of the counsel listed below is a member in good standing with at least one State bar admission in the United States.

    a.  Robert J. Gunther, Jr., attorney for Plaintiff

    b.  Omar Khan, attorney for Plaintiff

    c.  James Dowd, attorney for Plaintiff

    d.  Jeffrey A. Dennhardt, attorney for Plaintiff

    e.  Lauren Matlock-Colangelo, attorney for Plaintiff

    f.  Margaret Sawin, attorney for Plaintiff

    g.  Kelly A. Todd, attorney for Plaintiff

    h.  Khalil Waddel, attorney for Plaintiff

    i.  Patrick Nyman, attorney for Plaintiff

    j.  Thomas Saunders, attorney for Plaintiff

    k.  Christopher Noyes, attorney for Plaintiff

4.    The following attorney will be traveling to Delaware to attend the Trial and provide technology support and hot seat services and requires access to his electronic devices, including his cell phone (for two-factor authentication), computer, monitors, and other hardware necessary for providing trial services. The following attorney does not meet the exemptions listed in Paragraph 4 of the May 17, 2024 Standing Order and does not possess a physical, hard-copy Bar ID card. The attorney listed below is a member in good standing with at least one State bar admission in the United States.

    a.  Thomas Lee, technology support for Plaintiff, attorney

5.    The following paralegal for Plaintiff's counsel will be traveling to Delaware to attend the Trial and Setup and provide trial support and requires access to her electronic devices, including her cell phone (for two-factor authentication), computer, printer, and other hardware necessary for providing paralegal services. She requires these electronic devices in order to accurately track trial time, admitted exhibits, and print documents for counsel and the Court. The following paralegal does not meet the exemptions listed in Paragraph 4 of the May 17, 2024 Standing Order.

a. Lanta Chase, paralegal for Plaintiff's counsel

WHEREFORE, Plaintiff respectfully requests that the Court issue an order, in the form attached hereto, to exempt the foregoing persons from the District of Delaware's May 17, 2024 Standing Order.

OF COUNSEL:

Robert J. Gunther, Jr.
Omar A. Khan
Jeffrey A. Dennhardt
Laura Macro
Lauren Matlock-Colangelo
Jennifer L. Graber
Maggie Sawin
Kelly A. Todd
WILMER CUTLER PICKERING
HALE and DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800

James Dowd
WILMER CUTLER PICKERING
HALE and DORR LLP
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
(213) 443-5300

Akkad Y. Moussa
WILMER CUTLER PICKERING
HALE and DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037

Dated: August 13, 2026

/s/ Christine D. Haynes
Frederick L. Cottrell III (#2555)
Kelly E. Farnan (#4395)
Christine D. Haynes (#4697)
Gabriela Z. Monasterio (#7240)
RICHARDS, LAYTON & FINGER,
P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com
farnan@rlf.com
haynes@rlf.com
monasterio@rlf.com

*Attorneys for Plaintiff*

5