

Christine D. Haynes
302-651-7508
haynes@rlf.com

August 13, 2026

The Honorable Colm F. Connolly
United States District Court
for the District of Delaware
844 North King Street
Room 4124, Unit 31
Wilmington, DE 19801

> **Re:** ***Beckman Coulter, Inc. v. Cytek Biosciences, Inc.***
> **C.A. No. 24-945 (CFC)**

Dear Chief Judge Connolly:

We write in response to Cytek's letter regarding evidentiary issues (D.I. 434). Beckman Coulter sought to meet and confer with Cytek about these issues today. Cytek joined the meet and confer and it lasted less than 10 minutes. Cytek did not mention sending letters in to the Court on this issue when we conferred and we were surprised to see Cytek's 4-page letter filed less than two hours after the meet and confer concluded.

Beckman Coulter intended to address these issues at trial as the issues arose so that the Court could see them in context. While Cytek complains in its letter that it needs guidance to prepare its opening statement, it did not provide any of those specifics to Beckman Coulter.

Regardless, if the Court would like to handle these issues outside of the normal procedures set forth in the Pre-Trial Order, Beckman Coulter requests permission to file a letter on these issues. Beckman Coulter plans to do so by 9:00 pm tonight. Beckman Coulter can be available for a teleconference tomorrow if it would be helpful to the Court to have additional context for these disputes.

■ ■ ■

One Rodney Square ■ 920 North King Street ■ Wilmington, DE 19801 ■ Phone: 302-651-7700 ■ Fax: 302-651-7701

www.rlf.com

The Honorable Colm F. Connolly
August 13, 2026
Page 2

Respectfully,

*/s/ Christine D. Haynes*

Christine D. Haynes (#4697)

Cc: All Counsel of Record (via CM-ECF and by e-mail)

RLF1 36388402v.1