# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| BECKMAN COULTER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 24-0945-CFC |
| v. | ) | |
| | ) | |
| CYTEK BIOSCIENCES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES

The Court, having considered Plaintiff's Motion for Exemption of Attorneys from the District of Delaware's May 17, 2024 Standing Order on Personal Devices (the "Motion"),

IT IS SO ORDERED this 14ᵗʰ day of August, 2026 that:

1.    The Motion is GRANTED.

2.    For purposes of the Setup on August 14, 2026 at 2:00 p.m. and the Trial on August 17, 2026 through August 21, 2026 in the above-captioned matter, the following persons are exempt from the District of Delaware's May 17, 2024 Standing Order and shall be permitted to retain and use their electronic devices:

   a. Robert J. Gunther, Jr., attorney for Plaintiff

   b. Omar Khan, attorney for Plaintiff

RLF1 36378848v.1

    c. James Dowd, attorney for Plaintiff

    d. Jeffrey A. Dennhardt, attorney for Plaintiff

    e. Lauren Matlock-Colangelo, attorney for Plaintiff

    f. ~~Margaret Sawin, attorney for Plaintiff~~

    g. ~~Kelly A. Todd, attorney for Plaintiff~~

    h. ~~Khalil Waddel, attorney for Plaintiff~~

    i. ~~Patrick Nyman, attorney for Plaintiff~~

    j. ~~Thomas Saunders, attorney for Plaintiff~~

    k. ~~Christopher Noyes, attorney for Plaintiff~~

    l. Thomas Lee, technology support for Plaintiff, attorney

    m. Lanta Chase, paralegal for Plaintiff's counsel

3. The persons listed in Paragraph 2 above shall present this Order, along with a valid photographic identification, to the United States Marshals upon entry to the J. Caleb Boggs Federal Building and United States Courthouse.

_____
Chief United States District Judge