# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CYTEK BIOSCIENCES, INC., <br><br> Defendant. | C.A. No. 24-945-CFC <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Akkad Y. Moussa of Wilmer Cutler Pickering Hale and Dorr LLP, hereby withdraws his appearance in this action as counsel for Plaintiff Beckman Coulter, Inc.  Richards, Layton & Finger, P.A. and Wilmer Cutler Pickering Hale and Dorr LLP will continue to represent Beckman Coulter, Inc.

OF COUNSEL:

Robert J. Gunther, Jr.
Omar A. Khan
Jeffrey A. Dennhardt
Laura Macro
Lauren Matlock-Colangelo
Jennifer L. Graber
Maggie Sawin
Kelly A. Todd
WILMER CUTLER PICKERING
HALE and DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800

/s/ *Christine D. Haynes*
Frederick L. Cottrell III (#2555)
Kelly E. Farnan (#4395)
Christine D. Haynes (#4697)
Gabriela Z. Monasterio
(#7240
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
farnan@rlf.com
haynes@rlf.com
monasterio@rlf.com

*Attorneys for Plaintiff*

RLF1 36392732v.1

2

James Dowd
WILMER CUTLER PICKERING
HALE and DORR LLP
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
(213) 443-5300

Dated: August 14, 2026

2

3

## <u>ORDER GRANTING MOTION</u>

IT IS HEREBY ORDERED that counsel's Motion for admissions *pro hac vice* is GRANTED.

Dated: _____, 2026.

                                       _____

                                       The Honorable Colm F. Connolly

RLF1 36392732v.1