# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

BECKMAN COULTER, INC.,

Plaintiffs,

v.

CYTEK BIOSCIENCES, INC.,

Defendant.

C.A. No. 24-945-CFC

**JURY TRIAL DEMANDED**

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admissions *pro hac vice* of Khalil Waddell of Wilmer Cutler Pickering Hale and Dorr LLP to represent Plaintiff Beckman Coulter, Inc. in this matter.

/s/ Kelly E. Farnan
Frederick L. Cottrell III (#2555)
Kelly E. Farnan (#4395)
Christine D. Haynes (#4697)
Gabriela Z. Monasterio (#7240)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
farnan@rlf.com
haynes@rlf.com
monasterio@rlf.com

*Attorneys for Plaintiff*

Dated:  August 14, 2026

RLF1 36384320v.1

## <u>ORDER GRANTING MOTION</u>

IT IS HEREBY ORDERED that counsel's Motion for admission *pro hac vice*

is GRANTED.

Dated: _____, 2026.

_____
The Honorable Colm F. Connolly

RLF1 36384320v.1

## **CERTIFICATION FOR *PRO HAC VICE* ADMISSION OF A LAWYER WHO PRACTICES WITH OR IN THE FORM OF A PROFESSIONAL CORPORATION OR ASSOCIATION AUTHORIZED TO PRACTICE LAW FOR PROFIT**

I certify that I practice law with or in the form of a professional corporation or association authorized to practice law for profit.

I certify that I am eligible for admission to this Court; that I am admitted, practicing and in good standing as a member of the Bar of the State of New York; and that pursuant to Local Rule 83.6 I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order: Annual Registration Fee / Pro Hac Vice Fee, I further certify that the annual fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

I further certify that:

1. With the exception of the circumstances listed in Rule 5.4(a)(1)-(4) of the Model Rules of Professional Conduct of the American Bar Association, neither I nor my law firm shares or will share legal fees with a nonlawyer;

2. I do not participate with a nonlawyer in a partnership that engages in any activity that consists of the practice of law;

3.  I will not permit a person who recommends, employs, or pays me or my law firm to render legal services for another person or persons to direct or regulate my professional judgment or the professional judgment of a lawyer in my firm in rendering such legal services;

4.  With the exception of a fiduciary representative of the estate of a lawyer for a reasonable time during the administration of the estate, no nonlawyer owns any interest in my law firm;

5.  No nonlawyer is a director or officer or occupies a position of similar responsibility in the firm; and

6.  No nonlawyer has the right to direct or control my professional judgment or the professional judgment of a lawyer in my firm.

_____
Khalil Waddell
Wilmer Cutler Pickering Hale and Door LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
khalil.waddell@wilmerhale.com

Dated:  August 14, 2026