**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BECKMAN COULTER, INC., Plaintiff, v. CYTEK BIOSCIENCES, INC. Defendant. | ) | C.A. No. 24-0945-CFC |

**MOTION FOR EXEMPTION FROM**
**THE DISTRICT OF DELAWARE'S MAY 17, 2024**
**STANDING ORDER ON PERSONAL DEVICES**

Plaintiff Beckman Coulter, Inc. ("Plaintiff") hereby moves for an order to exempt an expert witness from the District of Delaware's May 17, 2024 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 17, 2024 Standing Order"). In support of this Motion, Plaintiff states as follows:

1. The District of Delaware's May 17, 2024 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require *inter alia*, for visitors to place personal electronic devices in a locked pouch

provided by U.S. Marshalls. Paragraph 4 of the May 17, 2024, Standing Order provides for certain exemptions to the Standing Order.

2. Trial is currently scheduled in this case for August 17, 2026 8:30 a.m. through August 21, 2026 5:00 p.m. in Courtroom 4B (the "Trial").

3. J. Paul Robinson, an expert witness for Plaintiff, is hard of hearing and uses his iPhone in conjunction with AirPods in "Live Listen" mode to assist with hearing. Dr. Robinson is unlikely to be able to hear all testimony without the use of these devices. He will require the use of these devices when listening to other testimony and potentially when he is called to testify. The "Live Listen" mode does not record and Dr. Robinson understands and will comply with Paragraph 5 of the Standing Order.

WHEREFORE, Plaintiff respectfully requests that the Court issue an order, in the form attached hereto, to exempt the foregoing expert witness from the District of Delaware's May 17, 2024 Standing Order.

/s/ *Gabriela Z. Monasterio*
Frederick L. Cottrell III (#2555)
Kelly E. Farnan (#4395)
Christine D. Haynes (#4697)
Gabriela Z. Monasterio (#7240)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com
farnan@rlf.com
haynes@rlf.com
monasterio@rlf.com

*Attorneys for Plaintiff*

OF COUNSEL:

Robert J. Gunther, Jr.
Omar A. Khan
Jeffrey A. Dennhardt
Laura Macro
Lauren Matlock-Colangelo
Jennifer L. Graber
Maggie Sawin
Kelly A. Todd
WILMER CUTLER PICKERING
HALE and DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800

James Dowd
WILMER CUTLER PICKERING
HALE and DORR LLP
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
(213) 443-5300

Dated: August 16, 2026