**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BECKMAN COULTER, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 24-0945-CFC |
| CYTEK BIOSCIENCES, INC. | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR EXEMPTION FROM THE DISTRICT OF DELAWARE'S MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES**

The Court, having considered Plaintiff's Motion for Exemption from the District of Delaware's May 17, 2024 Standing Order on Personal Devices (the "Motion"),

IT IS SO ORDERED this ___ day of August, 2026 that:

1. The Motion is GRANTED.

2. For purposes of the Trial on August 17, 2026 through August 21, 2026 in the above-captioned matter, the following person is exempt from the District of Delaware's May 17, 2024 Standing Order and shall be permitted to retain and use their electronic devices:

a. J. Paul Robinson, expert witness for Plaintiff

3. The person listed in Paragraph 2 above shall present this Order, along with a valid photographic identification, to the United States Marshals upon entry to the J. Caleb Boggs Federal Building and United States Courthouse.

________________________________

Chief United States District Judge