**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BECKMAN COULTER, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 24-0945-CFC |
| CYTEK BIOSCIENCES, INC. | ) | |
| Defendant. | ) | |

**~~[PROPOSED]~~ ORDER GRANTING PLAINTIFF'S MOTION FOR EXEMPTION FROM THE DISTRICT OF DELAWARE'S MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES**

The Court, having considered Plaintiff's Motion for Exemption from the District of Delaware's May 17, 2024 Standing Order on Personal Devices (the "Motion"),

IT IS SO ORDERED this 17th day of August, 2026 that:

1. The Motion is GRANTED.

2. For purposes of the Trial on August 17, 2026 through August 21, 2026 in the above-captioned matter, the following person is exempt from the District of Delaware's May 17, 2024 Standing Order and shall be permitted to retain and use their electronic devices:

a. J. Paul Robinson, expert witness for Plaintiff

3. The person listed in Paragraph 2 above shall present this Order, along with a valid photographic identification, to the United States Marshals upon entry to the J. Caleb Boggs Federal Building and United States Courthouse.

Chief United States District Judge