**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BECKMAN COULTER, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CYTEK BIOSCIENCES, INC.,<br><br>Defendant. | C.A. No. 24-0945-CFC |

## JOINT [PROPOSED] VERDICT FORM (PHASE I)

**Instructions:** When answering the following questions and completing this Verdict Form, please follow the directions provided and follow the Jury Instructions that you have been given. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

As used herein:

1. "Beckman Coulter" refers to Plaintiff Beckman Coulter, Inc.
2. "Cytek" refers to Defendant Cytek Biosciences, Inc.
3. "'582 Patent" refers to U.S. Patent No. 10,330,582.
4. "'443 Patent" refers to U.S. Patent No. 11,703,443.
5. "'107 Patent" refers to U.S. Patent No. 12,174,107.
6. "Asserted Patents" refers collectively to the '582 Patent, '443 Patent, and '107 Patent.

**INFRINGEMENT**

**LITERAL INFRINGEMENT**

1. Did Beckman Coulter prove, by a preponderance of the evidence, that Cytek literally infringed any of the following claims of the Asserted Patents under 35 U.S.C. § 271(a)?

("YES" is a finding in favor of Beckman Coulter, and "NO" is a finding in favor of Cytek.)

| | | |
|---|---|---|
| | **'582 Patent** | |
| | **YES (for Beckman Coulter)** | **NO (for Cytek)** |
| '582 Patent, Claim 3 | | |
| | **'443 Patent** | |
| | **YES (for Beckman Coulter)** | **NO (for Cytek)** |
| '443 Patent, Claim 4 | | |
| '443 Patent, Claim 10 | | |
| | **'107 Patent** | |
| | **YES (for Beckman Coulter)** | **NO (for Cytek)** |
| '107 Patent, Claim 18 | | |

Continue to the next question.

**DOCTRINE OF EQUIVALENTS**

2. Did Beckman Coulter prove, by a preponderance of the evidence, that Cytek directly infringed the following claim of the ’582 Patent under the doctrine of equivalents?

(“YES” is a finding in favor of Beckman Coulter, and “NO” is a finding in favor of Cytek.)

| **’582 Patent** | | |
|---|---|---|
| | **YES (for Beckman Coulter)** | **NO (for Cytek)** |
| ’582 Patent, Claim 3 | | |

Continue to the next question.

**REVERSE DOCTRINE OF EQUIVALENTS DEFENSE**

3. If you answered "YES" for any claim of the '443 Patent or '107 Patent in Questions 1-4, do you find that the Accused Products, even though they meet the literal terms of the claims or otherwise satisfy the claims under the doctrine of equivalents, do not infringe because of the reverse doctrine of equivalents?

("YES" is a finding in favor of Cytek, and "NO" is a finding in favor of Beckman Coulter.)

| | **YES (for Cytek)** | **NO (for Beckman Coulter)** |
|---|---|---|
| | **'443 Patent** | |
| '443 Patent, Claim 4 | | |
| '443 Patent, Claim 10 | | |
| | **'107 Patent** | |
| '107 Patent, Claim 18 | | |

Continue to the next question.

**INVALIDITY**

**OBVIOUSNESS**

4. Did Cytek prove, by clear and convincing evidence, that any of the following claims of the Asserted Patents are invalid due to obviousness?

(“YES” is a finding in favor of Cytek, and “NO” is a finding in favor of Beckman Coulter.)

| | **YES (for Cytek)** | **NO (for Beckman Coulter)** |
|---|---|---|
| **’443 Patent** | | |
| ’443 Patent, Claim 4 | | |
| **’107 Patent** | | |
| ’107 Patent, Claim 18 | | |

Continue to the next question.

**WRITTEN DESCRIPTION**

5. Did Cytek prove, by clear and convincing evidence, that any of the following claims of the Asserted Patents are invalid due to lack of written description?

("YES" is a finding in favor of Cytek, and "NO" is a finding in favor of Beckman Coulter.)

| | **YES (for Cytek)** | **NO (for Beckman Coulter)** |
|---|---|---|
| **'443 Patent** | | |
| '443 Patent, Claim 4 | | |
| '443 Patent, Claim 10 | | |
| **'107 Patent** | | |
| '107 Patent, Claim 18 | | |

Continue to the next question.

**ENABLEMENT**

6. Did Cytek prove, by clear and convincing evidence, that any of the following claims of the Asserted Patents are invalid due to lack of enablement?

("YES" is a finding in favor of Cytek, and "NO" is a finding in favor of Beckman Coulter.)

| | **YES (for Cytek)** | **NO (for Beckman Coulter** |
|---|---|---|
| **'443 Patent** | | |
| '443 Patent, Claim 4 | | |
| '443 Patent, Claim 10 | | |
| **'107 Patent** | | |
| '107 Patent, Claim 18 | | |

Continue to the next question.

**INDEFINITENESS**

7. Did Cytek prove, by clear and convincing evidence, that any of the following claims of the Asserted Patents are invalid due to indefiniteness?

("YES" is a finding in favor of Cytek, and "NO" is a finding in favor of Beckman Coulter.)

| | **YES (for Cytek)** | **NO (for Beckman Coulter)** |
|---|---|---|
| | **'582 Patent** | |
| '582 Patent, Claim 3 | | |
| | **'443 Patent** | |
| '443 Patent, Claim 10 | | |

You have now reached the end of the verdict form and you should review it to ensure that it accurately reflects your unanimous determinations. The Foreperson should then sign the verdict form in the space below and notify the Court Security Officer that you have reached a verdict. The Foreperson should retain possession of the verdict form and bring it to the courtroom with the jury.

Signed: ___________________________________

Dated: ________________