IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKMAN COULTER, INC.,<br>Plaintiff,<br>v.<br>CYTEK BIOSCIENCES, INC.,<br>Defendant. | C.A. No. 24-945 (CFC) |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS the parties wish to simplify the issues for trial;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, and solely for purposes of this proceeding, that:

1. The jury will be instructed to determine obviousness as of May 30, 2013.

2. Beckman Coulter's experts will base their § 112 opinions on the state of the art and the knowledge of a person of ordinary skill as of October 18, 2012. Cytek will not argue that it is improper, for purposes of § 112, for Beckman Coulter to compare the asserted claims to the specification in the issued patents based on the state of the art and the knowledge of a person of ordinary skill as of October 18, 2012. Beckman Coulter will not make § 112 arguments based on developments in the state of the art and the knowledge of a person of ordinary skill after October 18, 2012.

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Frederick L. Cottrell, III*
Frederick L. Cottrell III (#2555)
Kelly E. Farnan (#4395)
Christine D. Haynes (#4697)
Gabriela Z. Monasterio (#7240)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com
farnan@rlf.com
haynes@rlf.com
monasterio@rlf.com

OF COUNSEL:
Robert J. Gunther, Jr.
Omar A. Khan
Jeffrey Dennhardt
Lauren E. Matlock-Colangelo
Jennifer Graber
Maggie Sawin
Kelly A. Todd
Khalil Waddell
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
omar.khan@wilmerhale.com
jeffrey.dennhardt@wilmerhale.com
lauren.matlock-colangelo@wilmerhale.com
jennifer.graber@wilmerhale.com
robert.gunther@wilmerhale.com

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs*
Karen Jacobs (#2881)
Jeremy A. Tigan (#5239)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
kjacobs@morrisnichols.com
jtigan@morrisnichols.com
cclark@morrisnichols.com

OF COUNSEL:
Reuben Chen
HanByul Chang
Juan Pablo Gonzalez
Alexandra Leeper
COOLEY LLP
3175 Hanover Street
Pal Alto, CA 94304
(650) 843-5000
rchen@cooley.com
HanByul.chang@cooley.com
jgonzalez@cooley.com
aleeper@cooley.com

Elizabeth M. Flanagan (#5891)
COOLEY LLP
30 S. 9th Street, 7th Floor
Minneapolis, MN 55402
bflanagan@cooley.com

Adam Pivovar
Dustin M. Knight
Rosalynd D. Upton

maggie.sawin@wilmerhale.com
kelly.todd@wilmerhale.com
khalil.waddell@wilmerhale.com

James M. Dowd
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Avenue
Los Angeles, California 90071
(213) 443-5300
james.dowd@wilmerhale.com

Thomas G. Saunders
WILMER CUTLER PICKERING HALE and DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
thomas.saunders@wilmerhale.com

*Attorneys for Plaintiff Beckman Coulter, Inc.*

David Yun
COOLEY LLP
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004
(202) 842-7800
apivovar@cooley.com
dknight@cooley.com
rupton@cooley.com
dyun@cooley.com

*Attorneys for Defendant Cytek Biosciences, Inc.*

Dated: August 19, 2026

SO ORDERED this ___ day of August, 2026

____________________________________

The Honorable Colm F. Connolly