**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BECKMAN COULTER, INC.,<br>Plaintiff,<br>v.<br>CYTEK BIOSCIENCES, INC.,<br>Defendant. | C.A. No. 24-0945-CFC |

**JOINT [PROPOSED] PRELIMINARY JURY INSTRUCTIONS**

**(PHASE II)**

# TABLE OF CONTENTS

1. INTRODUCTION ........................................................................... 1

2. ISSUES PRESENTED IN PHASE II ........................................................ 2

3. JUROR CONDUCT ........................................................................... 2

4. BURDENS OF PROOF ........................................................................ 3

5. OUTLINE OF TRIAL ......................................................................... 4

# PHASE II

## 1. INTRODUCTION

Members of the jury, now it is time for me to instruct you about the law that you must follow in deciding the second phase of the case.

## 2. ISSUES PRESENTED IN PHASE II

In this phase, you will need to determine the amount of money damages that Beckman Coulter has proven that it should be awarded to Beckman Coulter to compensate for Cytek's infringement.

During this phase, you must not revisit or reconsider your prior infringement determination. In other words, you can't change what you've already decided.

## 3. JUROR CONDUCT

All of the instructions I gave you at the beginning of Phase I apply equally to this phase. So you must not talk about the case with each other or with anyone else until you retire to the jury room to deliberate. You cannot deliberate about this phase's issues until the evidence is complete on this phase. You cannot go out and research or talk to anybody else about the case, either what you've already decided or what's going on. You are still within the bubble, if you will, about this particular case.

And about the issues that I've just said you are going to address, do not make any determination about those until all the evidence has come in. Keep an open mind until you start your deliberations at the end of the case.

**4. BURDENS OF PROOF**

In this second phase of the trial, the burden of proof rests on Beckman Coulter. That is, Beckman Coulter has the burden of proving damages by a preponderance of the evidence. As we discussed in Phase I, this means Beckman Coulter must produce evidence which, when considered in light of all of the facts, leads you to believe that what Beckman Coulter claims is more likely true than not.

**5. OUTLINE OF TRIAL**

The second phase of the trial will now begin. It will follow roughly the same format as the first phase.

First, each side may make an opening statement. Then each party may present evidence. Beckman Coulter will go first because they have the burden of proof on damages. Following Beckman Coulter's case, Cytek may present evidence to rebut the evidence Beckman Coulter presented.

Once all the evidence has been presented, the attorneys may present to you closing arguments to summarize and interpret the evidence for you. Opening statements and closing arguments are not evidence.

Then, after I give you final instructions on the law that applies to this phase of the case, you will retire to the jury room to deliberate on your verdict.