**Beckman Coulter, Inc. v. Cytek Biosciences, Inc.**

**C.A. No. 24-945-CFC**

| **Joint Trial Exhibits JTX** | **Plaintiff's Trial Exhibits PTX** | **Defendant's Trial Exhibits DTX** |
|---|---|---|
| 0001 - 8/17/2026 | 0042 - 8/17/2026 | |
| 0003 - 8/17/2026 | 0043 - 8/17/2026 | 0038 - 8/19/2026 |
| 0005 - 8/17/2026 | 0051 - 8/18/2026 | 0038 - 8/19/2026 |
| | 0057 - 8/18/2026 | 0039 - 8/19/2026 |
| | 0060 - 8/17/2026 | 0039 - 8/19/2026 |
| | 0063 - 8/19/2026 | 0040 - 8/18/2026 |
| | 0075 - 8/17/2026 | 0069 - 8/19/2026 |
| | 0108 - 8/17/2026 | 0092 - 8/18/2026 |
| | 0116 - 8/17/2026 | 0093 - 8/18/2026 |
| | 0118 - 8/17/2026 | 0095 - 8/18/2026 |
| | 0118 - 8/20/2026 | 0101 - 8/19/2026 |
| | 0123 - 8/17/2026 | 0102 - 8/19/2026 |
| | 0123 - 8/20/2026 | 0104 - 8/19/2026 |
| | 0123 - 8/20/2026 | 0105 - 8/19/2026 |
| | 0124 - 8/17/2026 | 0105 - 8/19/2026 |
| | 0126 - 8/17/2026 | 0117 - 8/18/2026 |
| | 0127 - 8/17/2026 | 0121 - 8/19/2026 |
| | 0133 - 8/17/2026 | 0133 - 8/19/2026 |
| | 0179 - 8/20/2026 | 0144 - 8/19/2026 |

**Beckman Coulter, Inc. v. Cytek Biosciences, Inc.**

**C.A. No. 24-945-CFC**

| Joint Trial Exhibits JTX | Plaintiff's Trial Exhibits PTX | Defendant's Trial Exhibits DTX |
|---|---|---|
| | 0188 - 8/17/2026 | 0145 - 8/19/2026 |
| | 0188 - 8/19/2026 | 0146 - 8/19/2026 |
| | 0205 - 8/20/2026 | 0147 - 8/19/2026 |
| | 0274 - 8/19/2026 | 0148 - 8/18/2026 |
| | 0336 - 8/17/2026 | 0156 - 8/19/2026 |
| | 0349 - 8/17/2026 | 0157 - 8/19/2026 |
| | 0349 - 8/17/2026 | 0158 - 8/19/2026 |
| | 0352 - 8/17/2026 | 0173 - 8/19/2026 |
| | 0487 - 8/17/2026 | 0174 - 8/19/2026 |
| | 0556 - 8/20/2026 | 0176 - 8/19/2026 |
| | 0710 - 8/18/2026 | 0182 - 8/18/2026 |
| | 0726a - 8/20/2026 | 0183 - 8/18/2026 |
| | 0749 - 8/19/2026 | 0185 - 8/18/2026 |
| | 0755 - 8/19/2026 | 0188 - 8/18/2026 |
| | 0756 - 8/19/2026 | 0189 - 8/18/2026 |
| | 0765 - 8/19/2026 | 0191 - 8/18/2026 |
| | 0773 - 8/19/2026 | 0191 - 8/18/2026 |
| | 0778 - 8/19/2026 | 0192 - 8/18/2026 |
| | 0781 - 8/19/2026 | 0193 - 8/18/2026 |
| | 0784 - 8/19/2026 | 0194 - 8/18/2026 |
| | 2412 - 8/19/2026 | 0195 - 8/18/2026 |
| | 2529 - 8/20/2026 | 0200 - 8/18/2026 |
| | 2538 - 8/17/2026 | 0201 - 8/18/2026 |
| | 2756 - 8/17/2026 | 0203 - 8/18/2026 |
| | 2758 - 8/19/2026 | 0206 - 8/18/2026 |
| | 2782 - 8/18/2026 | 0207 - 8/18/2026 |
| | 2798 - 8/18/2026 | 0208 - 8/18/2026 |
| | 2805 - 8/17/2026 | 0209 - 8/18/2026 |
| | 2810 - 8/20/2026 | 0218 - 8/19/2026 |
| | 2823 - 8/17/2026 | 0225 - 8/19/2026 |
| | 2824 - 8/17/2026 | 0227 - 8/19/2026 |
| | 2825 - 8/17/2026 | 0230 - 8/19/2026 |
| | PPX 1 - 8/17/2026 | 0241 - 8/19/2026 |
| | PPX 2 - 8/17/2026 | 0242 - 8/19/2026 |

**Beckman Coulter, Inc. v. Cytek Biosciences, Inc.**

**C.A. No. 24-945-CFC**

| Joint Trial Exhibits JTX | Plaintiff's Trial Exhibits PTX | Defendant's Trial Exhibits DTX |
|---|---|---|
| | | 0243 - 8/19/2026 |
| | | 0244 - 8/19/2026 |
| | | 0245 - 8/19/2026 |
| | | 0255 - 8/19/2026 |
| | | 0255 - 8/19/2026 |
| | | 0262 - 8/19/2026 |
| | | 0280 - 8/19/2026 |
| | | 0285 - 8/18/2026 |
| | | 0308 - 8/19/2026 |
| | | 0308 - 8/20/2026 |
| | | 0310 - 8/19/2026 |
| | | 0311 - 8/19/2026 |
| | | 0328 - 8/19/2026 |
| | | 0329 - 8/19/2026 |
| | | 0332 - 8/19/2026 |
| | | 0337 - 8/19/2026 |
| | | 0357 - 8/19/2026 |
| | | 0358 - 8/19/2026 |
| | | 0359 - 8/19/2026 |
| | | 0361 - 8/19/2026 |
| | | 0369 - 8/19/2026 |
| | | 0372 - 8/19/2026 |
| | | 0373 - 8/19/2026 |
| | | 0374 - 8/19/2026 |
| | | 0377 - 8/19/2026 |
| | | 0394 - 8/19/2026 |
| | | 0395 - 8/19/2026 |
| | | 0414 - 8/19/2026 |
| | | 0415 - 8/19/2026 |
| | | 0416 - 8/19/2026 |
| | | 0417 - 8/19/2026 |
| | | 0418 - 8/19/2026 |
| | | 0422 - 8/19/2026 |
| | | 0433 - 8/18/2026 |

**Beckman Coulter, Inc. v. Cytek Biosciences, Inc.**

**C.A. No. 24-945-CFC**

| Joint Trial Exhibits JTX | Plaintiff's Trial Exhibits PTX | Defendant's Trial Exhibits DTX |
|---|---|---|
| | | 0437 - 8/18/2026 |
| | | 0438 - 8/19/2026 |
| | | 0439 - 8/18/2026 |
| | | 0453 - 8/18/2026 |
| | | 0466 - 8/18/2026 |
| | | 0467 - 8/18/2026 |
| | | 0470 - 8/18/2026 |
| | | 0471 - 8/18/2026 |
| | | 0472 - 8/18/2026 |
| | | 0533 - 8/19/2026 |
| | | 0538 - 8/19/2026 |
| | | 0556 - 8/18/2026 |
| | | 0556 - 8/19/2026 |
| | | 0558 - 8/19/2026 |
| | | 0610 - 8/19/2026 |
| | | 0642 - 8/18/2026 |
| | | 0643 - 8/18/2026 |
| | | 0646 - 8/18/2026 |
| | | 0663 - 8/19/2026 |
| | | 0665 - 8/19/2026 |
| | | 0686 - 8/17/2026 |
| | | 0687 - 8/17/2026 |
| | | 0698 - 8/17/2026 |
| | | 0714 - 8/19/2026 |
| | | 0714 - 8/20/2026 |
| | | 0736 - 8/17/2026 |
| | | 0739 - 8/17/2026 |
| | | 0753 - 8/17/2026 |
| | | 0754 - 8/17/2026 |
| | | 0771 - 8/17/2026 |
| | | 0786 - 8/17/2026 |
| | | 0797 - 8/18/2026 |
| | | 0800 - 8/18/2026 |
| | | 0808 - 8/18/2026 |

**Beckman Coulter, Inc. v. Cytek Biosciences, Inc.**

**C.A. No. 24-945-CFC**

| Joint Trial Exhibits JTX | Plaintiff's Trial Exhibits PTX | Defendant's Trial Exhibits DTX |
|---|---|---|
| | | 0839.202 - 8/18/2026 |
| | | 0844 - 8/18/2026 |
| | | 0853 - 8/18/2026 |
| | | 0853 - 8/19/2026 |
| | | 0894 - 8/19/2026 |
| | | 0911 - 8/18/2026 |
| | | 0911 - 8/19/2026 |
| | | 0913 - 8/19/2026 |
| | | 1061 - 8/17/2026 |
| | | 1565 - 8/17/2026 |
| | | 1580 - 8/17/2026 |
| | | 1591 - 8/18/2026 |
| | | 1613 - 8/18/2026 |
| | | 1613 - 8/19/2026 |
| | | 1624 - 8/18/2026 |
| | | 1725 - 8/18/2026 |
| | | 1752 - 8/18/2026 |
| | | 1810 - 8/17/2026 |
| | | 1810 - 8/17/2026 |
| | | 1829 - 8/18/2026 |
| | | 2307 - 8/17/2026 |
| | | 2446 - 8/18/2026 |
| | | 2447 - 8/18/2026 |
| | | 2489 - 8/18/2026 |
| | | 2497 - 8/19/2026 |
| | | 2507 - 8/19/2026 |
| | | 2508 - 8/19/2026 |
| | | 2552 - 8/19/2026 |
| | | 2553 - 8/19/2026 |
| | | 2580 - 8/18/2026 |
| | | 2596 - 8/18/2026 |
| | | 2596 - 8/19/2026 |
| | | 2615 - 8/18/2026 |
| | | 2621 - 8/20/2026 |

**Beckman Coulter, Inc. v. Cytek Biosciences, Inc.**

**C.A. No. 24-945-CFC**

| **Joint Trial Exhibits JTX** | **Plaintiff's Trial Exhibits PTX** | **Defendant's Trial Exhibits DTX** |
|---|---|---|
| | | DPX 1 - 8/18/2026 |
| | | DPX 2 - 8/18/2026 |
| | | DPX 3 - 8/18/2026 |
| | | DPX 6 - 8/18/2026 |
| | | |
| | | |