**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BECKMAN COULTER, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CYTEK BIOSCIENCES, INC.,<br><br>Defendant. | C.A. No. 24-0945-CFC |

## VERDICT FORM (PHASE II)

**Instructions:** When answering the following questions and completing this Verdict Form, please follow the directions provided and follow the Jury Instructions that you have been given. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

As used herein:

1. "Beckman Coulter" refers to Plaintiff Beckman Coulter, Inc.
2. "Cytek" refers to Defendant Cytek Biosciences, Inc.
3. "'582 Patent" refers to U.S. Patent No. 10,330,582.

**DAMAGES**

1. If you find that Beckman Coulter has proven, by a preponderance of the evidence, that it is entitled to be paid for lost profits as a result of Cytek's infringing sales, what is the amount of lost profits?

| | |
|---|---|
| **Lost Profits** | $ 20 m |

2. For any past infringing sales for which you did not award lost profits, what is the amount of damages Beckman Coulter has proven, by a preponderance of the evidence, that it is entitled to be paid as a reasonable royalty?

| | |
|---|---|
| **Reasonable Royalty** | $ 36.11 m |

You have now reached the end of the verdict form and you should review it to ensure that it accurately reflects your unanimous determinations. The Foreperson should then sign the verdict form in the space below and notify the Court Security Officer that you have reached a verdict. The Foreperson should retain possession of the verdict form and bring it to the courtroom with the jury.

Signed: [redacted]

Dated: 8/21/26