**Beckman Coulter, Inc. v. Cytek Biosciences, Inc.**

Phase II

**C.A. No. 24-945-CFC**

| Joint Trial Exhibits JTX | Plaintiff's Trial Exhibits PTX | Defendant's Trial Exhibits DTX |
|---|---|---|
| | 0025 - 8/21/2026 | 0080 - 8/21/2026 |
| | 0061 - 8/21/2026 | 1006 - 8/21/2026 |
| | 0159 - 8/21/2026 | 1007 - 8/21/2026 |
| | 0176 - 8/21/2026 | 1235 - 8/21/2026 |
| | 0342 - 8/21/2026 | 2451 - 8/21/2026 |
| | 0827 - 8/21/2026 | |
| | 0931 - 8/21/2026 | |
| | 1630 - 8/21/2026 | |
| | 1631 - 8/21/2026 | |
| | 1632 - 8/21/2026 | |
| | 2033 - 8/21/2026 | |
| | 2571 - 8/21/2026 | |
| | 2572 - 8/21/2026 | |
| | 2578 - 8/21/2026 | |
| | 2579 - 8/21/2026 | |
| | 2586 - 8/21/2026 | |
| | 2587 - 8/21/2026 | |
| | 2617 - 8/21/2026 | |
| | 2705 - 8/21/2026 | |
| | 2706 - 8/21/2026 | |
| | 2761 - 8/21/2026 | |
| | 2794 - 8/21/2026 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |