RICHARDS LAYTON & FINGER

Frederick L. Cottrell, III
Director
302-651-7509
cottrell@rlf.com

August 26, 2026

**VIA CM-ECF**

The Honorable Colm F. Connolly
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street, Unit 38
Room 4104
Wilmington, DE 19801-3555

**Re: *Beckman Coulter, Inc. v. Cytek Biosciences, Inc.***
**C.A. 24-945-CFC**

Dear Chief Judge Connolly:

We write in response to Cytek's letter regarding *ex parte* reexamination (D.I. 469). As Your Honor is likely already aware, the Patent Office's decision to grant reexamination of U.S. Patent 12,174,107 (the "'107 Patent") under 35 U.S.C. § 304 reflects that a substantial new question of patentability has been raised and warrants review by the Office. It is not a determination regarding patentability, validity, or the merits of any claim. Reexamination proceedings will now continue pursuant to 35 U.S.C. § 305, during which the Patent Office will consider the issues identified in the reexamination order and any responses submitted by Beckman Coulter. The parties will promptly notify the Court of any subsequent merits determination by the Patent Office.

Respectfully,

*/s/ Frederick L. Cottrell, III*

Frederick L. Cottrell (#2555)

cc: All Counsel of Record (via CM/ECF)