MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

(302) 658-9200
(302) 658-3989 FAX

KAREN JACOBS
(302) 351-9227
kjacobs@morrisnichols.com

August 31, 2026

The Honorable Colm F. Connolly
United States District Court
for the District of Delaware
844 North King Street
Room 4124, Unit 31
Wilmington, DE 19801-3555

*VIA ELECTRONIC FILING*

Re: *Beckman Coulter, Inc. v. Cytek Biosciences, Inc.*,
C.A. No. 24-945 (CFC) (D. Del.)

Dear Chief Judge Connolly:

We write on behalf Defendant Cytek Biosciences, Inc. to notify the Court that, on August 28, 2026, the United States Patent and Trademark Office ("PTO") ordered *ex parte* reexamination of asserted U.S. Patent No. 11,703,443 (the "'443 Patent"). Specifically, the PTO found that there are substantial new questions of patentability affecting claims 1, 4, 6, 9-11, 13, and 15 of the '443 Patent. Claims 4 and 10 of the '443 Patent are asserted against Cytek in this action. A copy of the PTO's Order is attached as Exhibit A.

Respectfully,

*/s/ Karen Jacobs*

Karen Jacobs (#2881)

KJ/jmm
cc: Clerk of the Court (via hand delivery)
All Counsel of Record (via e-mail)