**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BECKMAN COULTER, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 24-0945-CFC |
| CYTEK BIOSCIENCES, INC. | ) | |
| Defendant. | ) | |

**PLAINTIFF'S RENEWED MOTION FOR JUDGMENT
AS A MATTER OF LAW OR NEW TRIAL PURSUANT TO FEDERAL
RULES OF CIVIL PROCEDURE 50(B) AND 59(A)**

Pursuant to Federal Rule of Civil Procedure 50(b) Plaintiff Beckman Coulter, Inc. ("Plaintiff") hereby renews its motion for judgment as a matter that (1) claim 18 of U.S. Patent No. 12,174,107 ("'107 Patent) is non-obvious; (2) Defendant Cytek Biosciences, Inc.'s reverse doctrine of equivalents defense to infringement of claim 18 of the '107 Patent and claim 4 of U.S. Patent No. 11,703,443("'443 Patent") fails; (3) Cytek literally infringes claim 3 of U.S. Patent No. 10,330,582; and (4) claims 4 and 10 of the '443 Patent have sufficient written description. Plaintiff alternatively moves for a new trial on these issues pursuant to Federal Rule of Civil Procedure 59(a). The grounds for this motion are set forth in the Opening Brief filed herewith.

*/s/ Frederick L. Cottrell III*
Frederick L. Cottrell III (#2555)
Kelly E. Farnan (#4395)
Christine D. Haynes (#4697)
Gabriela Z. Monasterio (#7240)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com
farnan@rlf.com
haynes@rlf.com
monasterio@rlf.com

*Attorneys for Plaintiff*

OF COUNSEL:

Robert J. Gunther, Jr.
Omar A. Khan
Jeffrey A. Dennhardt
Laura Macro
Lauren E. Matlock-Colangelo
Jennifer L. Graber
Maggie Sawin
Kelly A. Todd
Khalil Waddell
WILMER CUTLER PICKERING
HALE and DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800

James M. Dowd
WILMER CUTLER PICKERING
HALE and DORR LLP
350 South Grand Avenue
Los Angeles, California 90071
(213) 443-5300

Thomas G. Saunders
Patrick Nyman, Ph.D.
WILMER CUTLER PICKERING
HALE and DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037

Dated: October 13, 2026