**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BECKMAN COULTER, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 24-0945-CFC |
| CYTEK BIOSCIENCES, INC. | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

The Court, having considered Plaintiff Beckman Coulter, Inc.'s Renewed Motion for Judgment as a Matter of Law and all submissions related thereto,

IT IS HEREBY ORDERED that:

1. The motion for judgment as a matter of law is **GRANTED**.

2. Claim 18 of U.S. Patent No. 12,174,107 ("'107 Patent) is non-obvious.

3. Defendant Cytek Biosciences, Inc. ("Cytek")'s reverse doctrine of equivalents defense as to infringement of claim 18 of the '107 Patent and claim 4 of U.S. Patent No. 11,703,443 ("'443 Patent") fails as a matter of law.

4. Cytek literally infringes claim 3 of U.S. Patent No. 10,330,582 ("'582 Patent).

5. Claims 4 and 10 of the '443 Patent have sufficient written description.

6. Alternatively, a new trial will be held on the validity of claim 18 of the ’107 Patent under 35 U.S.C. § 103, Cytek’s reverse doctrine of equivalents defense to infringement of claim 4 of the ‘443 Patent, and claim 18 of the ‘107 Patent, Cytek’s literal infringement of claim 3 of ’582 Patent, and written description of claims 4 and 10 of the ’443 Patent.

SO ORDERED this ___ day of _____________________, 202__

______________________________
The Honorable Colm F. Connolly,
Chief Judge, United States District Court