**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BECKMAN COULTER, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 24-0945-CFC |
| CYTEK BIOSCIENCES, INC. | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION TO AMEND JUDGMENT PURSUANT TO**
**<u>FEDERAL RULE OF CIVIL PROCEDURE 59(E)</u>**

Pursuant to Federal Rule of Civil Procedure 59(e), Plaintiff Beckman Coulter, Inc. moves to amend the September 15, 2026 Judgment (D.I. 474) to award (1) supplemental damages at the jury's rate of $10,500 per WDM-APD module for infringing U.S. sales and manufacturing from October 1, 2025 through September 15, 2026; (2) prejudgment interest at the prime rate compounded quarterly; (3) post-judgment interest; and (4) an ongoing royalty of $12,750 per infringing WDM-APD module through expiration of U.S. Patent No. 10,330,582. The grounds for this motion are set forth in the Opening Brief filed herewith.

*_/s/ Frederick L. Cottrell III_*
Frederick L. Cottrell III (#2555)
Kelly E. Farnan (#4395)
Christine D. Haynes (#4697)
Gabriela Z. Monasterio (#7240)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com
farnan@rlf.com
haynes@rlf.com
monasterio@rlf.com

*Attorneys for Plaintiff*

OF COUNSEL:

Robert J. Gunther, Jr.
Omar A. Khan
Jeffrey A. Dennhardt
Laura Macro
Lauren E. Matlock-Colangelo
Jennifer L. Graber
Maggie Sawin
Kelly A. Todd
Khalil Waddell
WILMER CUTLER PICKERING HALE
and DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800

James M. Dowd
WILMER CUTLER PICKERING HALE
and DORR LLP
350 South Grand Avenue
Los Angeles, California 90071
(213) 443-5300

Thomas G. Saunders
Patrick Nyman, Ph.D.
WILMER CUTLER PICKERING
HALE and DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037

Dated: October 13, 2026