**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BECKMAN COULTER, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 24-0945-CFC |
| CYTEK BIOSCIENCES, INC. | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER GRANTING MOTION TO AMEND JUDGMENT**

The Court, having considered Plaintiff's Motion to Amend Judgment Pursuant to Federal Rule of Civil Procedure 59(e), and submissions related thereto,

IT IS HEREBY ORDERED THAT:

1. Beckman Coulter is entitled to supplemental damages at the jury's rate of $10,500 per WDM-APD module for infringing U.S. sales and manufacturing from October 1, 2025 through September 15, 2026.

2. Beckman Coulter is entitled to prejudgment interest at the prime rate compounded quarterly.

3. Beckman Coulter is entitled to post-judgment interest until such time as Defendant Cytek Biosciences, Inc. fully satisfies the judgment that has been entered against it.

4. Beckman Coulter is entitled to an ongoing royalty of $12,750 per infringing WDM-APD module through expiration of U.S. Patent No. 10,330,582.

5. The parties shall confer and submit a proposed Amended Judgment within 7 days of this order.

SO ORDERED this ___ day of _____________________, 202__

_________________________________
The Honorable Colm F. Connolly,
Chief Judge, United States District Court