# CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that the foregoing Plaintiff Beckman Coulter, Inc.'s Opening Brief in Support of Motion for Judgment as a Matter of Law or New Trial Pursuant to Federal Rules of Civil Procedure 50(b) and 59(a) complies with the type-volume requirements of the Court's November 6, 2019 Standing Order Regarding Briefing in All Cases and the Court's September 15, 2026 Order Regarding Post-Trial briefing. The text of the brief, including footnotes, was prepared in Times New Roman 14-point font and contains 4,975/5,000 words, and when combined with all of Beckman Coulter's post-trial briefing, the total is 7,464/7,500 words.

*/s/ Frederick L. Cottrell III*
Frederick L. Cottrell III (#2555)
cottrell@rlf.com

Dated: October 13, 2026