IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BECKMAN COULTER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 24-945 (CFC) (EGT) |
| | ) | |
| CYTEK BIOSCIENCES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT CYTEK BIOSCIENCES, INC.'S RULE 50(b) MOTION FOR JUDGMENT AS A MATTER OF LAW OR, ALTERNATIVELY, RULE 59 MOTION FOR A NEW TRIAL**

Pursuant to Federal Rule of Civil Procedure 50, Defendant Cytek Biosciences, Inc. hereby moves for judgment as a matter of law that:

(1) Claim 3 of U.S. Patent No. 10,330,582 is not infringed under the doctrine of equivalents;

(2) Claim 3 of the '582 patent is invalid under 35 U.S.C. § 112 for indefiniteness; and

(3) Claim 18 of U.S. Patent No. 12,174,107 is invalid under 35 U.S.C. § 112 for lack of adequate written description; or

(4) In the alternative, pursuant to Rule 59, a new trial on the issue of whether claim 18 of the '107 patent satisfies the written description requirement under 35 U.S.C. § 112.

The grounds for this motion are set forth in Cytek's Opening Brief, filed herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Karen Jacobs (#2881)
Jeremy A. Tigan (#5239)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
kjacobs@morrisnichols.com
jtigan@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Defendant Cytek Biosciences, Inc.*

OF COUNSEL:

Reuben H. Chen
Alexandra Leeper
Juan Pablo González
HanByul Chang
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304

Elizabeth M. Flanagan
COOLEY LLP
30 South 9th Street, 7th Floor
Minneapolis, MN 55402

Adam Pivovar
Dustin M. Knight
David Yun
COOLEY LLP
1299 Pennsylvania Avenue NW
Suite 700
Washington, DC 20004

October 13, 2026

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BECKMAN COULTER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 24-945 (CFC) (EGT) |
| | ) | |
| CYTEK BIOSCIENCES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

On this _____ day of ____________, 2027, the Court, having considered Defendant Cytek Biosciences Inc.'s Rule 50(b) Motion for Judgment as a Matter of Law Or, Alternately, Rule 59 Motion for A New Trial, and all papers and arguments submitted therewith, hereby GRANTS Cytek's Motion.

It is therefore ORDERED that:

(1) Judgment of as a matter of law is granted that Plaintiff Beckman Coulter, Inc. has failed to establish infringement by Cytek under the doctrine of equivalents of claim 3 of U.S. Patent No. 10,330,582;

(2) Judgment of as a matter of law is granted that claim 3 of the '582 patent is invalid under 35 U.S.C. § 112 for indefiniteness; and

(3) Judgment of as a matter of law is granted that claim 18 of U.S. Patent No. 12,174,107 is invalid under 35 U.S.C. § 112 for lack of adequate written description.

(4) In the alternative, a new trial is granted on the issue of whether claim 18 of U.S. Patent No. 12,174,107 satisfies the written description requirement under 35 U.S.C. § 112.

____________________________________
Chief, United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 13, 2026, upon the following in the manner indicated:

Frederick L. Cottrell III *VIA ELECTRONIC MAIL*
Kelly E. Farnan
Christine D. Haynes
RICHARDS, LAYTON & FINGER P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
*Attorneys for Plaintiff*

Omar A. Khan *VIA ELECTRONIC MAIL*
Jeffrey A. Dennhardt
Lauren E. Matlock-Colangelo
Kelly A. Todd
Laura Macro
Maggie Sawin
Robert J. Gunther, Jr.
Gillian T. Farrell
WILMER CUTLER PICKERING HALE
AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
*Attorneys for Plaintiff*

Daniel S. Perry
WILMER CUTLER PICKERING HALE AND DOOR LLP
1225 17th Street
Suite 2600
Denver, Colorado 80202
*Attorneys for Plaintiff*

*VIA ELECTRONIC MAIL*

Akkad Y. Moussa
WILMER CUTLER PICKERING HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington DC 20037
*Attorneys for Plaintiff*

*VIA ELECTRONIC MAIL*

James M. Dowd
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Avenue
Los Angeles, California 90071
*Attorneys for Plaintiff*

*VIA ELECTRONIC MAIL*

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)