# APPENDIX A

# Michele Riley

Senior Advisor

**Disputes, Compliance & Investigations**



Washington, DC USA
Office: +1.202.370.2404
mriley@stout.com

## Education

M.B.A., Finance
University of Maryland
B.A., Physics
Emory University

## Designations

Certified Public Accountant (CPA)
Certified in Financial Forensics (CFF)
Certified Fraud Examiner (CFE)
Certified Licensing Professional (CLP)

## Practice Areas

Business Valuation Disputes
Complex Business Litigation
Intellectual Property Disputes
Trade Secrets & Restrictive Covenants
Compliance Services
Intellectual Property/Intangible Assets Valuation

Michele Riley is a Senior Advisor in Stout's Disputes, Compliance and Investigations group. She is deeply experienced in providing complex litigation consulting services in the areas of breach of contract, unfair competition, investigations and compliance. She is a Certified Public Accountant, Certified Fraud Examiner, Certified Licensing Professional, and is Certified in Financial Forensics.

Ms. Riley has a focus on intellectual property damages and valuation, and has testified regarding damages in patent, trademark and copyright infringement, as well as trade secret misappropriation cases. She has performed valuations of intellectual property for arms-length licensing and litigation matters, and assisted clients with the financial aspects of negotiations for the purchase, sale and licensing of intellectual property. In addition, she has audited royalty streams on technology licenses for clients in a number of industries.

Ms. Riley has written and lectured extensively on methodologies for determining damages in intellectual property infringement matters, as well as valuation techniques for intangible assets. While with Invotex, Ms. Riley developed a proprietary e-commerce tool which contained information extracted from technology licenses across a variety of industry categorizations.

Ms. Riley has been named in the *IAM Patent 1000: The World's Leading Patent Professionals* each year from 2014 to the present. She is a current board member (Secretary) of the Licensing Executives Society (USA & Canada) and is a frequent instructor on financial topics, including valuation and compliance, for LES educational programs.

## Professional Memberships

- American Institute of Certified Public Accountants
- Maryland Association of Certified Public Accountants
- Licensing Executives Society
- Intellectual Property Owners Association
- Accounting and Information Assurance Department Advisory Board, Robert H. Smith School of Business at the University of Maryland

## Publications

"Bitcoin: What You Need to Know…and Why You Need to Know it Now," The SRR Journal, Fall 2016

"Intellectual Property Thought Leader: Interview with Mark Lemley," The SRR Journal, Fall 2016

"Unpaid Royalties on Pre-1972 Recordings: Mony Mony!", The SRR Journal, Fall 2015

"IP Thought Leader Interview: A Discussion with AIPLA Executive Director Lisa Jorgenson", The SRR Journal, Fall 2015

"Hail to the…Redskins? How the TTAB's Cancellation of a Historic Mark Impacts Brand Value and the NFL," The SRR Journal, Fall 2014

Co-author: "Intellectual Property Licensing and Value Issues in Bankruptcy: Assessing the Risk to Experience the Reward," The Licensing Journal, September 2012; reprinted in the AIRA Journal, Volume 26, No. 6, May 2013

Co-author: "You Think Your IP Is Worth Something? Prove It." Corporate Counsel, January 2013

Co-Author: "Damage limitations," World Trademark Review, December/January 2010

Author: "Court-Awarded Royalty Rates," published in Royalty Rates for Licensing Intellectual Property, by Russell L. Parr (John Wiley & Sons, April 2007)

Co-Author: Patent Infringement Damages: Statistics and Trends 1990-2004, IPRA, Inc., 2004

Co-Author: "Trends in Litigated and Nonlitigated Royalty Rates," IP Litigator, January/February 2004

Contributing Author: Royalty Rates for Technology, Third Edition, 2003

Author: "A Review of Court-Awarded Royalty Rates in Patent Infringement Cases (1990-2001) (New)," Intellectual Property Infringement Damages: A Litigation Support Handbook, 2nd Edition – 2003 Cumulative Supplement, by Russell L. Parr

Co-Author: "Should You Settle After the Jury's Done?," The Patent Journal, November/December 2002

Author: "Evaluating Stock Options as Part of a Compensation Package," IEEE-USA Today's Engineer, January 2001

Co-Author: "How to Determine Patent Royalties," Legal Times Intellectual Property Supplement, April 1999

## Speeches and Seminars

"Baked-In Apportionment: Hotter than a Texas Chili Cook-Off" (panel discussion), 2022 ED TX Bench Bar Conference, October 2022.

Co-presenter: "Where IP Valuation and Damages Collide", Rocky Mountain Intellectual Property & Technology Law Institute, June 2017.

"Fitting Your Expert into Your Pre-Trial and Trial Strategy" (panel discussion), ABA Section of Litigation Annual Conference, May 2017.

"The Shifting Economics of Patent Litigation" (panel discussion), ABA Annual Meeting, July 2015.

"He Says, She Says, But Who Says It Best? – Gender of Your Expert in an IP Case" (panel discussion), ABA Intellectual Property Law Conference, March 2015.

Co-presenter: "Patent Infringement Royalty Damages: Lessons Learned from Recent Federal Circuit Decisions," Bar Association of the District of Columbia, March 2014

Co-presenter: "Valuation of Intellectual Property Assets in a Distressed Environment," ABA Section of Litigation Roundtable, Bankruptcy & Insolvency Committee, February 2013

Presenter: "IP Licensing and Value Issues in Bankruptcy: Assessing the Risk to Experience the Reward," LES 2012 Winter Meeting, March 2012

Presenter: "Understanding the Real Value of Your Patent Portfolio," (panel discussion), AIPLA 2011 Annual Meeting, October 2011

Presenter: "How to Avoid Licensing Disputes," ABA Section of Litigation, Intellectual Property Litigation, Fall 2010

Presenter: "Removing the Mystery: Damages in Intellectual Property Disputes," Intellectual Property Section of the Maryland State Bar Association, September 2009

Presenter: "Using Financial and Economic Analysis for IP Litigation, Licensing and Profit" (panel discussion), ABA Section of Intellectual Property Law 24th Annual Intellectual Property Law Conference, April 2009

"Opening Pandora's Box – Division of Unusual Assets" (panel discussion), ABA Section of Family Law 2006 Spring CLE Conference, May 2006

Presenter: "Damages: The Neglected Child," AIPLA Annual Meeting, October 2003Presenter: "Evaluating Important Factors for a Licensing Program," Licensing Executives Society Annual Meeting, September 2003

Presenter: "Evaluating Technologies for Commercialization," Federal Laboratory Consortium Mid-Atlantic Regional Meeting, September 2003

Presenter: "Trends in Royalty Rates – Impacts on IP Valuation," Licensing Executives Society Spring Meeting, May 2003

**MICHELE M. RILEY, CPA, CFE, CFF, MBA**
**TESTIMONY, EXPERT REPORTS AND AFFIDAVITS**
**2022-PRESENT**

- Expert Reports in Sonos, Inc. v. Google LLC, Case No. 2:20-cv-00169 JAK (DFM), U.S. District Court for the Central District of California. Subject matter: patent infringement (reports issued in 2026).
- Trial and Deposition Testimony and Expert Reports in Beckman Coulter, Inc. v. Cytek Biosciences, Inc., Case No. 24-CV-00945, U.S. District Court for the District of Delaware. Subject matter: patent infringement (trial and deposition testimony given in 2026; reports issued in 2025 and 2026).
- Trial and Deposition Testimony and Expert Report in Utherverse Gaming LLC v. Epic Games, Inc., Case No. 2:21-CV-0799-RSM-TLF, U.S. District Court for the Western District of Washington. Subject matter: patent infringement (trial testimony given in 2025; deposition testimony given and report issued in 2023).
- Expert Report in Wireless Protocol Innovations, Inc. v. TCT Mobile (US) Inc. and TCT Mobile, Inc., Case No. 8:23-cv-01476-GW-RAO, U.S. District Court for the Central District of California. Subject matter: patent infringement (report issued in 2024).
- Deposition Testimony and Expert Reports in Kewazinga Corp., v. Google LLC, Case No. 1:20-cv-01106-LGS, U.S. District Court for the Southern District of New York. Subject matter: patent infringement (deposition testimony given in 2022 and 2024; reports issued in 2022 and 2024).
- Deposition Testimony and Expert Report in Network System Technologies, LLC v. Texas Instruments Incorporated, Civil Action No. 2:22-cv-482-RWS, U.S. District Court for the Eastern District of Texas. Subject matter: patent infringement (deposition testimony given and report issued in 2024).
- Trial and Deposition Testimony and Expert Report in Willis Electric Co., Ltd. v. Polygroup Trading Limited, Polygroup, Limited (Macao Commercial Offshore), Polygroup, Macau Limited (BVI), Polytree (H.K.) Co. Ltd., Case No. 15-cv-3443 WMW/KMM, U.S. District Court for the District of Minnesota. Subject matter: patent infringement (trial testimony given in 2024; deposition testimony given and report issued in 2022).
- Expert Reports in RMS of Georgia, LLC d/b/a Choice Refrigerants and R421A LLC v. Dynatemp International, Inc., FluoroFusion Specialty Chemicals, Inc., et al., Case No. 5:20-CV-147-FL, U.S. District Court for the Eastern District of North Carolina. Subject matter: patent infringement (reports issued in 2023).
- Expert Report in Scorpcast, LLC d/b/a Haulstars v. MG Freesites Ltd., et al., C.A. No. 21-00887-MFK, U.S. District Court for the District of Delaware. Subject matter: patent infringement (report issued in 2023).

- Trial and Deposition Testimony and Expert Report in EcoFactor, Inc v. Ecobee, Inc., Case No. 6:20-cv-00078, U.S. District Court for the Western District of Texas, Waco Division. Subject matter: patent infringement (trial testimony given in 2023; deposition testimony given and report issued in 2021).

- Trial and Deposition Testimony and Expert Reports in Personal Audio, LLC v. Google, Inc, Case No. 17-1751 (CFC) (CJB), U.S. District Court for the District of Delaware. Subject matter: patent infringement (trial testimony given in 2023; deposition testimony given and reports issued in 2020).

- Trial and Deposition Testimony and Expert Reports in Philips Medical Systems Nederland B.V.; Philips North America LLC; and Philips India LTD, v. TEC Holdings, Inc., F/K/A Transtate, Equipment Company, Inc., Transtate Equipment Company, Inc., F/K/A Transtate Holdings, Inc.; and Robert A. ("Andy") Wheeler, individually and in his capacity as Executor and personal representative of the Estate of Daniel Wheeler, Civ. No. 3:20-cv-00021-MOC-DSC, U.S. District Court for the Western District of North Carolina. Subject matter: copyright infringement and trade secret misappropriation (trial testimony given in 2023; deposition testimony given in 2021; reports issued in 2021 and 2023).

- Deposition Testimony and Expert Report in The California Institute of Technology v. Broadcom Limited, Broadcom Corporation, Avago Technologies Limited and Apple Inc., Civil Action No. 2:16-cv-3714-GW (AGRx), U.S. District Court for the Central District of California. Subject matter: patent infringement (deposition testimony given and report issued in 2023).

- Trial and Deposition Testimony and Expert Reports in Aatrix Software, Inc. v. Greenshades Software, Inc., Case No. 3:15-CV-164-HES-MCR, U.S. District Court for the Middle District of Florida. Subject matter: patent infringement (trial testimony given in 2023; deposition testimony given in 2020 and reports issued in 2020 and 2023).

- Trial and Deposition Testimony and Expert Report in DePuy Synthes Products, Inc. and DePuy Synthes Sales, Inc. v. Veterinary Orthopedic Implants, Inc. et al., Civil Action No. 3:18-cv-1342-J-20PDB, U.S. District Court for the Middle District of Florida. Subject matter: patent infringement (trial and deposition testimony given and report issued in 2022).

- Deposition Testimony and Expert Report in Targus International LLC v. Victorinox Swiss Army, Inc., Civil Action No. 20-464-RGA, U.S. District Court for the District of Delaware. Subject matter: patent infringement (deposition testimony given and report issued in 2022).

- Trial and Deposition Testimony and Expert Report in MPAY, Inc. v. Erie Custom Computer Applications, Inc., PayDay USA, Inc., Payroll World, Inc., Proliant, Inc., Proliant Technologies, Inc., and Kevin Clayton, Civ. No. 19-704 (PAM/BRT), U.S. District Court for the District of Minnesota. Subject matter: copyright infringement and trade secret misappropriation (trial testimony given in 2022; deposition testimony given and report issued in 2021).

- Deposition Testimony and Expert Reports in Exactlogix, Inc. v. JobProgress, LLC, Double D Construction, LLC, Dennis A. Darrow, and David Buzzelli, Case No.: 18-cv-50213, U.S. District Court for the Northern District of Illinois, Western Division. Subject matter: trade

secret misappropriation (deposition testimony given in 2021 and reports issued in 2021 and 2022).

- Deposition Testimony and Expert Report in Roche Diabetes Care, Inc., v. Insulet Corporation, C.A. No. 20-825-MN, U.S. District Court for the District of Delaware. Subject matter: patent infringement (deposition testimony given and report issued in 2022).
- Expert Report in Proven Networks, LLC. v. SAP America, Inc. and SAP SE, Civil Action No. 2:20-cv-00100, U.S. District Court for the Eastern District of Texas, Marshall Division. Subject matter: patent infringement (report issued in 2022).