# APPENDIX B

**Beckman Coulter, Inc. v. Cytek Biosciences, Inc.**
**Post-Decision Declaration Documents Considered**
**Appendix B**

| Bates Range | | Document Description |
|---|---|---|
| | | I note that my team and I had access to the entire production of documents through Relativity |
| | | **Documents Filed With The Court** |
| | | Final Jury Instructions (Phase II), August 21, 2026 |
| | | Joint Verdict Form (Phase I), August 20, 2026 |
| | | Jury Trial Transcript, Volume 5, August 21, 2026 |
| | | Non-Final Judgment After Jury Verdict, September 15, 2026 |
| | | Trial Demonstrative Slides of John Hansen, August 21, 2026 |
| | | Trial Demonstrative Slides of Michele Riley, August 21, 2026 |
| | | Verdict Form (Phase II), August 21, 2026 |
| **Defendant Documents** | | |
| CYTEK_0001006007 | CYTEK_0001006007 | |
| CYTEK_0001006008 | CYTEK_0001006008 | |
| | | **Public Research** |
| | | Allen, Mark A., Carlos Brain, and Filipe Lacerda, Reference Guide on Estimation of Economic Damages, in Reference Manual on Scientific Evidence, 4th ed. (2025) |
| | | Cytek Biosciences, Inc. Form 10-K, for the fiscal year ended December 31, 2025 |
| | | Cytek Biosciences, Inc., Morgan Stanley Global Healthcare Conference Transcript, September 10, 2025 |
| | | Cytek Biosciences, Inc., Morgan Stanley Global Healthcare Conference Transcript, September 16, 2026 |
| | | Cytek Biosciences, Inc., Q2 2026 Earnings Presentation |
| | | Moore J, Roederer M. The Flow Cytometry Shared Resource Laboratory: Best Practices to Assure a High-Quality, Cost-Effective Partnership with Biomedical Research Laboratories. Cytometry A. 2009 Aug;75(8):643-649. doi: 10.1002/cyto.a.20742 |
| | | Piper Sandler, Cytek Biosciences (CTKB), Company Note, April 28, 2025 |
| | | S&P Capital IQ: Cytek Biosciences, Inc., Income Statement |
| | | **Websites** |
| | | https://cytekbio.com/pages/borealis |
| | | https://cytekbio.gcs-web.com/news-releases/news-release-details/cytek-biosciences-reports-second-quarter-2026-financial-results |
| | | https://cytek-web.s3.us-east-1.amazonaws.com/cytekbio.com/documentation-center/technical-specifications/borealis/N9-20178%2BRev.%2BA_Technical%2BSpecifications%2C%2BBorealis_Digital.pdf |
| | | https://fraser.stlouisfed.org/files/docs/publications/frbnyreview/rev_frbny_197405.pdf |
| | | https://fred.stlouisfed.org/series/DPRIME |
| | | https://fred.stlouisfed.org/series/PCU334516334516 |
| | | https://fred.stlouisfed.org/series/WGS1YR |
| | | https://investors.cytekbio.com/news-releases/news-release-details/cytek-biosciences-unveil-next-generation-spectral-flow-cytometry |
| | | https://investors.cytekbio.com/news-releases/news-release-details/jury-finds-cyteks-favor-three-four-asserted-claims-company |
| | | https://patents.google.com/patent/US10330582B2 |
| | | https://patents.google.com/patent/US10330582B2/en?oq=10%2c330%2c582 |
| | | https://www.macrotrends.net/stocks/charts/DHR/danaher/roe |
| | | **Case Law and Other Legal Documents** |
| | | 28 U.S.C. § 1961(a)-(b) |
| | | Bd. of Regents v. Bos. Sci. Corp., C.A. No. 18-392-GBW, 2024 WL 2848471, at *16 (D. Del. June 5, 2024) |
| | | IMX, Inc. v. LendingTree, LLC, 469 F. Supp. 2d 203, 227-228 (D. Del. Jan. 10, 2007) |
| | | Mars, Inc. v. Conlux USA Corp., 818 F. Supp. 707, 720-721 (D. Del. Apr. 15, 1993) |
| | | St. Clair Intell. Prop. Consultants, Inc. v. Fuji Photo Film Co., 674 F. Supp. 2d 555, 561 (D. Del. Nov. 19, 2009) |

[redacted]