# EXHIBIT 1

**Beckman Coulter, Inc. v. Cytek Biosciences, Inc.**
**Summary of Total Amount Owed by Cytek**
**Exhibit 1.0**

| | | | Amount |
|---|---|---|---|
| 1 | Jury Award (December 1, 2022 - September 30, 2025) | $ | 56,110,000 |
| 2 | Supplemental Damages (October 1, 2025 - September 15, 2026) | $ | 8,704,500 |
| 3 | Prejudgment Interest (December 1, 2022 - September 15, 2026) | $ | 10,562,210 |
| 4 | Accrued Postjudgment Interest (September 16, 2026 - October 13, 2026) | $ | 245,170 |
| 5 | **Total Amount Owed by Cytek** | **$** | **75,621,881** |

Sources: Exhibit 1.1; Exhibit 1.2.
Note: The total amount owed excludes any postjudgment damages and interest on those damages since September 15, 2026. Additionally, the figures calculated through September 15, 2026, are based on Cytek sales data available through August 31, 2026. I reserve the right to update my analysis in the event additional data becomes available.

[redacted]

**Beckman Coulter, Inc. v. Cytek Biosciences, Inc.**
**Calculation of Accrued Postjudgment Interest Owed by Cytek**
**Exhibit 1.1**

| | | | Amount |
|---|---|---|---|
| 1 | Total Damages plus Prejudgment Interest (12/1/2022 - 9/15/2026) | [1] | $ 75,376,710 |
| 2 | Statutory Annual Interest Rate (applied 9/16/2026 - 10/13/2026) | [2] | 4.24% |
| 3 | Days between 9/16/2026 - 10/13/2026 | [3] | 28 |
| 4 | **Postjudgement Interest** | [4] | **$ 245,170** |

[1] Exhibit 1.2.
[2] 28 U.S.C. § 1961(a)–(b); Board of Governors of the Federal Reserve System (US), Market Yield on U.S. Treasury Securities at 1-Year Constant Maturity, Quoted on an Investment Basis [WGS1YR], retrieved from FRED, Federal Reserve Bank of St. Louis; https://fred.stlouisfed.org/series/WGS1YR, October 12, 2026 (reporting a 4.24% rate for the week ending September 11, 2026, applicable to judgments entered September 14-20, 2026).
[3] Represents the number of days through the issuance of my Declaration.
[4] [4] = [1] x [2] x ([3] / 365).

**Beckman Coulter, Inc. v. Cytek Biosciences, Inc.**
**Total Damages Owed by Cytek plus Prejudgment Interest**
**Exhibit 1.2**

| | | Damages Type | Territory | Start Date | End Date | | Damages ($) |
|---|---|---|---|---|---|---|---|
| 1 | Jury Award | Reasonable Royalty | U.S. / OUS | 12/1/2022 | 9/30/2025 | [1] | $ 36,110,000 |
| 2 | Jury Award | Lost Profits | U.S. / OUS | 12/1/2022 | 9/30/2025 | [1] | 20,000,000 |
| 3 | Jury Award | Subtotal | U.S. / OUS | 12/1/2022 | 9/30/2025 | | $ 56,110,000 |
| 4 | Supplemental Damages | Reasonable Royalty | U.S. Only | 10/1/2025 | 9/15/2026 | [2] | 8,704,500 |
| 5 | **Total Damages** | | | 12/1/2022 | 9/15/2026 | | **$ 64,814,500** |
| 6 | Total Damages | | | | | | $ 64,814,500 |
| 7 | Prejudgment Interest as September 15, 2026 | | | | | [3] | 10,562,210 |
| 8 | **Total Damages plus Prejudgment Interest** | | | | | | **$ 75,376,710** |

[1] Verdict Form (Phase II), August 21, 2026. Includes O.U.S. damages through March 31, 2025.
[2] Exhibit 3.0.
[3] Exhibit 2.0.

[redacted]