# EXHIBIT 2

**Beckman Coulter, Inc. v. Cytek Biosciences, Inc.**
**Cytek Prejudgment Interest - December 1, 2022 to September 15, 2026 (Compounded Quarterly)**
**Exhibit 2.0**

| | Quarter-Year | Start | End | Additional Damages Accrued during Period [1] | Interest-Bearing Amount | U.S. Prime Rate [2] | Quarterly Interest Rate | Accrued Interest at End of Period [3] | Cumulative Damages and Interest | Weight of Rate [4] | Weighted Prime Rate Contribution [5] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Q42022 | 12/1/2022 | 12/31/2022 | $ 1,680,589 | $ - | 7.00% | 0.59% | $ - | $ 1,680,589 | 0.0% | 0.00% |
| 2 | Q12023 | 1/1/2023 | 3/31/2023 | 4,879,130 | 1,680,589 | 7.50% | 1.85% | 31,079 | 6,590,799 | 0.3% | 0.02% |
| 3 | Q22023 | 4/1/2023 | 6/30/2023 | 4,933,343 | 6,590,799 | 8.00% | 1.99% | 131,455 | 11,655,597 | 1.2% | 0.10% |
| 4 | Q32023 | 7/1/2023 | 9/30/2023 | 4,987,556 | 11,655,597 | 8.25% | 2.08% | 242,373 | 16,885,525 | 2.3% | 0.19% |
| 5 | Q42023 | 10/1/2023 | 12/31/2023 | 4,987,556 | 16,885,525 | 8.50% | 2.14% | 361,767 | 22,234,847 | 3.4% | 0.29% |
| 6 | Q12024 | 1/1/2024 | 3/31/2024 | 4,933,343 | 22,234,847 | 8.50% | 2.11% | 469,909 | 27,638,099 | 4.4% | 0.38% |
| 7 | Q22024 | 4/1/2024 | 6/30/2024 | 4,933,343 | 27,638,099 | 8.50% | 2.11% | 584,100 | 33,155,542 | 5.5% | 0.47% |
| 8 | Q32024 | 7/1/2024 | 9/30/2024 | 4,987,556 | 33,155,542 | 8.50% | 2.14% | 708,405 | 38,851,503 | 6.7% | 0.57% |
| 9 | Q42024 | 10/1/2024 | 12/31/2024 | 4,987,556 | 38,851,503 | 8.00% | 2.01% | 781,276 | 44,620,335 | 7.4% | 0.59% |
| 10 | Q12025 | 1/1/2025 | 3/31/2025 | 4,879,130 | 44,620,335 | 7.50% | 1.85% | 825,171 | 50,324,636 | 7.8% | 0.59% |
| 11 | Q22025 | 4/1/2025 | 6/30/2025 | 4,933,343 | 50,324,636 | 7.50% | 1.87% | 941,002 | 56,198,980 | 8.9% | 0.67% |
| 12 | Q32025 | 7/1/2025 | 9/30/2025 | 4,987,556 | 56,198,980 | 7.50% | 1.89% | 1,062,392 | 62,248,928 | 10.1% | 0.75% |
| 13 | Q42025 | 10/1/2025 | 12/31/2025 | 2,288,040 | 62,248,928 | 7.25% | 1.83% | 1,137,535 | 65,674,503 | 10.8% | 0.78% |
| 14 | Q12026 | 1/1/2026 | 3/31/2026 | 2,238,300 | 65,674,503 | 6.75% | 1.66% | 1,093,076 | 69,005,878 | 10.3% | 0.70% |
| 15 | Q22026 | 4/1/2026 | 6/30/2026 | 2,263,170 | 69,005,878 | 6.75% | 1.68% | 1,161,284 | 72,430,332 | 11.0% | 0.74% |
| 16 | Q32026 | 7/1/2026 | 9/15/2026 | 1,914,990 | 72,430,332 | 6.75% | 1.42% | 1,031,388 | 75,376,710 | 9.8% | 0.66% |
| **17** | **Total** | | | **$ 64,814,500** | | | | **$ 10,562,210** | **$ 75,376,710** | **100.00%** | **7.50%** |

[1] Exhibit 2.1; Exhibit 2.2.
[2] "Bank Prime Loan Rate (DPRIME)," Board of Governors of the Federal Reserve System (US), retrieved from FRED, Federal Reserve Bank of St. Louis, available at https://fred.stlouisfed.org/series/DPRIME. Based on the bank prime loan rate at the start of the respective period. Assumes consistent bank prime loan rate throughout the period.
[3] Adjusted the damages to compute the amount as of September 15, 2026 using endpoint convention and compounding quarterly. No interest has been applied to damages accrued in Q3 2026.
[4] Calculated as the Accrued Interest at End of Period as a percent of Total Accrued Interest.
[5] Calculated as Weight of Rate multiplied by Ave U.S. Prime Rate.

[redacted]

**Beckman Coulter, Inc. v. Cytek Biosciences, Inc.**
**Damages ($) Apportioned on Quarterly Basis - December 1, 2022 to September 15, 2026**
**Exhibit 2.1**

| | Start | End | Days in Period | % of Total (Days in Period) | Total Awarded Damages [1] | Damages per Period [2] |
|---|---|---|---|---|---|---|
| 1 | 12/1/2022 | 12/31/2022 | 31 | 3.0% | $ 56,110,000 | $ 1,680,589 |
| 2 | 1/1/2023 | 3/31/2023 | 90 | 8.7% | 56,110,000 | 4,879,130 |
| 3 | 4/1/2023 | 6/30/2023 | 91 | 8.8% | 56,110,000 | 4,933,343 |
| 4 | 7/1/2023 | 9/30/2023 | 92 | 8.9% | 56,110,000 | 4,987,556 |
| 5 | 10/1/2023 | 12/31/2023 | 92 | 8.9% | 56,110,000 | 4,987,556 |
| 6 | 1/1/2024 | 3/31/2024 | 91 | 8.8% | 56,110,000 | 4,933,343 |
| 7 | 4/1/2024 | 6/30/2024 | 91 | 8.8% | 56,110,000 | 4,933,343 |
| 8 | 7/1/2024 | 9/30/2024 | 92 | 8.9% | 56,110,000 | 4,987,556 |
| 9 | 10/1/2024 | 12/31/2024 | 92 | 8.9% | 56,110,000 | 4,987,556 |
| 10 | 1/1/2025 | 3/31/2025 | 90 | 8.7% | 56,110,000 | 4,879,130 |
| 11 | 4/1/2025 | 6/30/2025 | 91 | 8.8% | 56,110,000 | 4,933,343 |
| 12 | 7/1/2025 | 9/30/2025 | 92 | 8.9% | 56,110,000 | 4,987,556 |
| **13** | **Subtotal** | | **1,035** | **100.0%** | **N/A** | **$ 56,110,000** |

[1] Verdict Form (Phase II), August 21, 2026. Includes O.U.S. damages through March 31, 2025.
[2] Calculated as % of Total (Days in Period) multiplied by Total Awarded Damages.

[redacted]

**Beckman Coulter, Inc. v. Cytek Biosciences, Inc.**
**Damages ($) Apportioned on Quarterly Basis - December 1, 2022 to September 15, 2026**
**Exhibit 2.2**

| | Start | End | Days in Period | % of Total (Days in Period) | Total Awarded Damages [1] | Damages per Period [2] |
|---|---|---|---|---|---|---|
| 1 | 10/1/2025 | 12/31/2025 | 92 | 26.3% | $ 8,704,500 | $ 2,288,040 |
| 2 | 1/1/2026 | 3/31/2026 | 90 | 25.7% | 8,704,500 | 2,238,300 |
| 3 | 4/1/2026 | 6/30/2026 | 91 | 26.0% | 8,704,500 | 2,263,170 |
| 4 | 7/1/2026 | 9/15/2026 | 77 | 22.0% | 8,704,500 | 1,914,990 |
| 5 | **Subtotal** | | **350** | **100.0%** | | **$ 8,704,500** |

[1] Verdict Form (Phase II), August 21, 2026. Includes O.U.S. damages through March 31, 2025.
[2] Calculated as % of Total (Days in Period) multiplied by Total Awarded Damages.

[redacted]