# EXHIBIT 3

**Beckman Coulter, Inc. v. Cytek Biosciences, Inc.**
**Calculation of Supplemental Damages - October 1, 2025 to September 15, 2026**
**Exhibit 3.0**

| | | | | Oct 1, 2025 - Sep 15, 2026 |
|---|---|---|---|---|
| 1 | Accused Product WDM-APD Modules - U.S. Only | [1] | | 680 |
| 2 | Laser Upgrade WDM-APD Modules - U.S. Only | [1] | | - |
| 3 | U.S. Manufactured Sold OUS WDM-APD Modules | [2] | | 149 |
| 4 | Total WDM-APD Modules (U.S. Only) | | | 829 |
| 5 | Royalty Rate ($) per WDM-APD Module | [3] | $ | 10,500 |
| **6** | **Total Supplemental Damages** | [4] | **$** | **8,704,500** |

[1] CYTEK_0000990471, tab "Revenue Detail '19 - '25" and CYTEK_0001006008, tab "Revenue Detail '
[2] Exhibit 4.0.
[3] PDX-14.79.
[4] Calculated as Total WDM-APD Modules (U.S. Only) multiplied by Royalty Rate ($) per WDM-APD Module.

[redacted]