# EXHIBIT 4

**Beckman Coulter, Inc. v. Cytek Biosciences, Inc.**
**Cytek Accused Product WDM-APD Modules - U.S. Manufactured Sold OUS - October 1, 2025 to September 15, 2026**
**Exhibit 4.0**

| | | [1] No. of Lasers | | Q4 2025 | Q1 2026 | Q2 2026 | Jul 1 - Sep 15 Q3 2026 | Oct 1, 2025 - Sep 15, 2026 Total |
|---|---|---|---|---|---|---|---|---|
| | Aurora | | | | | | | |
| 1 | Aurora 67 Channel | 5 | [2] | 20 | 5 | - | - | 25 |
| | Cell Sorter | | | | | | | |
| 2 | 5 Laser Aurora CS | 5 | [2] | - | 10 | - | - | 10 |
| | Aurora Evo | | | | | | | |
| 3 | Aurora Evo 67 Channel | 5 | [2] | 10 | - | - | - | 10 |
| 4 | Subtotal (Instruments) | | | 30 | 15 | - | - | 45 |
| | WDM-APD Modules | | | | | | | |
| 5 | Red | | [3] | - | - | - | 4 | 4 |
| 6 | Blue | | [3] | 77 | - | - | 5 | 82 |
| 7 | Violet | | [3] | - | - | - | 4 | 4 |
| 8 | UV | | [3] | 6 | - | - | 4 | 10 |
| 9 | YG | | [3] | - | - | - | 4 | 4 |
| 10 | Subtotal (WDM-APD Modules) | | | 83 | - | - | 21 | 104 |
| 11 | **Total WDM-APD Modules** | | | **113** | **15** | **-** | **21** | **149** |

[1] Exhibit 8.0.
[2] See Exhibit 5.0. I understand from Counsel that the instruments included in this database are instruments manufactured in California and are sold outside of the U.S. and, thus, are subject to infringement under the '582 Patent.
[3] CYTEK_0001006007. Note, there is no date of sale associated with WDM-APD Modules under the "For Service" and "For R&D" categories. Thus, I have conservatively assumed that these sales fall in Q3 2026.

[redacted]