# EXHIBIT 5

**Beckman Coulter, Inc. v. Cytek Biosciences, Inc.**
**Cytek Accused Product Units Sold - U.S. Manufactured, Sold OUS - October 1, 2025 to September 15, 2026**
**Exhibit 5.0**

| | | Q4 2025 | Q1 2026 | Q2 2026 | Jul 1 - Sep 15 Q3 2026 | Oct 1, 2025 - Sep 15, 2026 Total |
|---|---|---|---|---|---|---|
| | Aurora | | | | | |
| 1 | Aurora 67 Channel | 4 | 1 | - | - | 5 |
| | Cell Sorter | | | | | |
| 2 | 5 Laser Aurora CS | - | 2 | - | - | 2 |
| | Aurora Evo | | | | | |
| 3 | Aurora Evo 67 Channel | 2 | - | - | - | 2 |

Source: CYTEK_0001006007. I understand from Counsel that the instruments included in this database are instruments manufactured in California and are sold outside of the U.S. and, thus, are subject to infringement under the '582 Patent.

[redacted]