# EXHIBIT 6

**Beckman Coulter, Inc. v. Cytek Biosciences, Inc.**
**Indicator for Going-Forward Royalty Rate in September 2026 Hypothetical Negotiation**
**Exhibit 6.0**

| | | | Dec 1, 2022 - Sep 30, 2025 | Oct 1, 2025 - Sep 15, 2026 | Percent Change |
|---|---|---|---|---|---|
| 1 | U.S. Cytek Accused Analyzer System Revenue | [1] | $ 121,880,519 | $ 37,647,305 | N/A |
| 2 | U.S. Cytek Accused Analyzers | [1] | 483 | 127 | N/A |
| 3 | Implied U.S. Revenue per Cytek Accused Analyzer | [2] | $ 252,341 | $ 296,435 | 17.5% |
| 4 | U.S. Cytek Accused Analyzer System Revenue | [1] | $ 121,880,519 | $ 37,647,305 | N/A |
| 5 | U.S. WDM-APD Modules (Cytek Accused Analyzers) | [1] | 1,980 | 550 | N/A |
| 6 | Implied U.S. Revenue per WDM-APD Module (Cytek Accused Analyzers) | [3] | $ 61,556 | $ 68,450 | 11.2% |
| 7 | Jury Awarded Royalty Rate per WDM-APD Module | [4] | | | $ 10,500 |
| 8 | Implied U.S. Revenue per WDM-APD Module (Cytek Accused Analyzers) Percent Change | [3] | | | 11.2% |
| 9 | **Indicator for Going-Forward Royalty Rate using Riley Methodology in Sep 2026 Hypothetical Negotiation** | [5] | | | **$ 11,676** |

[1] CYTEK_0000990471, tab "Revenue Detail '19 - '25" and CYTEK_0001006008, tab "Revenue Detail '19-'25"
[2] Calculated as U.S. Cytek Accused Analyzer System Revenue divided by U.S. Cytek Accused Analyzers.
[3] Calculated as U.S. Cytek Accused Analyzer System Revenue divided by U.S. WDM-APD Modules (Cytek Accused Analyzers).
[4] PDX-14.79; Riley Declaration, Section III.
[5] Calculated as Jury Awarded Royalty Rate per WDM-APD Module multiplied by one plus Implied U.S. Revenue per WDM-APD Module (Cytek Accused Analyzers) Percent Change.

[redacted]