# EXHIBIT 7

**Beckman Coulter, Inc. v. Cytek Biosciences, Inc.**
**Cytek Service Revenue as a Percent of Total Company Revenue[1]**
**Exhibit 7.0**

| | | Mar 31 - Dec 31, 2019 [2] | 2020 | 2021 | 2022 | 2023 | 2024 | Jan 1 - Sep 30, 2025 | Oct 1 - Dec 31, 2025 | Jan 1 - Jun 30, 2026 | Mar 31, 2019 - Sep 30, 2025 Total | Oct 1, 2025 - Jun 30, 2026 Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Cytek Company Revenue** | | | | | | | | | | | |
| 1 | Product Revenue | $ 37,938,279 | $ 85,283,000 | $ 119,519,000 | $ 148,600,000 | $ 156,717,000 | $ 153,263,000 | $ 97,639,000 | $ 46,594,000 | $ 61,335,000 | $ 798,959,279 | $ 107,929,000 |
| 2 | Service Revenue | 5,830,784 | 7,556,000 | 8,431,000 | 15,436,000 | 36,297,000 | 47,190,000 | 41,713,000 | 15,547,000 | 30,940,000 | 162,453,784 | 46,487,000 |
| 3 | Total Cytek Revenue | $ 43,769,063 | $ 92,839,000 | $ 127,950,000 | $ 164,036,000 | $ 193,014,000 | $ 200,453,000 | $ 139,352,000 | $ 62,141,000 | $ 92,275,000 | $ 961,413,063 | $ 154,416,000 |
| 4 | **Service Revenue as a % of Total Revenue** | 13.32% | 8.14% | 6.59% | 9.41% | 18.81% | 23.54% | 29.93% | 25.02% | 33.53% | 16.90% | 30.11% |

[1] S&P Capital IQ, Cytek Biosciences, Inc. (NasdaqGS:CTKB) - Financials - Income Statement (2020 - Q2 2026).
[2] Cytek Biosciences, Inc. Form S-1, filed July 2, 2021, p. 93. 2019 Revenue prorated assuming a daily distribution of revenue.

[redacted]