# EXHIBIT 8

**Beckman Coulter, Inc. v. Cytek Biosciences, Inc.**
**Cytek Accused Products**
**Exhibit 8.0**

| | Item Name [1] | Stout Item Name Normalization | Lasers | Lasers # | SKU # [1] | Stout SKU # Normalization | Cytek Product/Tradename | Cytek Internal Nomenclature |
|---|---|---|---|---|---|---|---|---|
| 1 | 2 laser (B, R) Cytek® Aurora CS | 2 Laser Aurora CS (B, R) | B, R | 2 | N7-00122 | N7-00122 | Cytek Aurora CS 2L (B,R) | AUR CS 2L B/R |
| 2 | 2 laser (B, V) Cytek® Aurora CS | 2 Laser Aurora CS (B, V) | B, V | 2 | N7-00123 | N7-00123 | Cytek Aurora CS 2L (B,V) | AUR CS B/V |
| 3 | 3 laser Cytek® Aurora CS | 3 Laser Aurora CS | B, R, V | 3 | N7-00090-NOSN | N7-00090 | Cytek Aurora CS 3L System | AUR CS 3L |
| 4 | Cytek Aurora™ CS 3L V/B/R | 3 Laser Aurora CS | B, R, V | 3 | N7-00090 | N7-00090 | Cytek Aurora CS 3L System | AUR CS 3L |
| 5 | 3 laser Cytek® Aurora CS (YG) | 3 Laser Aurora CS | B, R, YG | 3 | N7-00091 | N7-00091 | n/a | n/a |
| 6 | 4 laser Cytek® Aurora CS (UV) | 4 Laser Aurora CS (UV) | B, R, V, UV | 4 | N7-00093-NOSN | N7-00093 | Cytek Aurora-CS 4L UV System | AUR CS 4L UV |
| 7 | 4 laser Cytek® Aurora CS (YG) | 4 Laser Aurora CS (YG) | B, R, V, YG | 4 | N7-00092-NOSN | N7-00092 | Cytek Aurora CS 4L YG System | AUR CS 4L YG |
| 8 | Cytek Aurora™ CS 4L V/B/YG/R | 4 Laser Aurora CS (YG) | B, R, V, YG | 4 | N7-00092 | N7-00092 | Cytek Aurora CS 4L YG System | AUR CS 4L YG |
| 9 | 4 laser Cytek® Aurora CS (YG) - Refurbished | 4 Laser Aurora CS (YG) | B, R, V, YG | 4 | N7-00092R | N7-00092 | Cytek Aurora CS 4L YG System | AUR CS 4L YG |
| 10 | 5 laser Cytek® Aurora CS | 5 Laser Aurora CS | B, R, V, UV, YG | 5 | N7-00094-NOSN | N7-00094 | Cytek Aurora CS 5L System | AUR CS 5L |
| 11 | 5 laser Cytek® Aurora CS - Refurbished | 5 Laser Aurora CS | B, R, V, UV, YG | 5 | N7-00094R | N7-00094 | Cytek Aurora CS 5L System | AUR CS 5L |
| 12 | Cytek Aurora™ CS 5L UV/V/B/YG/R | 5 Laser Aurora CS | B, R, V, UV, YG | 5 | N7-00094 | N7-00094 | Cytek Aurora CS 5L System | AUR CS 5L |
| 13 | Aurora 41 Channel | Aurora 41 Channel | B, R, V | 3 | N7-00000-0A (Inactive) | N7-00000 | Cytek Aurora 3 V16 B14 R8 | AUR 3L |
| 14 | Aurora 41 Channel System | Aurora 41 Channel | B, R, V | 3 | N7-00000-NOSN | N7-00000 | Cytek Aurora 3 V16 B14 R8 | AUR 3L |
| 15 | Aurora 41 Channel System (Refurbished) | Aurora 41 Channel | B, R, V | 3 | N7-00000R-NOSN | N7-00000 | Cytek Aurora 3 V16 B14 R8 | AUR 3L |
| 16 | Cytek Aurora™ 3L V/B/R | Aurora 41 Channel | B, R, V | 3 | N7-00000 | N7-00000 | Cytek Aurora 3 V16 B14 R8 | AUR 3L |
| 17 | Aurora 43 Channel System [3L YG Special Build (SB)] | Aurora 51 Channel | B, R, YG | 3 | N7-00002SB-NOSN | N7-00002 | Cytek Aurora 4 V16 B14 YG10 R8 | AUR 4L YG |
| 18 | Cytek Aurora™ 4L V/B/YG/R | Aurora 51 Channel | B, R, V, YG | 4 | N7-00002 | N7-00002 | Cytek Aurora 4 V16 B14 YG10 R8 | AUR 4L YG |
| 19 | Cytek Northern Lights™ 4L V/B/YG/R | Aurora 51 Channel | B, R, V, YG | 4 | N7-00002NL | N7-00002 | Cytek Aurora 4 V16 B14 YG10 R8 | AUR 4L YG |
| 20 | Aurora 51 Channel | Aurora 51 Channel | B, R, V, YG | 4 | N7-00002-0A (Inactive) | N7-00002 | Cytek Aurora 4 V16 B14 YG10 R8 | AUR 4L YG |
| 21 | Aurora 51 Channel System | Aurora 51 Channel | B, R, V, YG | 4 | N7-00002-NOSN | N7-00002 | Cytek Aurora 4 V16 B14 YG10 R8 | AUR 4L YG |
| 22 | Aurora 51 Channel System (Refurbished) | Aurora 51 Channel | B, R, V, YG | 4 | N7-00002R-NOSN | N7-00002 | Cytek Aurora 4 V16 B14 YG10 R8 | AUR 4L YG |
| 23 | Aurora 57 Channel System | Aurora 57 Channel | B, R, V, UV | 4 | N7-00011-NOSN | N7-00011 | Cytek Aurora 4 UV16 V16 B14 R8 | AUR 4L UV |
| 24 | Aurora 57 Channel System (Refurbished) | Aurora 57 Channel | B, R, V, UV | 4 | N7-00011R-NOSN | N7-00011 | Cytek Aurora 4 UV16 V16 B14 R8 | AUR 4L UV |
| 25 | Aurora 57 Channel, 4 Laser Assy, R-B-V-UV System | Aurora 57 Channel | B, R, V, UV | 4 | N7-00011-0A (Inactive) | N7-00011 | Cytek Aurora 4 UV16 V16 B14 R8 | AUR 4L UV |
| 26 | Cytek Aurora™ 4L UV/V/B/R | Aurora 57 Channel | B, R, V, UV | 4 | N7-00011 | N7-00011 | Cytek Aurora 4 UV16 V16 B14 R8 | AUR 4L UV |
| 27 | Aurora 67 Channel | Aurora 67 Channel | B, R, V, UV, YG | 5 | N7-00003-0A (Inactive) | N7-00003 | Cytek Aurora 5 UV16 V16 B14 | AUR 5L |
| 28 | Aurora 67 Channel System | Aurora 67 Channel | B, R, V, UV, YG | 5 | N7-00003-NOSN | N7-00003 | Cytek Aurora 5 UV16 V16 B14 | AUR 5L |
| 29 | Aurora 67 Channel System (Refurbished) | Aurora 67 Channel | B, R, V, UV, YG | 5 | N7-00003R-NOSN | N7-00003 | Cytek Aurora 5 UV16 V16 B14 | AUR 5L |
| 30 | Cytek Aurora™ 5L UV/V/B/YG/R | Aurora 67 Channel | B, R, V, UV, YG | 5 | N7-00003 | N7-00003 | Cytek Aurora 5 UV16 V16 B14 | AUR 5L |
| 31 | NL 67 Channel System | Aurora 67 Channel | B, R, V, UV, YG | 5 | N7-00003NL | N7-00003 | Cytek Aurora 5 UV16 V16 B14 | AUR 5L |
| 32 | Aurora 67 Channel Instrument | Aurora 67 Channel | B, R, V, UV, YG | 5 | N7-01003 | N7-01003 | Cytek Aurora 5 UV16 V16 B14 | AUR 5L |
| 33 | Cytek Aurora™ Evo 2L V/B | Aurora Evo 33 Channel | V, B | 2 | N7-00054 | N7-00054 | Cytek Aurora Evo 2L V-B | Aurora Evo 33 Channel System |
| 34 | Aurora Evo 41 Channel System (3L B/R/V) | Aurora Evo 41 Channel | B, R, V | 3 | N7-00057 | N7-00057 | Cytek Aurora Evo 3L V-B-R | Aurora Evo 41 Channel System |
| 35 | Cytek Aurora™ Evo 3L V/B/R | Aurora Evo 41 Channel | B, R, V | 3 | N7-00057 | N7-00057 | Cytek Aurora Evo 3L V-B-R | Aurora Evo 41 Channel System |
| 36 | Aurora Evo 51 Channel System | Aurora Evo 51 Channel | V, B, YG, R | 4 | N7-00058 | N7-00058 | Cytek Aurora Evo 4L V-B-YG-R | Aurora Evo 51 Channel System |
| 37 | Cytek Aurora™ Evo 4L V/B/YG/R | Aurora Evo 51 Channel | V, B, YG, R | 4 | N7-00058 | N7-00058 | Cytek Aurora Evo 4L V-B-YG-R | Aurora Evo 51 Channel System |
| 38 | Aurora Evo 67 Channel System | Aurora Evo 67 Channel | UV, V, B, YG, R | 5 | N7-00059 | N7-00059 | Cytek Aurora Evo 5L UV-V-B-YG- | Aurora Evo 67 Channel System |
| 39 | Cytek Aurora™ Evo 5L UV/V/B/YG/R | Aurora Evo 67 Channel | UV, V, B, YG, R | 5 | N7-00059 | N7-00059 | Cytek Aurora Evo 5L UV-V-B-YG- | Aurora Evo 67 Channel System |
| 40 | Aurora Evo 67 Channel Instrument Bundle | Aurora Evo 67 Channel | UV, V, B, YG, R | 5 | N7-00159 | N7-00159 | Cytek Aurora Evo 5L UV-V-B-YG- | Aurora Evo 67 Channel System |
| 41 | NL-CLC 1000 System - CHN | Northern Lights 1000 System | B | 1 | N7-00081-NOSN | N7-00081 | Cytek Northern Lights-Clinical | NL CLC 1L |
| 42 | NL-CLC 1000 System - CHN (CFDA) | Northern Lights 1000 System | B | 1 | N7-00081 | N7-00081 | Cytek Northern Lights-Clinical | NL CLC 1L |
| 43 | NL-CLC 1000 System - EU | Northern Lights 1000 System | B | 1 | N7-00071-NOSN | N7-00071 | Cytek Northern Lights- CLC IVDR | NL CLC 1000 |
| 44 | Northern Lights 1000 System | Northern Lights 1000 System | B | 1 | N7-00006-NOSN | N7-00006 | Northern Lights 1 B14 | NL 1L |
| 45 | NL-CLC 1000 System - EU (CE-IVD) | Northern Lights 1000 System | B | 1 | N7-00071 | N7-00071 | Cytek Northern Lights- CLC IVDR | NL CLC 1000 |
| 46 | Cytek Northern Lights™ 1L B | Northern Lights 1000 System | B | 1 | N7-00006 | N7-00006 | Northern Lights 1 B14 | NL 1L |
| 47 | NL-2000 24 Channel | Northern Lights 2000 System (B, R) | B, R | 2 | N7-00007-0A (Inactive) | N7-00007 | Northern Lights 2 B14 R8 | NL 2L B/R |
| 48 | NL-CLC 2000 (B & R) System - CHN | Northern Lights 2000 System (B, R) | B, R | 2 | N7-00083-NOSN | N7-00083 | Cytek Northern Lights-Clinical | NL CLC 2L B/R |
| 49 | NL-CLC 2000 (B & R) System - CHN (CFDA) | Northern Lights 2000 System (B, R) | B, R | 2 | N7-00083 | N7-00083 | Cytek Northern Lights-Clinical | NL CLC 2L B/R |
| 50 | NL-CLC 2000 (B & R) System - EU | Northern Lights 2000 System (B, R) | B, R | 2 | N7-00073-NOSN | N7-00073 | Cytek Northern Lights- CLC IVDR | NL CLC 2L B/R |
| 51 | NL-CLC 2000 (B & R) System - EU (CE-IVD) | Northern Lights 2000 System (B, R) | B, R | 2 | N7-00073 | N7-00073 | Cytek Northern Lights- CLC IVDR | NL CLC 2L B/R |
| 52 | Northern Lights 2000 (B & R) System | Northern Lights 2000 System (B, R) | B, R | 2 | N7-00007-NOSN | N7-00007 | Northern Lights 2 B14 R8 | NL 2L B/R |
| 53 | Cytek Northern Lights™ 2L B/R | Northern Lights 2000 System (B, R) | B, R | 2 | N7-00007 | N7-00007 | Northern Lights 2 B14 R8 | NL 2L B/R |
| 54 | NL-CLC 2000 (B & V) System - EU | Northern Lights 2000 System (B, V) | B, V | 2 | N7-00072-NOSN | N7-00072 | Cytek Northern Lights- CLC IVDR | NL CLC 2L B/V |
| 55 | NL-CLC 2000 (B & V) System - EU (CE-IVD) | Northern Lights 2000 System (B, V) | B, V | 2 | N7-00072 | N7-00072 | Cytek Northern Lights- CLC IVDR | NL CLC 2L B/V |
| 56 | Northern Lights 2000 (B & V) System | Northern Lights 2000 System (B, V) | B, V | 2 | N7-00017-NOSN | N7-00017 | Cytek Northern Lights 2000 B/V | NL 2LB/V |
| 57 | Cytek Northern Lights™ 2L V/B | Northern Lights 2000 System (B, V) | B, V | 2 | N7-00017 | N7-00017 | Cytek Northern Lights 2000 B/V | NL 2LB/V |
| 58 | NL-3000 41 Channel | Northern Lights 3000 System | B, V, R | 3 | N7-00008-0A (Inactive) | N7-00008 | Northern Lights 3 V16 B14 R8 | NL 3L |
| 59 | NL-CLC 3000 (B, V, & R) System - CHN | Northern Lights 3000 System | B, V, R | 3 | N7-00084-NOSN | N7-00084 | Cytek Northern Lights-Clinical | NL CLC 3L |
| 60 | NL-CLC 3000 (B, V, & R) System - CHN (CFDA) | Northern Lights 3000 System | B, V, R | 3 | N7-00084 | N7-00084 | Cytek Northern Lights-Clinical | NL CLC 3L |
| 61 | NL-CLC 3000 (B, V, & R) System - EU | Northern Lights 3000 System | B, V, R | 3 | N7-00074-NOSN | N7-00074 | Cytek Northern Lights- CLC IVDR | NL CLC 3L |
| 62 | NL-CLC 3000 (B, V, & R) System - EU (CE-IVD) | Northern Lights 3000 System | B, V, R | 3 | N7-00074 | N7-00074 | Cytek Northern Lights- CLC IVDR | NL CLC 3L |
| 63 | NL-CLC 3000 (B, V, & R) System - EU (CE-IVD) (Refurbished) | Northern Lights 3000 System | B, V, R | 3 | N7-00074R | N7-00074 | Cytek Northern Lights- CLC IVDR | NL CLC 3L |
| 64 | Northern Lights 3000 (B, V, & R) System | Northern Lights 3000 System | B, V, R | 3 | N7-00008-NOSN | N7-00008 | Northern Lights 3 V16 B14 R8 | NL 3L |
| 65 | Northern Lights 3000 System (Refurbished) | Northern Lights 3000 System | B, V, R | 3 | N7-00008R-NOSN | N7-00008 | Northern Lights 3 V16 B14 R8 | NL 3L |
| 66 | Cytek Northern Lights™ 3L V/B/R | Northern Lights 3000 System | B, V, R | 3 | N7-00008 | N7-00008 | Northern Lights 3 V16 B14 R8 | NL 3L |
| 67 | Northern Lights 3000 (B, V, & R) Instrument Bundle RUO | Northern Lights 3000 System | B, V, R | 3 | N7-00108 | N7-00108 | n/a | n/a |
| 68 | Cytek Northern Lights™ 3L B/YG/R (Quanterix Custom) | Northern Lights 3000 System | B, R, YG | 3 | N7-00134L | N7-00134 | n/a | n/a |
| 69 | Northern Lights 2000 (Blue & Violet) System (Refurbished) | Northern Lights 2000 System (B, V) | B, V | 2 | N7-00017R | N7-00017 | Cytek Northern Lights 2000 B/V | NL 2LB/V |

Cytek Accused Products identified in Defendant Cytek Biosciences, Inc.'s Fifth Supplemental Responses And Objections To Plaintiff's First Set Of Interrogatories (Nos. 1, 4, 9, 11, 12, 13) dated July 25, 2025, pp. 4-5, 7.
I understand that for a period of time the suffix NOSN was added to SKUs, however, the same SKU number with or without a "NOSN" suffix are identical. See Deposition of Al Hernandez dated October 8, pp. 95-96. ("I think it was some sort of product transition or something but it doesn't necessarily reflect anything different from that system that's just like for instance N7-0000-NOSN is largely the same item as "N7-0000 without the NOSN.")
I understand from Counsel that based on Cytek's updated data for the period October 2025 through June 2026, the following SKUs are also accused: 3 laser Cytek® Aurora CS (YG) (N7-00091); Cytek Northern Lights™ 3L B/YG/R (Quanterix Custom) (N7-00134); Aurora 67 Channel Instrument (N7-01003); Aurora Evo 67 Channel Instrument Bundle (N7-00159); Northern Lights 3000 (B, V, & R) Instrument Bundle RUO (N7-00108).
[1] Source: CYTEK_0000990471, tab "Revenue Detail '19 - '25;" CYTEK_0001006006, tab "Revenue Detail '19-'25."

[redacted]

# CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2026, true and correct copies of the foregoing document were served upon the following counsel of record in the manner indicated:

**BY E-MAIL**

Karen Jacobs
Jeremy A. Tigan
Cameron P. Clark
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19801

**BY EMAIL**

Reuben H. Chen
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304

Elizabeth M. Flanagan
Cooley LLP
30 S. 9th Street, 7th Floor
Minneapolis, MN 55402

Adam Pivovar
Dustin M. Knight
Rosalynd D. Upton
David Yun
Cooley LLP
1299 Pennsylvania Avenue NW
Suite 700
Washington, DC 20004

*/s/ Christine D. Haynes*
Christine D. Haynes (#4697)
haynes@rlf.com