RICHARDS LAYTON & FINGER

Frederick L. Cottrell, III
Director
302-651-7509
cottrell@rlf.com

November 20, 2026

**VIA CM-ECF**

The Honorable Colm F. Connolly
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street, Unit 31
Room 4124
Wilmington, DE 19801-3555

**Re: *Beckman Coulter, Inc. v. Cytek Biosciences, Inc.***
**C.A. 24-945-CFC**

Dear Chief Judge Connolly:

Beckman Coulter, Inc. ("Beckman") respectfully requests the Court's consideration of the updated damages calculations set forth in this letter, as supported by the declaration and exhibits from Beckman's damages expert, Michele Riley, in support of Beckman's Motion to Amend Judgment Pursuant to Fed. R. Civ. P. 59(e) ("Motion"). The updated calculations reflect data regarding additional infringing sales and manufacturing produced by Cytek on November 6, 2026, after Beckman filed its Motion.

Beckman filed its Motion and supporting papers on October 13, 2026 pursuant to the briefing schedule set by the Court. *See* D.I. 475 (Order Regarding Post-Trial Briefing), 477 (Motion), 480 (Beckman's Opening Brief in Support of the Motion ("Br.")), 482 (Declaration of Michele M. Riley in Support of Motion ("Riley Decl.")). Among other relief, the Motion requests supplemental damages for Cytek's infringement from October 1, 2025, the day after the damages period presented at trial ended, through entry of Judgment on September 15, 2026, and it also seeks pre- and post-judgment interest. Br. 2-4. At the time Beckman filed its Motion, Cytek had produced sales and manufacturing data only through August 31, 2026. Br. 1 n.1; Riley Decl. ¶ 7 n.8. Beckman's calculations of supplemental damages and interest in the Motion therefore stopped at that date, and Beckman reserved the right to supplement if and when new data became available. *See* Br. 1 n.1; Riley Decl. ¶ 7 n.8.

On November 6, 2026, Cytek produced the updated data covering its additional sales and manufacturing through September 15, 2026. Beckman and its expert promptly analyzed the additional data and updated its calculations to reflect the additional sales set forth in the newly produced discovery, and it filed the instant letter shortly thereafter.

In view of Cytek's November 6, 2026 supplemental production of financial data, Beckman respectfully requests that the Court consider the updated damages calculations set forth below, which are also reflected in the supporting Supplemental Declaration of Michele M. Riley and exhibits thereto, attached hereto as Attachment A ("Riley Suppl. Decl."). The Supplemental Declaration and supporting exhibits update Ms. Riley's analysis to reflect the newly produced financial data but do not otherwise alter the analysis or substance of Ms. Riley's opinions. Specifically, the updated figures include the additional damages attributable to Cytek's infringing sales and manufacturing from September 1, 2026 through entry of Judgment on September 15, 2026, applying the same methodologies set forth in Beckman's Motion. The table below identifies how the additional financial data impacts Beckman's requests for supplemental damages and pre- and post-judgment interest.

| **Damages** | **Motion** (Through Aug. 31, 2026) | **Updated** (Through Sept. 15, 2026) |
|---|---|---|
| Supplemental Damages | $8,704,500[1] | **$9,019,500**[2] |
| Prejudgment Interest | $10,562,210[3] | **$10,569,926**[4] |
| Post-judgment Interest | $245,170[5] | **$246,220**[6] |

Beckman respectfully requests that the Court consider these updated damages figures in deciding the Motion.

---

[1] Br. 2-3; Riley Decl. ¶¶ 9, 19, Exs. 1, 3-5.
[2] Riley Suppl. Decl. Suppl. App'x 2 at ¶¶ 9, 19, Exs. 1A, 3A, 4-5.
[3] Br. 3-4; Riley Decl. ¶¶ 9, 27, Exs. 1, 1.2, 2, 2.1, 2.2.
[4] Riley Suppl. Decl. Suppl. App'x 2 ¶¶ 9, 27, Exs. 1A, 1.2A, 2A, 2.1, 2.2A.
[5] Riley Decl. ¶¶ 9, 30, Exs. 1, 1.1. Ms. Riley's calculation reflects post-judgment interest accrued through the filing of Beckman's Motion on October 13, 2026.
[6] Riley Suppl. Decl. Suppl. App'x 2 ¶¶ 9, 30, Exs. 1A, 1.1A. As in the Motion, post-judgment interest is calculated through October 13, 2026.

Beckman has conferred with Cytek regarding this submission. Cytek does not oppose the submission of this letter, but disagrees with Beckman's post-trial damages request and calculations. Cytek will address Riley's Supplemental Declaration in opposing Beckman's Motion on December 4, 2026.

Respectfully,

*/s/ Frederick L. Cottrell III*

Frederick L. Cottrell III (#2555)

cc: All Counsel of Record (via CM/ECF)